# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

COMMODITY FUTURES TRADING COMMISSION,

              Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD.,
a Colorado limited liability company,

and

BREONNA S. CLARK a/k/a Eliot Clark
a/k/a Alexander Pak individually, and
d/b/a Venture Capital Investments and
The Life Group,

              Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C. COLO.LCivR 3.2, the Commission hereby states that it is unaware of any pending cases in any federal, state or foreign jurisdiction that are related to this action.

February 14, 2020                          Respectfully Submitted,

                                                    /s/ *Kim G. Bruno*
                                                    Kim G. Bruno
                                                    D.C. Bar No. 389899
                                                    Senior Trial Attorney

                                                    Michael Solinsky
                                                    D.C. Bar No. 433754
                                                    Chief Trial Attorney

Commodity Futures Trading Commission
Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5538
Email: kbruno@cftc.gov; msolinsky@cftc.gov

Attorneys for the Commodity Futures Trading Commission