| ☐ County Court   ☒ District Court<br>County, Colorado<br><br>UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, Colorado 80294-3589 | |
|---|---|
| **Plaintiff**: COMMODITY FUTURES TRADING COMMISSION<br>v.<br>**Defendant**: VENTURE CAPITAL INVESTMENTS LTD., and BREONNA S. CLARK | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney:<br><br>KIM BRUNO<br>U.S. COMMODITY FUTURES TRADING COMMISSION<br>1155 21ST ST NW<br>WASHINGTON, DC 20581 | Case Number: 20-CV-00382-MEH<br><br>Division_____ Courtroom_____ |
| Phone Number: (202) 418-5655  E-mail:<br>FAX Number:                          Atty. Reg. #: | |

## AFFIDAVIT OF SERVICE

Received by Denver Attorney Services, LLC on the 18th day of February, 2020 at 12:14 pm to be served on **VENTURE CAPITAL INVESTMENT c/o BREONNA CLARK, 2538 S ANAHEIM ST #302, AURORA, CO 80014**.

I, Michael Rosedale, being duly sworn, depose and say that on the **18th day of February, 2020** at **7:55 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and MINUTE ORDER, CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES, ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION, CIVIL COVER SHEET and NOTICE OF RELATED CASES (WITH A HEARING DATE OF 4/8/20 @ 10:15 AM)**to: **BREONNA CLARK** as **REGISTERED AGENT, authorized to accept service** at the address of: **2538 S ANAHEIM ST #302, AURORA, CO 80014**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: Black, Height: 5'8", Weight: 140, Hair: Black, Glasses: N

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
2/18/2020  7:55 pm  Sevice made by refusal at, 2538 S ANAHEIM ST #302, AURORA, CO 80014 I announced I have a summons to serve by refusal. Subjuct was identified by attached photo. I left documents by door in front of subject. Subject claims name and company is unknown. this is also a locked building.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Reference:             AFFIDAVIT OF SERVICE          Page 1 of 2<br>Job Number: DVA-2020000705

| Plaintiff: COMMODITY FUTURES TRADING COMMISSION<br>v.<br>Defendant: VENTURE CAPITAL INVESTMENTS LTD., and BREONNA S. CLARK | CASE NUMBER<br>20-CV-00382-MEH |
|---|---|

Subscribed and Sworn to me in Denver County, State of Colorado on the 20th day of February, 2020.

_____
NOTARY PUBLIC

RACHEL LUCERO MENCHACA
Notary Public
State of Colorado
Notary ID # 20184013756
My Commission Expires 03-27-2022

_____
Signature of Process Server

**Michael Rosedale**
Process Server

Denver Attorney Services, LLC
1660 South Albion Street, Suite 204
Denver, CO 80222
(800) 477-8522

Reference:                    AFFIDAVIT OF SERVICE                    Page 2 of 2
                                                                      Job Number: DVA-2020000705