AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No.  20-cv-00382-MEH |
| VENTURE CAPITAL INVESTMENTS LTD., and BREONNA S. CLARK | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VENTURE CAPITAL INVESTMENTS LTD.
c/o Registered Agent
304 S Jones Blvd.
Las Vegas, NV, 89107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kim G. Bruno, Sr. Trial Attorney
Commodity Futures Trading Commission
1155 21st Street, NW
Three Layfayette Centre
Washington, D.C.  20581

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 14 February, 2020

CLERK OF COURT

s/C. Madrid
*Signature of Clerk or Deputy Clerk*

2020000591

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VENTURE CAPITAL INVESTMENTS LTD.
was received by me on *(date)* 02-20-2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lisa (Refused Last Name), Manager of PhysicalAddress.com, who is designated by law to accept service of process on behalf of *(name of organization)* VENTURE CAPITAL INVESTMENTS LTD. 304 S. Jones Blvd., Las Vegas, NV 89107 on *(date)* 02-27-2020 @ 12:42 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02-28-2020

*Server's signature*

Anthony Spada, Process Server, R-2018-06348
*Printed name and title*

1930 Village Center Circle, #3-965, Las Vegas, NV 89134
*Server's address*

**Additional information regarding attempted service, etc:**
DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION, MINUTE ORDER, CONSENT/NON-CONSENT TO TE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES, ELECTION CONCERNING CONSENT/ NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION, CIVIL COVER SHEET, COMPLAINT FOR INJUNCTIVE RELIEF, RESTITUTION, CIVIL MONETARY PENALTIES AND OTHER EQUITABLE RELIEF UNDER THE COMMODITY EXCHANGE ACT and NOTICE OF RELATED CASES

2020000591