# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-0382-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

    Defendants.

## NOTICE OF CORRECTED AFFIDAVIT OF SERVICE

On February 18, 2020, Michael Rosedale, Denver Attorney Services, L.L.C., served Defendants Breonna S. Clark in her individual capacity and Venture Capital Investments Ltd. with a summons, complaint, Minute Order, Consent/Non-Consent To The Exercise Of Jurisdiction By A United States Magistrate Judge Assignment Cases, Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, Civil Cover Sheet, and Notice of Related Cases. Unfortunately, Mr. Rosedale's affidavits of service, filed on March 3, 2020 (Docket Entry "ECF" ##6 & 8), did not include that he had also served the Commission's Complaint on Defendants.  As Mr. Rosedale's attached affidavit makes clear, Mr. Rosedale corrects his inadvertent error (Attachment A, Declaration of Michael Rosedale; Attachment B, Corrected Affidavit of Service on Defendant Breonna S. Clark; Attachment C, Corrected Affidavit of Service on Defendant Venture Capital Investments, LTD).

Respectfully submitted:

*/s/ Kim G. Bruno*
Kim G. Bruno, Senior Trial Attorney
Michael Solinsky, Chief Trial Attorney
1155 21st Street, NW,
Washington, D.C., 20581

Telephone:   (202) 418-5368 (Mr. Bruno)
and x5384 (Mr. Solinsky)
Facsimile:    (202) 818-3111
E-mail:   kbruno@cftc.gov,
msolinsky@cftc.gov

Plaintiff
Commodity Futures Trading Commission

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 13 day of March, 2020, I caused a true and correct copy of the foregoing *Notice of Corrected Affidavit of Service* was filed electronically and served on the following parties via UPS Overnight Courier and electronic mail:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone: 303-817-3552
E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com; info@ventureci.com; E.clark12311@gmail.com; elliotclark@ventureci.com; eclark.12311@gmail.com

                                                    */s Kim G. Bruno*
                                                    Kim G. Bruno
                                                    Sr. Trial Attorney