ATTACHMENT A

DECLARATION OF MICHAEL ROSEDALE
IN SUPPORT OF NOTICE OF INCOMPLETE AFFIDAVIT OF SERVICE

COMMODITY FUTURES TRADING COMMISSION,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot

Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

Civil Action No. 1:20-CV-0382-MEH

1

## DECLARATION OF MICHAEL ROSEDALE PURSUANT TO 28 U.S.C. § 1746

I, Michael Rosedale, hereby make the following declaration based upon my personal knowledge:

1. I am a process server employed by Denver Attorney Services LLC. I am over 21 years of age and competent to testify as to the matters included in this Declaration.

2. On February 18, 2020, I personally served Breonna S. Clark and Venture Capital Investments Ltd. with true copies of the following documents:

   a. Summons in a Civil Action;

   b. Civil Cover Sheet;

   c. Plaintiff Commodity Futures Trading Commission's Complaint For Injunctive Relief, Restitution, Civil Monetary Penalties and Other Equitable Relief Under the Commodity Exchange Act.

   d. Minute Order,

   e. Consent/Non-Consent To The Exercise Of Jurisdiction By A United States Magistrate Judge Assignment Cases,

   f. Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, Civil Cover Sheet, and

   g. Notice of Related Cases.

3. My prior affidavit, also dated February 18, 2020, inadvertently did not include that I had personally served Breonna Clark and Venture Capital Investments Ltd. with the Commodity Futures Trading Commission's Complaint on February 18, 2020.

I hereby declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 12 day of March, 2020

_____
Michael Rosedale