Attachment B

| | |
|---|---|
| ☐ County Court   ☒ District Court<br>County, Colorado<br><br>UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, Colorado 80294-3589 | |
| Plaintiff: COMMODITY FUTURES TRADING COMMISSION<br>v.<br>Defendant: VENTURE CAPITAL INVESTMENTS LTD., and BREONNA S. CLARK | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney:<br><br>KIM BRUNO<br>U.S. COMMODITY FUTURES TRADING COMMISSION<br>1155 21ST ST NW<br>WASHINGTON, DC 20581<br><br>Phone Number: (202) 418-5655   E-mail:<br>FAX Number:                                 Atty. Reg. #: | Case Number: 20-CV-00382-MEH<br><br>Division_____ Courtroom_____ |
| **AFFIDAVIT OF SERVICE** | |

Received by Denver Attorney Services, LLC on the 18th day of February, 2020 at 12:14 pm to be served on **BREONNA CLARK, 2538 S ANAHEIM ST #302, AURORA, CO 80014**

I, Michael Rosedale, being duly sworn, depose and say that on the **18th day of February, 2020** at **7:55 pm, I:**

served **BREONNA CLARK** by refusal a true copy of the **SUMMONS IN A CIVIL ACTION and MINUTE ORDER, CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES, ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION, CIVIL COVER SHEET, COMPLAINT FOR INJUNCTIVE RELIEF, RESTITUTION, CIVIL MONETARY PENALTIES AND OTHER EQUITABLE RELIEF UNDER THE COMMODITY EXCHANGE ACT and NOTICE OF RELATED CASES (WITH A HEARING DATE OF 4/8/20 @ 10:15 AM)** with the date and hour of service endorsed thereon by me, to: **BREONNA CLARK** at the address of: **2538 S ANAHEIM ST #302, AURORA, CO 80014**, and informed said person that they are being served by refusal and stated the contents therein, in compliance with state statutes. Actual service location: (39.6705,-104.8250) accuracy 12 m.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: Black, Height: 5'8", Weight: 140, Hair: Black, Glasses: N

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
2/18/2020  7:55 pm  Sevice made by refusal at, 2538 S ANAHEIM ST #302, AURORA, CO 80014 I announced I have a summons to serve by refusal. Subjuct was identified by attached photo. I left documents by door in front of subject. Subject claims name and company is unknown. this is also a locked building.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

| Plaintiff: COMMODITY FUTURES TRADING COMMISSION<br>v.<br>Defendant: VENTURE CAPITAL INVESTMENTS LTD., and BREONNA S. CLARK | CASE NUMBER<br>20-CV-00382-MEH |
|---|---|

Subscribed and Sworn to me in Denver County, State of Colorado on the 11th day of March, 2020.

_Anthoula Andrianakos_
NOTARY PUBLIC

ANTHOULA ANDRIANAKOS
Notary Public
State of Colorado
Notary ID # 20184036666
My Commission Expires 09-14-2022

_Michael Rosedale_
Signature of Process Server

**Michael Rosedale**
Process Server

Denver Attorney Services, LLC
1660 South Albion Street, Suite 204
Denver, CO 80222
(800) 477-8522