# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-0382-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

    Defendants.

---

## APPLICATION FOR CLERK TO ENTER
## DEFAULT AGAINST DEFENDANT BREONNA S. CLARK,
## a/k/a Eliot Clark, a/k/a Alexander Pak d/b/a Venture Capital Investments
## and The Life Group

---

Plaintiff Commodity Futures Trading Commission ("Commission") respectfully applies, per Fed. R. Civ. P. 55(a), to the Clerk for entry of default against Defendant Breonna S. Clark ("Defendant"). As reflected in the corrected affidavit of service (ECF Docket Entry ("ECF") #10), the summons, complaint, and other pleadings were served personally on Defendant in compliance with Fed. R. Civ. P. 4(c)(2) on February 18, 2020.

Fed. R. Civ. P. 12(a)(1)(A) requires that Defendant serve its answer or otherwise plead within 21 days of service, *i.e.*, no later than March 10, 2020. As of the date of this Application, Defendant has yet to file a responsive pleading and, as the attached Declaration of Kevin Samuel makes clear (Att. A), Defendant is neither an infant, incompetent, nor is she in the military service of the United States. See LCivR 55.1. Accordingly, entry of default against Defendant is appropriate at this time.

Respectfully submitted:

*/s/ Kim G. Bruno*

Kim G. Bruno, Senior Trial Attorney
Michael Solinsky, Chief Trial Attorney
1155 21st Street, NW,
Washington, D.C., 20581
Telephone:   (202) 418-5368 (Mr. Bruno)
and x5384 (Mr. Solinsky)
Facsimile:    (202) 818-3111
E-mail:  kbruno@cftc.gov,
msolinsky@cftc.gov

Plaintiff
Commodity Futures Trading Commission

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of March, 2020, I caused a true and correct copy of the foregoing to be filed electronically and served by UPS Overnight Courier and electronic mail on the party below:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone: 303-817-3552
E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com; info@ventureci.com; E.clark12311@gmail.com;  elliotclark@ventureci.com; eclark.12311@gmail.com

             */s Kim G. Bruno*
             Kim G. Bruno
             Sr. Trial Attorney