**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-0382-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

    Defendants.

---

**[PROPOSED] CLERK'S DEFAULT OF
BREONNA S. CLARK PER F.R.Civ.P. 55(a)**

---

It appearing that the Defendant Breonna S. Clark herein is in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law, Default is hereby entered against Defendant Breonna S. Clark.

Date: _____

                                                            Jeffrey P. Colwell, Clerk of Court