# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-0382-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

    Defendants.

---

## [PROPOSED] CLERK'S DEFAULT OF
## VENTURE CAPITAL INVESTMENTS LTD. PER F.R.Civ.P. 55(a)

---

It appearing that the Defendant Venture Capital Investments Ltd. herein is in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law, Default is hereby entered against Defendant Venture Capital Investments Ltd.

Date: _____      _____

    Jeffrey P. Colwell, Clerk of Court