**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-0382-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

    Defendants.

**NOTICE OF PLAINTIFF'S COMPLIANCE WITH THE
COURT'S FEBRUARY 14, 2020 ORDER**

On February 14, 2020, Plaintiff Commodity Futures Trading Commission ("Plaintiff," or "CFTC") filed a complaint alleging that from at least March 1, 2018 through at least June 30, 2019, Venture Capital Investments Ltd. ("VCI"), by and through its principal, Breonna S. Clark, ("Clark") (collectively "Defendants") and others and Clark directly, fraudulently solicited and received at least $534,829 from at least seventy-two individuals ("pool participants") [ECF#1]. Defendants also misappropriated over $400,000 of pool participants' funds to pay for personal expenses and to make Ponzi-type payments to other pool participants. The complaint alleges that Defendants, by and through these actions and other acts described in the CFTC's well pleaded complaint, Defendants engaged, are engaging in, and/or are about to engage in acts and practices in violation of certain sections of the Commodity Exchange Act, 7 U.S.C. §§ 1 *et seq*. (2018) and CFTC Regulations, 17 C.F.R. §§ 1.2 *et seq.*

The same day, United States Magistrate Judge Michael E. Hegarty ordered the parties to: (1) confer and file the Magistrate Consent Form [ECF #5]; and (2) jointly prepare a proposed

Scheduling Order in accordance with F.R.C.P. 26(f) on or before March 18, 2020. The Court directed the proposed Scheduling Order shall be filed, not later than five business days prior to the scheduling conference set for April 8, 2020.

On February 18, 2020, Defendants VCI and Clark were served with the summons, complaint, the Court's February 14, 2020 Minute Order, Election to Consent/Non-Consent to Jurisdiction of Magistrate Judge, Civil Cover Sheet and Notice of Related Cases. (ECF ##6&8). VCI was also served, on February 27, 2020, at its registered agent's address in Las Vegas, Nevada. (ECF #7).

Subsequently, Plaintiff filed, on March 13, 2020, a Notice Of Corrected Affidavit Of Service and attached corrected affidavits showing that Defendants VCI and Clark were served on February 18, 2020 with the summons, complaint and other documents (ECF ##10). On March 13, 2020, Plaintiff filed applications requesting that the Clerk of the Court enter defaults against Defendants for failing to answer or otherwise plead as required by Fed. R. Civ. P. 12(a)(1)(A) (ECF ##11-12).

In order to secure Defendants' compliance with the Court's order and LCivR 72.2 regarding meeting and conferring regarding the parties' "Election Concerning Consent/Non-Consent To United States Magistrate Judge Jurisdiction" and a Proposed Scheduling Order, on February 25, 2020, we telephoned and emailed Clark using each email address known to us and sent by overnight mail a letter regarding the Court's order (Declaration of Kim. G. Bruno, Ex. 1, Att. 1). Clark received the letter on February 28, 2020 (Bruno Decl. Att. 2). Subsequently, on March 5, 2020, we also sent Clark by overnight mail a draft Proposed Scheduling Order (Bruno Decl. Att. 3) which Clark received on March 6, 2020. (Bruno Decl. Att. 4). Clark has not responded.

The CFTC continues to prompt Defendants into compliance.

March 18, 2020

Respectfully Submitted,

/s/ Kim G. Bruno
Kim G. Bruno
D.C. Bar No. 389899
Senior Trial Attorney

Michael Solinsky
D.C. Bar No. 433754
Chief Trial Attorney

Commodity Futures Trading Commission
Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5538
Email:kbruno@cftc.gov;
msolinsky@cftc.gov

Attorneys for the Commodity Futures
Trading Commission

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of March, 2020, I caused a true and correct copy of the foregoing to be filed electronically and served by UPS Overnight Courier on the following party:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone: 303-817-3552
E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com;
info@ventureci.com; E.clark12311@gmail.com;  elliotclark@ventureci.com;
eclark.12311@gmail.com