IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-0382-MEH

COMMODITY FUTURES TRADING COMMISSION,

      Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

      Defendants.

**APPLICATION FOR CLERK TO ENTER
DEFAULT AGAINST DEFENDANT
VENTURE CAPITAL INVESTMENTS LTD.**

Plaintiff U.S. Commodity Futures Trading Commission ("Commission") respectfully applies, per Fed. R. Civ. P. 55(a), to the Clerk for entry of default against Defendant Venture Capital Investments Ltd. ("Defendant").

As reflected in the certificate of service, Defendant was served at its registered agent's address on February 27, 2020 (ECF Docket Entry ("ECF") # 7). Moreover, in the corrected certificate of service, the summons, complaint, and other pleadings were served personally on Breonna Clark, the Defendant's principal and manager, in compliance with Fed. R. Civ. P. 4(c)(2) on February 18, 2020 (ECF # 12).

Fed. R. Civ. P. 12(a)(1)(A) requires that Defendant serve its answer or otherwise plead within 21 days of service, *i.e.*, no later than March 19, 2020. Fed. R. Civ. P. 4(h)(1) directs that a limited liability company may be served in a manner permitted by Fed. R. Civ. P. 4(e)(1) which in turn permits service as permitted by state law. The Colorado Rules of Civil Procedure,

1

C.R.C.P. Rule 4(e)(4)(A), permits personal service upon a limited liability company by delivering a copy to the registered agent or an officer of the entity. Thus, Defendant has been served in its capacity as an entity (ECF #7) and as permitted by state law (ECF ## 6&12).

As of the date of this Application, Defendant has yet to file a responsive pleading or contact the Plaintiff. Nor is Defendant an infant, incompetent, nor is she in the military service of the United States.  See LCivR 55.1.   Accordingly, entry of default against Defendant is appropriate at this time.

Respectfully submitted:

*/s/ Kim G. Bruno*

Kim G. Bruno, Senior Trial Attorney
Michael Solinsky, Chief Trial Attorney
1155 21st Street, NW,
Washington, D.C., 20581
Telephone:   (202) 418-5368 (Mr. Bruno)
and 202-418-5384 (Mr. Solinsky)
Facsimile:    (202) 818-3111
E-mail:  kbruno@cftc.gov,
msolinsky@cftc.gov

Plaintiff
Commodity Futures Trading Commission

## CERTIFICATE OF SERVICE

       I hereby certify that on this 23th day of March, 2020, I caused a true and correct copy of the *Application For Clerk To Enter Default Against Defendant Venture Capital Investments Ltd*. and Proposed Order to be filed electronically and served by UPS Overnight Courier on the address below and by email as set forth below:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone: 303-817-3552
E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com; info@ventureci.com; E.clark12311@gmail.com;  elliotclark@ventureci.com; eclark.12311@gmail.com

                                         */s Kim G. Bruno*
                                         Kim G. Bruno
                                         Sr. Trial Attorney