**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-0382-MEH

COMMODITY FUTURES TRADING COMMISSION,

      Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot
Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

      Defendants.

---

**NOTICE OF PLAINTIFF'S AFFIDAVIT SUPPORTING**
**APPLICATION FOR DEFAULT**

---

Plaintiff Commodity Futures Trading Commission ("Plaintiff," or "CFTC") filed, on

March 23, 2020, an *Application For Clerk To Enter Default Against Defendant Venture Capital*

*Investments Ltd. ("Application")* (ECF Docket Entry ("ECF") # 20).  In support of Plaintiff's

*Application*, Plaintiff cited affidavits previously filed showing Defendant Venture Capital

Investments Ltd. ("VCI") had been properly served. VCI was served at its registered agent's

address on February 27, 2020 (ECF # 7) and, Breonna Clark, the Defendant's principal and

manager, was served in compliance with Fed. R. Civ. P. 4(c)(2) on February 18, 2020 (ECF #

12).  The Clerk of Court, however, did not enter a default stating that it did not find an "affidavit

or otherwise" supporting a finding that Defendant VCI was in default (ECF #21).[1]

---

[1]    An attorney has not entered an appearance on behalf of VCI. This is an alternate ground
to find that VCI is in default.  "The law is well settled that a corporation may not proceed in
court *pro se*."*Gililland Energy Corp. v. Union Texas Expl. Corp.,* 948 F.2d 1294 (10th Cir.
1991). *See also, Flora Const. Co. v. Fireman's Fund Ins. Co*., 307 F.2d 413, 414 (10th Cir.
1962) ("The rule is well established that a corporation can appear in a court of record only by an
attorney at law.").

In support of Plaintiff's *Application,* Plaintiff attaches the Declaration of Kevin Samuel.

(Att. A). As Mr. Samuel affirms, VCI is neither an infant nor incompetent nor a member of the

military. See LCivR 55.1 As required by Fed. R. Civ. P. 55(a), a default against VCI is

appropriate at this time.

March 23, 2020                                        Respectfully submitted:


                                                     */s/ Kim G. Bruno*

                                                     Kim G. Bruno, Senior Trial Attorney
                                                     Michael Solinsky, Chief Trial Attorney
                                                     1155 21st Street, NW,
                                                     Washington, D.C., 20581
                                                     Telephone:   (202) 418-5368 (Mr. Bruno)
                                                     and 202-418-5384 (Mr. Solinsky)
                                                     Facsimile:    (202) 818-3111
                                                     E-mail:  kbruno@cftc.gov,
                                                     msolinsky@cftc.gov

                                                     Plaintiff
                                                     Commodity Futures Trading Commission

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2020, I caused a true and correct copy of the *Notice Of Plaintiff's Affidavit Supporting Application For Default* to be filed electronically and served by UPS Overnight Courier on the address below and by email as set forth below:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone: 303-817-3552
eclark.12311@gmail.com

E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com; info@ventureci.com; E.clark12311@gmail.com;  elliotclark@ventureci.com;

/s Kim G. Bruno
Kim G. Bruno
Sr. Trial Attorney

3