**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-0382-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

    Defendants.

**NOTICE OF PLAINTIFF'S CONTINUED COMPLIANCE
WITH THE COURT'S FEBRUARY 14, 2020 ORDER**

Plaintiff Commodity Futures Trading Commission ("Plaintiff," or "CFTC") filed, on March 18, 2020, a *Notice of Compliance with the Court's February 14, 2020 Order* (ECF Docket Entry ("ECF") # 15). In the March 18 Notice, Plaintiff explained that it had made numerous unsuccessful attempts to confer with Defendants Venture Capital Investments Ltd. ("VCI"), and its principal, Breonna S. Clark, ("Clark") (collectively "Defendants") as directed by the Court's February 14, 2020 order. Subsequently, the Clerk of the Court entered a default against Clark on March 17, 2020 (ECF # 13) and VCI on March 23, 2020 (ECF #23).

The Court's February 14, 2020 order also directed the parties to file, five days prior to the April 8, 2020 Scheduling Conference, their proposed Scheduling Order. Plaintiff hereby files its proposed Scheduling Order.

March 30, 2020                    Respectfully submitted:

*/s/ Kim G. Bruno*

Kim G. Bruno, Senior Trial Attorney
Michael Solinsky, Chief Trial Attorney
1155 21st Street, NW,
Washington, D.C., 20581
Telephone:   (202) 418-5368 (Mr. Bruno)
and 202-418-5384 (Mr. Solinsky)
Facsimile:    (202) 818-3111
E-mail:  kbruno@cftc.gov,
msolinsky@cftc.gov

Plaintiff
Commodity Futures Trading Commission

## CERTIFICATE OF SERVICE

       I hereby certify that on this 30th day of March, 2020, I caused a true and correct copy of the *Notice Of Plaintiff's Continued Compliance With The Court's February 14, 2020 Order and Proposed Scheduling Order* to be filed electronically and served by UPS Overnight Courier on the address below and by email as set forth below:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone: 303-817-3552
E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com; info@ventureci.com; E.clark12311@gmail.com; elliotclark@ventureci.com; eclark.12311@gmail.com

                                                       */s Kim G. Bruno*
                                                       Kim G. Bruno
                                                       Sr. Trial Attorney