IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00382-DDD-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD, and
BREONNA S. CLARK a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2020.**

    In light of the Clerk's entries of default against the Defendants in this case (ECF 13, 23), the Scheduling Conference currently set for April 8, 2020 is **vacated**.  To the extent that the Plaintiff seeks a status conference, the Court will entertain any such request.