IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-0382-DDD-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

    Defendants.

## MOTION TO EXCEED PAGE LIMITS

Plaintiff U.S. Commodity Futures Trading Commission ("CFTC"), pursuant to Judge Daniel D. Domenico's Practice Standards III, A ("Practice Standards"), respectfully seeks the Court's permission to exceed the 4000 word limit in the Practice Standards. On April 23, 2020, the Court issued a Minute Order directing that the CFTC may file a motion for default judgment no later than May 22, 2020. [ECF #26]. The CFTC's *Memorandum In Support Of Plaintiff's Motion For Entry Of Default Judgment, Permanent Injunction, And Ancillary Equitable Relief Against Defendants Venture Capital Investments Ltd. And Breonna S. Clark* (hereafter the "Default Memorandum"), is approximately 33 pages in length. In support of this request, the CFTC states as follows:

1. The Court's Practice Standards state "all motions, objections …, responses, and briefs shall not exceed 4,000 words." Judge Domenico's Practice Standard III(A)(1).

2. The Default Memorandum is approximately 33 pages, including the caption, signature block and certificate of service.

3. Plaintiff respectfully submits that additional pages are required for several reasons. The Default Memorandum contains a thorough and detailed recitation of the facts that support the CFTC's request for a final judgment in this civil action. The Default Memorandum also contains comprehensive legal analysis that establishes:

- default judgment against the Defendants and Relief Defendants is appropriate;
- the Defendants violated the Commodity Exchange Act (the "Act"), 7 U.S.C. §§ 1, *et seq.*, as charged in the Complaint;
- a permanent injunction against the Defendants is appropriate (the specific terms of which are set forth in the Default Memorandum);
- the Defendants are liable for a civil monetary penalty under the Act;
- equitable relief is appropriate in an enforcement action brought pursuant to the Act;
- the Defendants should be required to make restitution; and
- the National Futures Association should be appointed as Monitor to administer the post-judgment payment of restitution.

4. The Defendants will not be prejudiced if this Court permits Plaintiff to exceed the page limitation in the Practice Standards. Allowing Plaintiff to exceed the page limitation will not delay or compromise the orderly and efficient resolution of this matter.

5. **Consultation of the Parties as Required by LCvR 7.1(a):** As described in more detail in the CFTC's Default Memorandum and Motion for Default Judgment, the CFTC has made reasonable good faith efforts to confer with the unrepresented Defendants to resolve their failure to answer, participate in the litigation or confer about this motion.

Date:  May 19, 2020                             Respectfully submitted:

                                                            */s/ Kim G. Bruno*

Kim G. Bruno, Senior Trial Attorney
Michael Solinsky, Chief Trial Attorney
1155 21st Street, NW,
Washington, D.C., 20581
Telephone:   (202) 418-5368 (Mr. Bruno)
and (202) 418-5384 (Mr. Solinsky)
Facsimile:   (202) 818-3111
E-mail:  kbruno@cftc.gov,
msolinsky@cftc.gov

Plaintiff
Commodity Futures Trading Commission

      I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 19th day of May, 2020, I caused a true and correct copy of the foregoing to be filed electronically and served by UPS Overnight Courier on the party below:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474

E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com; info@ventureci.com; E.clark12311@gmail.com;  elliotclark@ventureci.com; eclark.12311@gmail.com