**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-0382-DDD-MEH

COMMODITY FUTURES TRADING COMMISSION,

      Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

      Defendants.

_____

**[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMITS**
_____

For good cause shown, Plaintiff's Motion to Exceed Page Limits of the Court's Practice Standards III, A, in Plaintiff CFTC's *Memorandum In Support Of Plaintiff's Motion For Entry Of Default Judgment, Permanent Injunction, And Ancillary Equitable Relief Against Defendants Venture Capital Investments Ltd. And Breonna S. Clark,* is GRANTED.

IT IS SO ORDERED on this _____day of _____, 2020.


                                  _____

                                  UNITED STATES DISTRICT JUDGE