**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-0382-DDD-MEH

COMMODITY FUTURES TRADING COMMISSION,

       Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

       Defendants.

---

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT, PERMANENT INJUNCTION, CIVIL MONETARY PENALTIES AND EQUITABLE RELIEF AGAINST DEFENDANTS VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK**

---

**Exhibit 1**

Declaration of Futures Trading Investigator

Kevin Samuel

I, Kevin Samuel, hereby make the following declaration based upon my personal knowledge:

## I.       Background

1.       I am a Commodity Futures Trading Commission ("Commission") Futures Trading Investigator. I am over 21 years of age and competent to testify as to the matters included in this Declaration.

2.       I am employed as a Futures Trading Investigator in the Division of Enforcement ("Division"), of the Commission's headquarters, located at 1155 21st Street NW, Washington, DC 20581. I have been a Futures Trading Investigator with the Division since October 2016. I have been the primary investigator with respect to all matters pertaining to the Defendants in this case.

3.       As a Futures Trading Investigator for the Division, my responsibilities include the investigation of registered and unregistered commodity firms, options trading firms, and individuals located throughout the United States and elsewhere, in order to ensure compliance with and enforcement of the Commodity Exchange Act, 7 U.S.C. § 1-26 (2012) ("Act") and Commission's Regulations, 17 C.F.R. §§ 1.1 *et seq*. (2018) promulgated thereunder ("Regulations"). In connection with these responsibilities, I analyze customer documents, review trading documentation, examine promotional materials, analyze bank records, trace the flow of funds, review registration information, and conduct investigative interviews.

4.       I understand that the Commission has filed a motion, memorandum of law in support of its motion and a proposed order of default judgment against the Defendants. I understand that, as part of the default judgment, the Commission is asking the Court for injunctive relief, disgorgement, a civil monetary penalty, and other ancillary equitable relief

against the Defendants.

5.      The Commission's counsel has asked me to determine the following with respect to Venture Capital Investments Ltd. ("VCI") and Breonna S. Clark ("Clark") (collectively "Defendants"): (a) the current status of Clark as a member of any branch of the United States Military; (b) the Financial institutions at which the Defendants held pool participants funds; (c) the methods through which pool participants sent money to the Defendants; (d) the amount of money pool participants sent to the Defendants; (e) what happened to the money that was deposited into the trading accounts; (f) the authorized traders for the VCI trading accounts; (g) the profit and loss of the VCI trading accounts; (h) the signatory on the VCI and Clark bank accounts; (i) the amount of funds withdrawn from the Defendants' bank accounts or withdrawn for other uses; and (k) the use of funds in Defendants' bank accounts.

## II.      Records Reviewed

6.      This declaration is based upon my personal knowledge, which included my review of the numerous documents the Commission acquired during this case, including the following:

(a) Bank records in the name of VCI, a Colorado entity with the tax identification number ending in 0861. These corporate records were produced pursuant to Commission subpoenas issued to JP Morgan Chase Bank N.A. ("Chase") and US Bank N.A. ("US Bank").[1] The bank records produced that I used to conduct my analysis included account opening documentation, monthly account statements, and records of deposits, and records of checks written and

---

[1]      The accounts held at US Bank were closed in August of 2018 and all money was transferred to VCI accounts at Chase.

deposited. (Attachment A - Chase corporate bank account signature card) (Attachment B - US Bank Corporate signature cards);

(b) Bank records in the name of Breonna Clark. These personal bank account records were produced pursuant to Commission subpoenas in compliance with the Right to Financial Privacy Act of 1978, issued to Chase and US Bank. I used the following bank records produced by Chase and US Bank to conduct my analysis:  account opening documentation, monthly account statements, including deposits, checks written, as well as electronic transfers into and out of the accounts.  (Attachment C - Chase Personal bank account signature card) (Attachment D - US Bank personal bank account signature cards);

(c) Clark's digital assets trading account records at Binance. Records include limited user information, assets in digital wallets, order history, deposit and withdrawal history and site access logs (Attachment E - Binance trading account records);

(d)  Clark's digital assets trading account records at Bittrex Inc. Records include user information, assets in digital wallets, order history, deposit and withdrawal history and site access logs (Attachment F - Bittrex trading account records);

(e)  Clark's digital assets trading account records at Coinbase. Records include user information, assets in digital wallets, transactions, and transfers of digital assets (Attachment G - Coinbase trading account records);

(f) Clark's foreign exchange ("Forex") and digital assets trading account

records at JAFX, an overseas Forex and digital assets broker. Records include a list of transactions and deposits and withdrawals (Attachment H - JAFX trading account records);

(g) VCI account statements produced voluntarily by two pool participants. (Attachment I - VCI pool participant May 25, 2018 account statement) (Attachment J - VCI pool participant November 1, 2018 account statement);

(h) I reviewed the website https://scra.dmdc.osd.mil/scra/#/single-record with respect to Clark's and VCI's current Military status (Attachment K - Status report of Clark's Military Service) (Attachment L - Status report of VCI's Military Service);

(i) Clark's digital assets trading account records at Cryptopia. Records include user information, assets in digital wallets, order history, deposit and withdrawal history and site access logs (Attachment M - Cryptopia trading account records);

(j) I reviewed a transcript of testimony in which I participated of pool participant Angela Preston (Attachment N - Excerpt of Testimony Transcript of Angela Preston); and

(k) I reviewed various internet websites related to VCI, Clark, Tania Chick, Angela Preston, The Life Group, Aaron Johnson, Donovan Haynes, Gina Washington, Latyle Green, and Principle One Service LLC including [Facebook, Twitter, Instagram, YouTube, Google Maps, and Thompson Reuters Clear].

### III.    Findings

**Defendants' Military Service**

7.      I have previously testified, and hereby reaffirm, in my March 12, 2020 and March 23, 2020 Declarations supporting the Commission's request to find VCI and Clark in default that neither Clark nor VCI are either an infant nor incompetent.[ECF #11  and ECF#22-1] Nor did I find, after viewing the official Servicemembers Civil Relief Act website (https://scra.dmdc.osd.mil/scra/#/single-record), that  either Defendant is currently a member of any branch of the military service of the United States as defined in the Servicemembers Civil Relief Act. (Attachment K - Status report of Clark's Military Service) (Attachment L - Status report of VCI's Military Service)

**VCI Pool Participants**

8.       The Defendants collected funds from approximately seventy-two customers[2] ("VCI Pool Participants" or "customers"). VCI pool participant's funds were primarily transmitted to the Defendants through US Bank and Chase bank accounts. The Defendants also allowed customers to fund their investments through PayPal, Zelle, Venmo, Cash app and Bitcoin Wallet.

9.      VCI Pool Participants sent funds totaling at least $534,829 to bank accounts controlled by VCI from March of 2018 to February of 2019.

10.      My analysis of the Defendants' bank records shows that VCI Pool participants received back at least $200,807 in Ponzi-like payments.

**Digital Assets and Forex Trading accounts**

11.      Clark sent a statement to the CFTC dated September 13, 2018 in which

---

[2]       I found approximately 21 customer transactions from unidentified persons at Venmo, Square, or wire deposits into the bank accounts.  Neither Clark nor the providers provided identifying information, so I counted each of these as a unique customer.

Clark indicated that Clark had digital assets trading accounts at Crytopia, CoinExchange, Bittrex, and Binance. Clark told Division staff that Clark was unable to provide complete digital asset trading records because Clark no longer has access to the accounts.

12.     The Division issued a request and received records from Cryptopia. Analysis of these records showed very little trading. Clark executed a total of 11 trades each with an approximate market value less than $10, all of which occurred before the registration of VCI as a company. (Attachment M - Cryptopia trading account records)

13.     The Division was unable to receive records from CoinExchange as it was no longer operating.

14.     The Division requested and received records from Bittrex. Analysis of these records showed very little trading. Clark executed a total of 9 trades, all of which occurred before the registration of VCI as a company. (Attachment F - Bittrex trading account records)

15.     The Division requested and received records from Binance. Analysis of these records showed very little trading. Clark executed a total of 8 trades, all of which occurred before the registration of VCI as a company. (Attachment E - Binance trading account records)

16.     Division Staff also sent a subpoena to Coinbase for any records that it held in the name of the Defendants. Coinbase provided records held in Clark's name. Analysis of the records in conjunction with the Defendants' bank accounts revealed multiple transfers of digital assets amongst various digital asset wallets. The Division was unable to determine the identities of the account holders of the various digital asset

wallets. Clark executed a total of 19 trades after the registration of VCI as a company; the largest trade had a market value of approximately $1,022. (Attachment G - Coinbase trading account records)

17.     I was able to trace deposits from the Defendants' bank accounts totaling approximately $101,165 into a Coinbase account in Clark's name.

18.     Analysis of the Coinbase data showed that only $7,099.29 of the Coinbase deposits was transferred back into the Defendants' bank accounts.

19.     On September 13, 2018, Clark sent records to the Division purporting to be trading accounts held at JAFX.

20.     The documents provided identified Clark as the client of record and presumably the individual with sole trading discretion over six different JAFX trading accounts. However, Clark only provided underlying trading data listing out individual transactions for three accounts. Clark appeared to trade in the three accounts provided on an almost daily basis from December 31, 2017 until July 30, 2018. (Attachment H - JAFX trading account records).

21.     The staff attempted to verify Clark's JAFX documents by requesting that the Financial Supervision Commission of Bulgaria ("FSCB") assist the Division. However, FSCB was unsuccessful in getting any JAFX trading or account information.

22.     The JAFX trading records provided by Clark for the period of December 31, 2017 to August 1, 2018 for the three trading accounts showed numerous deposits and withdrawals. Specifically, approximately 28 deposits totaling $59,774.35 and approximately 23 withdrawals totaling $48,842.77[3]. Clark's provided records, while

---

[3]        Transfers that netted to zero were excluded from my count of VCI's deposits and withdrawals.

incomplete, still suggest a trade loss ($10,931.58) based on the amount of the amount of money deposited minus the amount of money withdrawn.

23.     The Defendants' bank records showed a different story than the JAFX documents produced by Clark.  The bank records showed a single deposit of $20,000 going to JAFX and two transactions totaling $19,240 being deposited back into the Defendants' bank accounts from JAFX.

24.     The deposited and withdrawn amounts in the JAFX trading records provided by Clark did not align with the deposits and withdrawals in the Defendants' bank accounts. Specifically there was no transfer of monies in or out that corresponded with any of the deposit and withdrawals dates and amounts that were seen in the Defendants' bank accounts. As a result, the staff could not verify the completeness of the JAFX trading records.

25.     Clark's records did not resolve the discrepancy between the JAFX trading records and the banking records. However, JAFX trading and banking records support my conclusion that Clark had sole discretion over both of the accounts.

26.     My review of Defendants' bank records revealed that FXchoice, an overseas Forex broker dealer, sent $10,943 to the Defendants. Unfortunately Division staff was unable to receive additional information from FXchoice which is located in Belize.

27.     I concluded that any trading at FXchoice probably used VCI Pool Participants' funds which had been commingled in Defendants' bank accounts. My conclusion was bolstered by Clark possessing sole discretion over Defendants' bank accounts.

**Trading losses**

28.     The trading records provided by Clark were not reliable or complete. Therefore, when I calculated Defendants' trading losses I  aggregated the total amount of funds initially transferred from the Defendants' bank accounts into all digital asset and forex trading venues (approximately $121,165) and subtracted what was subsequently returned from those trading venues to Defendants' banking accounts (approximately $37,282). The difference was attributed to Defendants' trading losses of approximately $83,883.

29.     The aggregate amount of funds sent to trading venues is a small portion of the $534,829 in pool participant funds that was actually given to the Defendants to trade.

**Defendants' Bank Accounts**

30.     VCI, a Colorado entity with the tax identification number ending in 0861 had three corporate bank accounts at US Bank and Chase. The Division obtained records of these bank accounts ranging from April of 2018 to June of 2019.[4] Clark was the signatory on all three of these accounts and listed as either the general partner or owner (Attachment A - Chase corporate bank account signature card) (Attachment B - US Bank Corporate signature cards).

31.     In addition to the VCI bank accounts discussed above, Clark had three personal bank accounts at US Bank and Chase.[5]  I reviewed records obtained from

---

[4]     All VCI accounts contained a zero balance as of May of 2019.

[5]     Clark had a fourth account at US Bank which was a joint checking account shared with a spouse. The staff did not include this account in its analysis as funds did not appear to be comingled with any of Clark's or VCI's accounts.

these bank accounts for the period May of 2017 to May of 2019. Clark was the sole signatory on all three of these accounts. A pool participant testified that Clark directly or indirectly controlled VCI. He had virtually complete authority over, and day-to-day control of, VCI and did not report to anyone. (Attachment C - Chase Personal bank account signature card) (Attachment D - US Bank personal bank account signature cards) (Attachment N - Excerpt of Testimony Transcript of Angela Preston);

32.     I calculated that at least $534,829 of pool participant's money was deposited into bank accounts controlled by the Defendants. Pool participants deposited money via check, bank wires, PayPal, Zelle, and Venmo.

33.      I calculated that approximately $200,807 was returned to investors in Ponzi-type payments. These returns were consistent with the operation of a Ponzi scheme and the payments appeared to be funded in large part by the deposits from existing or subsequent pool participants, not by any profits the Defendants generated trading in digital assets or forex.

34.     I calculated approximately $249,495 from Defendants' bank accounts was used to pay for Clark's personal expenses. Defendants used the funds to:

      a.  purchase and or lease of a BMW 5 series automobile;

      b.  purchase jewelry;

      c.  purchase gasoline;

      d.  purchase groceries;

      e.  withdrawal cash totaling $93,000; and

      f.   paying assorted personal expenses.

35.     The Defendants spent $644 on business expenses.

**Misappropriation of Pool Participant Funds**

36.    I calculated that Defendants deposited at least $534,829 of Pool Participants funds into bank accounts under control of the Defendants. Defendants traded approximately $121,165 and had trading losses of approximately $83,883. Only $644 was used for business expenses. The remainder of the VCI Pool Participants funds, $450,302, was misappropriated. Defendants used Pool Participants' funds to pay Clark's personal expenses and to make Ponzi type payments to VCI Pool Participants. The vast majority, more than 84%, of the VCI Pool Participant's funds were misappropriated by the Defendants.

**Concealment of Misappropriation**

37.    I examined account statements sent by Defendants to VCI Pool Participants that purported to show trading gains in VCI Pool Participants' accounts. The account statements were a sham. Defendants were not profitable traders.

38.    Clark made various claims of being a profitable trader. Such claims included:

      a.  That he made 12-16% in monthly returns;

      b.  That VCI's Forex Fiat Trading secured 21% monthly; and

      c.  That VCI returned on average 12-21% monthly.

39.    Based on what little money was returned from trading venues, all of these claims were false.

40.    In one instance the Defendants provided a VCI Pool Participant with an account statement dated November 1, 2018 showing a purported return on investment of 67.5% over a 14 week period. None of the trading records I reviewed supported such

returns. (Attachment J - VCI pool participant November 1, 2018 account statement);

41.     In another instance, the Defendants provided a pool participant with an account statement dated May 25, 2018 showing a purported return on investment of 26% in one month of trading. I found no trading records that supported such returns. (Attachment I - VCI pool participant May 25, 2018 account statement).

42.     Nor was there evidence that Defendants made any attempt to determine if pool participants were Eligible Contract Participants ("ECPs") under 7 U.S.C. §1a(18)(A)(xi) (2018).  In fact, in my review of records available to me, most, if not all, of Defendants' pool participants were not ECPs.

**Restitution**

43.     At least 72 VCI Pool Participants placed funds totaling at least $534,829 in bank accounts controlled by VCI from March of 2018 to February of 2019.

44.     VCI Pool participants received back a total of at least $200,807 in Ponzi-type payments.

45.     At least 36 VCI Pool Participants lost all or a portion of their investments totaling at least $334,022.

46.     Defendants also made misrepresentations regarding the risk of loss involved with trading forex, Bitcoin and Altcoins.  For example, Defendants represented:

47.     In an April 17, 2018 electronic mail, Clark circulated a PowerPoint Presentation to prospective pool participants promising that pool participants received a "capital lock" which protected pool participants' principal capital from any risk of loss.

48.     In an October 1, 2018 circular to prospective pool participants, that they had implemented "stringent trading plans . . . to safeguard all investor capital to ensure minimal

loss."

49.     Defendants' statements were false because Defendants lost much of their trading capital and misappropriated the bulk of the funds pool participants sent them.

50.     Clark's statement that Defendants were subject to a CFTC "audit" was false. After diligent inquiry, I found that the CFTC was not conducting an audit of Defendants.

I hereby declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 21st day of May, 2020

_____

Kevin Samuel

K. SAMUEL DECLARATION


Attachment A



Chase corporate bank account signature card

19-Nov-18                                                                                   19Nov18-264

## CHASE ◻

### Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
VENTURE CAPITAL INVESTMENTS LTD

**ACCOUNT NUMBER** ▓389
**ACCOUNT TYPE** Chase Business Total Savings
**TAXPAYER ID NUMBER** ▓61
**DATE OPENED** 08/06/2018
**FORM OF BUSINESS** Limited Partnership
**ISSUED BY** JPMorgan Chase Bank, N.A. ( 501 )

**BUSINESS ADDRESS**
16020 E WARNER PL

DENVER, CO 80239-5495

Green Valley Ranch - 19
XAVIER I RIVERA
(303) 574-9134
08/06/2018

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ▓096 | CO | 04/03/2018 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|
| 1) BREONNA S CLARK | **(720) 277-1674 | ▓896 | General Partner | 8·6·18 |  |
| 2) | | | | | |
| 3) | | | | | |
| 4) | | | | | |

Page 1 of 1                                                                    M1307-01-13-CS (3/14 v3)    

19-Nov-18                                                                                                    19Nov18-266

## CHASE ○

### Business Signature Card

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** | **ACCOUNT NUMBER** ▉257 |
| VENTURE CAPITAL INVESTMENTS LTD | **ACCOUNT TYPE** Chase Total Business Checking |
| | **TAXPAYER ID NUMBER** ▉9861 |
| | **DATE OPENED** ▉018 |
| | **FORM OF BUSINESS** Limited Partnership |
| **BUSINESS ADDRESS** | **ISSUED BY** JPMorgan Chase Bank, N.A. ( 501 ) |
| 16020 E WARNER PL | Green Valley Ranch - 19 |
| | XAVIER I RIVERA |
| DENVER, CO 80239-5495 | (303) 574-9134 |
| | 05/06/2018 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ▉996 | CO | 04/03/2018 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|
| 1) BREONNA B CLARK | **(720) 277-1874 | ▉996 | General Partner | 8·6·18 | |
| 2) | | | | | |
| 3) | | | | | |
| 4) | | | | | |



Page 1 of 1                                                                    AR367-01-13-C8 (3/14 v3)



K. SAMUEL DECLARATION


Attachment B



US Bank Corporate signature cards

 **SIGNATURE CARD - BUSINESS**

**ACCOUNT TITLE: VENTURE CAPITAL INVESTMENTS LTD**

| | |
|---|---|
| ADDRESS: 16020 E WARNER PL | TIN: ████0861 |
| | PHONE: (720) 277-1674 |
| CITY: DENVER         STATE: CO     ZIP: 80239 | |

TYPE OF BUSINESS: Limited Liability Company

TYPE OF ACCOUNT: Silver Business Checking

OWNERSHIP:   Limited Liability Company

| Account Holder Name(s) | Account Number |
|---|---|
| BREONNA CLARK, JOO | ████5439 |

DATE OPENED: 04/14/2018  TIME OPENED: 12:24 PM  OPENED BY:  Javid A Torres Corrales  OFFICE: 00290

**Certification:**  Under penalties of perjury, I certify that:
(1)    (████861) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)    I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been  notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
(3)    I am a U.S. Citizen or other U.S. person, and
(4)    The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return.  For real estate transaction, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 04/14/2018 by   BREONNA CLARK

BREONNA CLARK                                          Date:

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account.  All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card.  Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank.  Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 04/14/2018 by   BREONNA CLARK

BREONNA CLARK                                          Date:

████5439  276  Form BSIGCD 11/2015

U.S. Bank
Customer Confidential



# RESOLUTION OF LIMITED LIABILITY COMPANY
Authority to open accounts, make deposits, and withdraw funds

Account Number: ▮▮▮▮6439

## I, BREONNA CLARK, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary, Manager or Authorized Member of the limited liability company named *VENTURE CAPITAL INVESTMENTS LTD ("Company"), which is organized, validly existing, and in good standing under applicable laws.

- As of 04/14/2018 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Company. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Company.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF COMPANY
Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| BREONNA CLARK, OWNER | E-SIGNed 04/14/2018 by BREONNA CLARK |





▮▮6439  277  Form BRESLLC 092012

U.S. Bank
Customer Confidential

## RESOLUTION OF LIMITED LIABILITY COMPANY (CONTINUED)
Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Company.

- The authorized agents of the Company shall have the authority to:

  o **DEPOSIT** the funds of the Company into the above-referenced account(s) subject to the present and future account terms and conditions.

  o **WITHDRAW** the funds of the Company through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  o **PROVIDE** instructions with respect to the account(s) of the Company and enter into agreements relating to the account(s) of the Company on behalf of the Company upon such terms and conditions as he or she may deem appropriate.

  o **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Company, including making pledges for property belonging to the Company as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Company.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Company indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Company has been executed on 04/14/2018 (date).

E-SIGNed 04/14/2018 by  BREONNA CLARK

BREONNA CLARK                                Date
(Secretary / Member / Manager)

5439  277  Form BRESLLC 092012

U.S. Bank
Customer Confidential

K. SAMUEL DECLARATION


Attachment C


Chase Personal bank account signature card

 **CHASE**

## Personal Electronic Signature Card

| | | |
|---|---|---|
| **TAX RESPONSIBLE ID #** ███████6996* | **DATE OPENED** | 08/10/2018 |
| **PERSONAL ADDRESS** | **ISSUED BY** | New Account |
| 24610 E APPLEWOOD CIR UNIT 921 | | JPMorgan Chase Bank, N.A. |
| AURORA, CO 80016-3923 | | Green Valley Ranch |
| United States/US Territories | **BRANCH CITY/STATE** | Denver ( CO ) |
| | **BANK # BRANCH** | 19 |
| | | XAVIER I RIVERA |
| | **PHONE #** | (303) 574-9134 |

**TYPE OF OWNERSHIP**   Individual

| ACCOUNT TITLE | ACCOUNT NUMBER / ACCOUNT TYPE | |
|---|---|---|
| BREONNA SIMONE CLARK | 312235010 | Chase Total Checking |
| . | | |

**CUSTOMER(S) TO BE ADDED LATER:**

**ACKNOWLEDGEMENT -** By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account and/or Chase Liquid® indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement or the Chase Liquid Agreement, which includes all provisions that apply to this deposit account and/or Chase Liquid Card and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

Exemption from FATCA reporting code (if any)                [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

**CHASE** ○

Has the IRS notified you that you are subject to backup withholding?

[X] No. I am not subject to backup withholding.

[ ] Yes. The IRS has informed me that I am subject to backup withholding. As a result, I am not making a certification with respect to item 2, above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | **TELEPHONE NUMBER | ELECTRONIC SIGNATURE |
|---|---|---|
| BREONNA S CLARK | | |
| 1*) | (720) 277-1674 | BREONNA CLARK on 2018-08-10 12:47:44 EDT |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |

*Tax Responsibility Indicator

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

# CHASE ⬡

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **TAXPAYER ID#** | ▇996 | | | |
| **DATE OF BIRTH** | ▇1989 | | | |
| **PRIMARY ID TYPE** | Driver's License | | | |
| **PRIMARY ID NUMBER** | ▇0716 | | | |
| **ISSUER** | CO | | | |
| **ISSUANCE DATE** | 01/31/2013 | | | |
| **EXPIRATION DATE** | 09/16/2018 | | | |
| **SECONDARY ID TYPE** | Soc Sec Card | | | |
| **SECONDARY IDNUMBER** | ▇996 | | | |
| **ISSUER** | USA | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | | | | |

| | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| **TAXPAYER ID#** | | | | |
| **DATE OF BIRTH** | | | | |
| **PRIMARY ID TYPE** | | | | |
| **PRIMARY ID NUMBER** | | | | |
| **ISSUER** | | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | | | | |
| **SECONDARY ID TYPE** | | | | |
| **SECONDARY IDNUMBER** | | | | |
| **ISSUER** | | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | | | | |

K. SAMUEL DECLARATION

Attachment D

US Bank personal bank account signature cards

| Task, Comments & History | Applicant Info | E-Funds Results | Acxiom | E-Payment | Account Info | AML Info |

## Primary Applicant Information

### Primary Applicant

Full Name: **BREONNA CLARK**
Mother's Maiden Name:
SSN: █████6996
DOB: ████989
E-Mail Address: **BDANSIMON89@GMAIL.COM**
Home Phone:
Work Phone:
Cell Phone: **(720) 277-1674**
Occupation/Job Title: **QC**
Employer Name: **PREFERRED MEDICAL PRODUCTS**
ID Type: **State ID**
ID Number: █████716
ID State: **CO**
ID Expiration Date: **09/16/2018**

#### Current Address

Street Address Line 1: **10200 PARK MEADOWS DR UNIT 114**
Street Address Line 2:
Street Address Line 3:
City: **LONE TREE**
State: **CO**
ZIP: **80124**

Global Language Preference:
Print Language: **ENU**
Affirmative Consent Reply:
Date of Affirmative Consent:
Channel of Affirmative Consent: **WEB**

| Task, Comments & History | Applicant Info | E-Funds Results | Acxiom | E-Payment | Account Info | AML Inf |
|---|---|---|---|---|---|---|

## Ownership Information

| | |
|---|---|
| Apply Platform: | Y |
| User Login: | |
| Product Channel: | Internet |
| Transaction ID: | |
| Session ID: | NoSessionID |
| Account Ownership: | Individual |
| Account Sponsor: | NONE |
| Promotion Code: | |
| MRI Code: | |
| Segment Code: | |
| Graduation Date: | |
| New Branch Number: | 4412 |
| COID: | 0288 |
| Recipient Id: | |
| Customer Segment Indicator: | GENERAL |
| Disclosure Acceptance: | Y |
| Hard Copy Requested: | N |
| Promo Account Waive: | |
| # of Months: | |

## Product Information

| | U.S. Bank Platinum Checking | Platinum Select Money Market Savings |
|---|---|---|
| Account Number | 0426 | 107 |
| Account Name | | |
| Hogan Product/Sub Product Code | DDA-GS | SAV-98 |
| OD Coverage | N | S |
| Online Statements | N | N |
| Electronic Signature | 04/20/2017 12:49:39 | 04/20/2017 12:49:39 |
| Direct Deposit | | |
| Signature Card Requested | Yes | Yes |
| Compensating Balance Accounts | No | No |
| Waive Bill Pay | | |
| Card Access | CHK | |
| Plastic Choice | | |
| Checking That Pays | No | No |
| Frequent Flyer Plan | | |
| Frequent Flyer Account | | |
| Reserve Line | | |
| Reserve Line Amount | | |
| Overdraft Protection | No | No |
| Check Type | Duplicate | Declined |
| Catalog ID | CNUSB | |
| Special PGM Code | | |
| Waive Check Charge | Yes | |
| Overdraft Account Number | | |
| Funding Type | Mail | Mail |

K. SAMUEL DECLARATION


Attachment E



Binance trading account records

**User Basic Information ( id: 18127171  email: bdansimon89@gmail.com time: 2017-07-14 00:00:00 - 2019-03-02 23:59:59)**

| | | | | | | | | | Basic Information | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| User ID | Email | Mobile | Registration time | Name | User nationality | User ID number | User authentication type | User authentication time | Status | Referrer name | Referral Nationality | Referrer ID number | Referrer certification type | Referrer certification time | 2FA | 2FA Opening time | SMS | SMS Opening time | 2FA Reset Information |
| 18127171 | bdansimon89@gmail.com | +1 (720) 277-1674 | 2018-01-01 23:50:32.0 | | | | | | Normal | | | | | | Enable | | 7202771674 | | |

| | API Information | | | | |
|---|---|---|---|---|---|
| Rule ID | API Name | Trade IP | Withdraw IP | Create Time | Update Time |

| Asset Ticker | Asset Name | Total Position | Estimated BTC Value | Deposit Wallet Address | Label/Tag/Memo |
|---|---|---|---|---|---|
| BTC | Bitcoin | 0.0000001 | 0.0000001 | 1Bo66fJxwQGyLBCcMr4PnpDPmAqwJC7eFx | |
| GAS | NeoGas | 0.00345034 | 0.0000021909659 | | |
| LTC | Litecoin | 0.001 | 0.000012369 | LVTPYnqkm2T7XVGzG39ZvEURaXU78FTJXZ | |
| NEO | NEO | 0.00926 | 0.00002121466 | | |
| ONG | Ontology Gas | 0.00004834 | 0.000000007200243 | | |
| ONT | Ontology | 0.001852 | 0.0000004252192 | | |
| TRX | TRON | 0.321 | 0.00000191316 | | |

| Order Number | Client Order ID | User ID | Market ID | Price | Qty | Average Price | Remain Qty | Trade Qty | Time | Update Time | Side | Status | Type | Stop Price | Price Unit | Amount Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25682360 | aKSQCGdxSzaKXeoMcP9He8 | 18127171 | NEOBTC | 0.01221400 | 0.73000000 | 0.01221400 | 0.00000000 | 0.73000000 | 2018-01-28 04:59:15 | 2018-01-28 04:59:27 | SELL | FILLED | LIMIT | 0.00000000 | BTC | NEO |
| 25290417 | 0LFTLrn6ny3XGyxHErLtes | 18127171 | TRXBTC | 0.00000592 | 1218.00000000 | 0.00000592 | 0.00000000 | 1218.00000000 | 2018-01-28 04:58:49 | 2018-01-28 04:58:49 | SELL | FILLED | LIMIT | 0.00000000 | BTC | TRX |
| 22578226 | hU8pZY6525CYQeT6iNorCg | 18127171 | TRXBTC | 0.00002130 | 609.00000000 | 0.00000000 | 609.00000000 | 0.00000000 | 2018-01-19 04:31:04 | 2018-01-28 04:58:19 | SELL | CANCELED | LIMIT | 0.00000000 | BTC | TRX |
| 23715457 | AUjX9IVFAsqvYDT4BhxWFm | 18127171 | NEOBTC | 0.02000000 | 0.73000000 | 0.00000000 | 0.00000000 | 0.73000000 | 2018-01-19 04:28:52 | 2018-01-28 04:58:24 | SELL | FILLED | LIMIT | 0.00000000 | BTC | NEO |
| 21244186 | m2PXMQavqdhvTKD8mko34J | 18127171 | TRXBTC | 0.00003000 | 609.00000000 | 0.00000000 | 609.00000000 | 0.00000000 | 2018-01-17 22:11:43 | 2018-01-28 04:58:21 | SELL | CANCELED | LIMIT | 0.00000000 | BTC | TRX |
| 21007286 | PNrnHfAkG8Pk4iGQHNXMn8o | 18127171 | TRXBTC | 0.00000667 | 1219.00000000 | 0.00000667 | 0.00000000 | 1219.00000000 | 2018-01-17 20:32:41 | 2018-01-17 20:32:41 | BUY | FILLED | LIMIT | 0.00000000 | BTC | TRX |
| 19783191 | FgbNNGyGMKvhXzNhnDdGru | 18127171 | LTCBTC | 0.01609800 | 0.50000000 | 0.01609800 | 0.00000000 | 0.50000000 | 2018-01-17 18:38:02 | 2018-01-17 18:38:03 | SELL | FILLED | LIMIT | 0.00000000 | BTC | LTC |
| 23144220 | 4EwxM4vysRgBKgFiFW88Srf | 18127171 | NEOBTC | 0.01155400 | 0.74000000 | 0.01155100 | 0.00000000 | 0.74000000 | 2018-01-17 17:10:18 | 2018-01-17 17:10:18 | BUY | FILLED | LIMIT | 0.00000000 | BTC | NEO |
| 19763891 | 0y2PVmQEx3jE2zo8xvAHbP | 18127171 | LTCBTC | 0.01632000 | 0.53000000 | 0.01632000 | 0.00000000 | 0.53000000 | 2018-01-17 17:08:34 | 2018-01-17 17:09:34 | SELL | FILLED | LIMIT | 0.00000000 | BTC | LTC |
| 16058187 | u3vyXigEPx0gxDKqb1LCNK | 18127171 | TRXBTC | 0.00000818 | 459.00000000 | 0.00000826 | 0.00000000 | 459.00000000 | 2018-01-09 23:11:38 | 2018-01-09 23:11:38 | SELL | FILLED | LIMIT | 0.00000000 | BTC | TRX |
| 6328220 | lZgXUtccIFfY86t4UjZUrZ | 18127171 | TRXBTC | 0.00000394 | 460.00000000 | 0.00000393 | 0.00000000 | 460.00000000 | 2018-01-02 02:10:29 | 2018-01-02 02:10:29 | BUY | FILLED | LIMIT | 0.00000000 | BTC | TRX |

| Tran ID | User ID | Currency | Amount | Deposit Address | Source Address | TXID | Create Time | Status |
|---|---|---|---|---|---|---|---|---|
| 536833264 | 18127171 | LTC | 0.50100000 | LVTPYnqkm2f7XVGzG39ZvEURaXU78FTJXZ | LVYeVTS1tpWqvcMVbmNbLjmMsuP53HiiRv | 8bcfab3d9451cef9f7e4b436464ac3a89327f7904be3dceb6e87487755a4ec4a | 2018-01-17 18:29:17 | Completed |
| 533411876 | 18127171 | LTC | 0.53000000 | LVTPYnqkm2f7XVGzG39ZvEURaXU78FTJXZ | LXxMM8CQkMLp7wdKfEqjjFswy5QYy8jSjt | 9f0c0ebee9433edfb906004ba14f9b3d275f051b8df5b4b38e808bc74f1fda9f | 2018-01-17 13:37:00 | Completed |
| 284837687 | 18127171 | BTC | 0.00181322 | 18o66fJxwQGyL8iCrMn4PnpDPrnAqwiC7eFx | NJXThTE7ZF,1QHbohk2Za4oqhcWWL2wCnSgwEs7r88Cw,18ECxV9rowctgZctXeV1fu | a9cf41cf8ede660365d45b73b8ae8fd20d3e3aac8feb9d5f6866ba43aa9afc9e | 2018-01-02 02:05:29 | Completed |

| Tran ID | User ID | Currency | Amount | Destination Address | Label/Tag/Memo | txId | Apply Time | Status |
|---|---|---|---|---|---|---|---|---|
| 649109222 | 18127171 | BTC | 0.01511400 | 17epkoQCeQw2mTWigqFzMcmzNWTipMPadq | | f51184c0c9030ef1cf19155024feb8f537aa2d1dca3707029a3228ba78e0ee52 | 2018-01-28 05:02:12.0 | Success |
| 423727537 | 18127171 | BTC | 0.00279297 | 1AyFNahkoM6L6DzkesxqtednmKsTvcEqXG | | 9fd00c9f4042020fe185bc9f001913c9d19eeff43283a3459b6dccb1d0818090 | 2018-01-09 23:38:24.0 | Success |

| User ID | Operation | Client | Client Version | Real IP | Geolocation | Browser | Timestamp (UTC) |
|---|---|---|---|---|---|---|---|
| 18127171 | User login | web | | 67.164.255.210 | Cherry Hill-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/71.0.3578.98 Safari/537.36 | 2019-01-11 00:48:33 |
| 18127171 | User forgot password mailbox verification | web | | 67.164.255.210 | Cherry Hill-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/71.0.3578.98 Safari/537.36 | 2019-01-11 00:48:01 |
| 18127171 | User forgot password | web | | 67.164.255.210 | Cherry Hill-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/71.0.3578.98 Safari/537.36 | 2019-01-11 00:45:53 |
| 18127171 | withdrawal confirmation | | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_2 like Mac OS X) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-28 05:02:32 |
| 18127171 | Withdrawal application | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-28 05:02:12 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-28 04:57:37 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-27 01:14:43 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-26 04:56:22 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-25 05:02:09 |
| 18127171 | User login | web | | 96.69.190.209 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-24 16:06:09 |
| 18127171 | User login | web | | 96.69.190.209 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-23 16:03:10 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-21 23:49:14 |
| 18127171 | User login | H5 | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_2 like Mac OS X) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-21 05:18:01 |
| 18127171 | User login | H5 | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_2 like Mac OS X) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-20 15:15:48 |
| 18127171 | User login | H5 | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_2 like Mac OS X) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-20 19:02:03 |
| 18127171 | User login | H5 | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_2 like Mac OS X) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-20 15:15:10 |
| 18127171 | User login | H5 | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_2 like Mac OS X) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-20 14:05:39 |
| 18127171 | User login | web | | 96.69.163.125 | Lakewood-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-19 23:56:11 |
| 18127171 | User login | web | | 96.69.163.125 | Lakewood-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-19 22:34:42 |
| 18127171 | User login | H5 | | 174.209.31.177 | Greeley-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-19 18:43:19 |
| 18127171 | User login | web | | 96.69.190.209 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-19 14:20:27 |
| 18127171 | User login | H5 | | 96.69.190.209 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-18 18:42:14 |
| 18127171 | User login | H5 | | 174.209.0.137 | Pueblo-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-18 12:25:18 |
| 18127171 | User login | H5 | | 174.209.0.137 | Pueblo-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-17 23:00:10 |
| 18127171 | User login | H5 | | 174.209.0.137 | Pueblo-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-17 22:25:59 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-17 20:32:17 |
| 18127171 | withdrawal confirmation | web | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-17 03:49:40 |
| 18127171 | Withdrawal application | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-09 23:38:24 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-09 23:10:27 |
| 18127171 | User login | H5 | | 174.209.2.210 | Colorado Springs-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-08 14:54:50 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36 | 2018-01-08 04:17:39 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-07 14:41:57 |
| 18127171 | User login | H5 | | 174.208.24.187 | Kalispell-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-06 22:53:02 |
| 18127171 | User login | H5 | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-06 14:25:28 |
| 18127171 | User login | H5 | | 174.208.24.187 | Kalispell-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-06 03:09:57 |
| 18127171 | User login | web | | 96.69.190.209 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-05 21:22:45 |
| 18127171 | User login | H5 | | 71.205.189.173 | Mount Laurel-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-05 14:10:50 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.108 Safari/537.36 | 2018-01-04 04:27:17 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 | 2018-01-04 15:53:08 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 | 2018-01-03 23:34:32 |
| 18127171 | User login | H5 | | 174.209.68.1 | Greenwood Village-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-03 02:49:41 |
| 18127171 | User login | H5 | | 174.209.21.87 | Broomfield-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-03 16:28:47 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 | 2018-01-03 13:23:14 |
| 18127171 | User login | H5 | | 174.209.21.87 | Broomfield-United States | zzilla/5.0 (iPhone; CPU iPhone OS 11_2_1 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15 | 2018-01-02 19:55:40 |
| 18127171 | User login | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 | 2018-01-03 03:23:08 |
| 18127171 | Bind Google verification | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 | 2018-01-01 23:58:08 |
| 18127171 | User registration email verification | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 | 2018-01-01 23:53:17 |
| 18127171 | User registration | web | | 71.205.189.173 | Mount Laurel-United States | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 | 2018-01-01 23:50:32 |

K. SAMUEL DECLARATION


Attachment F


Bittrex trading account records

This report was created on 9/26/2018 3:29:27 PM

==== User Account ====
Uuid, Created, UserName
9b9eba20-c245-4472-a66c-f845ed2a04a6,12/13/2017 4:46:28 AM,bdansimon89@gmail.com

==== Deposits ====
Id,Amount,Currency,Confirmations,LastUpdated,TxId,CryptoAddress
██████8872,0.00107081,BTC,3,12/22/2017 2:15:16
AM,9d935fc45c58538ae24d910a562e3a6a3006db0fa7a6a31296d7bcff3b457bf9,1FuqT78MkFwewWWQ
oZtLx9q8716QyS3sRK
47657111,0.00056300,BTC,2,12/20/2017 4:54:33
AM,4532272755077253ab79aff198720508dd9a484218e8d6478cece606f495c90a,1FuqT78MkFwewWW
QoZtLx9q8716QyS3sRK
46873046,0.00072181,BTC,4,12/17/2017 4:29:50
AM,148a91aaecbdcf6487321ce5d31a0f1d6f44b88f79c7951eaedc2f335587672d,1FuqT78MkFwewWWQ
oZtLx9q8716QyS3sRK
46625616,0.08000000,LTC,6,12/16/2017 3:01:49
AM,4c5eef56bea9b66eaae9bdce0d51fceebcd1d0e4a87d37ff80578c6ef14c9f8c,LZUvu2a7UuXx84UsH4
YFjVM8CDscuTFQ62

==== Withdrawals ====
PaymentUuid,Currency,Amount,Address,Opened,Authorized,PendingPayment,TxCost,TxId,Canceled,Inv
alidAddress
e61c4c27-77e3-4c96-b7e9-
100e435231ca,BTC,0.01076998,18md8KgMwDWApGr7vDy6FkoZWrA1HzihwJ,12/31/2017 4:01:58
AM,True,False,0.00100000,7347ed0da380f6164073db8f453191c0c053e64742c8bfa1d4147ffab913045f,
False,False
e0f978d8-0bb4-42fc-bdc1-
0bb6e7589018,BTC,0.00916266,19bDdea4xPGNNQuJ3kkf3y8zJExkpyCDur,12/30/2017 4:34:17
PM,True,False,0.00100000,,,True,False

==== Current Balances ====
Currency,Balance,Available,Pending,CryptoAddress,AutoSell
ADA,0.00000000,0.00000000,0.00000000,,
BTC,0.00000000,0.00000000,0.00000000,1FuqT78MkFwewWWQoZtLx9q8716QyS3sRK,
ETH,0.00000000,0.00000000,0.00000000,0x3fed46cddd8ae7bf4472bc33c7f4a6151864404e3,
LTC,0.00000000,0.00000000,0.00000000,LZUvu2a7UuXx84UsH4YFjVM8CDscuTFQ62,
XRP,0.00000000,0.00000000,0.00000000,,
XVG,0.00000000,0.00000000,0.00000000,,

==== Order History ====
OrderUuid,Exchange,Type,Quantity,Limit,CommissionPaid,Price,Opened,Closed
47967bfa-c228-44b3-9516-99f9af474c0b,BTC-
XVG,LIMIT_SELL,400.08918667,0.00001289,0.00001290,0.00516115,12/31/2017 3:33:41
AM,12/31/2017 3:33:41 AM
20dfb87c-e763-4f74-a263-5436781ea5c3,BTC-
XVG,LIMIT_SELL,501.00000000,0.00001325,0.00001659,0.00663825,12/31/2017 3:16:39
AM,12/31/2017 3:16:39 AM
12875e44-5716-4fa4-bdbb-72bb9bfb289d,BTC-
XVG,LIMIT_BUY,901.08918667,0.00001125,0.00002534,0.01013725,12/30/2017 5:01:53
PM,12/30/2017 5:01:53 PM
c8778844-1222-4c34-a50b-e1e6db17ba8c,BTC-

ADA,LIMIT_SELL,30.00000000,0.00004680,0.00000351,0.00140400,12/30/2017 4:31:31 PM,12/30/2017 4:31:31 PM
c743e085-fb2e-4501-b757-2f2f579654aa,BTC-
XRP,LIMIT_SELL,53.61396284,0.00016384,0.00002196,0.00878411,12/30/2017 4:30:38 PM,12/30/2017 4:30:39 PM
cf209cbd-27bb-4230-bfe8-8107ed67ce0f,BTC-
XRP,LIMIT_BUY,21.93907600,0.00007914,0.00000434,0.00173625,12/22/2017 5:11:06 AM,12/22/2017 5:11:06 AM
3cfeb3e5-0d40-46fa-868a-5203d06b81c7,BTC-
ADA,LIMIT_BUY,30.00000000,0.00002045,0.00000153,0.00061350,12/17/2017 5:00:09 AM,12/17/2017 5:00:09 AM
c563931f-310e-4fd7-82bb-cfe7229f90c9,BTC-
XRP,LIMIT_BUY,31.67488684,0.00004330,0.00000342,0.00137152,12/16/2017 3:23:40 AM,12/16/2017 3:23:40 AM
92ae73e7-228a-4ece-93df-54c12f96aa17,BTC-
LTC,LIMIT_SELL,0.08000000,0.01723001,0.00000344,0.00137840,12/16/2017 3:22:24 AM,12/16/2017 3:22:26 AM


==== IP Addresses Used ====
Activity,Ip,Ua,TimeStamp
LOGIN,2601:282:1180:350:b913:2d6c:8fb2:cf6e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/68.0.3440.84 Safari/537.36",8/7/2018 4:59:48 PM
LOGIN,2601:282:1180:350:b913:2d6c:8fb2:cf6e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/68.0.3440.84 Safari/537.36",8/7/2018 4:59:13 PM
VERIFY_NEW_IP,2601:282:1180:350:b913:2d6c:8fb2:cf6e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/68.0.3440.84 Safari/537.36",8/7/2018 4:59:00 PM
UNKNOWN_IP_LOGIN,2601:282:1180:350:b913:2d6c:8fb2:cf6e,"Mozilla/5.0 (Windows NT 10.0; Win64;
x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/68.0.3440.84 Safari/537.36",8/7/2018 4:58:09
PM
LOGIN,2601:280:c600:216c:c157:2763:c690:9fdb,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/22/2018 12:17:42 AM
VERIFY_NEW_IP,2601:280:c600:216c:c157:2763:c690:9fdb,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/22/2018 12:17:18 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:c157:2763:c690:9fdb,"Mozilla/5.0 (Windows NT 10.0;
Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/22/2018
12:16:51 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:c157:2763:c690:9fdb,"Mozilla/5.0 (Windows NT 10.0;
Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/21/2018
11:57:39 PM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:c157:2763:c690:9fdb,"Mozilla/5.0 (Windows NT 10.0;
Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/21/2018
11:56:30 PM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/17/2018 12:50:06 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/17/2018 12:38:49 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/12/2018 12:18:51 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/11/2018 10:57:34 PM
LOGIN,2601:280:c600:216c:890a:7091:c3c8:341c,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/11/2018 2:39:41 AM
LOGIN,2601:280:c600:216c:890a:7091:c3c8:341c,"Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/11/2018 12:58:50 AM
VERIFY_NEW_IP,2601:280:c600:216c:890a:7091:c3c8:341c,"Mozilla/5.0 (Windows NT 10.0; Win64;

x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/11/2018 12:58:31 AM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:890a:7091:c3c8:341c,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/11/2018 12:58:12 AM

LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/8/2018 4:28:05 AM

LOGIN,2601:280:c600:216c:48c1:144c:f9c2:6292,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/7/2018 1:00:30 AM

VERIFY_NEW_IP,2601:280:c600:216c:48c1:144c:f9c2:6292,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/7/2018 12:56:50 AM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:48c1:144c:f9c2:6292,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.132 Safari/537.36",1/7/2018 12:56:42 AM

LOGIN,2601:280:c600:216c:7982:7dcf:18ee:3236,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.108 Safari/537.36",1/5/2018 1:52:22 AM

VERIFY_NEW_IP,2601:280:c600:216c:7982:7dcf:18ee:3236,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.108 Safari/537.36",1/5/2018 1:51:37 AM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:7982:7dcf:18ee:3236,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.108 Safari/537.36",1/5/2018 1:51:14 AM

LOGIN,2601:280:c600:216c:c4b7:e3fa:15db:ad4b,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",1/1/2018 4:57:27 PM

LOGIN,2601:280:c600:216c:c4b7:e3fa:15db:ad4b,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",1/1/2018 6:38:54 AM

VERIFY_NEW_IP,2601:280:c600:216c:c4b7:e3fa:15db:ad4b,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",1/1/2018 6:38:13 AM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:c4b7:e3fa:15db:ad4b,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",1/1/2018 6:37:39 AM

VERIFY_WITHDRAWAL_SUCCESS,2601:280:c600:216c:20fa:7819:15e8:af9d,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/31/2017 4:02:33 AM

WITHDRAWAL_EMAIL_SENT,2601:280:c600:216c:20fa:7819:15e8:af9d,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/31/2017 4:01:58 AM

LOGIN,2601:280:c600:216c:20fa:7819:15e8:af9d,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/31/2017 12:48:51 AM

LOGIN,2600:100e:b02c:b27e:d4ad:cf7f:435b:75bb,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/31/2017 12:33:20 AM

VERIFY_NEW_IP,2600:100e:b02c:b27e:d4ad:cf7f:435b:75bb,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/31/2017 12:33:17 AM

UNKNOWN_IP_LOGIN,2600:100e:b02c:b27e:d4ad:cf7f:435b:75bb,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/31/2017 12:33:04 AM

LOGIN,2600:100e:b010:9dc1:8070:c065:edc4:f068,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/30/2017 10:20:31 PM

LOGIN,2600:100e:b010:9dc1:8070:c065:edc4:f068,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/30/2017 9:41:53 PM

VERIFY_NEW_IP,2600:100e:b010:9dc1:8070:c065:edc4:f068,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/30/2017 9:41:50 PM

UNKNOWN_IP_LOGIN,2600:100e:b010:9dc1:8070:c065:edc4:f068,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/30/2017 9:41:37 PM

VERIFY_WITHDRAWAL_SUCCESS,2601:280:c600:216c:20fa:7819:15e8:af9d,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/30/2017 4:34:46 PM

WITHDRAWAL_EMAIL_SENT,2601:280:c600:216c:20fa:7819:15e8:af9d,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/30/2017 4:34:19 PM

LOGIN,2601:280:c600:216c:20fa:7819:15e8:af9d,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/30/2017 4:29:46 PM

VERIFY_NEW_IP,2601:280:c600:216c:20fa:7819:15e8:af9d,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/30/2017 4:29:33 PM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:20fa:7819:15e8:af9d,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/30/2017 4:29:14 PM

LOGIN,2601:280:c600:216c:fd7d:982e:948d:874b,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/30/2017 3:48:09 PM

LOGIN,2601:280:c600:216c:fd7d:982e:948d:874b,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/30/2017 8:47:35 AM

LOGIN,2601:280:c600:216c:fd7d:982e:948d:874b,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/30/2017 8:23:35 AM

VERIFY_NEW_IP,2601:280:c600:216c:fd7d:982e:948d:874b,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/30/2017 8:23:33 AM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:fd7d:982e:948d:874b,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/30/2017 8:23:14 AM

LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/29/2017 9:35:19 PM

LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/29/2017 4:10:49 PM

LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/29/2017 4:35:00 AM

LOGIN,2601:280:c600:216c:699b:24a5:3d7:7dde,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/28/2017 10:42:44 PM

LOGIN,2601:280:c600:216c:699b:24a5:3d7:7dde,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/28/2017 6:58:30 PM

LOGIN,2601:280:c600:216c:699b:24a5:3d7:7dde,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/28/2017 8:23:41 AM

LOGIN,2601:280:c600:216c:699b:24a5:3d7:7dde,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/28/2017 3:00:07 AM

VERIFY_NEW_IP,2601:280:c600:216c:699b:24a5:3d7:7dde,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/28/2017 2:59:54 AM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:699b:24a5:3d7:7dde,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/28/2017 2:59:43 AM

LOGIN,2601:280:c600:216c:3056:a920:4937:29c3,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/27/2017 7:01:56 PM

LOGIN,2601:280:c600:216c:3056:a920:4937:29c3,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/27/2017 11:56:22 AM

VERIFY_NEW_IP,2601:280:c600:216c:3056:a920:4937:29c3,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/27/2017

11:56:07 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:3056:a920:4937:29c3,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/27/2017 11:55:53 AM
LOGIN,2601:280:c600:216c:9834:4d3a:ef3f:d519,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/27/2017 11:43:48 AM
VERIFY_NEW_IP,2601:280:c600:216c:9834:4d3a:ef3f:d519,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/27/2017 11:43:46 AM
UNKNOWN_IP_LOGIN,71.205.189.173,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/27/2017 11:43:25 AM
LOGIN,2601:280:c600:216c:9834:4d3a:ef3f:d519,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/27/2017 11:42:42 AM
VERIFY_NEW_IP,2601:280:c600:216c:9834:4d3a:ef3f:d519,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/27/2017 11:42:38 AM
UNKNOWN_IP_LOGIN,71.205.189.173,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/27/2017 11:42:21 AM
LOGIN,2601:280:c600:216c:5d94:6a70:8f61:6399,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/25/2017 9:50:37 AM
VERIFY_NEW_IP,2601:280:c600:216c:5d94:6a70:8f61:6399,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/25/2017 9:50:30 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:5d94:6a70:8f61:6399,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/25/2017 9:50:12 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/24/2017 12:25:54 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/23/2017 5:29:10 PM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/23/2017 4:38:44 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/23/2017 1:52:48 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/22/2017 4:50:33 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/21/2017 11:52:06 PM
LOGIN,2600:100e:b043:f47a:217a:9781:d732:60de,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/21/2017 6:33:21 PM
LOGIN,2600:100e:b043:f47a:217a:9781:d732:60de,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/21/2017 3:42:26 PM
LOGIN,2600:100e:b043:f47a:217a:9781:d732:60de,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/21/2017 2:44:06 PM
LOGIN,2600:100e:b043:f47a:217a:9781:d732:60de,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/21/2017 2:28:44 PM
VERIFY_NEW_IP,2600:100e:b043:f47a:217a:9781:d732:60de,"Mozilla/5.0 (iPhone; CPU iPhone OS

11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/21/2017 2:27:42 PM

UNKNOWN_IP_LOGIN,2600:100e:b043:f47a:217a:9781:d732:60de,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/21/2017 2:27:16 PM

LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/21/2017 3:07:31 AM

LOGIN,2600:100e:b015:24a3:1c64:7149:f42c:301e,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/20/2017 5:37:37 PM

LOGIN,2601:280:c600:216c:a41e:f485:a51b:244,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/20/2017 10:27:02 AM

LOGIN,2601:280:c600:216c:a41e:f485:a51b:244,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/20/2017 10:11:55 AM

VERIFY_NEW_IP,2601:280:c600:216c:a41e:f485:a51b:244,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/20/2017 10:11:46 AM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:a41e:f485:a51b:244,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/20/2017 10:11:26 AM

LOGIN,2601:280:c600:216c:f4c5:8ec9:667b:a009,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/20/2017 2:57:13 AM

VERIFY_NEW_IP,2601:280:c600:216c:f4c5:8ec9:667b:a009,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/20/2017 2:56:58 AM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:f4c5:8ec9:667b:a009,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/20/2017 2:55:41 AM

LOGIN,2600:100e:b015:24a3:1c64:7149:f42c:301e,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/19/2017 1:49:30 PM

VERIFY_NEW_IP,2600:100e:b015:24a3:1c64:7149:f42c:301e,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/19/2017 1:49:25 PM

UNKNOWN_IP_LOGIN,2600:100e:b015:24a3:1c64:7149:f42c:301e,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/19/2017 1:49:02 PM

LOGIN,2601:280:c600:216c:8cf1:b386:9c41:30d8,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/19/2017 3:10:20 AM

LOGIN,2601:280:c600:216c:8cf1:b386:9c41:30d8,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/19/2017 1:16:17 AM

VERIFY_NEW_IP,2601:280:c600:216c:8cf1:b386:9c41:30d8,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/19/2017 1:15:20 AM

UNKNOWN_IP_LOGIN,2601:280:c600:216c:8cf1:b386:9c41:30d8,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/19/2017 1:14:59 AM

LOGIN,2600:100e:b039:4b37:85e8:1dc6:5fb:ef7b,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/18/2017 8:52:42 PM

VERIFY_NEW_IP,2600:100e:b039:4b37:85e8:1dc6:5fb:ef7b,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/18/2017 8:52:28 PM

UNKNOWN_IP_LOGIN,2600:100e:b039:4b37:85e8:1dc6:5fb:ef7b,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/18/2017 8:52:10 PM

LOGIN,2601:280:c600:216c:4034:eeab:1104:9aec,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36",12/17/2017 10:25:41 PM
LOGIN,2601:280:c600:216c:4034:eeab:1104:9aec,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/17/2017 4:46:38 PM
LOGIN,2601:280:c600:216c:4034:eeab:1104:9aec,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/17/2017 3:47:19 AM
VERIFY_NEW_IP,2601:280:c600:216c:4034:eeab:1104:9aec,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/17/2017 3:47:05 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:4034:eeab:1104:9aec,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/17/2017 3:46:40 AM
LOGIN,2600:100e:b020:4731:64bd:7ee8:8aca:89c7,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/17/2017 1:58:49 AM
VERIFY_NEW_IP,2600:100e:b020:4731:64bd:7ee8:8aca:89c7,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/17/2017 1:58:43 AM
UNKNOWN_IP_LOGIN,2600:100e:b020:4731:64bd:7ee8:8aca:89c7,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/17/2017 1:58:13 AM
LOGIN,2600:100e:b034:decc:e49d:6352:290f:dbf5,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/16/2017 8:07:11 PM
LOGIN,2600:100e:b034:decc:e49d:6352:290f:dbf5,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/16/2017 5:07:40 PM
LOGIN,2600:100e:b034:decc:e49d:6352:290f:dbf5,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/16/2017 3:42:42 PM
LOGIN,2600:100e:b034:decc:e49d:6352:290f:dbf5,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/16/2017 2:03:50 PM
VERIFY_NEW_IP,2600:100e:b034:decc:e49d:6352:290f:dbf5,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/16/2017 2:03:41 PM
UNKNOWN_IP_LOGIN,205.169.104.245,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/16/2017 2:03:20 PM
LOGIN,2601:280:c600:216c:5016:b243:5a5c:2e30,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/16/2017 12:42:24 PM
VERIFY_NEW_IP,2601:280:c600:216c:5016:b243:5a5c:2e30,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/16/2017 12:42:12 PM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:5016:b243:5a5c:2e30,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/16/2017 12:41:55 PM
LOGIN,2601:280:c600:216c:9941:90d4:6c7e:fe8,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/16/2017 1:34:14 AM
VERIFY_NEW_IP,2601:280:c600:216c:9941:90d4:6c7e:fe8,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/16/2017 1:33:48 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:9941:90d4:6c7e:fe8,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/16/2017 1:31:23 AM
LOGIN,2600:100e:b034:3dc4:c537:d575:47b0:bb59,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202

Safari/604.1",12/15/2017 3:30:55 PM
LOGIN,2600:100e:b034:3dc4:c537:d575:47b0:bb59,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/15/2017 2:05:36 PM
VERIFY_NEW_IP,2600:100e:b034:3dc4:c537:d575:47b0:bb59,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/15/2017 2:05:33 PM
UNKNOWN_IP_LOGIN,2600:100e:b034:3dc4:c537:d575:47b0:bb59,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/15/2017 2:05:10 PM
UNKNOWN_IP_LOGIN,2600:100e:b034:3dc4:c537:d575:47b0:bb59,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/15/2017 2:04:22 PM
LOGIN,2601:280:c600:216c:a02e:ca0d:9cb5:afe,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/15/2017 5:23:50 AM
LOGIN,2601:280:c600:216c:a02e:ca0d:9cb5:afe,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/15/2017 5:20:24 AM
VERIFY_NEW_IP,2601:280:c600:216c:a02e:ca0d:9cb5:afe,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/15/2017 5:20:18 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:a02e:ca0d:9cb5:afe,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/15/2017 5:19:58 AM
LOGIN,2601:280:c600:216c:2c37:e290:71f6:9d96,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/15/2017 1:28:41 AM
LOGIN,2600:100e:b000:a7f1:b8ea:a5ed:e238:825a,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/14/2017 6:37:30 PM
LOGIN,2600:100e:b000:a7f1:b8ea:a5ed:e238:825a,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/14/2017 6:32:00 PM
VERIFY_NEW_IP,2600:100e:b000:a7f1:b8ea:a5ed:e238:825a,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/14/2017 6:31:50 PM
UNKNOWN_IP_LOGIN,2600:100e:b000:a7f1:b8ea:a5ed:e238:825a,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/14/2017 6:31:28 PM
LOGIN,2601:280:c600:216c:65c4:8bb8:293d:4aaa,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/14/2017 12:34:40 PM
LOGIN,2601:280:c600:216c:65c4:8bb8:293d:4aaa,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/14/2017 12:24:54 PM
VERIFY_NEW_IP,2601:280:c600:216c:65c4:8bb8:293d:4aaa,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/14/2017 12:24:35 PM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:65c4:8bb8:293d:4aaa,"Mozilla/5.0 (iPhone; CPU iPhone OS 11_1_2 like Mac OS X) AppleWebKit/604.3.5 (KHTML, like Gecko) Version/11.0 Mobile/15B202 Safari/604.1",12/14/2017 12:23:01 PM
LOGIN,2601:280:c600:216c:2c37:e290:71f6:9d96,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/14/2017 5:36:07 AM
VERIFY_NEW_IP,2601:280:c600:216c:2c37:e290:71f6:9d96,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/14/2017 5:35:40 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:2c37:e290:71f6:9d96,"Mozilla/5.0 (Windows NT 10.0;

Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/14/2017 5:34:54 AM
JUMIO_SUCCESS,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/13/2017 5:10:14 AM
IMAGE_INITIATE_NETVERIFY,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/13/2017 5:02:54 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/13/2017 5:02:40 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/13/2017 5:01:18 AM
LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/13/2017 4:48:29 AM
VERIFY_NEW_IP,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/13/2017 4:48:15 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/13/2017 4:47:53 AM
UNKNOWN_IP_LOGIN,2601:280:c600:216c:e503:c0a8:a1c6:bd7e,"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36",12/13/2017 4:46:45 AM

==== Identity Info ====

{"AdminOverride":null,"BasicSubmission":{"FirstName":"Breonna","MiddleName":"Simone","LastName":"Clark","Address1":"921 S Walden St","Address2":"101","City":"Aurora","State":"US-CO","PostalCode":"80017","Country":"USA","BirthDate":"\/Date(621907200000)\/","SocialSecurityNumber":null,"Passport":null,"AlternateEmails":null,"BrowserFingerprint":null,"GoogleLocationResult":null,"BlockscorePersonResult":null,"IsValidName":true,"IsValidAddress":false,"IsValidDateOfBirth":false,"IsOfacPerson":false,"IsOfacRegion":false,"IsPep":false,"IsBlockscoreMatched":false,"Status":{"Stage":2,"BasicStage":"VALIDATING_IDENTITY","Error":7004},"IsIdentityVerified":false,"IsVerificationComplete":true,"VerificationError":"NO_IDENTITY_MATCH"},"EnhancedSubmission":null,"PhoneSubmission":null,"AccountType":"NEW","SubmissionStatus":"VALIDATING_IDENTITY_NO_IDENTITY_MATCH","BasicSubmissionStage":"VALIDATING_IDENTITY","BasicSubmissionError":"NO_IDENTITY_MATCH","EnhancedSubmissionStage":"NEW","EnhancedSubmissionError":"NONE","FirstName":"Breonna","MiddleName":"Simone","LastName":"Clark","Address1":"921 S Walden St","Address2":"101","City":"Aurora","State":"US-CO","PostalCode":"80017","Country":"USA","BirthDate":"1989-09-16","SocialSecurityNumber":null,"Passport":null}

K. SAMUEL DECLARATION


Attachment G



Coinbase trading account records



USER ATTRIBUTES ***,,,,,,,,,,,,,,,,
USER ID,59ed5be51b0a9102688da36c,,,,,,,,,,,,,,,
NAME,Elliot Breon Clark ,,,,,,,,,,,,,,
EMAIL,bdansimon89@gmail.com,,,,,,,,,,,,,,
CREATED,"October, 22 2017 08:03pm PDT",,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,,
IDENTITY ***,,,,,,,,,,,,,,,,
FIRST NAME,Breonna Simone,,,,,,,,,,,,,,,
LAST NAME,Clark,,,,,,,,,,,,,,
SSN,████6996,,,,,,,,,,,,,,
ADDRESS1,921 S Walden St ,,,,,,,,,,,,,,
ADDRESS2,101,,,,,,,,,,,,,,
CITY,Aurora,,,,,,,,,,,,,,
STATE,CO,,,,,,,,,,,,,,
ZIP,80017,,,,,,,,,,,,,,
COUNTRY,United States of America,,,,,,,,,,,,,,
BIRTHDATE M/D/Y,██89,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
BANK ACCOUNTS ***,,,,,,,,,,,,,,,,
CUSTOMER NAME,BANK NAME,ACCOUNT NUMBER,ROUTING NUMBER,ACCOUNT TYPE,VERIFIED,VERIFICATION METHOD,,,,,,,,,
Breon Clark,US Bank Bank Account,,,checking,FALSE,iav_plaid,,,,,,,,,,
Breon Clark,US Bank Bank Account,,,checking,FALSE,iav_plaid,,,,,,,,,,
Breon Clark,US Bank Bank Account,,,checking,FALSE,iav_plaid,,,,,,,,,,
Breon Clark,US Bank Bank Account,,,checking,FALSE,iav_plaid,,,,,,,,,,
Breon Clark,US Bank Bank Account,,,checking,FALSE,iav_plaid,,,,,,,,,,
BREONNA CLARK,US Bank - Checking,1.03691E+11,102000021,checking,TRUE,iav_plaid,,,,,,,,,,
Elliot Breon Clark ,US Bank Bank Account,,,checking,FALSE,iav_plaid,,,,,,,,,,
VENTURE CAPITAL INVESTMENTS LTD,Chase - TOTAL BUS CHK████5257████1017,checking,TRUE,iav_plaid,,,,,,,,,,

,,,,,,,,,,,,,,,,
PAYMENT CARDS ***,,,,,,,,,,,,,,,,
CUSTOMER NAME,LAST 4 DIGITS,EXPIRATION MONTH,EXPIRATION YEAR,CARD 3D SECURE,ISSUE TYPE,ISSUER,ISSUE COUNTRY,VERIFIED,REJECTION BLACKLIST,BILLING ADDRESS 1,BILLING ADDRESS 2,BILLING ADDRESS 3,BILLING CITY,BILLING STATE,BILLING POSTAL CODE,BILLING COUNTRY,
Breonna Clark,████9119,10,2021,FALSE,Visa debit,U.S. BANK NATIONAL ASSOCIATION,US,TRUE,FALSE,,,,,,
Breonna Clark,████5618,8,2021,FALSE,Visa debit,JPMORGAN CHASE BANK N.A. - DEB,US,TRUE,FALSE,,,,,,

,,,,,,,,,,,,,,,,
PAYPAL ACCOUNTS ***,,,,,,,,,,,,,,,,
CUSTOMER NAME,EMAIL,PHONE NUMBER,COUNTRY,TYPE,VERIFIED,,,,,,,,
,,,,,TRUE,,,,,,,,

,,,,,,,,,,,,,,,,
BTC/BCH/BSV/ETH/ETC/LTC/ZRX/USDC/BAT/ZEC/XRP/XLM ADDRESSES ***,,,,,,,,,,,,,,,,,,
CREATED,ACCOUNT,NETWORK,ADDRESS,LABEL,CALLBACK URL,,,,,,,,
10/23/17 9:19,BTC Wallet,Bitcoin,1ACYbzvRdHNQF7zPwHSe5rAvRFHXsAUrDm,,,,,,,,,,,
10/24/17 12:25,BTC Wallet,Bitcoin,1HMguHQ9NMgJrUjRp5WVZyro4iha5eZ5zR,,,,,,,,,,,,
10/24/17 12:44,BTC Wallet,Bitcoin,1JwgfKdAhPrENMYhVckNZFmyXcD8QrTcUV,,,,,,,,,,,,

10/26/17 11:39,BTC Wallet,Bitcoin,1BKQ8XrqdBhDwsbjfk77pXeUMnNLEq7LeM,,,,,,,,,,,,,,
10/26/17 12:36,BTC Wallet,Bitcoin,1N13oSk1g2HHu75pqa4BPVjZh3nV2vb9vF,,,,,,,,,,,,,,
10/26/17 13:14,BTC Wallet,Bitcoin,15poF2cbJtxb5uTH29XYsJN3xwLWz1n3Ex,,,,,,,,,,,,,,
11/7/17 18:16,BTC Wallet,Bitcoin,1BurRjM9To9zQqWtppq8idxPbkbVjecW58,,,,,,,,,,,,,,
11/7/17 18:16,BTC Wallet,Bitcoin,12jXRR9aTUMZmBdNjHYR2vq7pVp6JDWpM8,,,,,,,,,,,,,,
11/7/17 18:16,BTC Wallet,Bitcoin,1AYBvAZViWW5WCG1jYEgkTaJmVmAQVePAu,,,,,,,,,,,,,,
11/7/17 18:16,BTC Wallet,Bitcoin,15p2DT6Ms1qeE9AM1YGX1n9H13Ueyapai R,,,,,,,,,,,,,,
11/7/17 18:18,BTC Wallet,Bitcoin,147XosAmX3QcGkjhYYmBuWZPgAT29xoSaA,,,,,,,,,,,,,,
11/10/17 9:55,BTC Wallet,Bitcoin,1PcjbKLdyxyyXder8CpDg1i5L59ecDNyQX,,,,,,,,,,,,,,
11/10/17 9:55,BTC Wallet,Bitcoin,12XwBxGJhtfLUcd3fpfxnTHMRJLyw7G4mK,,,,,,,,,,,,,,
11/15/17 8:14,BTC Wallet,Bitcoin,1V4WJraiWcBoDJSKtgHWG2DkMMrgRrjkA,,,,,,,,,,,,,,
11/16/17 10:33,BTC Wallet,Bitcoin,19YyVk9tJ7us2nVydhkH5u794ubQHVEEHP,,,,,,,,,,,,,,
11/16/17 10:34,BTC Wallet,Bitcoin,1473pibVDZrWJ1ngykePdmJxf7YdUkgZzQ,,,,,,,,,,,,,,
11/23/17 11:06,BTC Wallet,Bitcoin,1Bg8AtHjx5h3PhVGXfrew1F1hGFjUpuewL,,,,,,,,,,,,,,
11/23/17 11:06,BTC Wallet,Bitcoin,1FdAE6nEcRB292KpEhhstmSkbj1voUfBdY,,,,,,,,,,,,,,
11/24/17 13:52,BTC Wallet,Bitcoin,1CMorjfcF5hHqwa4FbKL3tWZEZ7CQTHrar,,,,,,,,,,,,,,
11/24/17 13:52,BTC Wallet,Bitcoin,12qDhxrZ1Sfd54jaGLaDsVJkbgu3BkhWAo,,,,,,,,,,,,,,
12/7/17 8:15,BTC Wallet,Bitcoin,1P986B6hhfdT8wUMQZbhJtMgPq6wzA89Nb,,,,,,,,,,,,,,
12/7/17 8:16,BTC Wallet,Bitcoin,18yKku5dB1xju4ovAppg7fRepe2Xo7pcR7,,,,,,,,,,,,,,
12/8/17 15:30,BTC Wallet,Bitcoin,12mjTnRS7csVpZCssXJMuJCLwC3ZXNhTXB,,,,,,,,,,,,,,
12/8/17 20:03,BTC Wallet,Bitcoin,16jieDdXxCaDB6axWRGHrKm8tLXWRd3tYW,,,,,,,,,,,,,,
12/27/17 6:12,BTC Wallet,Bitcoin,1FPdtyazjXBmmC9w2WXVK3mvT2YHogvwJv,New exchange deposit address,,,,,,,,,,,
12/27/17 6:13,BTC Wallet,Bitcoin,1J6ktmSdkA32FyYz5N4RbQfeMNLjCHtHFt,New exchange deposit address,,,,,,,,,,,
12/27/17 6:17,BTC Wallet,Bitcoin,1A82XbZhRppd4CVrzgWfes2cpoEekZTTwP,New exchange deposit address,,,,,,,,,,,
12/28/17 13:54,BTC Wallet,Bitcoin,1LTAdTUxKZrWnhkbV9nSDn54CVofdQdTyR,New exchange deposit address,,,,,,,,,,,
12/29/17 8:16,BTC Wallet,Bitcoin,1BvmhftpH3tHaKuRrePtog5oUpHBYyYYTL,New exchange deposit address,,,,,,,,,,,
12/29/17 8:17,BTC Wallet,Bitcoin,18mGnWBSCmC68mrcs2XSYCvUdEo4eQk6Xw,New exchange deposit address,,,,,,,,,,,
12/29/17 8:17,BTC Wallet,Bitcoin,1GKuoBmbKmxHoFY82hnqSE9ha4q8eD1gqE,New exchange deposit address,,,,,,,,,,,
12/29/17 8:23,BTC Wallet,Bitcoin,18jWjdc11HVQ174jjmypVMkCzM34rDGzo7,New exchange deposit address,,,,,,,,,,,
12/29/17 8:23,BTC Wallet,Bitcoin,15We94K2xMuokUMZLhYfciJLLyqX1PG2tm,New exchange deposit address,,,,,,,,,,,
12/30/17 8:33,BTC Wallet,Bitcoin,19bDdea4xPGNNQuJ3kkf3y8zJExkpyCDur,New exchange deposit address,,,,,,,,,,,
12/30/17 8:36,BTC Wallet,Bitcoin,15en7CyxTBTxQwKyLAqN8LYZ9f4tPv7KNH,New exchange deposit address,,,,,,,,,,,
12/30/17 20:01,BTC Wallet,Bitcoin,18md8KgMwDWApGr7vDy6FkoZWrA1HzihwJ,New exchange deposit address,,,,,,,,,,,
12/30/17 20:02,BTC Wallet,Bitcoin,1D2coPQs748dAyVavDoqHbFgQALx92rfrU,New exchange deposit address,,,,,,,,,,,
12/30/17 20:37,BTC Wallet,Bitcoin,1KRr6p1rrMZrUP1xf1oGyR2hq2Co2fpAu5,,,,,,,,,,,,,,
1/7/18 20:08,BTC Wallet,Bitcoin,13Fms1U2JkdbBvKKXnq2ZmoCHt2s2ndRkR,New exchange deposit address,,,,,,,,,,,
1/7/18 20:29,BTC Wallet,Bitcoin,1EJV9rZ9aEV4h3vpyi8GqRnEo5dbbAyFPb,New exchange deposit address,,,,,,,,,,,
1/17/18 11:41,BTC Wallet,Bitcoin,1P5Qn5KWUu3YwHGo6h7cNveUCLqNpYvcLM,New exchange deposit address,,,,,,,,,,,
1/17/18 15:21,BTC Wallet,Bitcoin,1LPxTsjoKxk7fhjj28UgvXVV8mgiP3rUu5,New exchange deposit address,,,,,,,,,,,

1/17/18 19:43,BTC Wallet,Bitcoin,15dRrBoM7PwS6mCGc9beBoHhQ2PYRKrAt4,New exchange deposit address,,,,,,,,,,,,

1/17/18 20:57,BTC Wallet,Bitcoin,1EmK82baS65kM93DPXJ3h6CqKi8SJLhNJa,New exchange deposit address,,,,,,,,,,,,

1/17/18 21:21,BTC Wallet,Bitcoin,1BxfLgtxHabg7WrXPijZvTT2yvU2fHggZS,New exchange deposit address,,,,,,,,,,,,

1/18/18 17:24,BTC Wallet,Bitcoin,1rmaedgxNgjg8T3PzPFevAPrsVHogRXVT,New exchange deposit address,,,,,,,,,,,,

1/18/18 18:17,BTC Wallet,Bitcoin,1J2PuvQaP9tGJ3o3jZs6C7Z4wDn1YuFgKA,New exchange deposit address,,,,,,,,,,,,

1/18/18 18:32,BTC Wallet,Bitcoin,12BcwPHL3bB462KPRSikX5pnbQFRRqUtVk,New exchange deposit address,,,,,,,,,,,,

1/18/18 18:34,BTC Wallet,Bitcoin,1CVYofWGvSpZLkojqpQJXoB1K1o59x2RhA,New exchange deposit address,,,,,,,,,,,,

1/27/18 20:59,BTC Wallet,Bitcoin,17epkoQCeQw2mTWigqFzMcmzNWTipMPadq,New exchange deposit address,,,,,,,,,,,,

1/27/18 21:02,BTC Wallet,Bitcoin,16Rq9WVDqNRBQUHhP7uXpso3Ct6aPyX9K5,New exchange deposit address,,,,,,,,,,,,

1/29/18 8:14,BTC Wallet,Bitcoin,1PgRhqqATTzTLoR7Gv2k6XgNkK79HkqCoc,New exchange deposit address,,,,,,,,,,,,

3/10/18 20:37,BTC Wallet,Bitcoin,36DmFEBpBhLu3pUaD7YnCPkcBRSdsyh3g6,New exchange deposit address,,,,,,,,,,,,

3/12/18 12:24,BTC Wallet,Bitcoin,3PiW2QTCGPAtAL7fBWHxHzMCYgHiE5BvSg,New exchange deposit address,,,,,,,,,,,,

3/12/18 22:16,BTC Wallet,Bitcoin,3JRzSfcTkeqWA9zxPbetbN4Yr8ctXuRHwm,New exchange deposit address,,,,,,,,,,,,

3/13/18 14:53,BTC Wallet,Bitcoin,37xNkTKszj1ALwJcKcpDni21ViCmWDUxLG,New exchange deposit address,,,,,,,,,,,,

3/13/18 15:00,BTC Wallet,Bitcoin,3EpSR2PRt5udNCgmaF2mrAfqVkZBS7vBoF,New exchange deposit address,,,,,,,,,,,,

3/15/18 6:55,BTC Wallet,Bitcoin,33djfSedioKx7iJPpEJHF79tyabeRdSWSP,New exchange deposit address,,,,,,,,,,,,

3/16/18 9:44,BTC Wallet,Bitcoin,33pnaMVFZhJvmg2REwmoFC1P5jZAckRjoX,New exchange deposit address,,,,,,,,,,,,

4/4/18 8:16,BTC Wallet,Bitcoin,3Dt7o9ZGZJfoLbBnY3sPErZQzVQjeFPcid,New exchange deposit address,,,,,,,,,,,,

4/4/18 8:18,BTC Wallet,Bitcoin,3FvBiHLn8Am6pigsbDBniC4w4RGL2odHUy,New exchange deposit address,,,,,,,,,,,,

4/26/18 11:24,BTC Wallet,Bitcoin,3E91R8tUB7JCWVhyqs4FWuzEeuR4pTwa8H,New exchange deposit address,,,,,,,,,,,,

4/26/18 12:02,BTC Wallet,Bitcoin,3FXZBNgtHrcL9XkebWeCZEVcNzk8CcYDXw,New exchange deposit address,,,,,,,,,,,,

10/2/18 10:31,BTC Wallet,Bitcoin,3M3st2KixLpAabwYVqhE4Qfjoi7jq9L6MN,New exchange deposit address,,,,,,,,,,,,

10/30/18 3:10,BTC Wallet,Bitcoin,3J4ksuqpHQxLKW9jnMj7b8LbALJUuwNoXA,New exchange deposit address,,,,,,,,,,,,

10/30/18 3:11,BTC Wallet,Bitcoin,3HGnDGHG97mb5m7LZdxzT1zL19UHt7Qqku,New exchange deposit address,,,,,,,,,,,,

10/30/18 10:06,BTC Wallet,Bitcoin,3QRmS2KkeS2bpG3s4mYXjpoN1bPxLRPSBd,New exchange deposit address,,,,,,,,,,,,

11/7/18 7:25,BTC Wallet,Bitcoin,3MGoThP3BZnFFXpUQuoLKFduZUJtPWg1vT,New exchange deposit address,,,,,,,,,,,,

11/30/18 8:20,BTC Wallet,Bitcoin,3Et6HKH9TVJM5z1D4TzzF91PDi2MMPnK4p,New exchange deposit address,,,,,,,,,,,,

12/13/17 21:33,ETH Wallet,Ethereum,0x991fb708f9ebDb7BC640c0447CAF8bC203e672F5,,,,,,,,,,,,,,

12/14/17 17:38,ETH Wallet,Ethereum,0xC1D0C48Ca28898711Af04c0704e36E4E33C7b301,New

exchange deposit address,,,,,,,,,,,,
12/14/17 17:44,ETH Wallet,Ethereum,0xda615227b673ce381f5301ca7a649e4dfeA24cE4,New exchange deposit address,,,,,,,,,,,,
12/15/17 20:54,ETH Wallet,Ethereum,0xc6957489837e7d15707B99131556aF626095f73C,New exchange deposit address,,,,,,,,,,,,
12/15/17 21:24,ETH Wallet,Ethereum,0xaF494C322477f98B55a15914C105cca8b28DEB03,New exchange deposit address,,,,,,,,,,,,
3/2/18 8:05,ETH Wallet,Ethereum,0xf394d03a648D7E789248BB86C42437a355B4F311,New exchange deposit address,,,,,,,,,,,,
3/2/18 8:25,ETH Wallet,Ethereum,0x8610F36a584429c818aaB2A5676C711997A7D385,New exchange deposit address,,,,,,,,,,,,
12/13/17 21:25,LTC Wallet,Litecoin,LYo8zYPUiqpEujiVtkiHBsMX2PsvTfXsxR,,,,,,,,,,,,,,
9/25/18 11:31,USD Wallet,Bitcoin,3DG4s1ZmkNojrQBuNzTLopbXtBLWAT4owz,,,,,,,,,,,,,,
9/27/18 17:46,ETC Wallet,Ethereum Classic,0x498ec0CF1c53334d6780a8669Ba961C019361da0,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
EXCHANGE TRANSFERS ***,,,,,,,,,,,,,,,,
TIMESTAMP,AMOUNT,CURRENCY,TYPE,,,,,,,,,,,,
4/6/18 16:32,-0.25948996,BTC,FALSE,,,,,,,,,,,,
4/6/18 12:19,-0.2587157,BTC,FALSE,,,,,,,,,,,,
4/27/18 4:13,-0.15412958,BTC,FALSE,,,,,,,,,,,,
3/12/18 15:26,-0.09927172,BTC,FALSE,,,,,,,,,,,,
1/19/18 15:02,-0.069,BTC,FALSE,,,,,,,,,,,,
1/18/18 20:45,-0.06853673,BTC,FALSE,,,,,,,,,,,,
3/15/18 10:46,-0.06244043,BTC,FALSE,,,,,,,,,,,,
1/30/18 6:50,-0.03896311,BTC,FALSE,,,,,,,,,,,,
3/16/18 14:32,-0.02349771,BTC,FALSE,,,,,,,,,,,,
1/27/18 21:39,-0.015114,BTC,FALSE,,,,,,,,,,,,
3/14/18 11:17,-0.0114638,BTC,FALSE,,,,,,,,,,,,
12/30/17 20:41,-0.01076998,BTC,FALSE,,,,,,,,,,,,
1/9/18 13:20,-0.0086,BTC,FALSE,,,,,,,,,,,,
12/30/17 10:09,-0.00569139,BTC,FALSE,,,,,,,,,,,,
1/1/18 20:00,-0.0020841,BTC,FALSE,,,,,,,,,,,,
12/20/17 18:58,-0.00107081,BTC,FALSE,,,,,,,,,,,,
4/7/18 19:13,-0.00083,BTC,FALSE,,,,,,,,,,,,
12/19/17 19:18,-0.000563,BTC,FALSE,,,,,,,,,,,,
12/16/17 19:42,-0.000507,BTC,FALSE,,,,,,,,,,,,
12/15/17 19:00,-0.00021481,BTC,FALSE,,,,,,,,,,,,
12/19/17 20:25,0.000563,BTC,TRUE,,,,,,,,,,,,
12/16/17 19:52,0.00072181,BTC,TRUE,,,,,,,,,,,,
4/7/18 19:11,0.00083,BTC,TRUE,,,,,,,,,,,,
4/7/18 19:17,0.00083796,BTC,TRUE,,,,,,,,,,,,
12/21/17 15:53,0.00107081,BTC,TRUE,,,,,,,,,,,,
1/1/18 17:55,0.00181322,BTC,TRUE,,,,,,,,,,,,
1/1/18 20:01,0.0020841,BTC,TRUE,,,,,,,,,,,,
4/27/18 11:10,0.00393508,BTC,TRUE,,,,,,,,,,,,
12/30/17 10:12,0.00569139,BTC,TRUE,,,,,,,,,,,,
1/27/18 21:07,0.00607773,BTC,TRUE,,,,,,,,,,,,
1/9/18 14:56,0.008,BTC,TRUE,,,,,,,,,,,,
12/30/17 20:51,0.00912166,BTC,TRUE,,,,,,,,,,,,
3/14/18 12:41,0.0114638,BTC,TRUE,,,,,,,,,,,,
1/28/18 8:46,0.015114,BTC,TRUE,,,,,,,,,,,,
1/23/18 8:16,0.018865,BTC,TRUE,,,,,,,,,,,,
3/17/18 0:07,0.02349771,BTC,TRUE,,,,,,,,,,,,
1/30/18 10:25,0.03896311,BTC,TRUE,,,,,,,,,,,,

```
1/21/18 10:07,0.044194,BTC,TRUE,,,,,,,,,,,,,,
4/27/18 8:06,0.05,BTC,TRUE,,,,,,,,,,,,,,
3/15/18 12:48,0.06244043,BTC,TRUE,,,,,,,,,,,,,,
1/19/18 14:51,0.069,BTC,TRUE,,,,,,,,,,,,,,
3/12/18 22:16,0.09927172,BTC,TRUE,,,,,,,,,,,,,,
4/27/18 8:31,0.1001945,BTC,TRUE,,,,,,,,,,,,,,
4/6/18 16:33,0.258652,BTC,TRUE,,,,,,,,,,,,,,
4/6/18 16:28,0.2587157,BTC,TRUE,,,,,,,,,,,,,,
3/2/18 8:34,-2.57309942,ETH,FALSE,,,,,,,,,,,,,,
3/5/18 14:15,-2,ETH,FALSE,,,,,,,,,,,,,,
12/15/17 21:41,-0.00273574,ETH,FALSE,,,,,,,,,,,,,,
3/2/18 8:36,2,ETH,TRUE,,,,,,,,,,,,,,
3/5/18 19:41,2.57,ETH,TRUE,,,,,,,,,,,,,,
1/16/18 16:30,-1.01054519,LTC,FALSE,,,,,,,,,,,,,,
1/17/18 20:30,-0.50950756,LTC,FALSE,,,,,,,,,,,,,,
1/17/18 9:11,-0.501,LTC,FALSE,,,,,,,,,,,,,,
12/15/17 21:41,-0.02064328,LTC,FALSE,,,,,,,,,,,,,,
1/16/18 16:33,0.5,LTC,TRUE,,,,,,,,,,,,,,
1/17/18 10:27,0.501,LTC,TRUE,,,,,,,,,,,,,,
1/17/18 20:38,0.51,LTC,TRUE,,,,,,,,,,,,,,
1/17/18 5:34,0.53,LTC,TRUE,,,,,,,,,,,,,,
10/30/18 9:44,-2.81172268,BTC,FALSE,,,,,,,,,,,,,,
10/30/18 10:48,-2.2,BTC,FALSE,,,,,,,,,,,,,,
11/7/18 7:25,-1.11899807,BTC,FALSE,,,,,,,,,,,,,,
11/30/18 9:14,-1.11785534,BTC,FALSE,,,,,,,,,,,,,,
10/2/18 10:31,0.10662814,BTC,TRUE,,,,,,,,,,,,,,
10/30/18 16:44,0.2,BTC,TRUE,,,,,,,,,,,,,,
10/30/18 10:03,0.81172268,BTC,TRUE,,,,,,,,,,,,,,
11/7/18 7:29,1.11899807,BTC,TRUE,,,,,,,,,,,,,,
8/14/18 7:10,1.22333936,BTC,TRUE,,,,,,,,,,,,,,
8/15/18 7:00,1.57446809,BTC,TRUE,,,,,,,,,,,,,,
8/13/18 12:50,1.6025641,BTC,TRUE,,,,,,,,,,,,,,
10/2/18 8:45,3,BTC,TRUE,,,,,,,,,,,,,,
10/2/18 8:48,3,BTC,TRUE,,,,,,,,,,,,,,
8/15/18 14:44,5.08774545,BTC,TRUE,,,,,,,,,,,,,,
8/13/18 6:10,-61155,USD,FALSE,,,,,,,,,,,,,,
10/2/18 8:41,-39990,USD,FALSE,,,,,,,,,,,,,,
10/30/18 16:45,2981.43,USD,TRUE,,,,,,,,,,,,,,
11/30/18 9:16,4447.86,USD,TRUE,,,,,,,,,,,,,,
10/30/18 14:11,10000,USD,TRUE,,,,,,,,,,,,,,
10/30/18 10:02,12000,USD,TRUE,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
MERCHANT ORDERS ***,,,,,,,,,,,,,,,,
TIMESTAMP,NATIVE PRICE,CURRENCY,BTC PRICE,TRACKING CODE,CUSTOM,PAID
OUT,STATUS,BUTTON NAME,BUTTON CODE,CUSTOMER EMAIL,COINBASE USER?,SHIPPING
NAME,SHIPPING ADDRESS 1,SHIPPING ADDRESS 2,SHIPPING CITY,SHIPPING STATE,SHIPPING
POSTAL CODE
WIRES ***,,,,,,,,,,,,,,,,
BENEFICIARY NAME,BENEFICIARY BANK NAME,BACKING BANK,WIRE AMOUNT,WIRE
CURRENCY,TIMESTAMP,REFERENCE CODE,,,,,,,,,,
,,metbank,-40300,USD,8/8/18 13:13,LWEEXUK0,,,,,,,,,,
,,metbank,-80000,USD,9/25/18 11:32,3XBSVJFI,,,,,,,,,,
,,metbank,40300,USD,8/8/18 13:13,HBF2FCJJ,,,,,,,,,,
BREONNA S CLARK,,metbank,61165,USD,8/13/18 6:09,B1G8FDU3,,,,,,,,,,,
,,metbank,80000,USD,9/25/18 11:32,EOSR71Z9,,,,,,,,,,
```

BREONNA S CLARK,,metbank,40000,USD,10/2/18 8:39,5Y0ISXVZ,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
TOTALS ***,,,,,,,,,,,,,,,,
,BTC,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,0,,,,,,,,,,,,,
BOUGHT,0.4443724,2044.01,,,,,,,,,,,,,
SOLD,0.31392151,2744.45,,,,,,,,,,,,,
TRANSACTED,24.38194665,N/A,,,,,,,,,,,,,
RECEIVED,6.88722053,N/A,,,,,,,,,,,,,
SENT,17.49472612,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,BCH,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,0,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,BSV,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,0,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,ETH,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0.00319858,0.45,,,,,,,,,,,,,
BOUGHT,0.05870331,25,,,,,,,,,,,,,
SOLD,2.59450905,1400.93,,,,,,,,,,,,,
TRANSACTED,2.60135936,N/A,,,,,,,,,,,,,
RECEIVED,2.57309942,N/A,,,,,,,,,,,,,
SENT,0.02825994,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,ETC,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0.04392842,0.21,,,,,,,,,,,,,
BOUGHT,26.40161637,317,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,26.35768795,N/A,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,
SENT,26.35768795,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,LTC,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0.00065208,0.04,,,,,,,,,,,,,
BOUGHT,15.75962009,1265.51,,,,,,,,,,,,,
SOLD,13.5754665,602.46,,,,,,,,,,,,,
TRANSACTED,29.18410964,N/A,,,,,,,,,,,,,
RECEIVED,13.50065208,N/A,,,,,,,,,,,,,
SENT,15.68345756,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,ZRX,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,0,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,

```
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,
,USDC,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,0,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,
,BAT,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,0,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,
,ZEC,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,0,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,
,XRP,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,0,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,
,XLM,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,0,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,
,USD,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0.45,0.45,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,
,,,,,,,,,,,,,,,
,USD,,,,,,,,,,,,,,,
DEPOSITED,101165,,,,,,,,,,,,,,,
WITHDRAWN,101165,,,,,,,,,,,,,,,
FRAUD LOSS,0,,,,,,,,,,,,,,,
```

,,,,,,,,,,,,,,,
,AUD,,,,,,,,,,,,,,
DEPOSITED,0,,,,,,,,,,,,,,
WITHDRAWN,0,,,,,,,,,,,,,,
FRAUD LOSS,N/A,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,
,SGD,,,,,,,,,,,,,,
DEPOSITED,0,,,,,,,,,,,,,,
WITHDRAWN,0,,,,,,,,,,,,,,
FRAUD LOSS,N/A,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,
,CAD,,,,,,,,,,,,,,
DEPOSITED,0,,,,,,,,,,,,,,
WITHDRAWN,0,,,,,,,,,,,,,,
FRAUD LOSS,N/A,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,
,any,,,,,,,,,,,,,,
DEPOSITED,0,,,,,,,,,,,,,,
WITHDRAWN,0,,,,,,,,,,,,,,
FRAUD LOSS,N/A,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,
,EUR,,,,,,,,,,,,,,
DEPOSITED,0,,,,,,,,,,,,,,
WITHDRAWN,0,,,,,,,,,,,,,,
FRAUD LOSS,N/A,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,
,GBP,,,,,,,,,,,,,,
DEPOSITED,0,,,,,,,,,,,,,,
WITHDRAWN,0,,,,,,,,,,,,,,
FRAUD LOSS,N/A,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,
,IDR,,,,,,,,,,,,,,
DEPOSITED,0,,,,,,,,,,,,,,
WITHDRAWN,0,,,,,,,,,,,,,,
FRAUD LOSS,N/A,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,
TRANSACTIONS ***,,,,,,,,,,,,,,,
TIMESTAMP,ACCOUNT NAME,TYPE,STATUS,BALANCE,AMOUNT,CURRENCY,TO,NOTES,EQUIV USD,COINBASE ID (visit https://www.coinbase.com/transactions/[id] in your browser),TRANSACTION HASH,,,,,
10/23/17 9:17,BTC Wallet,Buy,Complete,0.00319951,0.00319951,BTC,59ed5be51b0a9102688da376,Bought 0.00319951 BTC for $20.00 USD.,18.44,59ee1623238bc80001e85cfa,,,,,,
10/23/17 17:45,BTC Wallet,Sell,Complete,0.00022714,-0.00297237,BTC,5083a5425b4a5b0200000001,59ee8d0bad34a401faff196a,-17.11,59ee8d116c9e670001df9e19,,,,,,
10/23/17 17:45,USD Wallet,Sell,Complete,15.51,15.51,USD,,,15.51,59ee8d126c9e670001df9e21,,,,,,
10/24/17 7:42,ETH Wallet,Buy,Complete,0.02899943,0.02899943,ETH,59ed5be51b0a9102688da37a,Bought 0.02899943 ETH for $10.00 USD.,8.99,59ef517039f7d70001355409,,,,,,
10/24/17 7:42,USD Wallet,Buy,Complete,5.51,-10,USD,,,-10,59ef517039f7d70001355410,,,,,,
10/24/17 7:43,LTC Wallet,Buy,Complete,0.07694632,0.07694632,LTC,59ed5be51b0a9102688da37e,Bought 0.07694632 LTC for $5.51 USD.,4.49,59ef519ae343880001927a1e,,,,,,
10/24/17 7:43,USD Wallet,Buy,Complete,0,-5.51,USD,,,-5.51,59ef519ae343880001927a25,,,,,,

10/24/17 9:29,BTC
Wallet,Buy,Complete,0.00344424,0.0032171,BTC,59ed5be51b0a9102688da376,Bought 0.0032171 BTC for $20.00 USD.,18.42,59ef6a824d047300019b3edb,,,,,,
10/25/17 6:02,BTC
Wallet,Buy,Complete,0.00678554,0.0033413,BTC,59ed5be51b0a9102688da376,Bought 0.0033413 BTC for $20.00 USD.,18.42,59f08b7def9d0900010f42df,,,,,,
10/26/17 12:23,BTC
Wallet,Buy,Complete,0.01491569,0.00813015,BTC,59ed5be51b0a9102688da376,Bought 0.00813015 BTC for $50.00 USD.,47.66,59f236454739c10001826f9a,,,,,,
11/1/17 16:45,ETH Wallet,Sell,Complete,0.0012918,-
0.02770763,ETH,572a417ae1764802e1000599,59fa5c8eddcd3e029b58804b,-
8.01,59fa5c91f85547000188f4e8,,,,,,
11/1/17 16:45,USD Wallet,Sell,Complete,7.01,7.01,USD,,,7.01,59fa5c92f85547000188f4f0,,,,,,
11/1/17 16:45,BTC
Wallet,Buy,Complete,0.01580601,0.00089032,BTC,59ed5be51b0a9102688da376,Bought 0.00089032 BTC for $7.01 USD.,5.97,59fa5cb188f06f0001efcecb,,,,,,
11/1/17 16:45,USD Wallet,Buy,Complete,0,-7.01,USD,,,-7.01,59fa5cb188f06f0001efced2,,,,,,
11/1/17 16:46,LTC Wallet,Sell,Complete,0.00147982,-
0.0754665,LTC,57af5ca20489b6000d78b0b5,59fa5cda6734e400dcb1b53d,-
4.02,59fa5cdc4933520001f6c721,,,,,,
11/2/17 12:47,BTC
Wallet,Buy,Complete,0.029591,0.01378499,BTC,59ed5be51b0a9102688da376,Bought 0.01378499 BTC for $100.00 USD.,95.89,59fb765281be910001a77dfb,,,,,,
11/14/17 8:14,BTC Wallet,Send,Complete,0.01857856,-
0.01101244,BTC,31tU2m3DKP9BfdYDWgMUCy24k1o3GPmZbh,,-
72.13,5a0b167814e65b00df9f5e40,3a631bc9d903dc51658b15de9d33e28d0c7b072a86168e49369b7a12
6c2d87ca,,,,,
11/14/17 16:26,BTC Wallet,Send,Complete,0.00781901,-
0.01075955,BTC,38SmFB4fTP2dsGK2W6unqdkYvioNvnHKxG,,-
72.03,5a0b89c44f91a5019b727106,b916395e389596a48437d5ab50bf4ecaccd57e9005d51cdbe751d398
83a51bba,,,,,
11/18/17 10:15,BTC
Wallet,Buy,Complete,0.01019889,0.00237988,BTC,59ed5be51b0a9102688da376,Bought 0.00237988 BTC for $20.00 USD.,18.42,5a1078ca6709b5000199a17a,,,,,,
11/18/17 10:24,BTC Wallet,Send,Complete,0.0019937,-
0.00820519,BTC,33x5xJqZvXhC67wfN1fDC345N4EqKg7eFE,,-
63.52,5a107ae9e4b4d50103e7d270,afd48a450e7db9af5dde80fd6e4eab51c3162340bb6a3a9999ca1db0
f2afca0a,,,,,
11/23/17 11:09,BTC
Wallet,Receive,Complete,0.00322145,0.00122775,BTC,,,10.01,5a171cef8c4feb0001190b51,f6f60461882
a12b459b6d5344277cc84b67457be4eed4966418ade46ae98d203,,,,,
11/26/17 10:09,BTC
Wallet,Buy,Complete,0.00669911,0.00347766,BTC,59ed5be51b0a9102688da376,Bought 0.00347766 BTC for $35.00 USD.,32.84,5a1b03469b6c0900011660ec,,,,,,
11/26/17 10:11,BTC
Wallet,Buy,Complete,0.00764781,0.0009487,BTC,59ed5be51b0a9102688da376,Bought 0.0009487 BTC for $10.00 USD.,8.96,5a1b03baa140c30001129f05,,,,,,
11/26/17 10:15,BTC Wallet,Send,Complete,0.00064071,-
0.0070071,BTC,32bmbscxF2Djsg6TtpeukX4i4KvkSQZUQG,,-
66.17,5a1b04a40e74050108d95085,e52e94b49ae3f636b62139d25f04bc5604ee290996f07c09f4b5edc9d
f756170,,,,,
11/26/17 19:10,BTC
Wallet,Receive,Complete,0.00167671,0.001036,BTC,bdansimon89@gmail.com,Congrats! You just earned a $10 bonus for inviting your friend Lauren Batts to Coinbase. They received the same bonus. Earn more by inviting your friends with this link:
https://www.coinbase.com/join/59ed5be51b0a9102688da36c,10,5a1b824057198300014fa0fd,,,,,,

12/1/17 5:40,LTC
Wallet,Buy,Complete,0.14828321,0.14680339,LTC,59ed5be51b0a9102688da37e,Bought 0.14680339
LTC for $15.00 USD.,13.34,5a215bd264a19a0001f9da43,,,,,,,
12/1/17 5:41,ETH
Wallet,Buy,Complete,0.03099568,0.02970388,ETH,59ed5be51b0a9102688da37a,Bought 0.02970388
ETH for $15.00 USD.,13.4,5a215becfa597f0001dc06eb,,,,,,,
12/2/17 10:09,BTC
Wallet,Buy,Complete,0.00511654,0.00343983,BTC,59ed5be51b0a9102688da376,Bought 0.00343983
BTC for $40.00 USD.,37.55,5a22ec719359f10001440a76,,,,,,,
12/2/17 10:14,BTC
Wallet,Buy,Complete,0.00634033,0.00122379,BTC,59ed5be51b0a9102688da376,Bought 0.00122379
BTC for $15.00 USD.,13.45,5a22ed8347d7e50001d57304,,,,,,,
12/2/17 10:25,BTC Wallet,Send,Complete,0.00041832,-
0.00592201,BTC,32DBBzTiwL68KYGQ6obrKkAKPL5xHDEVeR,,-
64.97,5a22f036af9e8b012736ca84,80f16f75a5e27dbe986024150e9e9770d2bbb97fa08348e87ad143ed6
112998b,,,,,
12/4/17 14:16,BTC
Wallet,Receive,Complete,0.00128832,0.00087,BTC,bdansimon89@gmail.com,Congrats! You just earned
a $10 bonus for inviting your friend Willie Johnson to Coinbase. They received the same bonus. Earn
more by inviting your friends with this link:
https://www.coinbase.com/join/59ed5be51b0a9102688da36c,10,5a25c953bc1883000177604b,,,,,,,
12/4/17 16:01,BTC
Wallet,Receive,Complete,0.00214632,0.000858,BTC,bdansimon89@gmail.com,Congrats! You just
earned a $10 bonus for inviting your friend Dree Lovato to Coinbase. They received the same bonus.
Earn more by inviting your friends with this link:
https://www.coinbase.com/join/59ed5be51b0a9102688da36c,9.99,5a25e1f1196b240001d495ad,,,,,,,
12/8/17 20:11,BTC Wallet,Send,Complete,0.00048708,-
0.00165924,BTC,1f6tnvS9AFo9Zpb9knvxup4nAKfTQPX8F,,-
26.8,5a2b626cf9e61501d38e9a0c,d52224a8424937ed0ab7a63c35dc2489d55257ed3544b7071a7f9cf72
da2f20c,,,,,
12/8/17 20:18,BTC
Wallet,Buy,Complete,0.00162848,0.0011414,BTC,59ed5be51b0a9102688da376,Bought 0.0011414 BTC
for $20.00 USD.,18.39,5a2b640f392acf0001210214,,,,,,,
12/8/17 20:20,BTC
Wallet,Buy,Complete,0.00187574,0.00024726,BTC,59ed5be51b0a9102688da376,Bought 0.00024726
BTC for $5.00 USD.,3.98,5a2b6486734df90001146e7f,,,,,,,
12/8/17 20:21,BTC Wallet,Send,Complete,0.00021481,-
0.00166093,BTC,17hyTb6RZMpYNAqP18qFz88osv9QGzTpDS,,-
26.76,5a2b64ace1230a0123d4f23f,3d232335e99abe9c9f1e6b23275115ae8cbc664dbfa31e41f4bdfd327f
1ec2c2,,,,,
12/13/17 21:26,LTC Wallet,Send,Complete,0.02064328,-
0.12763993,LTC,LUFUWyZxPFyUzKqCEhPNHLEA8sAdnoqv2f,,-
40.14,5a320b7f2180a5010224545f,7a144462847caaa7610902ef806f11d79f500b714e23a85eac382dce5
d6d8c6d,,,,,
12/13/17 21:33,ETH Wallet,Send,Complete,0.00273574,-
0.02825994,ETH,0xfc20f7d45542b74304e80117738e6a140fe5baff,,-
20.48,5a320d2477234001e4edab83,bde02c6967d338414fd442772540791d0663a8e9ad7f30848b97b81c
6b94f19d,,,,,
12/15/17 19:00,BTC Wallet,Send,Complete,0,-0.00021481,BTC,546ba79016a4e15e04000003,,-
3.79,5a348c40ecfe2305d198715b,,,,,,,
12/15/17 21:41,ETH Wallet,Send,Complete,0,-0.00273574,ETH,5734c590c7632c006d000060,,-
1.93,5a34b1f85c9756048cae56ba,,,,,,,
12/15/17 21:41,LTC Wallet,Send,Complete,0,-0.02064328,LTC,57af5cac0489b6000d78b0bb,,-
6.3,5a34b21f26af80061a2426e4,,,,,,,
12/16/17 15:42,BTC
Wallet,Receive,Complete,0.000507,0.000507,BTC,bdansimon89@gmail.com,Congrats! You just earned

a $10 bonus for inviting your friend Jessica Newsome to Coinbase. They received the same bonus. Earn more by inviting your friends with this link:

https://www.coinbase.com/join/59ed5be51b0a9102688da36c,9.99,5a35af8282f5ea0001a66ffb,,,,,,

12/16/17 19:42,BTC Wallet,Send,Complete,0,-0.000507,BTC,546ba79016a4e15e04000003,,-9.85,5a35e7a70fc7ed0418044d8e,,,,,,

12/16/17 19:52,BTC Wallet,Receive,Complete,0.00072181,0.00072181,BTC,59ed5be51b0a9102688da376,,13.97,5a35ea1458ce84029d76bc39,,,,,,

12/16/17 19:52,BTC Wallet,Send,Complete,0,-0.00072181,BTC,1FuqT78MkFwewWWQoZtLx9q8716QyS3sRK,,-13.97,5a35ea144ff04e042e25b0ad,148a91aaecbdcf6487321ce5d31a0f1d6f44b88f79c7951eaedc2f335587672d,,,,,

12/19/17 15:42,BTC Wallet,Receive,Complete,0.000563,0.000563,BTC,bdansimon89@gmail.com,Congrats! You just earned a $10 bonus for inviting your friend Kenneth  Kimrey  to Coinbase. They received the same bonus. Earn more by inviting your friends with this link:

https://www.coinbase.com/join/59ed5be51b0a9102688da36c,10.01,5a39a3ee862dca00019252f5,,,,,,

12/19/17 19:18,BTC Wallet,Send,Complete,0,-0.000563,BTC,546ba79016a4e15e04000003,,-9.73,5a39d6720fda010120654a69,,,,,,

12/19/17 20:25,BTC Wallet,Receive,Complete,0.000563,0.000563,BTC,59ed5be51b0a9102688da376,,9.66,5a39e61ead6c7301244683f9,,,,,,

12/19/17 20:25,BTC Wallet,Send,Complete,0,-0.000563,BTC,1FuqT78MkFwewWWQoZtLx9q8716QyS3sRK,,-9.66,5a39e61f12ec1d01d5e6a42f,4532272755077253ab79aff198720508dd9a484218e8d6478cece606f495c90a,,,,,

12/20/17 6:52,BTC Wallet,Buy,Complete,0.00107081,0.00107081,BTC,59ed5be51b0a9102688da376,Bought 0.00107081 BTC for $20.00 USD.,18.47,5a3a7935ba05b600017717f4,,,,,,

12/20/17 18:58,BTC Wallet,Send,Complete,0,-0.00107081,BTC,546ba79016a4e15e04000003,,-17.61,5a3b235e590ce10708f047fa,,,,,,

12/21/17 15:53,BTC Wallet,Receive,Complete,0.00107081,0.00107081,BTC,59ed5be51b0a9102688da376,,16.82,5a3c49919ff98806ab410afe,,,,,,

12/21/17 15:53,BTC Wallet,Send,Complete,0,-0.00107081,BTC,1FuqT78MkFwewWWQoZtLx9q8716QyS3sRK,,-16.82,5a3c4992a244210655e73d76,9d935fc45c58538ae24d910a562e3a6a3006db0fa7a6a31296d7bcff3b457bf9,,,,,

12/30/17 10:08,BTC Wallet,Buy,Complete,0.00569139,0.00569139,BTC,59ed5be51b0a9102688da376,Bought 0.00569139 BTC for $78.00 USD.,75.01,5a47d63643a398000105bbbf,,,,,,

12/30/17 10:09,BTC Wallet,Send,Complete,0,-0.00569139,BTC,546ba79016a4e15e04000003,,-75.01,5a47d65abd730001897de231,,,,,,

12/30/17 10:12,BTC Wallet,Receive,Complete,0.00569139,0.00569139,BTC,59ed5be51b0a9102688da376,,75.01,5a47d725a7f2090150d0997f,,,,,,

12/30/17 10:12,BTC Wallet,Send,Complete,0,-0.00569139,BTC,1AyFNahkoM6L6DzkesxqtednmKsTvcEqXG,,-75.01,5a47d726aa16c103bd087264,a2b2685874823fa3fe26f330f5fe2400caa643f86316555cd3bfb5257a929042,,,,,

12/30/17 20:08,BTC Wallet,Receive,Complete,0.01076998,0.01076998,BTC,,,141,5a4862b2c6cbbe00011c3b0a,7347ed0da380f6164073db8f453191c0c053e64742c8bfa1d4147ffab913045f,,,,,

12/30/17 20:41,BTC Wallet,Send,Complete,0,-0.01076998,BTC,546ba79016a4e15e04000003,,-141.24,5a486a866d5200063e051971,,,,,,

12/30/17 20:51,BTC

Wallet,Receive,Complete,0.00912166,0.00912166,BTC,59ed5be51b0a9102688da376,,118.76,5a486cc9 5ba71d049fde5a0a,,,,,,

12/30/17 20:51,BTC Wallet,Send,Complete,0,- 0.00912166,BTC,3GN4tEuyEMVseTTTdqpvRsGrNYz1jd9KuA,,- 118.76,5a486ccaca772604e2efe6fd,39f81ce0b013b31e044b7f1fdd5c50375f0705d530d2c81d542a1d5f4 759d6f8,,,,,,

1/1/18 17:55,BTC Wallet,Receive,Complete,0.00181322,0.00181322,BTC,59ed5be51b0a9102688da376,,24.92,5a4ae68ea 6a4580381d5a87f,,,,,,

1/1/18 17:55,BTC Wallet,Send,Complete,0,- 0.00181322,BTC,1Bo66fJxwQGyLBCcMr4PnpDPmAqwJC7eFx,,- 24.92,5a4ae68e3eaf4e01486e0f48,a9cf41cf8ede660365d45b73b8ae8fd20d3e3aac8feb9d5f6866ba43aa 9afc9e,,,,,,

1/1/18 19:59,BTC Wallet,Buy,Complete,0.0020841,0.0020841,BTC,59ed5be51b0a9102688da376,Bought 0.0020841 BTC for $30.00 USD.,28.03,5a4b03a83f951c0001401932,,,,,,

1/1/18 20:00,BTC Wallet,Send,Complete,0,-0.0020841,BTC,546ba79016a4e15e04000003,,- 27.87,5a4b03cdd6fa7e01d07714d6,,,,,,

1/1/18 20:01,BTC Wallet,Receive,Complete,0.0020841,0.0020841,BTC,59ed5be51b0a9102688da376,,27.87,5a4b0425a6a 45805b8d5c1f4,,,,,,

1/1/18 20:01,BTC Wallet,Send,Complete,0,- 0.0020841,BTC,1AyFNahkoM6L6DzkesxqtednmKsTvcEqXG,,- 27.87,5a4b0426c2f35c0190354750,9548eaacc682141518ac1f26683a2f768d99e8ab310db8da2e2e3814 110f9141,,,,,,

1/9/18 7:12,BTC Wallet,Receive,Complete,0.0086,0.0086,BTC,,,126.42,5a54dbf96a40f600019e7dee,a658f3b26cd78fcb32 b73b35f5ffa52e62d3eb7d0164294160ea1cacf540ce33,,,,,,

1/9/18 13:20,BTC Wallet,Send,Complete,0,-0.0086,BTC,546ba79016a4e15e04000003,,- 127.02,5a55320f5c3f81043199c13a,,,,,,

1/9/18 14:56,BTC Wallet,Receive,Complete,0.008,0.008,BTC,59ed5be51b0a9102688da376,,115.18,5a5548a9528e7e0557 5c4145,,,,,,

1/9/18 14:56,BTC Wallet,Send,Complete,0,-0.008,BTC,1AyFNahkoM6L6DzkesxqtednmKsTvcEqXG,,- 115.18,5a5548a966188704ef48cb8f,37032e17160eef97ace5cfab177957df21ae830a5cb0c1f005eb6f657 86e9a9f,,,,,,

1/16/18 15:20,LTC Wallet,Buy,Complete,1.01054519,1.01054519,LTC,59ed5be51b0a9102688da37e,Bought 1.01054519 LTC for $195.00 USD.,183.24,5a5e88d4dff3e8000106e4e2,,,,,,

1/16/18 16:30,LTC Wallet,Send,Complete,0,-1.01054519,LTC,57af5cac0489b6000d78b0bb,,- 200.72,5a5e9939586c120576c07a67,,,,,,

1/16/18 16:33,LTC Wallet,Receive,Complete,0.5,0.5,LTC,59ed5be51b0a9102688da37e,,99.31,5a5e99bde9e89f0174ef47b3, ,,,,,

1/16/18 16:33,LTC Wallet,Send,Complete,0,-0.5,LTC,LiAZcBbKGbhzS3GHrWyT8ng5fEyR18Lobx,,- 99.31,5a5e99be07e6eb01e89e3628,c8206b5004f5dbf9b2059523a48e748ef25e47b20dc5288b00910bef 4de3df7c,,,,,,

1/17/18 5:34,LTC Wallet,Receive,Complete,0.53,0.53,LTC,59ed5be51b0a9102688da37e,,87.67,5a5f50f6d463c301dc29b8 53,,,,,,

1/17/18 5:34,LTC Wallet,Send,Complete,0,-0.53,LTC,LVTPYnqkm2T7XVGzG39ZvEURaXU78FTJXZ,,- 87.67,5a5f50f713ef6901674b4443,9f0c0ebee9433edfb906004ba14f9b3d275f051b8df5b4b38e808bc74f1 fda9f,,,,,,

1/17/18 7:26,LTC Wallet,Buy,Complete,1.01050756,1.01050756,LTC,59ed5be51b0a9102688da37e,Bought 1.01050756 LTC for $150.00 USD.,147.82,5a5f6b2f2bba2c0001562b4e,,,,,,

1/17/18 9:11,LTC Wallet,Send,Complete,0.50950756,-0.501,LTC,57af5cac0489b6000d78b0bb,,-

85.02,5a5f83c761189f04124c8881,,,,,,

1/17/18 10:27,LTC Wallet,Receive,Complete,1.01050756,0.501,LTC,59ed5be51b0a9102688da37e,,78.89,5a5f958c3b17cc023682bdd8,,,,,,

1/17/18 10:27,LTC Wallet,Send,Complete,0.50950756,-0.501,LTC,LVTPYnqkm2T7XVGzG39ZvEURaXU78FTJXZ,,-78.89,5a5f958d966d2705d9be4c5a,8bcfab3d9451cef9f7e4b436464ac3a89327f7904be3dceb6e87487755a4ec4a,,,,,

1/17/18 20:30,LTC Wallet,Send,Complete,0,-0.50950756,LTC,57af5cac0489b6000d78b0bb,,-98.18,5a6022fd96c18e04768e928d,,,,,,

1/17/18 20:38,LTC Wallet,Receive,Complete,0.51,0.51,LTC,59ed5be51b0a9102688da37e,,95.64,5a6024e08f6a3c0123613953,,,,,,

1/17/18 20:38,LTC Wallet,Send,Complete,0,-0.51,LTC,LiAZcBbKGbhzS3GHrWyT8ng5fEyR18Lobx,,-95.64,5a6024e1bfc4d003b6c3ea97,b8f87924def9446649dbdcf7ef2d3daa17a44d2cca743a83de3eed752b6ec981,,,,,

1/18/18 18:56,BTC Wallet,Receive,Complete,0.06853673,0.06853673,BTC,12BcwPHL3bB462KPRSikX5pnbQFRRqUtVk,,766.89,5a615e73ed4b410616fb2dab,4dfceaa7327a47cca382d721146f00552041a751e1792c5c8a0b64be418a8d6e,,,,,

1/18/18 20:45,BTC Wallet,Send,Complete,0,-0.06853673,BTC,546ba79016a4e15e04000003,,-765.89,5a6177e5fd9f0e01af5bf794,,,,,,

1/19/18 14:51,BTC Wallet,Receive,Complete,0.069,0.069,BTC,59ed5be51b0a9102688da376,,783.49,5a62768d0c8b8c0502438328,,,,,,

1/19/18 15:02,BTC Wallet,Send,Complete,0,-0.069,BTC,546ba79016a4e15e04000003,,-776.94,5a6279021c4be004f4c8e135,,,,,,

1/21/18 10:07,BTC Wallet,Receive,Complete,0.044194,0.044194,BTC,59ed5be51b0a9102688da376,,507.33,5a64d6f8013e4801b2a9678b,,,,,,

1/21/18 10:07,BTC Wallet,Send,Complete,0,-0.044194,BTC,18xgnDhuCDmeXFjfXNx566xkS5KxMzAp3T,,-507.33,5a64d6fa1c4be001c6c9c1c6,d0dccaea47b29a732a215b046d9cb379cd7bff34e45d591f3cb61512615baa7c,,,,,

1/23/18 8:16,BTC Wallet,Receive,Complete,0.018865,0.018865,BTC,59ed5be51b0a9102688da376,,205.62,5a675fc4f81e0e01670218ac,,,,,,

1/23/18 8:16,BTC Wallet,Send,Complete,0,-0.018865,BTC,1DF4TKMT4BadxYWoBPC4wNUJXXgivBbjUg,,-205.62,5a675fc53fbacc01532fece4,4ff88fae986b937cdb6632990de8c2edd26a3ec89b22b545dc5e03449d123da4,,,,,

1/27/18 21:07,BTC Wallet,Receive,Complete,0.00607773,0.00607773,BTC,59ed5be51b0a9102688da376,,69.83,5a6d5aac7cb3ce0220bd24b4,,,,,,

1/27/18 21:15,BTC Wallet,Receive,Complete,0.02119173,0.015114,BTC,,,174.47,5a6d5c5b70258a00013360ea,f51184c0c9030ef1cf19155024feb8f537aa2d1dca3707029a3228ba78e0ee52,,,,,

1/27/18 21:33,BTC Wallet,Sell,Complete,0.01511473,-0.006077,BTC,5083a5425b4a5b0200000001,5a6d60972a275e0154f0f043,-70.64,5a6d60a05a4b590001c1c743,,,,,,

1/27/18 21:39,BTC Wallet,Send,Complete,7.30E-07,-0.015114,BTC,546ba79016a4e15e04000003,,-174.02,5a6d621dd54d5305463d7039,,,,,,

1/28/18 8:46,BTC Wallet,Receive,Complete,0.01511473,0.015114,BTC,59ed5be51b0a9102688da376,,172.29,5a6dfe5246801502636b24ed,,,,,,

1/28/18 10:43,BTC Wallet,Sell,Complete,3.00E-08,-

0.0151147,BTC,5083a5425b4a5b0200000001,5a6e19be468015021a6b334d,-172.21,5a6e19c25499990001c2869f,,,,,,

1/30/18 6:26,BTC Wallet,Receive,Complete,0.03896314,0.03896311,BTC,,,408,5a7080990108890001f064fb,059430500b9e7a72d4ca62943b00445eee48eaec0979c535dbf4a38cea91ea8e,,,,,,

1/30/18 6:50,BTC Wallet,Send,Complete,3.00E-08,-0.03896311,BTC,546ba79016a4e15e04000003,,-411.52,5a70862d4bb8f701cfb1bc85,,,,,,

1/30/18 10:25,BTC Wallet,Receive,Complete,0.03896314,0.03896311,BTC,59ed5be51b0a9102688da376,,382.22,5a70b8aa44ccd905e047fe0c,,,,,,

1/30/18 22:11,BTC Wallet,Sell,Complete,4.00E-08,-0.0389631,BTC,5083a5425b4a5b0200000001,5a715dfe802c6e0561eff8e9,-386.51,5a715e033658d4000159390f,,,,,,

3/2/18 8:18,ETH Wallet,Receive,Complete,2.57309942,2.57309942,ETH,0xf394d03a648D7E789248BB86C42437a355B4F311,,2200.02,5a99795f9beb77046c903264,16957f808b59c8fd8412e393b64ca9b2534814d93722a6b5fb178dc1cba4325c,,,,,,

3/2/18 8:34,ETH Wallet,Send,Complete,0,-2.57309942,ETH,5734c590c7632c006d000060,,-2198.04,5a997d1b9beb7705829036cc,,,,,,

3/2/18 8:36,ETH Wallet,Receive,Complete,2,2,ETH,59ed5be51b0a9102688da37a,,1708.48,5a997d72ca6ae1028467ce75,,,,,,

3/5/18 14:15,ETH Wallet,Send,Complete,0,-2,ETH,5734c590c7632c006d000060,,-1706.78,5a9dc192399f7601b4ea3c7a,,,,,,

3/5/18 19:41,ETH Wallet,Receive,Complete,2.57,2.57,ETH,59ed5be51b0a9102688da37a,,2166.66,5a9e0dee35c80101d82a11ec,,,,,,

3/12/18 14:10,BTC Wallet,Receive,Complete,0.09927176,0.09927172,BTC,,,894.43,5aa6eca94c454700011e0072,9c3515e4806c485531df1944a9b01b316d070cae90ff93e097987639ddf5f02b,,,,,,

3/12/18 15:26,BTC Wallet,Send,Complete,4.00E-08,-0.09927172,BTC,546ba79016a4e15e04000003,,-904.46,5aa6fe9b9a35dd04f9321d9a,,,,,,

3/12/18 22:16,BTC Wallet,Receive,Complete,0.09927176,0.09927172,BTC,59ed5be51b0a9102688da376,,932.08,5aa75ebf39372c06021159a5,,,,,,

3/13/18 16:45,BTC Wallet,Sell,Complete,0.03895422,-0.06031754,BTC,5083a5425b4a5b0200000001,5aa862972b1010013d6bfe54,-552.76,5aa8629dc7f27d000142595f,,,,,,

3/14/18 10:25,BTC Wallet,Receive,Complete,0.05041802,0.0114638,BTC,,,95.24,5aa95b04e226730001f7e7f9,3170e3a193972ab90126be0e5c60ab0990ddbc060a0e4eea2a3e1ba0ecfe17b4,,,,,,

3/14/18 11:17,BTC Wallet,Send,Complete,0.03895422,-0.0114638,BTC,546ba79016a4e15e04000003,,-94.36,5aa967519c5c4b06d740ce97,,,,,,

3/14/18 12:41,BTC Wallet,Receive,Complete,0.05041802,0.0114638,BTC,59ed5be51b0a9102688da376,,95.49,5aa97acf90dbac05a68a4b45,,,,,,

3/15/18 9:36,BTC Wallet,Receive,Complete,0.11285845,0.06244043,BTC,,,503.83,5aaaa0fa3a5e3400016f70ad,7c6bb6097b427949c5d4507688dcb8522611f86c75abaab708f1633bfacca813,,,,,,

3/15/18 10:46,BTC Wallet,Send,Complete,0.05041802,-0.06244043,BTC,546ba79016a4e15e04000003,,-512.86,5aaab171753ee9067fcb3d42,,,,,,

3/15/18 12:48,BTC Wallet,Receive,Complete,0.11285845,0.06244043,BTC,59ed5be51b0a9102688da376,,517.75,5aaacdf790958b02aea19624,,,,,,

3/16/18 9:30,BTC Wallet,Sell,Complete,0.04815466,-0.06470379,BTC,5083a5425b4a5b0200000001,5aabf11ae24a4305b5022150,-

552.76,5aabf12383299f0001a13dd7,,,,,,

3/16/18 13:02,BTC Wallet,Receive,Complete,0.07165237,0.02349771,BTC,,,200.85,5aac22d8524edc00010f9219,cb080cb7682a3ea2d73b644a129b3ad58900ec25c5fd936d84939610e81f8955,,,,,,

3/16/18 14:32,BTC Wallet,Send,Complete,0.04815466,-0.02349771,BTC,546ba79016a4e15e04000003,,-199.73,5aac37f63aea9802df0593dd,,,,,,

3/17/18 0:07,BTC Wallet,Receive,Complete,0.07165237,0.02349771,BTC,59ed5be51b0a9102688da376,,192.34,5aacbea66d085e0139cfba3f,,,,,,

3/17/18 19:31,BTC Wallet,Sell,Complete,0.00077426,-0.07087811,BTC,5083a5425b4a5b0200000001,5aadcf748dd3f705b6b52c21,-540.97,5aadccf77b55bf0001f833bf,,,,,,

3/21/18 9:18,ETH Wallet,Sell,Complete,0.78281208,-1.78718792,ETH,572a417ae1764802e1000599,5ab285b5b47ac40175388fb2,-1022.73,5ab285b80787730001ed2014,,,,,,

3/22/18 10:46,ETH Wallet,Sell,Complete,0.00319858,-0.7796135,ETH,572a417ae1764802e1000599,5ab3ebe96303c0039dc3bb96,-415.1,5ab3ebf2645e16000155ce55,,,,,,

4/6/18 11:32,BTC Wallet,Receive,Complete,0.25948996,0.2587157,BTC,,,1713.74,5ac7bd3d937735000199be99,535803d0d7d04aa5f9e58f8c2e5672044f8898a58308d5974a3ea931ad769146,,,,,,

4/6/18 12:19,BTC Wallet,Send,Complete,0.00077426,-0.2587157,BTC,546ba79016a4e15e04000003,,-1707.5ac7c8527d7c870241f02eea,,,,,,

4/6/18 16:28,BTC Wallet,Receive,Complete,0.25948996,0.2587157,BTC,59ed5be51b0a9102688da376,,1710.57,5ac802814df27013d40298a3,,,,,,

4/6/18 16:32,BTC Wallet,Send,Complete,0,-0.25948996,BTC,546ba79016a4e15e04000003,,-1715.74,5ac80370c94d7c069f786f52,,,,,,

4/6/18 16:33,BTC Wallet,Receive,Complete,0.258652,0.258652,BTC,59ed5be51b0a9102688da376,,1710.2,5ac803c4c94d7c085f786f3c,,,,,,

4/6/18 16:33,BTC Wallet,Send,Complete,0,-0.258652,BTC,1LkrE4rCLitsWA6oMTjo4ZxPfkqFG4neSi,,-1710.2,5ac803c400838d01d3ce5c82,d65cfbbec0e665a427052eff66568903d42276cd9710593ef16b7583105b153d,,,,,,

4/7/18 19:11,BTC Wallet,Receive,Complete,0.00083,0.00083,BTC,59ed5be51b0a9102688da376,,5.74,5ac97a393482100d5dda56cf,,,,,,

4/7/18 19:13,BTC Wallet,Send,Complete,0,-0.00083,BTC,546ba79016a4e15e04000003,,-5.74,5ac97ad34df27010870354dd,,,,,,

4/7/18 19:17,BTC Wallet,Receive,Complete,0.00083796,0.00083796,BTC,59ed5be51b0a9102688da376,,5.8,5ac97bd24c81190ed1ec4059,,,,,,

4/7/18 19:17,BTC Wallet,Send,Complete,0,-0.00083796,BTC,35VvEeiwiYyxdUpKJxKMYRZqZartAszMvt,,-5.8,5ac97bd34c81190e01ec3f49,d1754551d9afe5e926575104a99677f35cab4b75f664202b7d842aa34aa53e17,,,,,,

4/26/18 17:03,BTC Wallet,Receive,Complete,0.001078,0.001078,BTC,59ed5be51b0a9102688da376,Congrats! You just earned a $10 bonus for inviting your friend Leeasharay Gamble to Coinbase. They received the same bonus. Earn more by inviting your friends with this link: https://www.coinbase.com/join/59ed5be51b0a9102688da36c,9.99,5ae268de6f09430001987e13,,,,,,

4/27/18 2:27,BTC Wallet,Receive,Complete,0.15520758,0.15412958,BTC,,,1427.14,5ae2ed090da76900019d83dd,76bc841c259ac9f61e3edad45356118e953b61d1e17d0bb6cede6dfb343fc999,,,,,

4/27/18 4:13,BTC Wallet,Send,Complete,0.001078,-0.15412958,BTC,546ba79016a4e15e04000003,,-1440.29,5ae305c52d553902818b710d,,,,,,

4/27/18 8:06,BTC
Wallet,Receive,Complete,0.051078,0.05,BTC,59ed5be51b0a9102688da376,,463.05,5ae33c86153e3f012
cf1a8f5,,,,,,

4/27/18 8:31,BTC
Wallet,Receive,Complete,0.1512725,0.1001945,BTC,59ed5be51b0a9102688da376,,924.29,5ae3425615
3e3f1334f1ae58,,,,,,

4/27/18 8:31,BTC Wallet,Send,Complete,0.051078,-
0.1001945,BTC,1E8PMggDNQUbYCndiGh4zpZerGJSwm6N36,,-
924.29,5ae342578274070f57f3390e,191d04bca3aaf1923a12e049ef7039786625241eacb35ed25508ea5f
52713b61,,,,,,

4/27/18 11:10,BTC
Wallet,Receive,Complete,0.05501308,0.00393508,BTC,59ed5be51b0a9102688da376,,36.5,5ae3679c82
74070873f3573a,,,,,,

4/28/18 12:19,BTC Wallet,Sell,Complete,0.00011818,-
0.0548949,BTC,5083a5425b4a5b0200000001,5ae4c92c3d3ddf0152b75a9e,-
514.76,5ae4c93353b5770001a4404d,,,,,,

4/28/18 12:19,USD Wallet,Buy,Complete,505,505,USD,,,505,5ae4c93353b5770001a44055,,,,,,

4/28/18 12:19,USD Wallet,Withdrawal,Complete,5,-500,USD,,,-500,5ae4c95b379d6500016e224b,,,,,,

5/31/18 5:58,BTC
Wallet,Buy,Complete,0.00064725,0.00052907,BTC,59ed5be51b0a9102688da376,Bought 0.00052907
BTC for $5.00 USD.,3.99,5b0ff15f5903dc0001ca7a1d,,,,,,

5/31/18 5:58,USD Wallet,Sell,Complete,0,-5,USD,,,-5,5b0ff15f5903dc0001ca7a24,,,,,,

8/13/18 6:09,USD Wallet,Deposit,Complete,61155,61155,USD,,,61155,5b71832666f7ff00011de48f,,,,,,

8/13/18 6:10,USD Wallet,Send,Complete,0,-61155,USD,,,-61155,5b7183283732180177caa985,,,,,,

8/13/18 12:50,BTC
Wallet,Receive,Complete,1.60321135,1.6025641,BTC,59ed5be51b0a9102688da376,,9983.97,5b71e0eb
d4570e0717a87be7,,,,,,

8/13/18 12:50,BTC Wallet,Send,Complete,0.00064725,-
1.6025641,BTC,1M4Y2ABkgSSuAjFTHjb8Y8Gc6k2yAp7Zd8,,-
9983.97,5b71e0eb5667110656c3920c,1f2ec8b7e5f40370efc688dee52137d2c748410563cf50efef6ff6980
503914e,,,,,,

8/14/18 7:10,BTC
Wallet,Receive,Complete,1.22398661,1.22333936,BTC,59ed5be51b0a9102688da376,,7482.53,5b72e2e
c57a5d0031b27c29d,,,,,,

8/14/18 7:10,BTC Wallet,Send,Complete,0.00064725,-
1.22333936,BTC,1M4Y2ABkgSSuAjFTHjb8Y8Gc6k2yAp7Zd8,,-
7482.53,5b72e2edb9387b0cc8f90a73,c6bec92fe4b7c16a6a3d456d684a074c16a341cd1bd21351414bf7
294b5cddad,,,,,,

8/15/18 7:00,BTC
Wallet,Receive,Complete,1.57511534,1.57446809,BTC,59ed5be51b0a9102688da376,,9997.88,5b7431e
5f6f648142c79f959,,,,,,

8/15/18 7:00,BTC Wallet,Send,Complete,0.00064725,-
1.57446809,BTC,1M4Y2ABkgSSuAjFTHjb8Y8Gc6k2yAp7Zd8,,-
9997.88,5b7431e6f6f64814b379f8cc,371c6b4995d49f3ab182ff0e7018d7826dc5992e61ddce3631af53c7
5b809d47,,,,,,

8/15/18 14:44,BTC
Wallet,Receive,Complete,5.0883927,5.08774545,BTC,59ed5be51b0a9102688da376,,32633.25,5b749eb
ba2a5f102c257e08b,,,,,,

8/15/18 14:44,BTC Wallet,Send,Complete,0.00064725,-
5.08774545,BTC,1M4Y2ABkgSSuAjFTHjb8Y8Gc6k2yAp7Zd8,,-
32633.25,5b749ebbc00bf90d46da0b2b,ba30fe0f778f43c98d7db5a10234a11e5577d4ff923981a79a4ccc7
bf1b7e01c,,,,,,

9/27/18 17:42,ETC
Wallet,Buy,Complete,0.91333724,0.91333724,ETC,5a320d14a16cd50108186b0e,Bought 0.91333724
ETC for $12.00 USD.,10.45,5bad79050d0e590001021f45,,,,,,

9/27/18 17:43,ETC

Wallet,Buy,Complete,26.40161637,25.48827913,ETC,5a320d14a16cd50108186b0e,Bought 25.48827913 ETC for $305.00 USD.,291.84,5bad7917a77dfc0001141619,,,,,,

9/27/18 17:49,ETC Wallet,Send,Complete,0.04392842,-26.35768795,ETC,0x4bCD696574D5531CB1A7996313c20cf476b6e75F,,-301,5bad7a98bfe402055757b2c8,c1b3b9a577bb9ccdf5102ba86b57091036acf61d6bfe9ad1fe24f03210d 29f23,,,,,

9/27/18 17:56,LTC Wallet,Buy,Complete,13.51481763,13.51481763,LTC,59ed5be51b0a9102688da37e,Bought 13.51481763 LTC for $900.00 USD.,861.16,5bad7c2006ecc00001ec8d75,,,,,,

9/27/18 17:57,LTC Wallet,Send,Complete,0,-13.51481763,LTC,MWhUmCoEtAeTftBn2ov4cVuCiDoCatPr82,,-861.16,5bad7c7f089caf0298408961,11ba4655d9400b6b6256c670cf0249a41495fc9c6760c0b4c97254f94 3111957,,,,,

10/2/18 8:39,USD Wallet,Deposit,Complete,39990,39990,USD,,,39990,5bb391360c4b8a0001fd7f54,,,,,,

10/2/18 8:41,USD Wallet,Send,Complete,0,-39990,USD,,,-39990,5bb3919478a4fc01832257e5,,,,,,

10/2/18 8:45,BTC Wallet,Receive,Complete,3.00064725,3,BTC,59ed5be51b0a9102688da376,,19590,5bb392b22bbc05037 6378ba3,,,,,,

10/2/18 8:45,BTC Wallet,Send,Complete,0.00064725,-3,BTC,38i5XjwGtFiuJzt5zy6ToNXfYFPqPv3yxP,,-19590,5bb392b23f4c59110dad31fd,45403dd2b686f7f21917f3efbef6de11c3ce233aa70c1f99b4c044613fb a4580,,,,,

10/2/18 8:48,BTC Wallet,Receive,Complete,3.00064725,3,BTC,59ed5be51b0a9102688da376,,19588.92,5bb39333e5c3440 e8788cdc7,,,,,,

10/2/18 8:48,BTC Wallet,Send,Complete,0.00064725,-3,BTC,19LqARzie4M8iSZnBtJ6dE59Co614mDGH2,,-19588.92,5bb39334572ab7153cd848d8,fd7d6fc53c97e34e28cf2ed9d33c7bab84f841c0f6c5ef43a1e4e7ff 55a5172b,,,,,

10/2/18 10:31,BTC Wallet,Receive,Complete,0.10727539,0.10662814,BTC,59ed5be51b0a9102688da376,,692.09,5bb3ab7b 635ff50930797456,,,,,,

10/30/18 8:15,BTC Wallet,Receive,Complete,2.91899807,2.81172268,BTC,,,17599.78,5bd8758ca5c08500011cf3ee,ec338a 02a0f90c04949e9316eb3f9a995025898518c93b30ad76a445de331a7e,,,,,

10/30/18 9:44,BTC Wallet,Send,Complete,0.10727539,-2.81172268,BTC,546ba79016a4e15e04000003,,-17609.84,5bd88a6a4f7bbe02e72e600b,,,,,,

10/30/18 10:02,USD Wallet,Receive,Complete,12000,12000,USD,,,12000,5bb88e8d4f7bbe18dd2e3cd1,,,,,,

10/30/18 10:02,USD Wallet,Withdrawal,Complete,0,-12000,USD,,,-12000,5bd88e8f4bf28300018743d8,,,,,,

10/30/18 10:03,BTC Wallet,Receive,Complete,0.91899807,0.81172268,BTC,59ed5be51b0a9102688da376,,5083.84,5bd88ed 6ade220047ddf4da4,,,,,,

10/30/18 10:07,BTC Wallet,Receive,Complete,3.11899807,2.2,BTC,,,13776.37,5bd88fd74d91bb000199f7b0,c51a589f7ca6f8d 9ffcaa20bee8d7c5bbf1451b656fe1d8650e1bc17a33a6b74,,,,,

10/30/18 10:48,BTC Wallet,Send,Complete,0.91899807,-2.2,BTC,546ba79016a4e15e04000003,,-13770.65,5bd899893957ca1407fecfea,,,,,,

10/30/18 14:11,USD Wallet,Receive,Complete,10000,10000,USD,,,10000,5bd8c91871a4240699959537,,,,,,

10/30/18 14:11,USD Wallet,Withdrawal,Complete,0,-10000,USD,,,-10000,5bd8c91a350fca0001802a95,,,,,,

10/30/18 16:44,BTC Wallet,Receive,Complete,1.11899807,0.2,BTC,59ed5be51b0a9102688da376,,1254.72,5bd8ecf07cb08c0 186549b01,,,,,,

10/30/18 16:45,USD

Wallet,Receive,Complete,2981.43,2981.43,USD,,,2981.43,5bd8ed1fee89280b02224633,,,,,,

10/30/18 16:45,USD Wallet,Withdrawal,Complete,0,-2981.43,USD,,,-2981.43,5bd8ed20d6cdd70001939abc,,,,,,

11/7/18 7:25,BTC Wallet,Send,Complete,0,-1.11899807,BTC,546ba79016a4e15e04000003,,-7267.36,5be3040105512c12f3b740d8,,,,,,

11/7/18 7:29,BTC Wallet,Receive,Complete,1.11899807,1.11899807,BTC,59ed5be51b0a9102688da376,,7272.16,5be304decf1bf3060cd1142d,,,,,,

11/7/18 7:29,BTC Wallet,Send,Complete,0,-1.11899807,BTC,3E7dx5XPZjRWKFXddqUpBJiDhYSfDyXthC,,-7272.16,5be304dfb87765121d1936bd,f499844ade9ff6f136bbe6e2d75239c65692d2c793a2c351d7c8d0c3037f8e17,,,,,

11/30/18 8:21,BTC Wallet,Receive,Complete,1.11785534,1.11785534,BTC,,,4438.73,5c01639a8b2a56003593dc53,775040f13713fb964ff2ae9470e3d2f44346a583d3423165336cc153839934f1,,,,,

11/30/18 9:14,BTC Wallet,Send,Complete,0,-1.11785534,BTC,546ba79016a4e15e04000003,,-4485.24,5c01700cbd9c9c16c9e007aa,,,,,,

11/30/18 9:16,USD Wallet,Receive,Complete,4447.86,4447.86,USD,,,4447.86,5c01706dc0b2eb127ce35b29,,,,,,

11/30/18 9:16,USD Wallet,Withdrawal,Complete,0,-4447.86,USD,,,-4447.86,5c01706fa0e3a7005fafd546,,,,,,

2/11/19 14:46,BTC Wallet,Buy,Complete,0.0292805,0.0292805,BTC,59ed5be51b0a9102688da376,Bought 0.0292805 BTC for $110.00 USD.,105.25,5c61fb4e9dfe780008e71c61,,,,,,

2/11/19 14:47,BTC Wallet,Send,Complete,0,-0.0292805,BTC,33UikuZXopxZpXGqHZmuXD1tFEevKPZygu,,-105.25,5c61fb83adf0980d5d3e2cf6,3644c978084af47282b10ca9513c8e72eca586f159f2175b8deaf084b987c8d9,,,,,

2/25/19 20:07,LTC Wallet,Receive,Complete,13.50065208,13.50065208,LTC,,,612.59,5c74bb7e9e989000341c8cc3,8ddfeebd6b5c1a21376f7e6a10b78eb4d89323472778dc1f78cc99541fa59ad8,,,,,

2/25/19 20:43,LTC Wallet,Sell,Complete,0.00065208,-13.5,LTC,57af5ca20489b6000d78b0b5,5c74c3efd010a60a8863e212,-611.75,5c74c3f8f453d10055eff6a2,,,,,,

2/25/19 20:43,USD Wallet,Sell,Complete,599.45,599.45,USD,,,599.45,5c74c3f9f453d10055eff6ae,,,,,,

2/25/19 20:44,BTC Wallet,Buy,Complete,0.1538973,0.1538973,BTC,59ed5be51b0a9102688da376,Bought 0.1538973 BTC for $599.00 USD.,587.88,5c74c41bad4bbc0037dfad74,,,,,,

2/25/19 20:44,USD Wallet,Sell,Complete,0.45,-599,USD,,,-599,5c74c41cad4bbc0037dfad7d,,,,,,

2/25/19 20:45,BTC Wallet,Send,Complete,0,-0.1538973,BTC,3DnUqLj3tsV3ErvvEFb9goePwQkbMHbMSY,,-587.88,5c74c460b51df50809bb1240,801e395473bc265cec35ac50bbe68d86e4e7675a369e81c79c2cc609f4a6b96b,,,,,

2/25/19 22:03,BTC Wallet,Buy,Complete,0.01494951,0.01494951,BTC,59ed5be51b0a9102688da376,Bought 0.01494951 BTC for $60.00 USD.,56.64,5c74d6c8f453d1003af5dae3,,,,,,

2/25/19 22:04,BTC Wallet,Send,Complete,0,-0.01494951,BTC,1J5NTj32YmdhaviWDHp9NohG6oXhJ8p41E,,-56.64,5c74d7072ecefd115da52183,e6a98fd3bb01ff43c650679410046bdd1ae45d5809fc6cdf4c3154f974cf3024,,,,,

3/9/19 22:12,BTC Wallet,Buy,Complete,0.19144783,0.19144783,BTC,59ed5be51b0a9102688da376,Bought 0.19144783 BTC for $780.00 USD.,746.8,5c84aada63f1df0025839685,,,,,,

3/9/19 22:13,BTC Wallet,Send,Complete,0,-0.19144783,BTC,1BzrNMTrrdVyP39GBcRzoU9LuR6RhpUagg,,-746.8,5c84ab15cfa4f40760f8b897,cccc02606576db01d391dd563266456a5d16e8719d00ec5bcd69282d1

0648752,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
EXCHANGE TOTALS ***,,,,,,,,,,,,,,,,,
,ZRX,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,USDC,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,USD,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0.004101208,N/A,,,,,,,,,,,,,,
BOUGHT,29517.84757,29517.84757,,,,,,,,,,,,,,
SOLD,-100842.4725,-100842.4725,,,,,,,,,,,,,
TRANSACTED,71715.71,N/A,,,,,,,,,,,,,,
RECEIVED,101145,N/A,,,,,,,,,,,,,
SENT,-29429.29,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,LTC,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0.00069603,N/A,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
TRANSACTED,0.00069603,N/A,,,,,,,,,,,,,,
RECEIVED,2.04169603,N/A,,,,,,,,,,,,,,
SENT,-2.041,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,BTC,EQUIV USD,,,,,,,,,,,,,,
BALANCE,6.63E-09,N/A,,,,,,,,,,,,,,
BOUGHT,15.59491054,100208.7695,,,,,,,,,,,,,,
SOLD,-5.11785534,-29613.08019,,,,,,,,,,,,,
TRANSACTED,-10.4770547,N/A,,,,,,,,,,,,,,
RECEIVED,8.33952992,N/A,,,,,,,,,,,,,
SENT,-18.81658462,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,ZEC,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,MANA,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,

```
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,LOOM,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,GNT,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,ETH,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0.00309942,N/A,,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,,
SOLD,-0.00273574,-2.320591455,,,,,,,,,,,,,,,
TRANSACTED,0.00583516,N/A,,,,,,,,,,,,,,,
RECEIVED,4.57583516,N/A,,,,,,,,,,,,,,,
SENT,-4.57,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,ETC,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,DNT,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,DAI,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,CVC,EQUIV USD,,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,,
```

```
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,BCH,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,BAT,EQUIV USD,,,,,,,,,,,,,,
BALANCE,0,N/A,,,,,,,,,,,,,,
BOUGHT,0,0,,,,,,,,,,,,,,
SOLD,0,0,,,,,,,,,,,,,
TRANSACTED,0,N/A,,,,,,,,,,,,,,,
RECEIVED,0,N/A,,,,,,,,,,,,,,
SENT,0,N/A,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,
EXCHANGE TRANSACTIONS ***,,,,,,,,,,,,,,,,
TIMESTAMP,ACCOUNT NAME,TYPE,BALANCE,AMOUNT,CURRENCY,EQUIV USD,ID,,,,,,,,,
2017-12-16T03:00:17+00:00,BTC,transfer,6.63E-09,0.00021481,BTC,3.956727165,518570439,,,,,,,,,
2017-12-16T05:41:12+00:00,ETH,transfer,0.00309942,0.00273574,ETH,1.919066895,519089864,,,,,,,,,
2017-12-16T05:41:51+00:00,LTC,transfer,0.00069603,0.02064328,LTC,6.269983434,519090839,,,,,,,,,
2017-12-17T03:42:32+00:00,BTC,transfer,6.63E-09,0.000507,BTC,9.91010592,525335234,,,,,,,,,
2017-12-17T03:52:52+00:00,BTC,transfer,6.63E-09,-0.00072181,BTC,-14.10890247,525397910,,,,,,,,,
2017-12-20T03:18:10+00:00,BTC,transfer,6.63E-09,0.000563,BTC,9.49787756,544573472,,,,,,,,,
2017-12-20T04:25:03+00:00,BTC,transfer,6.63E-09,-0.000563,BTC,-9.49787756,544788687,,,,,,,,,
2017-12-21T02:58:38+00:00,BTC,transfer,6.63E-09,0.00107081,BTC,17.52001498,550766742,,,,,,,,,
2017-12-21T23:53:54+00:00,BTC,transfer,6.63E-09,-0.00107081,BTC,-17.52001498,556178088,,,,,,,,,
2017-12-30T18:09:31+00:00,BTC,transfer,6.63E-09,0.00569139,BTC,77.52094343,597609835,,,,,,,,,
2017-12-30T18:12:53+00:00,BTC,transfer,6.63E-09,-0.00569139,BTC,-77.52094343,597622061,,,,,,,,,
2017-12-31T04:41:42+00:00,BTC,transfer,6.63E-09,0.01076998,BTC,143.9930171,599043784,,,,,,,,,
2017-12-31T04:51:22+00:00,BTC,transfer,6.63E-09,-0.00912166,BTC,-121.955226,599066376,,,,,,,,,
2018-01-02T01:52:31+00:00,BTC,fee,6.63E-09,4.96E-07,BTC,-0.006882268,604269354,,,,,,,,,
2018-01-02T01:52:31+00:00,BTC,match,6.63E-09,0.000165403,BTC,2.29408943,604269351,,,,,,,,,
2018-01-02T01:52:31+00:00,ETH,match,0.00309942,-0.00273574,ETH,-2.320591455,604269344,,,,,,,,,
2018-01-02T01:55:26+00:00,BTC,transfer,6.63E-09,-0.00181322,BTC,-25.14883557,604294384,,,,,,,,,
2018-01-02T04:00:13+00:00,BTC,transfer,6.63E-09,0.0020841,BTC,28.90586261,605160127,,,,,,,,,
2018-01-02T04:01:42+00:00,BTC,transfer,6.63E-09,-0.0020841,BTC,-28.90586261,605166046,,,,,,,,,
2018-01-09T21:20:16+00:00,BTC,transfer,6.63E-09,0.0086,BTC,128.34554,640121735,,,,,,,,,
2018-01-09T22:56:41+00:00,BTC,transfer,6.63E-09,-0.008,BTC,-119.3912,640507176,,,,,,,,,
2018-01-17T00:30:49+00:00,LTC,transfer,0.00069603,1.01054519,LTC,177.0070955,670304069,,,,,,,,,
2018-01-17T00:33:01+00:00,LTC,transfer,0.00069603,-0.5,LTC,-87.58,670333547,,,,,,,,,
2018-01-17T13:34:46+00:00,LTC,transfer,0.00069603,-0.53,LTC,-92.8348,673139058,,,,,,,,,
2018-01-17T17:11:35+00:00,LTC,transfer,0.00069603,0.501,LTC,87.75516,675129656,,,,,,,,,
2018-01-17T18:27:24+00:00,LTC,transfer,0.00069603,-0.501,LTC,-87.75516,675587731,,,,,,,,,
2018-01-18T04:30:53+00:00,LTC,transfer,0.00069603,0.50950756,LTC,98.67123407,678748235,,,,,,,,,
2018-01-18T04:38:56+00:00,LTC,transfer,0.00069603,-0.51,LTC,-98.7666,678775695,,,,,,,,,
2018-01-19T04:45:25+00:00,BTC,transfer,6.63E-09,0.06853673,BTC,788.2518976,682428069,,,,,,,,,
2018-01-19T22:51:57+00:00,BTC,transfer,6.63E-09,-0.069,BTC,-793.58004,683954743,,,,,,,,,
2018-01-19T23:02:27+00:00,BTC,transfer,6.63E-09,0.069,BTC,793.58004,683966841,,,,,,,,,
2018-01-21T18:07:53+00:00,BTC,transfer,6.63E-09,-0.044194,BTC,-524.7538108,687841671,,,,,,,,,
2018-01-23T16:16:04+00:00,BTC,transfer,6.63E-09,-0.018865,BTC,-201.8449356,693124196,,,,,,,,,
```

```
2018-01-28T05:07:56+00:00,BTC,transfer,6.63E-09,-0.00607773,BTC,-69.44949138,702164053,,,,,,,,,,
2018-01-28T05:39:41+00:00,BTC,transfer,6.63E-09,0.015114,BTC,172.7058643,702249889,,,,,,,,,,
2018-01-28T16:46:11+00:00,BTC,transfer,6.63E-09,-0.015114,BTC,-172.7058643,703388330,,,,,,,,,,
2018-01-30T14:50:22+00:00,BTC,transfer,6.63E-09,0.03896311,BTC,413.4667825,706874010,,,,,,,,,,
2018-01-30T18:25:46+00:00,BTC,transfer,6.63E-09,-0.03896311,BTC,-413.4667825,707617207,,,,,,,,,,
2018-03-02T16:34:35+00:00,ETH,transfer,0.00309942,2.57309942,ETH,2218.346203,790564369,,,,,,,,,,
2018-03-02T16:36:03+00:00,ETH,transfer,0.00309942,-2,ETH,-1724.26,790565714,,,,,,,,,
2018-03-05T22:15:47+00:00,ETH,transfer,0.00309942,2,ETH,1720.3,794154316,,,,,,,,,,
2018-03-06T03:41:35+00:00,ETH,transfer,0.00309942,-2.57,ETH,-2140.2446,794528959,,,,,,,,,,
2018-03-12T22:26:35+00:00,BTC,transfer,6.63E-09,0.09927172,BTC,936.5194793,808343956,,,,,,,,,,
2018-03-13T05:16:47+00:00,BTC,transfer,6.63E-09,-0.09927172,BTC,-908.9199557,808778746,,,,,,,,,,
2018-03-14T18:17:54+00:00,BTC,transfer,6.63E-09,0.0114638,BTC,100.3995018,811340528,,,,,,,,,,
2018-03-14T19:41:04+00:00,BTC,transfer,6.63E-09,-0.0114638,BTC,-100.3995018,811474976,,,,,,,,,,
2018-03-15T17:46:24+00:00,BTC,transfer,6.63E-09,0.06244043,BTC,506.0403477,813598740,,,,,,,,,,
2018-03-15T19:48:08+00:00,BTC,transfer,6.63E-09,-0.06244043,BTC,-506.0403477,813721293,,,,,,,,,,
2018-03-16T21:32:38+00:00,BTC,transfer,6.63E-09,0.02349771,BTC,195.3141404,815199673,,,,,,,,,,
2018-03-17T07:07:19+00:00,BTC,transfer,6.63E-09,-0.02349771,BTC,-189.8314197,815601897,,,,,,,,,,
2018-04-06T19:19:46+00:00,BTC,transfer,6.63E-09,0.2587157,BTC,1720.244671,845321069,,,,,,,,,,
2018-04-06T23:28:01+00:00,BTC,transfer,6.63E-09,-0.2587157,BTC,-1720.244671,845451331,,,,,,,,,,
2018-04-06T23:32:00+00:00,BTC,transfer,6.63E-09,0.25948996,BTC,1725.392857,845452294,,,,,,,,,,
2018-04-06T23:33:24+00:00,BTC,transfer,6.63E-09,-0.258652,BTC,-1719.821119,845452806,,,,,,,,,,
2018-04-08T02:11:05+00:00,BTC,transfer,6.63E-09,-0.00083,BTC,-5.7974172,846345686,,,,,,,,,,
2018-04-08T02:13:39+00:00,BTC,transfer,6.63E-09,0.00083,BTC,5.7974172,846346302,,,,,,,,,
2018-04-08T02:17:55+00:00,BTC,transfer,6.63E-09,-0.00083796,BTC,-5.853016526,846347249,,,,,,,,,,
2018-04-27T11:13:09+00:00,BTC,transfer,6.63E-09,0.15412958,BTC,1420.211602,875566605,,,,,,,,,,
2018-04-27T15:06:46+00:00,BTC,transfer,6.63E-09,-0.05,BTC,-460.72,875822416,,,,,,,,,
2018-04-27T15:31:35+00:00,BTC,transfer,6.63E-09,-0.1001945,BTC,-923.2322008,875846233,,,,,,,,,,
2018-04-27T18:10:36+00:00,BTC,transfer,6.63E-09,-0.00393508,BTC,-36.25940115,875973306,,,,,,,,,,
2018-08-13T13:10:00+00:00,USD,transfer,0.004101208,61155,USD,61155,1012414025,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,fee,0.004101208,-111.7374287,USD,-111.7374287,1012464706,,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,match,0.004101208,-37245.80955,USD,-37245.80955,1012464704,,,,,,,,
2018-08-13T14:02:33+00:00,BTC,match,6.63E-09,5.79701316,BTC,36802.6279,1012464703,,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,fee,0.004101208,-0.035831261,USD,-0.035831261,1012464712,,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,match,0.004101208,-11.94375375,USD,-11.94375375,1012464710,,,,,,,,,
2018-08-13T14:02:33+00:00,BTC,match,6.63E-09,0.00185895,BTC,11.80163702,1012464709,,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,fee,0.004101208,-0.019275,USD,-0.019275,1012464718,,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,match,0.004101208,-6.425,USD,-6.425,1012464716,,,,,,,,,
2018-08-13T14:02:33+00:00,BTC,match,6.63E-09,0.001,BTC,6.34855,1012464715,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,fee,0.004101208,-48.1875,USD,-48.1875,1012464724,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,match,0.004101208,-16062.5,USD,-16062.5,1012464722,,,,,,,,,
2018-08-13T14:02:33+00:00,BTC,match,6.63E-09,2.5,BTC,15871.375,1012464721,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,fee,0.004101208,-19.275,USD,-19.275,1012464730,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,match,0.004101208,-6425,USD,-6425,1012464728,,,,,,,,,
2018-08-13T14:02:33+00:00,BTC,match,6.63E-09,1,BTC,6348.55,1012464727,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,fee,0.004101208,-3.197607043,USD,-3.197607043,1012464736,,,,,,,,,,
2018-08-13T14:02:33+00:00,USD,match,0.004101208,-1065.869014,USD,-1065.869014,1012464734,,,,,,,,
2018-08-13T14:02:33+00:00,BTC,match,6.63E-09,0.16589401,BTC,1053.186417,1012464733,,,,,,,,,,
2018-08-13T19:07:14+00:00,USD,fee,0.004101208,-0.418743737,USD,-0.418743737,1013031020,,,,,,,,,,
2018-08-13T19:07:14+00:00,USD,match,0.004101208,-139.5812456,USD,-139.5812456,1013031018,,,,,,,,
2018-08-13T19:07:14+00:00,BTC,match,6.63E-09,0.02235088,BTC,141.8956792,1013031017,,,,,,,,,,
2018-08-13T19:50:03+00:00,BTC,transfer,6.63E-09,-1.6025641,BTC,-10173.95832,1013093347,,,,,,,,,,
2018-08-14T14:10:53+00:00,BTC,transfer,6.63E-09,-1.22333936,BTC,-7411.234511,1014736583,,,,,,,,,,
```

```
2018-08-15T14:00:06+00:00,BTC,transfer,6.63E-09,-1.57446809,BTC,-10033.8962,1016582396,,,,,,,,,,
2018-08-15T21:44:27+00:00,BTC,transfer,6.63E-09,-5.08774545,BTC,-32423.59122,1017311637,,,,,,,,,,
2018-10-02T15:41:08+00:00,USD,transfer,0.004101208,39990,USD,39990,1074844886,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-1.197072997,USD,-1.197072997,1074845109,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-399.0243323,USD,-
399.0243323,1074845107,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.0611258,BTC,400.0964789,1074845106,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-1.037084057,USD,-1.037084057,1074845115,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-345.6946857,USD,-
345.6946857,1074845113,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.05295633,BTC,346.6235398,1074845112,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-0.3015936,USD,-0.3015936,1074845121,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-100.5312,USD,-100.5312,1074845119,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.0154,BTC,100.800084,1074845118,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-0.01958766,USD,-0.01958766,1074845127,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-6.52922,USD,-6.52922,1074845125,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.001,BTC,6.54546,1074845124,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-0.1958772,USD,-0.1958772,1074845133,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-65.2924,USD,-65.2924,1074845131,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.01,BTC,65.4546,1074845130,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-0.121466556,USD,-0.121466556,1074845143,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-40.488852,USD,-40.488852,1074845141,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.0062,BTC,40.581852,1074845140,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-0.01959156,USD,-0.01959156,1074845155,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-6.53052,USD,-6.53052,1074845153,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.001,BTC,6.54546,1074845152,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-0.01959171,USD,-0.01959171,1074845163,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-6.53057,USD,-6.53057,1074845161,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.001,BTC,6.54546,1074845160,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-13.84839601,USD,-13.84839601,1074845169,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-4616.132004,USD,-
4616.132004,1074845167,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.7068,BTC,4626.331128,1074845166,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-1.525782675,USD,-1.525782675,1074845175,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-508.594225,USD,-
508.594225,1074845173,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,0.07787339,BTC,509.7171593,1074845172,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-44.86816291,USD,-44.86816291,1074845181,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-14956.0543,USD,-
14956.0543,1074845179,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,2.28981,BTC,14987.85976,1074845178,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,fee,0.004101208,-56.50182489,USD,-56.50182489,1074845187,,,,,,,,,,
2018-10-02T15:41:35+00:00,USD,match,0.004101208,-18833.94163,USD,-
18833.94163,1074845185,,,,,,,,,,
2018-10-02T15:41:35+00:00,BTC,match,6.63E-09,2.88346262,BTC,18873.58924,1074845184,,,,,,,,,,
2018-10-02T15:45:54+00:00,BTC,transfer,6.63E-09,-3,BTC,-19636.38,1074847860,,,,,,,,,,
2018-10-02T15:48:03+00:00,BTC,transfer,6.63E-09,-3,BTC,-19636.38,1074849150,,,,,,,,,,
2018-10-02T17:31:40+00:00,BTC,transfer,6.63E-09,-0.10662814,BTC,-697.9302252,1074934633,,,,,,,,,,
2018-10-30T16:44:26+00:00,BTC,transfer,6.63E-09,2.81172268,BTC,17612.91204,1098930010,,,,,,,,,,
2018-10-30T17:00:01+00:00,USD,fee,0.004101208,-37.57416,USD,-37.57416,1098939608,,,,,,,,,,
2018-10-30T17:00:01+00:00,USD,match,0.004101208,12524.72,USD,12524.72,1098939607,,,,,,,,,,
2018-10-30T17:00:01+00:00,BTC,match,6.63E-09,-2,BTC,-12528.2,1098939604,,,,,,,,,,
2018-10-30T17:02:05+00:00,USD,transfer,0.004101208,-12000,USD,-12000,1098940970,,,,,,,,,,
2018-10-30T17:03:18+00:00,BTC,transfer,6.63E-09,-0.81172268,BTC,-5084.71204,1098941875,,,,,,,,,,
2018-10-30T17:48:57+00:00,BTC,transfer,6.63E-09,2.2,BTC,13781.02,1098968993,,,,,,,,,,
2018-10-30T21:10:28+00:00,USD,fee,0.004101208,-14.4892104,USD,-14.4892104,1099105269,,,,,,,,,,
```

```
2018-10-30T21:10:28+00:00,USD,match,0.004101208,4829.7368,USD,4829.7368,1099105268,,,,,,,,,,
2018-10-30T21:10:28+00:00,BTC,match,6.63E-09,-0.77079206,BTC,-4828.318543,1099105265,,,,,,,,,,
2018-10-30T21:10:29+00:00,USD,fee,0.004101208,-17.90055437,USD,-17.90055437,1099105275,,,,,,,,,,
2018-10-30T21:10:29+00:00,USD,match,0.004101208,5966.851458,USD,5966.851458,1099105274,,,,,,,,,,
2018-10-30T21:10:29+00:00,BTC,match,6.63E-09,-0.95226757,BTC,-5965.099285,1099105271,,,,,,,,,,
2018-10-30T21:10:29+00:00,USD,fee,0.004101208,-5.205875226,USD,-5.205875226,1099105287,,,,,,,,,,
2018-10-30T21:10:29+00:00,USD,match,0.004101208,1735.291742,USD,1735.291742,1099105284,,,,,,,,,,
2018-10-30T21:10:29+00:00,BTC,match,6.63E-09,-0.27694037,BTC,-1734.782172,1099105281,,,,,,,,,,
2018-10-30T21:11:53+00:00,USD,transfer,0.004101208,-10000,USD,-10000,1099108923,,,,,,,,,,
2018-10-30T23:44:49+00:00,BTC,transfer,6.63E-09,-0.2,BTC,-1252.82,1099219147,,,,,,,,,,
2018-10-30T23:45:35+00:00,USD,transfer,0.004101208,-2981.43,USD,-2981.43,1099219484,,,,,,,,,,
2018-11-07T15:25:53+00:00,BTC,transfer,6.63E-09,1.11899807,BTC,7280.649043,1106284654,,,,,,,,,,
2018-11-07T15:29:34+00:00,BTC,transfer,6.63E-09,-1.11899807,BTC,-7280.649043,1106288607,,,,,,,,,,
2018-11-30T17:14:52+00:00,BTC,transfer,6.63E-09,1.11785534,BTC,4556.680187,1142123217,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,fee,0.004101208,-3.7122345,USD,-3.7122345,1142124126,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,match,0.004101208,1237.4115,USD,1237.4115,1142124125,,,,,,,,,,
2018-11-30T17:15:48+00:00,BTC,match,6.63E-09,-0.31,BTC,-1263.6437,1142124122,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,fee,0.004101208,-0.749929365,USD,-0.749929365,1142124132,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,match,0.004101208,249.976455,USD,249.976455,1142124131,,,,,,,,,,
2018-11-30T17:15:48+00:00,BTC,match,6.63E-09,-0.062625,BTC,-255.2764088,1142124128,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,fee,0.004101208,-1.197375,USD,-1.197375,1142124138,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,match,0.004101208,399.125,USD,399.125,1142124137,,,,,,,,,,
2018-11-30T17:15:48+00:00,BTC,match,6.63E-09,-0.1,BTC,-407.627,1142124134,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,fee,0.004101208,-0.1197375,USD,-0.1197375,1142124144,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,match,0.004101208,39.9125,USD,39.9125,1142124143,,,,,,,,,,
2018-11-30T17:15:48+00:00,BTC,match,6.63E-09,-0.01,BTC,-40.7627,1142124140,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,fee,0.004101208,-1.197354,USD,-1.197354,1142124150,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,match,0.004101208,399.118,USD,399.118,1142124149,,,,,,,,,,
2018-11-30T17:15:48+00:00,BTC,match,6.63E-09,-0.1,BTC,-407.627,1142124146,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,fee,0.004101208,-0.5986485,USD,-0.5986485,1142124156,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,match,0.004101208,199.5495,USD,199.5495,1142124155,,,,,,,,,,
2018-11-30T17:15:48+00:00,BTC,match,6.63E-09,-0.05,BTC,-203.8135,1142124152,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,fee,0.004101208,-1.197222,USD,-1.197222,1142124162,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,match,0.004101208,399.074,USD,399.074,1142124161,,,,,,,,,,
2018-11-30T17:15:48+00:00,BTC,match,6.63E-09,-0.1,BTC,-407.627,1142124158,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,fee,0.004101208,-4.611241841,USD,-4.611241841,1142124168,,,,,,,,,,
2018-11-30T17:15:48+00:00,USD,match,0.004101208,1537.080614,USD,1537.080614,1142124167,,,,,,,,,,
2018-11-30T17:15:48+00:00,BTC,match,6.63E-09,-0.38523034,BTC,-1570.302878,1142124164,,,,,,,,,,
2018-11-30T17:16:30+00:00,USD,transfer,0.004101208,-4447.86,USD,-4447.86,1142124812,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,
```

K. SAMUEL DECLARATION


Attachment H



JAFX trading account records

JAFX

**Transaction Report**

[REDACTED] -> Transaction type:

January 1, 2015 00:00 GMT - August 14, 2018 00:00 GMT

| Transaction ID | Transaction Date | Client Name | Account Number | Funding Source | Currency | Amount | Transaction Type | Transaction Fee | Approval Date | Sending Bank Name | To Acc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1275431 | 16/06/2018 14:22:31 | Breonna Clark | | N/A | USD | 10,000.00 | Internal Transfers | 0.00 | 16/06/2018 14:22:35 | N/A | USD-004 |
| 1278463 | 17/06/2018 21:14:46 | Breonna Clark | | N/A | USD | 5,000.00 | Internal Transfers | 0.00 | 17/06/2018 21:14:49 | N/A | USD-005 |
| 1300642 | 22/06/2018 07:10:42 | Breonna Clark | | N/A | USD | 2,495.39 | Internal Transfers | 0.00 | 22/06/2018 07:10:44 | N/A | USD-000 |
| | | | | | | 17,495.39 | | | | | |

8/15/2018



Transaction Report

## Transaction Report

███████ -> Transaction type:

January 1, 2015 00:00 GMT - August 14, 2018 00:00 GMT

| Transaction ID | Transaction Date | Client Name | Account Number | Funding Source | Currency | Amount | Transaction Type | Transaction Fee | Approval Date | Sending Bank Name | To Acc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1219879 | 03/06/2018 23:09:14 | Breonna Clark | ███████ | N/A | USD | 30,005.71 | Internal Transfers | 0.00 | 03/06/2018 23:09:17 | N/A | USD-003 |
| 1237724 | 07/06/2018 13:29:24 | Breonna Clark | | N/A | USD | 5,000.00 | Internal Transfers | 0.00 | 07/06/2018 13:29:25 | N/A | USD-003 |
| 1275431 | 16/06/2018 14:22:31 | Breonna Clark | | N/A | USD | 10,000.00 | Internal Transfers | 0.00 | 16/06/2018 14:22:35 | N/A | USD-004 |
| 1275433 | 16/06/2018 14:24:01 | Breonna Clark | | N/A | USD | 8,000.00 | Internal Transfers | 0.00 | 16/06/2018 14:24:03 | N/A | USD-000 |
| 1293540 | 20/06/2018 17:11:29 | Breonna Clark | | N/A | USD | 1,400.07 | Internal Transfers | 0.00 | 20/06/2018 17:11:30 | N/A | USD-000 |
| 1344299 | 02/07/2018 13:00:25 | Breonna Clark | | N/A | USD | 2,500.00 | Internal Transfers | 0.00 | 02/07/2018 13:00:26 | N/A | USD-003 |
| 1369213 | 08/07/2018 16:42:17 | Breonna Clark | | N/A | USD | 4,467.32 | Internal Transfers | 0.00 | 08/07/2018 16:42:20 | N/A | USD-003 |
| 1369324 | 08/07/2018 17:26:55 | Breonna Clark | | N/A | USD | 89.00 | Internal Transfers | 0.00 | 08/07/2018 17:28:56 | N/A | USD-003 |
| 1401475 | 16/07/2018 14:24:09 | Breonna Clark | | N/A | USD | 10,100.00 | Internal Transfers | 0.00 | 16/07/2018 14:24:11 | N/A | USD-000 |
| 1438218 | 24/07/2018 15:12:52 | Breonna Clark | | N/A | USD | 7,000.00 | Internal Transfers | 0.00 | 24/07/2018 15:12:54 | N/A | USD-000 |
| 1441131 | 25/07/2018 18:25:29 | Breonna Clark | | N/A | USD | 2,000.00 | Internal Transfers | 0.00 | 25/07/2018 18:25:31 | N/A | USD-000 |
| 1441633 | 25/07/2018 18:42:44 | Breonna Clark | | N/A | USD | 30,000.00 | Internal Transfers | 0.00 | 25/07/2018 18:42:46 | N/A | USD-000 |
| 1441823 | 25/07/2018 19:30:51 | Breonna Clark | | N/A | USD | 30,000.00 | Internal Transfers | 0.00 | 25/07/2018 19:30:52 | N/A | USD-003 |
| 1447146 | 26/07/2018 23:59:22 | Breonna Clark | | N/A | USD | 495.87 | Internal Transfers | 0.00 | 26/07/2018 23:59:23 | N/A | USD-003 |
| 1454600 | 30/07/2018 00:15:57 | Breonna Clark | | N/A | USD | 4,000.00 | Internal Transfers | 0.00 | 30/07/2018 00:15:58 | N/A | USD-003 |
| 1466929 | 01/08/2018 14:01:56 | Breonna Clark | | N/A | USD | 2,800.00 | Internal Transfers | 0.00 | 01/08/2018 14:01:58 | N/A | USD-000 |
| 1472026 | 02/08/2018 17:35:35 | Breonna Clark | | N/A | USD | 35,110.14 | Internal Transfers | 0.00 | 02/08/2018 17:35:37 | N/A | USD-000 |
| | | | | | | 182,968.11 | | | | | |

8/15/2018                                                     Transaction Report

# JAFX

**Transaction Report**

████████████ > Transaction type:

January 1, 2015 00:00 GMT - August 14, 2018 00:00 GMT

| Transaction ID | Transaction Date | Client Name | Account Number | Funding Source | Currency | Amount | Transaction Type | Transaction Fee | Approval Date | Sending Bank Name | To Acc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1278463 | 17/06/2018 21:14:46 | Breonna Clark | ████ | N/A | USD | 5,000.00 | Internal Transfers | 0.00 | 17/06/2018 21:14:49 | N/A | USD-005 |
| 1369213 | 08/07/2018 16:42:17 | Breonna Clark | | N/A | USD | 4,467.32 | Internal Transfers | 0.00 | 08/07/2018 16:42:20 | N/A | USD-003 |
| | | | | | | 9,467.32 | | | | | |



**Account Statement Report**

December 31, 2014 17:00:00 EST - August 1, 2018 17:00:00 EST

### Closed Transactions

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 113504 | 27489551 | 31/12/2017 04:01:39 | Balance | – | – | – | – | – | – | – | – | – | – | – | 35.00 | Dep:USD-0 0013865 47 |
| | 113504 | 27490139 | 31/12/2017 04:15:13 | Buy | 0.0100 | XRPUSD | 1.79017 | 0.00000 | 0.00000 | 31/12/2017 04:15:31 | 1.76395 | (0.04) | 0.00 | 0.00 | 0.00 | (26.22) | so 50.5%/9.0/1 |
| | 113504 | 27490567 | 31/12/2017 04:25:46 | Balance | – | – | – | – | – | – | – | – | – | – | – | 50.00 | Dep:USD-0 0013865 47 |
| | 113504 | 27494651 | 31/12/2017 05:45:17 | Sell | 0.0100 | LTCUSD | 223.40000 | 0.00000 | 212.60000 | 31/12/2017 06:12:33 | 218.32000 | (0.04) | 0.00 | 0.00 | 0.00 | 5.08 | |
| | 113504 | 27521138 | 31/12/2017 23:33:15 | Sell | 0.0100 | LTCUSD | 228.75000 | 0.00000 | 222.10000 | 01/01/2018 00:59:55 | 228.85000 | (0.04) | 0.00 | 0.00 | 0.00 | (0.10) | |
| | 113504 | 27521149 | 31/12/2017 23:33:35 | Sell | 0.0100 | LTCUSD | 228.85000 | 0.00000 | 222.10000 | 01/01/2018 01:01:31 | 228.94000 | (0.04) | 0.00 | 0.00 | 0.00 | (0.09) | |
| | 113504 | 27525018 | 01/01/2018 05:13:48 | Sell | 0.0200 | LTCUSD | 217.53000 | 0.00000 | 0.00000 | 01/01/2018 05:16:06 | 218.86000 | (0.08) | 0.00 | 0.00 | 0.00 | (2.66) | |
| | 113504 | 27526082 | 01/01/2018 05:15:57 | Buy | 0.0200 | LTCUSD | 218.62000 | 0.00000 | 228.00000 | 01/01/2018 08:09:44 | 229.09000 | (0.08) | 0.00 | 0.00 | 0.00 | 20.94 | (tp) |
| | 113504 | 27564202 | 02/01/2018 02:23:42 | Sell | 0.0500 | USDJPY | 112.76400 | 0.00000 | 112.69000 | 02/01/2018 03:09:51 | 112.68900 | (0.20) | 0.00 | 0.00 | 0.00 | 3.33 | (tp) |
| | 113504 | 27606311 | 02/01/2018 16:15:18 | Sell | 0.0300 | LTCUSD | 258.85000 | 0.00000 | 250.00000 | 02/01/2018 16:30:28 | 258.29000 | (0.12) | 0.00 | 0.00 | 0.00 | 1.08 | |
| | 113504 | 27668242 | 03/01/2018 14:14:55 | Buy | 0.0100 | USDJPY | 112.20900 | 0.00000 | 112.90000 | 03/01/2018 17:56:37 | 112.40500 | (0.04) | 0.00 | 0.00 | 0.00 | 1.82 | |
| | 113504 | 27668174 | 03/01/2018 07:45:53 | | 0.0500 | USDJPY | 112.07000 | 0.00000 | 112.90000 | 03/01/2018 19:15:35 | 112.30600 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 27668205 | 03/01/2018 07:46:21 | | 0.0300 | USDJPY | 112.12000 | 0.00000 | 112.90000 | 03/01/2018 19:15:39 | 112.30600 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 27746076 | 03/01/2018 19:15:45 | Buy | 0.0500 | USDJPY | 112.30700 | 0.00000 | 0.00000 | 03/01/2018 19:52:11 | 112.35300 | (0.20) | 0.00 | 0.00 | 0.00 | 2.05 | |
| | 113504 | 27820012 | 04/01/2018 08:48:09 | Buy | 0.0200 | USDJPY | 112.54500 | 0.00000 | 0.00000 | 04/01/2018 14:05:39 | 112.60400 | (0.08) | 0.00 | 0.00 | 0.00 | 1.05 | |
| | 113504 | 27869685 | 04/01/2018 17:20:18 | Sell | 0.0500 | XAUUSD | 1,316.09000 | 0.00000 | 1,293.00000 | 04/01/2018 22:04:22 | 1,325.75000 | (0.20) | 0.00 | 0.00 | 0.00 | (48.30) | so 67.5%/16.l. |
| | 113504 | 27901954 | 04/01/2018 22:15:22 | Sell | 0.0100 | XAUUSD | 1,323.38000 | 0.00000 | 0.00000 | 04/01/2018 22:47:46 | 1,322.99000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.39 | |
| | 113504 | 27876289 | 04/01/2018 18:05:24 | Sell | 0.0200 | XAUUSD | 1,319.28000 | 0.00000 | 1,295.00000 | 05/01/2018 13:46:04 | 1,316.91000 | (0.08) | 0.00 | 0.00 | 0.00 | 4.70 | |
| | 113504 | 27873777 | 04/01/2018 17:49:33 | Sell | 0.0200 | XAUUSD | 1,319.15000 | 0.00000 | 1,293.00000 | 05/01/2018 13:46:11 | 1,316.91000 | (0.08) | 0.00 | 0.00 | 0.00 | 4.48 | |
| | 113504 | 28104484 | 07/01/2018 16:56:11 | Sell | 0.0100 | BTCUSD | 16,552.77000 | 16,550.00000 | 16,220.00000 | 07/01/2018 17:19:31 | 16,507.81000 | (0.04) | 0.00 | 0.00 | 0.00 | 4.50 | |
| | 113504 | 28323601 | 09/01/2018 17:47:52 | Buy | 0.0300 | USDJPY | 112.43800 | 0.00000 | 112.90000 | 09/01/2018 18:28:15 | 112.51300 | (0.12) | 0.00 | 0.00 | 0.00 | 2.00 | |
| | 113504 | 28319560 | 09/01/2018 17:19:31 | Buy | 0.0200 | USDJPY | 112.58900 | 0.00000 | 112.90000 | 09/01/2018 19:16:13 | 112.63700 | (0.08) | 0.00 | 0.00 | 0.00 | 0.85 | |
| | 113504 | 28321370 | 09/01/2018 17:34:07 | Buy | 0.0800 | USDJPY | 112.61000 | 0.00000 | 112.90000 | 09/01/2018 19:16:16 | 112.84300 | (0.32) | 0.00 | 0.00 | 0.00 | 2.34 | |
| | 113504 | 28499128 | 10/01/2018 22:35:03 | Sell | 0.0200 | XAUUSD | 1,318.08000 | 0.00000 | 1,289.00000 | 10/01/2018 23:09:05 | 1,317.71000 | (0.08) | 0.00 | 0.00 | 0.00 | 0.74 | |
| | 113504 | 28502825 | 10/01/2018 23:41:37 | Buy | 0.0100 | USDJPY | 111.43700 | 0.00000 | 0.00000 | 12/01/2018 15:44:55 | 111.54600 | (0.04) | 0.00 | 0.00 | 0.03 | 1.00 | |
| | 113504 | 28720253 | 12/01/2018 15:32:10 | Sell | 0.0100 | XAUUSD | 1,326.97000 | 0.00000 | 0.00000 | 12/01/2018 15:45:16 | 1,326.62000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.35 | |
| | 113504 | 28726203 | 12/01/2018 15:55:01 | Sell | 0.0200 | XAUUSD | 1,326.55000 | 0.00000 | 0.00000 | 12/01/2018 15:58:04 | 1,326.00000 | (0.08) | 0.00 | 0.00 | 0.00 | 1.10 | |
| | 113504 | 28502807 | 10/01/2018 23:41:24 | Sell | 0.0100 | XAUUSD | 1,316.97000 | 0.00000 | 1,308.00000 | 12/01/2018 20:11:02 | 1,332.59000 | (0.04) | 0.00 | 0.00 | 0.00 | (15.82) | so 69.9%/15.& |
| | 113504 | 28727241 | 12/01/2018 16:02:02 | Sell | 0.0200 | XAUUSD | 1,325.08000 | 0.00000 | 1,308.00000 | 12/01/2018 20:11:45 | 1,333.05000 | (0.08) | 0.00 | 0.00 | 0.00 | (15.94) | so 69.9%/14.0. |
| | 113504 | 28732211 | 12/01/2018 16:38:33 | Buy | 0.0400 | USDJPY | 111.44800 | 0.00000 | 112.30000 | 12/01/2018 20:29:01 | 111.10500 | (0.16) | 0.00 | 0.00 | 0.00 | (12.35) | so 69.7%/10.2 |
| | 113504 | 28737376 | 12/01/2018 17:41:55 | Buy | 0.0100 | XAUUSD | 1,330.49000 | 0.00000 | 0.00000 | 12/01/2018 21:06:34 | 1,338.47000 | (0.04) | 0.00 | 0.00 | 0.00 | (7.98) | so 69.8%.4 |
| | 113504 | 28737348 | 12/01/2018 17:41:24 | Buy | 0.0100 | USDJPY | 111.42900 | 0.00000 | 0.00000 | 12/01/2018 21:16:32 | 110.91600 | (0.04) | 0.00 | 0.00 | 0.00 | (4.61) | so 69.8%/2 |
| | 113504 | 28739945 | 12/01/2018 18:00:32 | Buy | 0.0100 | USDJPY | 111.31400 | 0.00000 | 0.00000 | 12/01/2018 21:22:21 | 111.01100 | (0.04) | 0.00 | 0.00 | 0.00 | (2.73) | |
| | 113504 | 29171794 | 17/01/2018 16:12:47 | Buy | 0.0100 | LTCUSD | 158.16000 | 0.00000 | 0.00000 | 17/01/2018 16:14:52 | 155.19000 | (0.04) | 0.00 | 0.00 | 0.00 | (2.97) | so 53.7%/C |
| | 113504 | 29528695 | 21/01/2018 21:05:17 | Balance | – | – | – | – | – | – | – | – | – | – | – | 501.90 | Dep:USD-0 0013865 8C |
| | 113504 | 29630012 | 21/01/2018 22:57:49 | Buy | 0.0100 | ETHUSD | 1,004.81000 | 0.00000 | 1,153.67000 | 21/01/2018 23:08:14 | 1,008.78000 | (0.04) | 0.00 | 0.00 | 0.00 | 3.97 | |
| | 113504 | 29530151 | 21/01/2018 23:00:50 | Buy | 0.0100 | BTCUSD | 11,131.49000 | 0.00000 | 12,947.73000 | 21/01/2018 23:32:15 | 11,168.67000 | (0.04) | 0.00 | 0.00 | 0.00 | 5.72 | |
| | 113504 | 29530791 | 21/01/2018 23:18:08 | Buy | 0.0200 | LTCUSD | 186.83000 | 0.00000 | 225.75000 | 21/01/2018 23:59:10 | 186.96000 | (0.08) | 0.00 | 0.00 | 0.00 | 0.26 | |
| | 113504 | 29530793 | 21/01/2018 23:18:09 | Buy | 0.0200 | LTCUSD | 186.82000 | 0.00000 | 0.00000 | 22/01/2018 00:00:34 | 187.17000 | (0.08) | 0.00 | 0.00 | 0.00 | 0.70 | |

9/5/2018    Account Statement Report

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 113504 | 29530046 | 21/01/2018 22:58:18 | Buy | 0.0100 | XRPUSD | 1.30724 | 0.00000 | 2.20168 | 22/01/2018 00:04:38 | 1.33592 | (0.04) | 0.00 | 0.00 | 0.00 | 28.68 | |
| | 113504 | 29530517 | 21/01/2018 23:09:27 | Buy | 0.0100 | ETHUSD | 1,015.92000 | 0.00000 | 1,228.42000 | 22/01/2018 00:04:45 | 1,019.77000 | (0.04) | 0.00 | 0.00 | 0.00 | 3.85 | |
| | 113504 | 29532413 | 22/01/2018 00:02:15 | Buy | 0.0100 | BTCUSD | 11,320.44000 | 0.00000 | 11,446.31000 | 22/01/2018 00:18:05 | 11,351.49000 | (0.04) | 0.00 | 0.00 | 0.00 | 3.11 | |
| | 113504 | 29532381 | 22/01/2018 00:02:15 | Buy | 0.0100 | BTCUSD | 11,315.14000 | 0.00000 | 12,678.27000 | 22/01/2018 01:42:56 | 11,339.51000 | (0.04) | 0.00 | 0.00 | 0.00 | 2.44 | |
| | 113504 | 29527334 | 21/01/2018 21:24:43 | Buy | 0.0100 | BTCUSD | 11,563.71000 | 0.00000 | 11,623.92000 | 22/01/2018 02:13:32 | 11,588.23000 | (0.04) | 0.00 | 0.00 | 0.00 | 2.45 | |
| | 113504 | 29552528 | 22/01/2018 04:28:19 | Sell | 0.5000 | USDJPY | 110.76900 | 0.00000 | 110.69100 | 22/01/2018 04:57:23 | 110.75900 | (2.00) | 0.00 | 0.00 | 0.00 | 4.51 | |
| | 113504 | 29592529 | 22/01/2018 15:35:38 | Buy | 0.0300 | XRPUSD | 1.22735 | 0.00000 | 1.33619 | 22/01/2018 16:21:57 | 1.22864 | (0.12) | 0.00 | 0.00 | 0.00 | 3.87 | to #29598... |
| | 113504 | 29598540 | 22/01/2018 15:35:38 | Buy | 0.0100 | XRPUSD | 1.22735 | 0.00000 | 1.33619 | 22/01/2018 16:32:32 | 1.23723 | (0.04) | 0.00 | 0.00 | 0.00 | 9.88 | to #29599... |
| | 113504 | 29599532 | 22/01/2018 15:35:38 | Buy | 0.0100 | XRPUSD | 1.22735 | 0.00000 | 1.33619 | 22/01/2018 16:39:32 | 1.23194 | (0.04) | 0.00 | 0.00 | 0.00 | 4.59 | from #2959 |
| | 113504 | 29598805 | 22/01/2018 16:24:45 | Buy | 0.0100 | ETHUSD | 989.15000 | 0.00000 | 1,243.91000 | 22/01/2018 19:34:34 | 989.90000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.74 | |
| | 113504 | 29598525 | 22/01/2018 16:21:50 | Buy | 0.0100 | BTCUSD | 10,723.79000 | 0.00000 | 10,765.33000 | 23/01/2018 01:41:50 | 10,768.14000 | (0.04) | 0.00 | 0.00 | (0.74) | 4.44 | [tp] |
| | 113504 | 29598832 | 22/01/2018 16:24:31 | Buy | 0.0100 | LTCUSD | 177.66000 | 0.00000 | 178.34000 | 23/01/2018 01:42:29 | 178.71000 | (0.04) | 0.00 | 0.00 | (0.12) | 1.05 | [tp] |
| | 113504 | 29680992 | 23/01/2018 06:49:19 | | 0.1000 | GBPUSD | 1.40000 | 0.00000 | 1.39000 | 23/01/2018 14:37:32 | 1.39264 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 29761414 | 23/01/2018 19:13:38 | Balance | — | — | — | — | — | — | — | — | — | — | — | 200.00 | Dep USD-0 0013865 61 |
| | 113504 | 29865383 | 24/01/2018 15:54:45 | Balance | — | — | — | — | — | — | — | — | — | — | — | 500.00 | Dep USD-0 0013865 62 |
| | 113504 | 29906660 | 24/01/2018 17:06:18 | Sell | 0.1000 | XAUUSD | 1,354.82000 | 0.00000 | 0.00000 | 24/01/2018 17:18:11 | 1,353.99000 | (0.40) | 0.00 | 0.00 | 0.00 | 8.30 | |
| | 113504 | 29909719 | 24/01/2018 17:12:19 | Buy | 0.3000 | USDJPY | 109.23600 | 0.00000 | 110.10000 | 24/01/2018 17:47:39 | 109.25400 | (1.20) | 0.00 | 0.00 | 0.00 | 4.94 | |
| | 113504 | 29915020 | 24/01/2018 17:46:06 | Sell | 0.1000 | XAUUSD | 1,353.74000 | 0.00000 | 0.00000 | 24/01/2018 17:51:43 | 1,353.45000 | (0.40) | 0.00 | 0.00 | 0.00 | 2.90 | |
| | 113504 | 29913335 | 24/01/2018 17:32:54 | Sell | 0.2000 | XAUUSD | 1,363.72000 | 0.00000 | 1,347.40000 | 24/01/2018 18:10:06 | 1,353.08000 | (0.80) | 0.00 | 0.00 | 0.00 | 12.80 | |
| | 113504 | 29911321 | 24/01/2018 17:19:36 | Buy | 0.5000 | USDJPY | 109.19200 | 0.00000 | 109.24400 | 24/01/2018 19:07:54 | 109.24600 | (2.00) | 0.00 | 0.00 | 0.00 | 24.71 | [tp] |
| | 113504 | 29922835 | 24/01/2018 18:35:43 | Buy | 0.7100 | USDJPY | 109.06400 | 0.00000 | 109.50000 | 24/01/2018 19:08:10 | 109.22500 | (2.84) | 0.00 | 0.00 | 0.00 | 104.86 | to #299273... |
| | 113504 | 29927333 | 24/01/2018 18:35:43 | Buy | 0.2000 | USDJPY | 109.06400 | 0.00000 | 109.50000 | 24/01/2018 19:11:41 | 109.25600 | (0.80) | 0.00 | 0.00 | 0.00 | 34.05 | from #2992 |
| | 113504 | 29988137 | 25/01/2018 05:54:34 | | 0.2000 | GBPUSD | 1.38897 | 0.00000 | 0.00000 | 25/01/2018 05:55:08 | 1.42963 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 29988166 | 25/01/2018 05:55:14 | | 0.2000 | GBPUSD | 1.38875 | 0.00000 | 0.00000 | 25/01/2018 05:55:38 | 1.42968 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 30058130 | 25/01/2018 16:40:19 | Buy | 0.1000 | USDJPY | 168.97300 | 0.00000 | 0.00000 | 25/01/2018 16:45:45 | 109.04400 | (0.40) | 0.00 | 0.00 | 0.00 | 6.51 | |
| | 113504 | 30054844 | 25/01/2018 16:21:44 | Sell | 0.1000 | GBPUSD | 1.42961 | 0.00000 | 1.41985 | 25/01/2018 16:50:40 | 1.42903 | (0.40) | 0.00 | 0.00 | 0.00 | 5.80 | |
| | 113504 | 30063706 | 25/01/2018 17:15:04 | Buy | 0.0300 | USDJPY | 108.70900 | 108.50000 | 109.20000 | 25/01/2018 18:43:24 | 108.73400 | (0.12) | 0.00 | 0.00 | 0.00 | 0.69 | |
| | 113504 | 30082970 | 25/01/2018 20:17:38 | Balance | — | — | — | — | — | — | — | — | — | — | — | 520.00 | Dep USD-0 0013865 62 |
| | 113504 | 30063262 | 25/01/2018 17:12:20 | Buy | 0.0700 | USDJPY | 108.78900 | 0.00000 | 110.30000 | 25/01/2018 21:03:28 | 108.88700 | (0.28) | 0.00 | 0.00 | 0.00 | 6.30 | |
| | 113504 | 30059821 | 25/01/2018 16:52:46 | Buy | 0.4000 | USDJPY | 108.99200 | 0.00000 | 110.30000 | 25/01/2018 21:04:54 | 109.06800 | (1.60) | 0.00 | 0.00 | 0.00 | 27.87 | to #300883 |
| | 113504 | 30061362 | 25/01/2018 17:02:05 | Buy | 0.1500 | USDJPY | 108.88100 | 0.00000 | 110.30000 | 25/01/2018 21:05:06 | 108.97600 | (0.60) | 0.00 | 0.00 | 0.00 | 13.08 | |
| | 113504 | 30088374 | 25/01/2018 16:52:46 | Buy | 0.5000 | USDJPY | 108.99200 | 0.00000 | 110.30000 | 25/01/2018 21:05:27 | 109.06700 | (2.00) | 0.00 | 0.00 | 0.00 | 34.38 | from #3005 |
| | 113504 | 30054866 | 25/01/2018 16:21:51 | Buy | 0.1000 | USDJPY | 109.04900 | 0.00000 | 110.30000 | 25/01/2018 21:06:33 | 109.06400 | (0.40) | 0.00 | 0.00 | 0.00 | 3.21 | |
| | 113504 | 30091352 | 25/01/2018 21:17:46 | Sell | 0.0400 | XAUUSD | 1,354.50000 | 0.00000 | 0.00000 | 25/01/2018 21:38:56 | 1,346.19000 | (0.16) | 0.00 | 0.00 | 0.00 | 33.24 | to #300961 |
| | 113504 | 30091134 | 25/01/2018 21:16:26 | Buy | 0.0400 | USDJPY | 109.09300 | 0.00000 | 111.00000 | 25/01/2018 21:39:02 | 109.47300 | (0.16) | 0.00 | 0.00 | 0.00 | 13.68 | to #300961 |
| | 113504 | 30091313 | 25/01/2018 21:17:34 | Sell | 0.0400 | GBPUSD | 1.41970 | 0.00000 | 0.00000 | 25/01/2018 21:39:08 | 1.41284 | (0.16) | 0.00 | 0.00 | 0.00 | 27.44 | to #300962 |
| | 113504 | 30096156 | 25/01/2018 21:17:46 | Sell | 0.0100 | XAUUSD | 1,354.50000 | 0.00000 | 0.00000 | 25/01/2018 21:52:29 | 1,344.69000 | (0.04) | 0.00 | 0.00 | 0.00 | 9.81 | from #3009 |
| | 113504 | 30096187 | 25/01/2018 21:18:26 | Buy | 0.0100 | USDJPY | 109.09300 | 0.00000 | 111.00000 | 25/01/2018 21:52:34 | 109.57600 | (0.04) | 0.00 | 0.00 | 0.00 | 4.43 | from #3009 |
| | 113504 | 30096205 | 25/01/2018 21:17:34 | Sell | 0.0100 | GBPUSD | 1.41970 | 0.00000 | 0.00000 | 25/01/2018 21:52:37 | 1.41059 | (0.04) | 0.00 | 0.00 | 0.00 | 9.11 | from #3009 |
| | 113504 | 30190271 | 26/01/2018 16:18:43 | Buy | 0.0500 | XRPUSD | 1.19984 | 0.00000 | 1.27000 | 26/01/2018 18:32:33 | 1.20447 | (0.20) | 0.00 | 0.00 | 0.00 | 23.15 | |
| | 113504 | 30242271 | 27/01/2018 05:01:29 | Sell | 0.1000 | BTCUSD | 11,104.42000 | 0.00000 | 10,459.23000 | 27/01/2018 05:14:28 | 11,062.11000 | (0.40) | 0.00 | 0.00 | 0.00 | 22.31 | |
| | 113504 | 30242674 | 27/01/2018 05:31:07 | Sell | 0.0400 | BTCUSD | 11,067.79000 | 0.00000 | 10,787.34000 | 27/01/2018 05:40:35 | 11,022.12000 | (0.16) | 0.00 | 0.00 | 0.00 | 26.27 | to #302426... |
| | 113504 | 30242577 | 27/01/2018 05:23:31 | Sell | 0.0300 | BTCUSD | 11,057.82000 | 0.00000 | 10,535.39000 | 27/01/2018 05:40:48 | 11,022.12000 | (0.12) | 0.00 | 0.00 | 0.00 | 10.71 | to #302426... |
| | 113504 | 30242843 | 27/01/2018 05:23:31 | Sell | 0.0200 | BTCUSD | 11,057.82000 | 0.00000 | 10,535.39000 | 27/01/2018 05:57:38 | 11,022.12000 | (0.08) | 0.00 | 0.00 | 0.00 | 7.14 | from #3024 |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 113504 | 30242839 | 27/01/2018 05:31:07 | Sell | 0.0100 | BTCUSD | 11,067.79000 | 0.00000 | 10,787.34000 | 27/01/2018 06:01:09 | 11,011.10000 | (0.04) | 0.00 | 0.00 | 0.00 | 7.67 | from #3024 |
| | 113504 | 30288016 | 28/01/2018 18:50:16 | Balance | – | – | – | – | – | – | – | – | – | – | – | (500.00) | With USD-D 0013865:67 |
| | 113504 | 30311020 | 29/01/2018 02:40:19 | | 0.2000 | USDJPY | 108.54300 | 0.00000 | 0.00000 | 29/01/2018 02:40:28 | 108.64100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 30320681 | 29/01/2018 03:57:02 | | 3.0000 | LTCUSD | 188.00000 | 0.00000 | 193.00000 | 29/01/2018 04:04:02 | 186.37000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 30321873 | 29/01/2018 04:06:00 | Buy | 1.5000 | LTCUSD | 186.90000 | 0.00000 | 193.00000 | 29/01/2018 04:24:11 | 187.35000 | (6.00) | 0.00 | 0.00 | 0.00 | 67.50 | to #303247 |
| | 113504 | 30324776 | 29/01/2018 04:06:00 | Buy | 0.5000 | LTCUSD | 186.90000 | 0.00000 | 193.00000 | 29/01/2018 04:29:40 | 187.13000 | (2.00) | 0.00 | 0.00 | 0.00 | 11.50 | from #3032 |
| | 113504 | 30325091 | 29/01/2018 04:33:29 | Buy | 1.5000 | LTCUSD | 187.46000 | 0.00000 | 0.00000 | 29/01/2018 04:36:21 | 187.67000 | (6.00) | 0.00 | 0.00 | 0.00 | 31.50 | |
| | 113504 | 30379180 | 29/01/2018 16:45:51 | Buy | 2.0000 | USDJPY | 108.82500 | 0.00000 | 109.00000 | 29/01/2018 16:46:47 | 108.83300 | (8.00) | 0.00 | 0.00 | 0.00 | 14.70 | |
| | 113504 | 30383635 | 29/01/2018 17:29:46 | Buy | 0.7500 | USDJPY | 108.86800 | 0.00000 | 0.00000 | 29/01/2018 17:44:58 | 108.87300 | (3.00) | 0.00 | 0.00 | 0.00 | 3.44 | |
| | 113504 | 30385601 | 29/01/2018 17:47:22 | Buy | 0.7500 | LTCUSD | 183.51000 | 0.00000 | 186.00000 | 29/01/2018 17:55:34 | 183.86000 | (3.00) | 0.00 | 0.00 | 0.00 | 26.25 | |
| | 113504 | 30415232 | 29/01/2018 22:05:35 | Buy | 0.0200 | BTCUSD | 11,263.38000 | 0.00000 | 0.00000 | 29/01/2018 22:14:01 | 11,264.59000 | (0.08) | 0.00 | 0.00 | 0.00 | 0.24 | |
| | 113504 | 30412282 | 29/01/2018 21:30:33 | Buy | 0.0300 | BTCUSD | 11,312.43000 | 0.00000 | 0.00000 | 29/01/2018 23:48:52 | 11,313.54000 | (0.12) | 0.00 | 0.00 | 0.00 | 0.33 | |
| | 113504 | 30387874 | 29/01/2018 18:00:46 | Buy | 0.1000 | BTCUSD | 11,437.57000 | 0.00000 | 11,464.30000 | 30/01/2018 17:40:00 | 10,214.75000 | (0.40) | 0.00 | 0.00 | (7.94) | (1,222.82) | so: 53.6%/92.1. |
| | 113504 | 30403208 | 29/01/2018 20:12:36 | Buy | 0.0500 | BTCUSD | 11,560.94000 | 0.00000 | 11,460.45000 | 30/01/2018 17:40:24 | 10,225.73000 | (0.20) | 0.00 | 0.00 | (3.94) | (567.61) | |
| | 113504 | 30545912 | 30/01/2018 18:31:31 | Buy | 0.0200 | XAUUSD | 1,340.35000 | 0.00000 | 1,345.00000 | 30/01/2018 19:18:54 | 1,340.72000 | (0.08) | 0.00 | 0.00 | 0.00 | 0.74 | |
| | 113504 | 30542546 | 30/01/2018 18:04:35 | Buy | 0.0100 | XRPUSD | 1.17379 | 0.00000 | 1.38000 | 30/01/2018 20:16:20 | 1.13475 | (0.04) | 0.00 | 0.00 | 0.00 | (39.04) | so: 50.3%/12.5. |
| | 113504 | 30538034 | 30/01/2018 17:43:15 | Buy | 0.0100 | BTCUSD | 10,352.38000 | 0.00000 | 12,900.00000 | 30/01/2018 20:16:27 | 9,949.04000 | (0.04) | 0.00 | 0.00 | 0.00 | (40.33) | so: 68.7%/9.0/1 |
| | 113504 | 30541965 | 30/01/2018 18:01:10 | Buy | 0.0100 | XAUUSD | 1,342.18000 | 0.00000 | 1,345.00000 | 30/01/2018 20:24:52 | 1,336.21000 | (0.04) | 0.00 | 0.00 | 0.00 | (5.97) | |
| | 113504 | 30566863 | 30/01/2018 21:36:17 | Sell | 0.0100 | USDJPY | 108.73400 | 0.00000 | 108.60000 | 31/01/2018 08:01:18 | 108.69200 | (0.04) | 0.00 | 0.00 | (0.06) | 0.39 | |
| | 113504 | 30670796 | 31/01/2018 16:54:16 | | 0.0100 | GBPJPY | 154.90000 | 0.00000 | 152.00000 | 31/01/2018 17:08:04 | 154.38600 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 30670862 | 31/01/2018 16:55:34 | Sell | 0.0100 | USDJPY | 108.91100 | 0.00000 | 108.72000 | 31/01/2018 17:57:33 | 109.13000 | (0.04) | 0.00 | 0.00 | 0.00 | (2.01) | so: 57.7%/2 |
| | 113504 | 30672905 | 31/01/2018 17:15:07 | Sell | 0.0100 | USDJPY | 108.93100 | 0.00000 | 108.54000 | 31/01/2018 17:59:22 | 109.17000 | (0.04) | 0.00 | 0.00 | 0.00 | (2.19) | so: 70.0%/2 |
| | 113504 | 30677298 | 31/01/2018 17:43:57 | Sell | 0.0100 | USDJPY | 109.00400 | 0.00000 | 0.00000 | 31/01/2018 18:46:50 | 109.32500 | (0.04) | 0.00 | 0.00 | 0.00 | (2.94) | so: 65.5%/1 |
| | 113504 | 31191599 | 05/02/2018 14:45:53 | Balance | – | – | – | – | – | – | – | – | – | – | – | 1,000.00 | Dep.USD-0 0013865:67 |
| | 113504 | 31208849 | 05/02/2018 16:50:25 | Buy | 0.5000 | USDJPY | 110.03400 | 0.00000 | 110.32800 | 05/02/2018 16:55:55 | 110.09200 | (2.00) | 0.00 | 0.00 | 0.00 | 26.34 | |
| | 113504 | 31218305 | 05/02/2018 17:33:29 | Sell | 0.1000 | USDJPY | 110.16900 | 0.00000 | 110.07200 | 05/02/2018 17:35:14 | 110.15200 | (0.40) | 0.00 | 0.00 | 0.00 | 1.54 | |
| | 113504 | 31218200 | 05/02/2018 17:32:58 | Sell | 0.1000 | GBPJPY | 154.49300 | 0.00000 | 154.44200 | 05/02/2018 17:40:01 | 154.48500 | (0.40) | 0.00 | 0.00 | 0.00 | 0.72 | |
| | 113504 | 31419687 | 06/02/2018 16:45:17 | Buy | 0.0500 | GBPJPY | 152.02500 | 0.00000 | 0.00000 | 06/02/2018 16:47:41 | 152.03800 | (0.20) | 0.00 | 0.00 | 0.00 | 0.60 | |
| | 113504 | 31421702 | 06/02/2018 16:56:50 | Sell | 0.7500 | USDJPY | 109.44100 | 109.60000 | 109.10000 | 06/02/2018 16:59:54 | 109.43800 | (3.00) | 0.00 | 0.00 | 0.00 | 3.43 | |
| | 113504 | 31429600 | 06/02/2018 17:45:15 | Buy | 0.1000 | GBPJPY | 151.74500 | 0.00000 | 152.40000 | 06/02/2018 17:59:20 | 152.01000 | (0.40) | 0.00 | 0.00 | 0.00 | 24.24 | to #314322i |
| | 113504 | 31432282 | 06/02/2018 17:45:15 | Buy | 0.1500 | GBPJPY | 151.74500 | 0.00000 | 152.40000 | 06/02/2018 18:01:28 | 151.98000 | (0.60) | 0.00 | 0.00 | 0.00 | 32.27 | from #3142 |
| | 113504 | 31427298 | 06/02/2018 17:30:24 | Buy | 0.7500 | GBPJPY | 151.46300 | 0.00000 | 152.50000 | 06/02/2018 18:01:37 | 151.99900 | (3.00) | 0.00 | 0.00 | 0.00 | 367.94 | |
| | 113504 | 31703796 | 08/02/2018 05:57:35 | Sell | 0.1000 | USDCAD | 1.25690 | 1.26000 | 1.25091 | 08/02/2018 07:19:51 | 1.25641 | (0.40) | 0.00 | 0.00 | 0.00 | 4.70 | |
| | 113504 | 31703094 | 08/02/2018 06:56:12 | Sell | 0.1500 | USDCAD | 1.25724 | 0.00000 | 1.24650 | 08/02/2018 15:23:01 | 1.25660 | (0.60) | 0.00 | 0.00 | 0.00 | 7.64 | |
| | 113504 | 32022344 | 10/02/2018 06:12:28 | Balance | – | – | – | – | – | – | – | – | – | – | – | (592.00) | With USD-0 0013865:7C |
| | 113504 | 32022709 | 10/02/2018 06:22:34 | Balance | – | – | – | – | – | – | – | – | – | – | – | 200.00 | Dep.USD-0 0013865:7C |
| | 113504 | 32265168 | 12/02/2018 22:51:11 | Balance | – | – | – | – | – | – | – | – | – | – | – | (200.00) | With USD-0 0013865:71 |
| | 113504 | 32707407 | 15/02/2018 16:22:05 | | 0.6500 | USDJPY | 106.38000 | 106.10000 | 107.50000 | 15/02/2018 16:33:37 | 106.42200 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 32709839 | 15/02/2018 16:33:56 | | 0.6500 | USDJPY | 106.32000 | 0.00000 | 107.70000 | 15/02/2018 16:45:27 | 106.42800 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 32716435 | 15/02/2018 17:09:50 | Sell | 0.2000 | XAUUSD | 1,351.48000 | 0.00000 | 1,340.90000 | 15/02/2018 17:19:55 | 1,349.90000 | (0.80) | 0.00 | 0.00 | 0.00 | 31.20 | |
| | 113504 | 32714850 | 15/02/2018 17:01:52 | Buy | 0.2500 | USDJPY | 106.31900 | 0.00000 | 107.10000 | 15/02/2018 17:24:00 | 106.36100 | (1.00) | 0.00 | 0.00 | 0.00 | 9.87 | |
| | 113504 | 32712144 | 15/02/2018 16:45:43 | Sell | 0.1000 | XAUUSD | 1,352.43000 | 0.00000 | 1,345.00000 | 15/02/2018 17:24:16 | 1,351.48000 | (0.40) | 0.00 | 0.00 | 0.00 | 9.50 | |
| | 113504 | 32720545 | 15/02/2018 17:29:01 | Buy | 0.1200 | USDJPY | 106.35800 | 0.00000 | 0.00000 | 15/02/2018 17:41:22 | 106.36600 | (0.48) | 0.00 | 0.00 | 0.00 | 0.90 | |
| | 113504 | 32720815 | 15/02/2018 17:31:08 | Buy | 0.1200 | USDJPY | 106.34700 | 0.00000 | 0.00000 | 15/02/2018 17:41:54 | 106.36500 | (0.48) | 0.00 | 0.00 | 0.00 | 2.03 | |

Account Statement Report

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 113504 | 32727201 | 15/02/2018 18:02:12 | Buy | 0.2500 | USDJPY | 106.25800 | 106.28000 | 106.95000 | 15/02/2018 18:31:30 | 106.27500 | (1.00) | 0.00 | 0.00 | 0.00 | 4.00 | [sl] |
| | 113504 | 32710980 | 15/02/2018 16:37:24 | Buy | 0.1000 | USDJPY | 106.42600 | 106.21500 | 107.20000 | 15/02/2018 18:33:56 | 106.21500 | (0.40) | 0.00 | 0.00 | 0.00 | (19.87) | [sl] |
| | 113504 | 32712079 | 15/02/2018 16:45:18 | Buy | 0.5000 | USDJPY | 106.42000 | 106.10000 | 107.16300 | 15/02/2018 19:30:18 | 106.80700 | (2.00) | 0.00 | 0.00 | 0.00 | 181.17 | |
| | 113504 | 32937764 | 17/02/2018 20:14:41 | Balance | – | ~ | ~ | ~ | ~ | ~ | ~ | – | – | – | – | 130.16 | Dep USD-0 0013865:72 |
| | 113504 | 33085001 | 19/02/2018 16:45:20 | Buy | 0.1500 | GBPJPY | 148.93900 | 0.00000 | 149.90300 | 19/02/2018 17:47:51 | 148.94800 | (0.60) | 0.00 | 0.00 | 0.00 | 1.27 | |
| | 113504 | 33086363 | 19/02/2018 17:00:10 | Buy | 0.5000 | GBPJPY | 149.05600 | 0.00000 | 149.98700 | 19/02/2018 18:15:22 | 149.05900 | (2.00) | 0.00 | 0.00 | 0.00 | 3.76 | to #330954 |
| | 113504 | 33095423 | 19/02/2018 17:00:10 | Buy | 0.4000 | GBPJPY | 149.05000 | 0.00000 | 149.98700 | 19/02/2018 18:16:10 | 149.07500 | (1.60) | 0.00 | 0.00 | 0.00 | 9.39 | to #330954 |
| | 113504 | 33095490 | 19/02/2018 17:00:10 | Buy | 0.1000 | GBPJPY | 149.05000 | 0.00000 | 149.98700 | 19/02/2018 18:16:41 | 149.07700 | (0.40) | 0.00 | 0.00 | 0.00 | 2.54 | from #3309 |
| | 113504 | 33221599 | 20/02/2018 16:15:49 | Buy | 0.2500 | EURUSD | 1.23390 | 0.00000 | 1.23684 | 20/02/2018 16:28:16 | 1.23558 | (1.00) | 0.00 | 0.00 | 0.00 | 42.25 | |
| | 113504 | 33354319 | 21/02/2018 09:48:05 | Buy | 0.6500 | EURUSD | 1.23184 | 1.23000 | 1.23700 | 21/02/2018 10:16:16 | 1.23206 | (2.60) | 0.00 | 0.00 | 0.00 | 14.30 | |
| | 113504 | 33357403 | 21/02/2018 10:12:54 | Buy | 0.1000 | XAUUSD | 1,327.16000 | 0.00000 | 0.00000 | 21/02/2018 10:16:23 | 1,327.34000 | (0.40) | 0.00 | 0.00 | 0.00 | 1.80 | |
| | 113504 | 33404312 | 21/02/2018 16:52:54 | Buy | 0.5000 | USDJPY | 107.66000 | 0.00000 | 0.00000 | 21/02/2018 16:57:08 | 107.52800 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 33418321 | 21/02/2018 18:21:34 | Sell | 0.1500 | USDJPY | 61.49000 | 0.00000 | 61.40000 | 21/02/2018 18:43:34 | 61.47000 | (0.60) | 0.00 | 0.00 | 0.00 | 3.06 | |
| | 113504 | 33435572 | 21/02/2018 21:00:35 | Sell | 0.1000 | USDJPY | 107.62000 | 0.00000 | 0.00000 | 21/02/2018 21:07:30 | 107.37100 | (0.40) | 0.00 | 0.00 | 0.00 | 23.19 | to #334402 |
| | 113504 | 33435745 | 21/02/2018 21:00:50 | Sell | 0.1000 | USDJPY | 107.64900 | 0.00000 | 0.00000 | 21/02/2018 21:07:43 | 107.38800 | (0.40) | 0.00 | 0.00 | 0.00 | 24.30 | to #334403 |
| | 113504 | 33435970 | 21/02/2018 21:01:12 | Sell | 0.1000 | USDJPY | 107.69100 | 0.00000 | 106.83200 | 21/02/2018 21:07:58 | 107.42200 | (0.40) | 0.00 | 0.00 | 0.00 | 25.04 | to #334404 |
| | 113504 | 33440226 | 21/02/2018 21:00:35 | Sell | 0.0500 | USDJPY | 107.62000 | 0.00000 | 0.00000 | 21/02/2018 21:13:05 | 107.42300 | (0.20) | 0.00 | 0.00 | 0.00 | 9.17 | from #3343 |
| | 113504 | 33440474 | 21/02/2018 21:01:12 | Sell | 0.0500 | USDJPY | 107.69100 | 0.00000 | 106.83200 | 21/02/2018 21:25:57 | 107.53500 | (0.20) | 0.00 | 0.00 | 0.00 | 7.25 | from #3343 |
| | 113504 | 33436297 | 21/02/2018 21:02:14 | Buy | 0.1000 | EURUSD | 1.23268 | 0.00000 | 1.23688 | 21/02/2018 21:28:50 | 1.23365 | (0.40) | 0.00 | 0.00 | 0.00 | 9.70 | |
| | 113504 | 33440335 | 21/02/2018 21:00:50 | Sell | 0.0500 | USDJPY | 107.64900 | 0.00000 | 0.00000 | 21/02/2018 21:28:55 | 107.57800 | (0.20) | 0.00 | 0.00 | 0.00 | 3.30 | from #3343 |
| | 113504 | 33411408 | 21/02/2018 17:30:18 | Sell | 0.1000 | USDJ | 61.37000 | 0.00000 | 60.83000 | 21/02/2018 21:54:18 | 61.23000 | (0.40) | 0.00 | 0.00 | 0.00 | 14.00 | |
| | 113504 | 33523946 | 22/02/2018 09:19:20 | Sell | 0.1500 | USDCAD | 1.26989 | 0.00000 | 0.00000 | 22/02/2018 15:20:18 | 1.26983 | (0.60) | 0.00 | 0.00 | 0.00 | 0.71 | |
| | 113504 | 33523931 | 22/02/2018 09:19:08 | Sell | 0.1500 | USDCAD | 1.26998 | 0.00000 | 0.00000 | 22/02/2018 15:20:30 | 1.26983 | (0.60) | 0.00 | 0.00 | 0.00 | 1.77 | |
| | 113504 | 33523254 | 22/02/2018 09:14:12 | Buy | 0.1300 | XAUUSD | 1,321.70000 | 0.00000 | 0.00000 | 22/02/2018 15:21:51 | 1,324.21000 | (0.52) | 0.00 | 0.00 | 0.00 | 32.63 | to #335639: |
| | 113504 | 33524384 | 22/02/2018 09:25:17 | Buy | 0.0300 | XAUUSD | 1,321.70000 | 0.00000 | 0.00000 | 22/02/2018 15:22:05 | 1,324.25000 | (0.12) | 0.00 | 0.00 | 0.00 | 7.60 | to #335639 |
| | 113504 | 33524182 | 22/02/2018 09:22:45 | Sell | 0.1400 | USDJPY | 107.55900 | 0.00000 | 0.00000 | 22/02/2018 15:22:34 | 107.02500 | (0.56) | 0.00 | 0.00 | 0.00 | 69.46 | to #335640 |
| | 113504 | 33522921 | 22/02/2018 09:11:05 | Sell | 0.0500 | USDCAD | 1.27010 | 0.00000 | 1.26540 | 22/02/2018 15:24:27 | 1.26953 | (0.20) | 0.00 | 0.00 | 0.00 | 2.24 | to #3356643 |
| | 113504 | 33564397 | 22/02/2018 09:11:05 | Sell | 0.0800 | USDCAD | 1.27010 | 0.00000 | 1.26540 | 22/02/2018 15:27:15 | 1.26979 | (0.32) | 0.00 | 0.00 | 0.00 | 1.95 | to #335649 |
| | 113504 | 33564040 | 22/02/2018 09:22:45 | Sell | 0.0100 | USDJPY | 107.55900 | 0.00000 | 106.80000 | 22/02/2018 15:32:05 | 107.08100 | (0.04) | 0.00 | 0.00 | 0.00 | 4.46 | from #3352 |
| | 113504 | 33524747 | 22/02/2018 09:30:28 | Buy | 0.0500 | EURUSD | 1.22671 | 0.00000 | 1.23500 | 22/02/2018 15:35:50 | 1.22877 | (0.20) | 0.00 | 0.00 | 0.00 | 10.30 | to #335678 |
| | 113504 | 33567351 | 22/02/2018 15:33:19 | Sell | 0.0400 | USDCAD | 1.27360 | 0.00000 | 1.26500 | 22/02/2018 16:05:11 | 1.27341 | (0.16) | 0.00 | 0.00 | 0.00 | 0.60 | |
| | 113504 | 33563963 | 22/02/2018 09:25:17 | Buy | 0.0200 | XAUUSD | 1,321.70000 | 0.00000 | 0.00000 | 22/02/2018 16:05:53 | 1,326.68000 | (0.08) | 0.00 | 0.00 | 0.00 | 9.96 | from #3352 |
| | 113504 | 33563927 | 22/02/2018 09:14:12 | Buy | 0.0200 | XAUUSD | 1,321.70000 | 0.00000 | 0.00000 | 22/02/2018 16:05:59 | 1,326.59000 | (0.08) | 0.00 | 0.00 | 0.00 | 9.78 | from #3352 |
| | 113504 | 33587823 | 22/02/2018 09:30:28 | Buy | 0.1000 | EURUSD | 1.22671 | 0.00000 | 1.23500 | 22/02/2018 16:06:33 | 1.23178 | (0.40) | 0.00 | 0.00 | 0.00 | 50.70 | from #3352 |
| | 113504 | 33564909 | 22/02/2018 09:11:05 | Sell | 0.0200 | USDCAD | 1.27010 | 0.00000 | 1.26540 | 22/02/2018 18:06:07 | 1.26997 | (0.08) | 0.00 | 0.00 | 0.00 | 0.20 | from #3356 |
| | 113504 | 33724937 | 23/02/2018 16:30:14 | Sell | 0.1000 | USDJPY | 106.85300 | 0.00000 | 0.00000 | 23/02/2018 16:30:34 | 106.85300 | (0.40) | 0.00 | 0.00 | 0.00 | 0.00 | |
| | 113504 | 33725182 | 23/02/2018 16:31:25 | Buy | 0.7500 | USDJPY | 106.85700 | 0.00000 | 106.90800 | 23/02/2018 16:45:50 | 106.86500 | (3.00) | 0.00 | 0.00 | 0.00 | 5.61 | |
| | 113504 | 33727007 | 23/02/2018 16:46:57 | Buy | 0.2500 | EURUSD | 1.23070 | 0.00000 | 0.00000 | 23/02/2018 16:47:02 | 1.22921 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 33734329 | 23/02/2018 17:36:33 | Buy | 0.3500 | USDJPY | 106.68200 | 0.00000 | 0.00000 | 23/02/2018 18:10:43 | 106.70900 | (1.40) | 0.00 | 0.00 | 0.00 | 8.86 | |
| | 113504 | 33735579 | 23/02/2018 17:47:24 | Buy | 0.2000 | USDJPY | 106.61800 | 0.00000 | 107.27500 | 23/02/2018 18:18:47 | 106.64500 | (0.80) | 0.00 | 0.00 | 0.00 | 5.06 | to #337407: |
| | 113504 | 33745475 | 23/02/2018 19:01:56 | Buy | 0.2000 | LTCUSD | 188.00000 | 187.00000 | 210.00000 | 23/02/2018 19:19:49 | 205.20000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 33740752 | 23/02/2018 17:47:24 | Buy | 0.2500 | USDJPY | 106.61800 | 0.00000 | 114.07700 | 23/02/2018 20:21:54 | 106.62900 | (1.00) | 0.00 | 0.00 | 0.00 | 2.58 | from #3373 |
| | 113504 | 33761668 | 23/02/2018 22:39:06 | Balance | – | ~ | ~ | ~ | ~ | ~ | ~ | – | – | – | – | 1,945.98 | Dep USD-0 0013865:76 |
| | 113504 | 33732912 | 23/02/2018 17:27:04 | Buy | 0.2500 | USDJPY | 106.72400 | 0.00000 | 106.85600 | 23/02/2018 22:43:07 | 106.78700 | (1.00) | 0.00 | 0.00 | 0.00 | 14.75 | |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 113504 | 33776710 | 24/02/2018 04:55:58 | Balance | – | – | – | – | – | – | – | – | – | – | – | 1,573.51 | Dep USD-0 0013860.7f |
| | 113504 | 33832462 | 25/02/2018 16:08:47 | Buy | 0.0100 | BTCUSD | 9,390.32000 | 0.00000 | 16,800.00000 | 25/02/2018 18:44:51 | 9,396.56000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.82 | to #338331: |
| | 113504 | 33832395 | 25/02/2018 18:05:45 | Buy | 0.0500 | BTCUSD | 9,405.54000 | 0.00000 | 116,800.00000 | 25/02/2018 21:04:10 | 9,409.63000 | (0.20) | 0.00 | 0.00 | 0.00 | 2.05 | |
| | 113504 | 33833155 | 25/02/2018 18:08:47 | Buy | 0.0100 | BTCUSD | 9,390.32000 | 0.00000 | 16,800.00000 | 25/02/2018 21:04:34 | 9,403.84000 | (0.04) | 0.00 | 0.00 | 0.00 | 1.35 | from #3383 |
| | 113504 | 33834159 | 25/02/2018 19:41:26 | Buy | 0.0100 | BTCUSD | 9,395.23000 | 0.00000 | 0.00000 | 25/02/2018 21:04:29 | 9,399.64000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.44 | |
| | 113504 | 33835379 | 25/02/2018 20:38:25 | Buy | 0.0100 | BTCUSD | 9,353.98000 | 0.00000 | 0.00000 | 25/02/2018 21:04:47 | 9,398.65000 | (0.04) | 0.00 | 0.00 | 0.00 | 4.47 | |
| | 113504 | 33834925 | 25/02/2018 20:14:35 | Buy | 0.0100 | BTCUSD | 9,336.36000 | 0.00000 | 0.00000 | 25/02/2018 21:04:51 | 9,396.17000 | (0.04) | 0.00 | 0.00 | 0.00 | 5.98 | |
| | 113504 | 33914565 | 26/02/2018 09:51:46 | Buy | 0.2500 | USDJPY | 106.47800 | 0.00000 | 0.00000 | 26/02/2018 12:23:00 | 106.62700 | (1.00) | 0.00 | 0.00 | 0.00 | 35.40 | |
| | 113504 | 33907946 | 26/02/2018 09:04:53 | Buy | 0.2500 | USDJPY | 106.51900 | 0.00000 | 0.00000 | 26/02/2018 12:23:03 | 106.62700 | (1.00) | 0.00 | 0.00 | 0.00 | 25.32 | |
| | 113504 | 33907040 | 26/02/2018 08:56:06 | Buy | 0.5000 | USDJPY | 106.51700 | 0.00000 | 107.00000 | 26/02/2018 12:23:08 | 106.62700 | (2.00) | 0.00 | 0.00 | 0.00 | 51.58 | |
| | 113504 | 33900933 | 26/02/2018 08:04:18 | Buy | 1.0000 | USDJPY | 106.50400 | 0.00000 | 107.00000 | 26/02/2018 12:23:12 | 106.62700 | (4.00) | 0.00 | 0.00 | 0.00 | 115.36 | |
| | 113504 | 34068867 | 27/02/2018 08:04:21 | Sell | 0.3000 | XAUUSD | 1,332.34000 | 0.00000 | 1,328.00000 | 27/02/2018 09:09:54 | 1,332.24000 | (1.20) | 0.00 | 0.00 | 0.00 | 3.00 | |
| | 113504 | 34066603 | 27/02/2018 08:03:33 | Buy | 0.6000 | USDJPY | 106.87800 | 0.00000 | 107.40000 | 27/02/2018 08:10:15 | 106.91200 | (2.40) | 0.00 | 0.00 | 0.00 | 19.08 | to #340072: |
| | 113504 | 34067224 | 27/02/2018 08:03:33 | Buy | 0.4000 | USDJPY | 106.87800 | 0.00000 | 107.40000 | 27/02/2018 08:16:03 | 106.89500 | (1.60) | 0.00 | 0.00 | 0.00 | 6.36 | from #3406 |
| | 113504 | 34071272 | 27/02/2018 09:15:59 | Buy | 2.0000 | USDJPY | 106.89100 | 0.00000 | 107.40000 | 27/02/2018 10:59:06 | 107.05400 | (8.00) | 0.00 | 0.00 | 0.00 | 304.52 | |
| | 113504 | 34169184 | 27/02/2018 19:24:51 | Buy | 0.2500 | XAUUSD | 1,315.42000 | 0.00000 | 1,320.00000 | 27/02/2018 20:02:32 | 1,315.59000 | (1.00) | 0.00 | 0.00 | 0.00 | 4.25 | |
| | 113504 | 34164782 | 27/02/2018 19:00:14 | Buy | 0.5000 | XAUUSD | 1,316.16000 | 0.00000 | 1,322.00000 | 27/02/2018 20:28:58 | 1,317.37000 | (2.00) | 0.00 | 0.00 | 0.00 | 60.50 | |
| | 113504 | 34205051 | 28/02/2018 02:07:34 | Balance | – | – | – | – | – | – | – | – | – | – | – | (684.00) | Witr USD-C 0013865.77 |
| | 113504 | 34254843 | 28/02/2018 10:38:54 | Buy | 0.5000 | EURUSD | 1.22064 | 0.00000 | 0.00000 | 28/02/2018 16:44:26 | 1.22170 | (2.00) | 0.00 | 0.00 | 0.00 | 53.00 | |
| | 113504 | 34254198 | 28/02/2018 10:32:10 | Buy | 0.5000 | EURUSD | 1.22082 | 0.00000 | 1.22937 | 28/02/2018 16:44:33 | 1.22168 | (2.00) | 0.00 | 0.00 | 0.00 | 43.00 | |
| | 113504 | 34657810 | 02/03/2018 17:45:37 | Sell | 0.7500 | USDCAD | 1.28824 | 1.28994 | 0.00000 | 02/03/2018 18:21:51 | 1.29001 | (3.00) | 0.00 | 0.00 | 0.00 | (102.91) | [sl] |
| | 113504 | 34665878 | 02/03/2018 18:57:33 | Balance | – | – | – | – | – | – | – | – | – | – | – | 4,000.00 | Dep USD-0 0013865.75 |
| | 113504 | 34664121 | 02/03/2018 18:41:09 | Sell | 0.7500 | USDCAD | 1.28837 | 0.00000 | 0.00000 | 02/03/2018 19:59:33 | 1.28826 | (3.00) | 0.00 | 0.00 | 0.00 | 5.24 | |
| | 113504 | 34664264 | 02/03/2018 18:42:23 | Sell | 0.7500 | USDCAD | 1.28805 | 0.00000 | 1.27660 | 02/03/2018 23:25:32 | 1.28796 | (3.00) | 0.00 | 0.00 | 0.00 | 5.24 | |
| | 113504 | 34702229 | 03/03/2018 09:25:04 | Buy | 0.2000 | LTCUSD | 214.16000 | 212.50000 | 220.00000 | 03/03/2018 09:35:52 | 212.27000 | (0.80) | 0.00 | 0.00 | 0.00 | (38.20) | [sl] |
| | 113504 | 34705063 | 03/03/2018 10:15:21 | Buy | 0.3000 | LTCUSD | 212.81000 | 210.00000 | 2,220.00000 | 03/03/2018 17:15:35 | 213.13000 | (1.20) | 0.00 | 0.00 | 0.00 | 9.60 | |
| | 113504 | 34702537 | 03/03/2018 09:47:58 | Buy | 0.2000 | LTCUSD | 212.56000 | 210.00000 | 220.00000 | 03/03/2018 19:11:52 | 212.75000 | (0.80) | 0.00 | 0.00 | 0.00 | 3.80 | |
| | 113504 | 34724531 | 04/03/2018 08:41:02 | Buy | 0.1000 | LTCUSD | 207.22000 | 0.00000 | 223.46000 | 04/03/2018 17:25:29 | 206.02000 | (0.40) | 0.00 | 0.00 | 0.00 | 8.00 | |
| | 113504 | 34725441 | 04/03/2018 09:46:52 | Buy | 0.1000 | LTCUSD | 205.42000 | 0.00000 | 220.00000 | 04/03/2018 17:48:15 | 207.80000 | (0.40) | 0.00 | 0.00 | 0.00 | 23.80 | |
| | 113504 | 34715149 | 03/03/2018 23:09:49 | Buy | 0.1000 | LTCUSD | 209.64000 | 0.00000 | 221.00000 | 04/03/2018 20:52:41 | 210.76000 | (0.40) | 0.00 | 0.00 | 0.00 | 11.20 | |
| | 113504 | 34711869 | 03/03/2018 20:41:49 | Buy | 0.3000 | LTCUSD | 211.84000 | 0.00000 | 221.00000 | 05/03/2018 00:11:51 | 212.04000 | (1.20) | 0.00 | 0.00 | 0.00 | 6.00 | |
| | 113504 | 34702045 | 03/03/2018 09:04:49 | Buy | 0.1500 | LTCUSD | 213.91000 | 0.00000 | 235.45000 | 05/03/2018 13:27:21 | 216.12000 | (0.60) | 0.00 | 0.00 | 0.00 | 33.15 | |
| | 113504 | 34701719 | 03/03/2018 08:47:40 | Buy | 0.2500 | LTCUSD | 214.39000 | 0.00000 | 237.27000 | 05/03/2018 13:27:26 | 216.12000 | (1.00) | 0.00 | 0.00 | 0.00 | 43.25 | |
| | 113504 | 34827827 | 05/03/2018 16:06:29 | Balance | – | – | – | – | – | – | – | – | – | – | – | 1,000.00 | Dep USD-0 0013865.8C |
| | 113504 | 34969438 | 06/03/2018 10:31:47 | Sell | 0.5000 | USDCAD | 1.29830 | 0.00000 | 0.00000 | 06/03/2018 12:28:25 | 1.29808 | (2.00) | 0.00 | 0.00 | 0.00 | 8.47 | |
| | 113504 | 35079444 | 06/03/2018 23:19:54 | Buy | 0.5000 | LTCUSD | 198.49000 | 0.00000 | 215.00000 | 06/03/2018 23:41:57 | 198.48000 | (2.00) | 0.00 | 0.00 | 0.00 | (0.50) | |
| | 113504 | 34301357 | 28/02/2018 15:51:28 | Sell | 0.2000 | USDCAD | 1.27829 | 0.00000 | 1.27493 | 07/03/2018 19:10:45 | 1.30010 | (0.80) | 0.00 | 0.00 | (0.83) | (335.51) | |
| | 113504 | 34293926 | 28/02/2018 15:02:43 | Sell | 0.2500 | USDCAD | 1.27730 | 0.00000 | 1.27493 | 07/03/2018 19:10:48 | 1.30003 | (1.00) | 0.00 | 0.00 | (1.03) | (437.11) | |
| | 113504 | 34254390 | 28/02/2018 10:33:35 | Sell | 0.2500 | USDCAD | 1.27709 | 0.00000 | 1.27493 | 07/03/2018 19:13:32 | 1.30008 | (1.00) | 0.00 | 0.00 | (1.03) | (442.09) | |
| | 113504 | 34251826 | 28/02/2018 10:17:28 | Sell | 0.5000 | USDCAD | 1.27897 | 0.00000 | 1.27493 | 07/03/2018 19:13:34 | 1.30010 | (2.00) | 0.00 | 0.00 | (2.04) | (889.55) | |
| | 113504 | 34245687 | 28/02/2018 09:30:48 | Sell | 1.2500 | USDCAD | 1.27863 | 0.00000 | 1.21383 | 07/03/2018 19:13:35 | 1.30010 | (5.00) | 0.00 | 0.00 | (5.10) | (2,256.56) | |
| | 113504 | 35261178 | 07/03/2018 19:15:55 | Balance | – | – | – | – | – | – | – | – | – | – | – | 500.00 | Dep USD-0 0013865.82 |
| | 113504 | 35287664 | 07/03/2018 19:39:58 | Sell | 0.5000 | USDCAD | 1.29855 | 1.30200 | 0.00000 | 07/03/2018 19:46:29 | 1.29838 | (2.00) | 0.00 | 0.00 | 0.00 | 6.55 | |
| | 113504 | 35266583 | 07/03/2018 19:34:48 | Buy | 0.0300 | XRPUSD | 0.82818 | 0.78000 | 1.06000 | 07/03/2018 19:46:53 | 0.84138 | (0.12) | 0.00 | 0.00 | 0.00 | 39.60 | to #352689 |

Account Statement Report

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD-001-0013865 | 113504 | 35269890 | 07/03/2018 19:30:18 | Buy | 0.0300 | ETHUSD | 730.44000 | 724.00000 | 890.00000 | 07/03/2018 19:47:19 | 742.26000 | (0.12) | 0.00 | 0.00 | 0.00 | 35.46 | to #352695/ |
| USD-001-0013865 | 113504 | 35265409 | 07/03/2018 19:29:03 | Buy | 0.2000 | LTCUSD | 179.95000 | 174.00000 | 190.00000 | 07/03/2018 19:49:06 | 180.25000 | (0.80) | 0.00 | 0.00 | 0.00 | 6.00 | |
| USD-001-0013865 | 113504 | 35269894 | 07/03/2018 19:30:18 | Buy | 0.0200 | ETHUSD | 730.44000 | 724.00000 | 890.00000 | 07/03/2018 19:53:59 | 736.79000 | (0.08) | 0.00 | 0.00 | 0.00 | 12.70 | from #3526 |
| USD-001-0013865 | 113504 | 35269593 | 07/03/2018 19:34:48 | Buy | 0.0200 | XRPUSD | 0.82818 | 0.78000 | 1.06000 | 07/03/2018 19:55:16 | 0.83015 | (0.08) | 0.00 | 0.00 | 0.00 | 3.94 | from #3526 |
| USD-001-0013865 | 113504 | 35266898 | 07/03/2018 19:36:02 | Buy | 0.0300 | BTCUSD | 9,780.75000 | 0.00000 | 106,000.00000 | 07/03/2018 20:05:56 | 9,841.56000 | (0.12) | 0.00 | 0.00 | 0.00 | 18.24 | |
| USD-001-0013865 | 113504 | 35268667 | 07/03/2018 19:43:28 | Buy | 0.0100 | BTCUSD | 9,832.51000 | 0.00000 | 105,800.00000 | 07/03/2018 20:06:12 | 9,839.16000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.67 | |
| USD-001-0013865 | 113504 | 35431457 | 08/03/2018 16:46:07 | Buy | 1.0000 | EURUSD | 1.23656 | 0.00000 | 0.00000 | 08/03/2018 16:46:44 | 1.23685 | (4.00) | 0.00 | 0.00 | 0.00 | 27.00 | |
| USD-001-0013865 | 113504 | 35431886 | 08/03/2018 16:47:30 | Sell | 1.0000 | USDJPY | 106.08900 | 0.00000 | 105.85000 | 08/03/2018 16:49:57 | 106.07500 | (4.00) | 0.00 | 0.00 | 0.00 | 13.20 | |
| USD-001-0013865 | 113504 | 35437173 | 08/03/2018 17:04:48 | Buy | 0.5000 | LTCUSD | 182.63000 | 0.00000 | 0.00000 | 08/03/2018 17:30:45 | 183.90000 | (2.00) | 0.00 | 0.00 | 0.00 | 53.50 | |
| USD-001-0013865 | 113504 | 35436705 | 08/03/2018 17:03:24 | Buy | 0.0500 | XRPUSD | 0.84108 | 0.00000 | 0.00000 | 08/03/2018 17:30:46 | 0.84547 | (0.20) | 0.00 | 0.00 | 0.00 | 21.95 | |
| USD-001-0013865 | 113504 | 35436062 | 08/03/2018 17:01:05 | Buy | 0.0500 | BTCUSD | 9,776.95000 | 0.00000 | 0.00000 | 08/03/2018 17:30:47 | 9,901.29000 | (0.20) | 0.00 | 0.00 | 0.00 | 61.17 | |
| USD-001-0013865 | 113504 | 35433742 | 08/03/2018 16:54:48 | Buy | 0.1000 | LTCUSD | 181.58000 | 0.00000 | 0.00000 | 08/03/2018 17:30:49 | 183.79000 | (0.40) | 0.00 | 0.00 | 0.00 | 22.10 | |
| USD-001-0013865 | 113504 | 35446907 | 08/03/2018 17:47:56 | Buy | 0.1000 | USOil | 60.36000 | 0.00000 | 0.00000 | 08/03/2018 17:52:30 | 60.39000 | (0.40) | 0.00 | 0.00 | 0.00 | 3.00 | |
| USD-001-0013865 | 113504 | 35550003 | 09/03/2018 06:15:15 | Buy | 0.1000 | LTCUSD | 160.75000 | 0.00000 | 200.00000 | 09/03/2018 08:19:11 | 161.45000 | (0.40) | 0.00 | 0.00 | 0.00 | 7.00 | |
| USD-001-0013865 | 113504 | 35549765 | 09/03/2018 06:14:08 | Buy | 0.0200 | BTCUSD | 8,469.31000 | 0.00000 | 0.00000 | 09/03/2018 08:19:14 | 8,502.53000 | (0.08) | 0.00 | 0.00 | 0.00 | 6.64 | |
| USD-001-0013865 | 113504 | 35545433 | 09/03/2018 07:14:10 | Buy | 0.0300 | BTCUSD | 8,745.21000 | 0.00000 | 9,500.00000 | 09/03/2018 08:58:37 | 8,837.26000 | (0.12) | 0.00 | 0.00 | 0.00 | 27.62 | in #355538 |
| USD-001-0013865 | 113504 | 35545452 | 09/03/2018 07:14:46 | Buy | 0.0200 | XRPUSD | 0.75977 | 0.00000 | 0.97000 | 09/03/2018 08:59:42 | 0.76594 | (0.08) | 0.00 | 0.00 | 0.00 | 12.34 | to #355538/ |
| USD-001-0013865 | 113504 | 35545404 | 09/03/2018 07:13:36 | Buy | 0.1500 | LTCUSD | 163.96000 | 0.00000 | 195.00000 | 09/03/2018 09:00:32 | 166.03000 | (0.60) | 0.00 | 0.00 | 0.00 | 31.05 | to #355539 |
| USD-001-0013865 | 113504 | 35545351 | 09/03/2018 07:12:35 | Buy | 0.0300 | ETHUSD | 665.03000 | 0.00000 | 820.00000 | 09/03/2018 09:00:42 | 672.22000 | (0.12) | 0.00 | 0.00 | 0.00 | 21.57 | to #355540/ |
| USD-001-0013865 | 113504 | 35553807 | 09/03/2018 07:14:10 | Buy | 0.0100 | BTCUSD | 8,745.21000 | 0.00000 | 9,500.00000 | 09/03/2018 09:01:27 | 8,820.28000 | (0.04) | 0.00 | 0.00 | 0.00 | 7.51 | to #355540/ |
| USD-001-0013865 | 113504 | 35554004 | 09/03/2018 07:12:35 | Buy | 0.0100 | ETHUSD | 665.03000 | 0.00000 | 820.00000 | 09/03/2018 09:01:37 | 673.08000 | (0.04) | 0.00 | 0.00 | 0.00 | 8.05 | to #355541/ |
| USD-001-0013865 | 113504 | 35553880 | 09/03/2018 07:14:46 | Buy | 0.0100 | XRPUSD | 0.75977 | 0.00000 | 0.97000 | 09/03/2018 09:01:46 | 0.76635 | (0.04) | 0.00 | 0.00 | 0.00 | 6.58 | to #355541/ |
| USD-001-0013865 | 113504 | 35554174 | 09/03/2018 07:14:46 | Buy | 0.0100 | XRPUSD | 0.75977 | 0.00000 | 0.97000 | 09/03/2018 09:01:56 | 0.76635 | (0.04) | 0.00 | 0.00 | 0.00 | 6.58 | to #355541/ |
| USD-001-0013865 | 113504 | 35553991 | 09/03/2018 07:13:36 | Buy | 0.0500 | LTCUSD | 163.96000 | 0.00000 | 195.00000 | 09/03/2018 09:02:06 | 167.10000 | (0.20) | 0.00 | 0.00 | 0.00 | 15.70 | to #355542 |
| USD-001-0013865 | 113504 | 35554193 | 09/03/2018 07:14:46 | Buy | 0.0100 | XRPUSD | 0.75977 | 0.00000 | 0.97000 | 09/03/2018 09:07:33 | 0.76266 | (0.04) | 0.00 | 0.00 | 0.00 | 2.89 | from #3555 |
| USD-001-0013865 | 113504 | 35554215 | 09/03/2018 07:13:36 | Buy | 0.0500 | LTCUSD | 163.96000 | 0.00000 | 195.00000 | 09/03/2018 09:07:39 | 165.57000 | (0.20) | 0.00 | 0.00 | 0.00 | 8.05 | from #3555 |
| USD-001-0013865 | 113504 | 35554159 | 09/03/2018 07:12:35 | Buy | 0.0100 | ETHUSD | 665.03000 | 0.00000 | 820.00000 | 09/03/2018 09:07:43 | 668.66000 | (0.04) | 0.00 | 0.00 | 0.00 | 3.63 | from #3555 |
| USD-001-0013865 | 113504 | 35554143 | 09/03/2018 07:14:10 | Buy | 0.0100 | BTCUSD | 8,745.21000 | 0.00000 | 9,500.00000 | 09/03/2018 09:07:54 | 8,752.16000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.70 | from #3555 |
| USD-001-0013865 | 113504 | 35590044 | 09/03/2018 15:30:07 | Buy | 2.0000 | USDJPY | 106.77900 | 0.00000 | 0.00000 | 09/03/2018 15:30:20 | 106.78300 | (8.00) | 0.00 | 0.00 | 0.00 | 7.49 | |
| USD-001-0013865 | 113504 | 35602207 | 09/03/2018 15:46:49 | Sell | 4.0000 | USDJPY | 106.90700 | 0.00000 | 106.32400 | 09/03/2018 16:05:07 | 106.85600 | (16.00) | 0.00 | 0.00 | 0.00 | 190.91 | |
| USD-001-0013865 | 113504 | 35602065 | 09/03/2018 15:48:20 | Buy | 0.7500 | XAUUSD | 1,315.20000 | 0.00000 | 1,322.71000 | 09/03/2018 16:13:22 | 1,316.28000 | (3.00) | 0.00 | 0.00 | 0.00 | 81.00 | |
| USD-001-0013865 | 113504 | 35606891 | 09/03/2018 16:09:15 | Buy | 0.0100 | XRPUSD | 0.78499 | 0.00000 | 0.00000 | 09/03/2018 17:04:30 | 0.81954 | (0.04) | 0.00 | 0.00 | 0.00 | 34.55 | |
| USD-001-0013865 | 113504 | 35606903 | 09/03/2018 16:09:23 | Buy | 0.0100 | ETHUSD | 692.97000 | 0.00000 | 0.00000 | 09/03/2018 17:04:31 | 705.89000 | (0.04) | 0.00 | 0.00 | 0.00 | 12.92 | |
| USD-001-0013865 | 113504 | 35606942 | 09/03/2018 16:09:44 | Buy | 0.0100 | BTCUSD | 9,009.90000 | 0.00000 | 0.00000 | 09/03/2018 17:04:35 | 9,072.40000 | (0.04) | 0.00 | 0.00 | 0.00 | 6.25 | |
| USD-001-0013865 | 113504 | 35646547 | 09/03/2018 20:23:40 | Balance | -- | | | -- | -- | -- | | -- | -- | -- | -- | -- | (500.00) | With USD-0 0013865 B... |
| USD-001-0013865 | 113504 | 35786301 | 12/03/2018 09:17:23 | Sell | 0.2500 | USDJPY | 106.68700 | 0.00000 | 0.00000 | 12/03/2018 09:43:52 | 106.67500 | (1.00) | 0.00 | 0.00 | 0.00 | 2.11 | |
| USD-001-0013865 | 113504 | 35786391 | 12/03/2018 09:19:27 | Sell | 0.2500 | USDJPY | 106.67700 | 0.00000 | 0.00000 | 12/03/2018 09:45:14 | 106.66600 | (1.00) | 0.00 | 0.00 | 0.00 | 2.56 | |
| USD-001-0013865 | 113504 | 35786184 | 12/03/2018 09:15:19 | Sell | 0.2500 | USDJPY | 106.67100 | 0.00000 | 0.00000 | 12/03/2018 09:45:20 | 106.66400 | (1.00) | 0.00 | 0.00 | 0.00 | 1.64 | |
| USD-001-0013865 | 113504 | 35786249 | 12/03/2018 09:16:35 | Sell | 0.2500 | USDCHF | 0.95000 | 0.00000 | 0.00000 | 12/03/2018 09:45:31 | 0.94989 | (1.00) | 0.00 | 0.00 | 0.00 | 2.90 | |
| USD-001-0013865 | 113504 | 35786128 | 12/03/2018 09:14:37 | Sell | 0.5000 | USDCHF | 0.94993 | 0.00000 | 0.00000 | 12/03/2018 09:45:39 | 0.94988 | (2.00) | 0.00 | 0.00 | 0.00 | 2.63 | |
| USD-001-0013865 | 113504 | 35786960 | 12/03/2018 09:29:14 | Sell | 0.2500 | USDCHF | 0.95010 | 0.00000 | 0.00000 | 12/03/2018 09:47:17 | 0.95002 | (1.00) | 0.00 | 0.00 | 0.00 | 2.11 | |
| USD-001-0013865 | 113504 | 35786654 | 12/03/2018 09:24:48 | Sell | 0.2500 | USDJPY | 106.70900 | 0.00000 | 0.00000 | 12/03/2018 09:49:04 | 106.68500 | (1.00) | 0.00 | 0.00 | 0.00 | 10.31 | |
| USD-001-0013865 | 113504 | 35785992 | 12/03/2018 09:11:57 | Sell | 0.7500 | USDJPY | 106.84000 | 0.00000 | 105.60000 | 12/03/2018 10:34:58 | 106.57000 | (3.00) | 0.00 | 0.00 | 0.00 | 49.26 | |
| USD-001-0013865 | 113504 | 35797366 | 12/03/2018 11:21:50 | Sell | 0.5000 | USDCHF | 0.94937 | 0.00000 | 0.94500 | 12/03/2018 11:51:52 | 0.94914 | (2.00) | 0.00 | 0.00 | 0.00 | 12.12 | |

Account Statement Report

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 113504 | 35821369 | 12/03/2018 15:42:14 | Sell | 0.8000 | USDCHF | 0.94990 | 0.00000 | 0.00000 | 12/03/2018 16:20:54 | 0.94966 | (3.20) | 0.00 | 0.00 | 0.00 | 3.37 | to #358269 |
| | 113504 | 35824431 | 12/03/2018 16:03:58 | Sell | 0.4000 | GBPJPY | 148.06400 | 148.20000 | 147.00000 | 12/03/2018 16:24:01 | 148.05200 | (1.60) | 0.00 | 0.00 | 0.00 | 4.51 | to #358271 |
| | 113504 | 35827179 | 12/03/2018 16:03:58 | Sell | 0.1000 | GBPJPY | 148.06400 | 148.25000 | 147.00000 | 12/03/2018 17:46:42 | 148.02500 | (0.40) | 0.00 | 0.00 | 0.00 | 3.66 | from #3582 |
| | 113504 | 35841812 | 12/03/2018 17:53:35 | Buy | 0.4000 | XAUUSD | 1,318.29000 | 0.00000 | 0.00000 | 12/03/2018 18:18:32 | 1,318.32000 | (1.60) | 0.00 | 0.00 | 0.00 | 1.20 | |
| | 113504 | 35829927 | 12/03/2018 15:42:14 | Sell | 0.2000 | USDCHF | 0.94990 | 0.00000 | 0.00000 | 12/03/2018 18:19:57 | 0.94809 | (0.80) | 0.00 | 0.00 | 0.00 | 38.18 | from #3582 |
| | 113504 | 35800140 | 12/03/2018 11:48:48 | Buy | 0.5000 | XAUUSD | 1,320.93000 | 1,314.00000 | 1,328.00000 | 12/03/2018 21:13:40 | 1,321.24000 | (2.00) | 0.00 | 0.00 | 0.00 | 15.50 | |
| | 113504 | 35874306 | 12/03/2018 22:21:09 | Balance | – | – | – | – | – | – | – | – | – | – | – | (400.00) | With USD-C 0013865.84 |
| | 113504 | 35885484 | 13/03/2018 00:31:23 | Sell | 0.9000 | AUDUSD | 0.78720 | 0.00000 | 0.78335 | 13/03/2018 01:33:13 | 0.78702 | (3.60) | 0.00 | 0.00 | 0.00 | 16.20 | to #358888 |
| | 113504 | 35903717 | 13/03/2018 04:29:58 | Sell | 1.5000 | AUDUSD | 0.78787 | 0.00000 | 0.00000 | 13/03/2018 05:32:51 | 0.78779 | (6.00) | 0.00 | 0.00 | 0.00 | 12.00 | to #359086 |
| | 113504 | 35908616 | 13/03/2018 04:29:58 | Sell | 0.5000 | AUDUSD | 0.78787 | 0.00000 | 0.00000 | 13/03/2018 06:08:39 | 0.78780 | (2.00) | 0.00 | 0.00 | 0.00 | 3.50 | from #3590 |
| | 113504 | 35898476 | 13/03/2018 03:30:32 | Sell | 0.7500 | AUDUSD | 0.78751 | 0.00000 | 0.78335 | 13/03/2018 07:07:55 | 0.78742 | (3.00) | 0.00 | 0.00 | 0.00 | 6.75 | |
| | 113504 | 35905758 | 13/03/2018 04:57:03 | Sell | 0.5000 | AUDUSD | 0.78826 | 0.00000 | 0.78335 | 13/03/2018 07:20:24 | 0.78748 | (2.00) | 0.00 | 0.00 | 0.00 | 39.00 | to #359235 |
| | 113504 | 35923544 | 13/03/2018 04:57:03 | Sell | 1.0000 | AUDUSD | 0.78826 | 0.00000 | 0.78335 | 13/03/2018 07:24:10 | 0.78760 | (4.00) | 0.00 | 0.00 | 0.00 | 66.00 | from #3590 |
| | 113504 | 35888883 | 13/03/2018 00:31:23 | Sell | 0.1000 | AUDUSD | 0.78720 | 0.00000 | 0.78335 | 13/03/2018 07:24:14 | 0.78755 | (0.40) | 0.00 | 0.00 | 0.00 | (3.50) | from #3588 |
| | 113504 | 36086054 | 14/03/2018 00:52:49 | Balance | – | – | – | – | – | – | – | – | – | – | – | (100.00) | With USD-C 0013865.85 |
| | 113504 | 36085441 | 14/03/2018 00:42:06 | Buy | 0.0400 | XRPUSD | 0.77078 | 0.00000 | 0.90000 | 14/03/2018 01:39:40 | 0.77172 | (0.16) | 0.00 | 0.00 | 0.00 | 3.76 | to #360631 |
| | 113504 | 36085705 | 14/03/2018 00:45:48 | Buy | 0.4000 | LTCUSD | 174.31000 | 0.00000 | 180.00000 | 14/03/2018 01:39:50 | 174.67000 | (1.60) | 0.00 | 0.00 | 0.00 | 14.40 | to #360932 |
| | 113504 | 36085391 | 14/03/2018 00:41:18 | Buy | 0.0400 | ETHUSD | 683.79000 | 0.00000 | 715.00000 | 14/03/2018 01:40:11 | 686.67000 | (0.16) | 0.00 | 0.00 | 0.00 | 11.52 | to #360932 |
| | 113504 | 36085471 | 14/03/2018 00:42:28 | Buy | 0.0400 | BTCUSD | 9,113.52000 | 0.00000 | 10,000.00000 | 14/03/2018 01:41:46 | 9,144.82000 | (0.16) | 0.00 | 0.00 | 0.00 | 12.52 | to #360933 |
| | 113504 | 36093243 | 14/03/2018 00:41:18 | Buy | 0.0100 | ETHUSD | 683.79000 | 0.00000 | 715.00000 | 14/03/2018 02:25:33 | 686.30000 | (0.04) | 0.00 | 0.00 | 0.00 | 2.51 | from #3608 |
| | 113504 | 36093384 | 14/03/2018 00:42:28 | Buy | 0.0100 | BTCUSD | 9,113.52000 | 0.00000 | 10,000.00000 | 14/03/2018 02:25:38 | 9,149.82000 | (0.04) | 0.00 | 0.00 | 0.00 | 3.63 | from #3608 |
| | 113504 | 36093211 | 14/03/2018 00:45:48 | Buy | 0.1000 | LTCUSD | 174.31000 | 0.00000 | 180.00000 | 14/03/2018 02:25:42 | 175.46000 | (0.40) | 0.00 | 0.00 | 0.00 | 11.50 | from #3608 |
| | 113504 | 36093195 | 14/03/2018 00:42:06 | Buy | 0.0100 | XRPUSD | 0.77078 | 0.00000 | 0.90000 | 14/03/2018 02:25:47 | 0.77823 | (0.04) | 0.00 | 0.00 | 0.00 | 7.45 | from #3608 |
| | 113504 | 36118778 | 14/03/2018 06:02:40 | Buy | 0.2500 | BTCUSD | 9,260.18000 | 0.00000 | 9,872.63000 | 14/03/2018 06:39:52 | 9,262.79000 | (1.00) | 0.00 | 0.00 | 0.00 | 6.53 | |
| | 113504 | 36116894 | 14/03/2018 06:03:24 | Buy | 0.0500 | XRPUSD | 0.78624 | 0.00000 | 0.84596 | 14/03/2018 06:39:56 | 0.78657 | (0.20) | 0.00 | 0.00 | 0.00 | 1.65 | |
| | 113504 | 36251119 | 14/03/2018 21:47:12 | Buy | 0.0100 | BTCUSD | 8,291.52000 | 0.00000 | 0.00000 | 14/03/2018 22:39:16 | 8,302.07000 | (0.04) | 0.00 | 0.00 | 0.00 | 1.06 | |
| | 113504 | 36262855 | 15/03/2018 00:18:57 | Buy | 0.0100 | ETHUSD | 602.75000 | 0.00000 | 0.00000 | 15/03/2018 01:27:21 | 605.01000 | (0.04) | 0.00 | 0.00 | 0.00 | 2.26 | to #362699 |
| | 113504 | 36269935 | 15/03/2018 00:18:57 | Buy | 0.0300 | ETHUSD | 602.75000 | 0.00000 | 0.00000 | 15/03/2018 01:27:31 | 605.01000 | (0.12) | 0.00 | 0.00 | 0.00 | 6.78 | to #362699 |
| | 113504 | 36263432 | 15/03/2018 00:27:13 | Buy | 0.0400 | XRPUSD | 0.68076 | 0.00000 | 0.00000 | 15/03/2018 01:27:44 | 0.68789 | (0.18) | 0.00 | 0.00 | 0.00 | 28.52 | to #362699 |
| | 113504 | 36263501 | 15/03/2018 00:26:31 | Buy | 0.1500 | LTCUSD | 161.23000 | 0.00000 | 0.00000 | 15/03/2018 01:27:58 | 161.67000 | (0.60) | 0.00 | 0.00 | 0.00 | 6.60 | to #362699 |
| | 113504 | 36263236 | 15/03/2018 00:23:32 | Buy | 0.0100 | BTCUSD | 8,098.80000 | 0.00000 | 0.00000 | 15/03/2018 01:28:06 | 8,176.99000 | (0.04) | 0.00 | 0.00 | 0.00 | 7.82 | to #362699 |
| | 113504 | 36269997 | 15/03/2018 00:23:32 | Buy | 0.0300 | BTCUSD | 8,098.80000 | 0.00000 | 0.00000 | 15/03/2018 01:28:17 | 8,176.99000 | (0.12) | 0.00 | 0.00 | 0.00 | 23.46 | to #362700 |
| | 113504 | 36269965 | 15/03/2018 00:27:13 | Buy | 0.0100 | XRPUSD | 0.68076 | 0.00000 | 0.00000 | 15/03/2018 01:39:15 | 0.68245 | (0.04) | 0.00 | 0.00 | 0.00 | 1.69 | from #3626 |
| | 113504 | 36270009 | 15/03/2018 00:23:32 | Buy | 0.0100 | BTCUSD | 8,098.80000 | 0.00000 | 0.00000 | 15/03/2018 03:26:17 | 8,139.82000 | (0.04) | 0.00 | 0.00 | 0.00 | 4.08 | from #3626 |
| | 113504 | 36269944 | 15/03/2018 00:18:57 | Buy | 0.0100 | ETHUSD | 602.75000 | 0.00000 | 0.00000 | 15/03/2018 03:26:17 | 609.08000 | (0.04) | 0.00 | 0.00 | 0.00 | 6.33 | from #3626 |
| | 113504 | 36324092 | 15/03/2018 10:06:56 | Sell | 1.0000 | GBPUSD | 1.39786 | 0.00000 | 0.00000 | 15/03/2018 10:11:18 | 1.39771 | (4.00) | 0.00 | 0.00 | 0.00 | 15.00 | |
| | 113504 | 36323442 | 15/03/2018 10:01:34 | Buy | 0.2500 | LTCUSD | 154.50000 | 0.00000 | 0.00000 | 15/03/2018 10:13:22 | 154.83000 | (1.00) | 0.00 | 0.00 | 0.00 | 8.25 | |
| | 113504 | 36295125 | 15/03/2018 04:31:28 | Buy | 0.0500 | XRPUSD | 0.66912 | 0.00000 | 0.00000 | 15/03/2018 10:59:49 | 0.67009 | (0.20) | 0.00 | 0.00 | 0.00 | 4.85 | |
| | 113504 | 36327685 | 15/03/2018 10:56:35 | Sell | 0.5000 | GBPUSD | 1.39777 | 0.00000 | 0.00000 | 15/03/2018 11:00:00 | 1.39770 | (2.00) | 0.00 | 0.00 | 0.00 | 3.50 | |
| | 113504 | 36323515 | 15/03/2018 10:02:16 | Buy | 0.0500 | XRPUSD | 0.64711 | 0.00000 | 0.73804 | 15/03/2018 11:00:43 | 0.66814 | (0.20) | 0.00 | 0.00 | 0.00 | 105.15 | |
| | 113504 | 36256808 | 14/03/2018 23:19:23 | Buy | 0.5000 | LTCUSD | 164.20000 | 0.00000 | 174.21000 | 15/03/2018 12:50:11 | 164.32000 | (2.00) | 0.00 | 0.00 | (5.63) | 6.00 | |
| | 113504 | 36323730 | 15/03/2018 10:03:35 | Sell | 1.0000 | GBPUSD | 1.39731 | 0.00000 | 1.39106 | 15/03/2018 12:51:52 | 1.39338 | (4.00) | 0.00 | 0.00 | 0.00 | 393.00 | to #363406 |
| | 113504 | 36260032 | 14/03/2018 23:39:49 | Buy | 0.2000 | LTCUSD | 162.94000 | 0.00000 | 174.82000 | 15/03/2018 12:52:53 | 164.33000 | (0.80) | 0.00 | 0.00 | (2.25) | 27.80 | to #363407 |
| | 113504 | 36340647 | 15/03/2018 10:03:35 | Sell | 0.5000 | GBPUSD | 1.39731 | 0.00000 | 1.39106 | 15/03/2018 15:48:31 | 1.38329 | (2.00) | 0.00 | 0.00 | 0.00 | 201.00 | to #363590 |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 113504 | 36399065 | 15/03/2018 10:03:35 | Sell | 0.5000 | GBPUSD | 1.39731 | 0.00000 | 1.39108 | 15/03/2018 15:53:05 | 1.39349 | (2.00) | 0.00 | 0.00 | 0.00 | 191.00 | from #3634 |
| | 113504 | 36340756 | 14/03/2018 23:39:49 | Buy | 0.3000 | LTCUSD | 182.94000 | 0.00000 | 174.82000 | 15/03/2018 15:58:18 | 163.44000 | (1.20) | 0.00 | 0.00 | (3.38) | 15.00 | from #3626 |
| | 113504 | 36269989 | 15/03/2018 00:28:31 | Buy | 0.0500 | LTCUSD | 161.23000 | 0.00000 | 0.00000 | 15/03/2018 16:04:23 | 164.26000 | (0.20) | 0.00 | 0.00 | 0.00 | 15.15 | from #3626 |
| | 113504 | 36371445 | 15/03/2018 16:57:55 | Balance | — | — | — | — | — | — | — | — | — | — | — | (500.00) | With USD-C 0013865 8E |
| | 113504 | 36239298 | 14/03/2018 20:25:03 | Buy | 0.0200 | BTCUSD | 8,325.15000 | 0.00000 | 9,066.57000 | 15/03/2018 16:53:31 | 8,336.71000 | (0.08) | 0.00 | 0.00 | (1.16) | 2.31 | |
| | 113504 | 36236516 | 14/03/2018 20:05:08 | Buy | 0.0200 | BTCUSD | 8,346.18000 | 0.00000 | 9,252.78000 | 15/03/2018 16:54:17 | 8,363.70000 | (0.08) | 0.00 | 0.00 | (1.16) | 3.50 | |
| | 113504 | 36258742 | 14/03/2018 23:18:34 | Buy | 0.0500 | XRPUSD | 0.69886 | 0.00000 | 1.03546 | 15/03/2018 16:58:50 | 0.70010 | (0.20) | 0.00 | 0.00 | (2.43) | 6.20 | |
| | 113504 | 36258688 | 14/03/2018 23:18:00 | Buy | 0.0500 | ETHUSD | 616.06000 | 0.00000 | 0.00000 | 15/03/2018 16:58:55 | 617.78000 | (0.20) | 0.00 | 0.00 | (2.14) | 8.60 | |
| | 113504 | 36237309 | 14/03/2018 20:08:51 | Buy | 0.0100 | BTCUSD | 8,242.96000 | 0.00000 | 9,127.96000 | 15/03/2018 17:01:45 | 8,356.79000 | (0.04) | 0.00 | 0.00 | (0.57) | 11.38 | |
| | 113504 | 36236312 | 14/03/2018 20:03:49 | Buy | 0.0500 | BTCUSD | 8,419.76000 | 0.00000 | 9,184.07000 | 16/03/2018 17:34:14 | 8,468.33000 | (0.20) | 0.00 | 0.00 | (5.84) | 24.29 | |
| | 113504 | 36540366 | 16/03/2018 18:57:41 | Sell | 2.0000 | USDJPY | 106.11700 | 0.00000 | 106.00000 | 16/03/2018 18:58:39 | 106.09600 | (8.00) | 0.00 | 0.00 | 0.00 | 39.59 | |
| | 113504 | 36544768 | 16/03/2018 19:40:05 | Balance | — | — | — | — | — | — | — | — | — | — | — | (500.00) | With USD-C 0013865 8E |
| | 113504 | 36545139 | 16/03/2018 19:44:19 | Balance | — | — | — | — | — | — | — | — | — | — | — | (205.00) | With USD-C 0013865 8E |
| | 113504 | 36565818 | 17/03/2018 03:25:43 | Buy | 0.0100 | XRPUSD | 0.67667 | 0.00000 | 0.00000 | 17/03/2018 04:16:22 | 0.67855 | (0.04) | 0.00 | 0.00 | 0.00 | 1.88 | |
| | 113504 | 36565840 | 17/03/2018 03:35:24 | Buy | 0.2500 | LTCUSD | 164.50000 | 0.00000 | 0.00000 | 17/03/2018 04:26:21 | 161.99000 | (1.00) | 0.00 | 0.00 | 0.00 | (62.75) | |
| | 113504 | 36567358 | 17/03/2018 04:30:50 | Sell | 0.1000 | BTCUSD | 8,142.15000 | 0.00000 | 0.00000 | 17/03/2018 04:31:49 | 8,141.17000 | (0.40) | 0.00 | 0.00 | 0.00 | 0.98 | |
| | 113504 | 36566593 | 17/03/2018 04:19:22 | Sell | 0.2500 | BTCUSD | 8,247.61000 | 5.00000 | 0.00000 | 17/03/2018 04:40:32 | 8,173.49000 | (1.00) | 0.00 | 0.00 | 0.00 | 185.30 | to #365675( |
| | 113504 | 36567568 | 17/03/2018 04:19:22 | Sell | 0.2000 | BTCUSD | 8,247.61000 | 0.00000 | 0.00000 | 17/03/2018 05:28:05 | 8,180.19000 | (0.80) | 0.00 | 0.00 | 0.00 | 134.84 | from #3656 |
| | 113504 | 36567485 | 17/03/2018 04:35:17 | Buy | 0.0500 | BTCUSD | 8,159.07000 | 0.00000 | 0.00000 | 17/03/2018 05:31:03 | 8,168.60000 | (0.20) | 0.00 | 0.00 | 0.00 | 4.77 | |
| | 113504 | 36567876 | 17/03/2018 05:04:36 | Buy | 0.2500 | XRPUSD | 0.67376 | 0.66360 | 0.00000 | 17/03/2018 05:34:30 | 0.67382 | (1.00) | 0.00 | 0.00 | 0.00 | 1.50 | |
| | 113504 | 36568533 | 17/03/2018 05:49:26 | Buy | 0.0100 | BTCUSD | 8,159.33000 | 0.00000 | 0.00000 | 17/03/2018 06:12:53 | 8,184.15000 | (0.04) | 0.00 | 0.00 | 0.00 | 2.48 | |
| | 113504 | 36569967 | 17/03/2018 07:35:59 | Buy | 0.0900 | BTCUSD | 8,164.18000 | 0.00000 | 8,700.00000 | 17/03/2018 07:56:52 | 8,181.98000 | (0.36) | 0.00 | 0.00 | 0.00 | 16.02 | to #365701 |
| | 113504 | 36570171 | 17/03/2018 07:35:59 | Buy | 0.0100 | BTCUSD | 8,164.18000 | 0.00000 | 8,700.00000 | 17/03/2018 08:01:32 | 8,185.88000 | (0.04) | 0.00 | 0.00 | 0.00 | 2.17 | from #3656 |
| | 113504 | 36565612 | 17/03/2018 03:25:27 | Buy | 0.0100 | BTCUSD | 8,279.05000 | 0.00000 | 9,375.14000 | 17/03/2018 21:53:37 | 7,801.40000 | (0.04) | 0.00 | 0.00 | 0.00 | (47.77) | |
| | 113504 | 36585632 | 18/03/2018 00:02:45 | Buy | 0.1000 | XRPUSD | 0.62618 | 0.00000 | 0.68957 | 18/03/2018 00:31:48 | 0.63591 | (0.40) | 0.00 | 0.00 | 0.00 | 97.30 | |
| | 113504 | 36590968 | 18/03/2018 02:40:59 | Buy | 0.5000 | BTCUSD | 7,874.66000 | 7,784.31000 | 8,066.04000 | 18/03/2018 02:47:26 | 7,882.41000 | (2.00) | 0.00 | 0.00 | 0.00 | 38.75 | |
| | 113504 | 36592292 | 18/03/2018 03:31:24 | Buy | 0.5000 | BTCUSD | 7,781.47000 | 7,738.88000 | 7,997.44000 | 18/03/2018 03:34:34 | 7,799.19000 | (2.00) | 0.00 | 0.00 | 0.00 | 88.60 | |
| | 113504 | 36592954 | 18/03/2018 03:46:50 | Sell | 0.5000 | BTCUSD | 7,695.42000 | 0.00000 | 0.00000 | 18/03/2018 04:01:18 | 7,745.90000 | (2.00) | 0.00 | 0.00 | 0.00 | (252.40) | |
| | 113504 | 36593788 | 18/03/2018 04:00:39 | Buy | 2.0000 | BTCUSD | 7,710.46000 | 0.00000 | 0.00000 | 18/03/2018 04:02:20 | 7,726.49000 | (8.00) | 0.00 | 0.00 | 0.00 | 320.20 | |
| | 113504 | 36595061 | 18/03/2018 04:45:32 | Buy | 2.0000 | BTCUSD | 7,768.54000 | 0.00000 | 0.00000 | 18/03/2018 04:47:00 | 7,736.97000 | (8.00) | 0.00 | 0.00 | 0.00 | (631.40) | |
| | 113504 | 36569697 | 17/03/2018 07:29:28 | Buy | 0.1000 | XRPUSD | 0.67424 | 0.00000 | 0.72786 | 18/03/2018 04:55:04 | 0.60438 | (0.40) | 0.00 | 0.00 | 0.00 | (698.60) | |
| | 113504 | 36568846 | 17/03/2018 05:55:57 | Buy | 0.2000 | BTCUSD | 8,227.04000 | 0.00000 | 9,496.34000 | 18/03/2018 05:00:46 | 7,681.34000 | (0.80) | 0.00 | 0.00 | 0.00 | (1,091.40) | |
| | 113504 | 36565907 | 17/03/2018 03:38:23 | Buy | 0.4000 | BTCUSD | 8,309.13000 | 0.00000 | 8,684.01000 | 18/03/2018 05:01:08 | 7,666.75000 | (1.60) | 0.00 | 0.00 | 0.00 | (2,569.52) | |
| | 113504 | 36596415 | 18/03/2018 05:20:09 | Balance | — | — | — | — | — | — | — | — | — | — | — | (600.00) | With USD-C 0013865 87 |
| | 113504 | 36872272 | 20/03/2018 17:45:41 | Buy | 3.0000 | AUDUSD | 0.76931 | 0.76815 | 0.79351 | 20/03/2018 18:19:55 | 0.76934 | (12.00) | 0.00 | 0.00 | 0.00 | 9.00 | |
| | 113504 | 37022091 | 21/03/2018 16:39:50 | Sell | 0.2500 | GBPUSD | 1.40673 | 1.40800 | 1.40702 | 21/03/2018 17:10:06 | 1.40701 | (1.00) | 0.00 | 0.00 | 0.00 | (7.00) | [p] |
| | 113504 | 37027447 | 21/03/2018 17:15:42 | Sell | 0.1000 | GBPUSD | 1.40641 | 1.40755 | 1.39020 | 21/03/2018 17:30:02 | 1.40755 | (0.40) | 0.00 | 0.00 | 0.00 | (12.40) | [sl] |
| | 113504 | 37026222 | 21/03/2018 17:06:41 | Sell | 0.1000 | EURUSD | 1.22853 | 1.22950 | 1.22600 | 21/03/2018 17:37:09 | 1.22839 | (0.40) | 0.00 | 0.00 | 0.00 | 1.40 | to #370305( |
| | 113504 | 37027320 | 21/03/2018 17:14:38 | Sell | 0.1000 | EURUSD | 1.22856 | 0.00000 | 1.22600 | 21/03/2018 17:39:25 | 1.22853 | (0.40) | 0.00 | 0.00 | 0.00 | 0.30 | |
| | 113504 | 37025814 | 21/03/2018 17:03:51 | Sell | 0.3400 | GBPUSD | 1.40693 | 1.40800 | 1.39020 | 21/03/2018 17:40:18 | 1.40678 | (1.36) | 0.00 | 0.00 | 0.00 | 5.10 | to #370309 |
| | 113504 | 37022152 | 21/03/2018 16:40:19 | Sell | 0.1900 | GBPUSD | 1.40695 | 1.40800 | 1.39020 | 21/03/2018 17:40:30 | 1.40675 | (0.75) | 0.00 | 0.00 | 0.00 | 3.80 | to #370309 |
| | 113504 | 37030594 | 21/03/2018 17:06:41 | Sell | 0.0900 | EURUSD | 1.22853 | 1.22950 | 1.22600 | 21/03/2018 17:40:42 | 1.22841 | (0.36) | 0.00 | 0.00 | 0.00 | 1.08 | to #370309 |
| | 113504 | 37030965 | 21/03/2018 17:06:41 | Sell | 0.0100 | EURUSD | 1.22853 | 1.22950 | 1.22600 | 21/03/2018 18:04:58 | 1.22802 | (0.04) | 0.00 | 0.00 | 0.00 | 0.51 | from #3703 |
| | 113504 | 37030954 | 21/03/2018 16:40:19 | Sell | 0.0100 | GBPUSD | 1.40695 | 1.40800 | 1.39020 | 21/03/2018 18:05:03 | 1.40665 | (0.04) | 0.00 | 0.00 | 0.00 | 0.30 | from #3702 |

9/5/2018    Account Statement Report

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 113504 | 37030936 | 21/03/2018 17:03:51 | Sell | 0.0100 | GBPUSD | 1.40693 | 1.40800 | 1.39020 | 21/03/2018 18:05:07 | 1.40675 | (0.04) | 0.00 | 0.00 | 0.00 | 0.18 | from #3702 |
| | 113504 | 37026991 | 21/03/2018 17:11:42 | Sell | 0.2000 | GBPUSD | 1.40688 | 1.48300 | 1.39020 | 21/03/2018 18:54:50 | 1.40620 | (0.80) | 0.00 | 0.00 | 0.00 | 13.60 | |
| | 113504 | 37027723 | 21/03/2018 17:17:19 | Sell | 0.1500 | GBPUSD | 1.40625 | 0.00000 | 0.00000 | 21/03/2018 18:55:10 | 1.40615 | (0.60) | 0.00 | 0.00 | 0.00 | 1.50 | |
| | 113504 | 37064288 | 21/03/2018 20:45:43 | Sell | 0.1000 | GBPUSD | 1.40754 | 1.40850 | 0.00000 | 21/03/2018 20:58:12 | 1.40857 | (0.40) | 0.00 | 0.00 | 0.00 | (10.30) | [si] |
| | 113504 | 37066260 | 21/03/2018 21:16:06 | Sell | 0.0500 | GBPUSD | 1.41097 | 0.00000 | 1.40802 | 21/03/2018 21:21:44 | 1.41083 | (0.20) | 0.00 | 0.00 | 0.00 | 0.70 | |
| | 113504 | 37207507 | 22/03/2018 10:53:02 | Sell | 0.1000 | EURUSD | 1.23765 | 1.23899 | 1.23137 | 22/03/2018 11:05:39 | 1.23720 | (0.40) | 0.00 | 0.00 | 0.00 | 4.50 | |
| | 113504 | 37209074 | 22/03/2018 11:00:27 | Sell | 0.1000 | GBPUSD | 1.41597 | 1.41746 | 1.40817 | 22/03/2018 11:31:45 | 1.41748 | (0.40) | 0.00 | 0.00 | 0.00 | (15.10) | [si] |
| | 113504 | 37206138 | 22/03/2018 10:55:34 | Sell | 0.1000 | XAUUSD | 1,331.73000 | 1,335.72000 | 1,321.80000 | 22/03/2018 13:45:59 | 1,330.48000 | (0.40) | 0.00 | 0.00 | 0.00 | 12.50 | |
| | 113504 | 37293612 | 22/03/2018 19:06:36 | Buy | 0.5000 | USDJPY | 105.39800 | 0.00000 | 105.80600 | 22/03/2018 19:11:42 | 105.41600 | (2.00) | 0.00 | 0.00 | 0.00 | 8.54 | |
| | 113504 | 37292826 | 22/03/2018 19:03:15 | Sell | 0.1000 | XAUUSD | 1,328.20000 | 0.00000 | 1,321.53000 | 22/03/2018 19:12:07 | 1,328.97000 | (0.40) | 0.00 | 0.00 | 0.00 | 12.30 | |
| | 113504 | 37309870 | 22/03/2018 20:38:10 | Balance | — | — | — | — | — | | — | — | — | — | — | 100.00 | Dep USD-0 0013865 85 |
| | 113504 | 37389368 | 23/03/2018 09:33:21 | | 2.0000 | USDJPY | 104.66500 | 104.57600 | 105.38300 | 23/03/2018 09:35:47 | 104.73000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 113504 | 37390433 | 23/03/2018 09:47:21 | Buy | 0.7500 | USDJPY | 104.76600 | 0.00000 | 105.54500 | 23/03/2018 09:56:52 | 104.80500 | (3.00) | 0.00 | 0.00 | 0.00 | 27.91 | |
| | 113504 | 37391069 | 23/03/2018 09:58:12 | Buy | 0.5000 | USDJPY | 104.82800 | 0.00000 | 105.54000 | 23/03/2018 10:17:40 | 104.83700 | (2.00) | 0.00 | 0.00 | 0.00 | 4.29 | |
| | 113504 | 37391326 | 23/03/2018 10:00:47 | Sell | 0.2000 | XAUUSD | 1,342.60000 | 0.00000 | 1,336.01000 | 23/03/2018 10:17:45 | 1,342.50000 | (0.80) | 0.00 | 0.00 | 0.00 | 2.00 | |
| | 113504 | 37391560 | 23/03/2018 10:02:26 | Buy | 0.1800 | USDJPY | 104.89200 | 105.00000 | 105.44400 | 23/03/2018 15:43:43 | 105.16100 | (0.72) | 0.00 | 0.00 | 0.00 | 46.04 | to #374233; |
| | 113504 | 37391739 | 23/03/2018 10:04:23 | Buy | 0.1600 | USDJPY | 104.88100 | 105.00000 | 105.40600 | 23/03/2018 15:43:52 | 105.15500 | (0.72) | 0.00 | 0.00 | 0.00 | 46.90 | to #374233; |
| | 113504 | 37423359 | 23/03/2018 10:02:26 | Buy | 0.0700 | USDJPY | 104.89200 | 105.00000 | 105.44400 | 23/03/2018 15:47:11 | 105.15800 | (0.28) | 0.00 | 0.00 | 0.00 | 17.71 | from #3739 |
| | 113504 | 37392872 | 23/03/2018 10:20:56 | Buy | 0.2000 | USDJPY | 104.86700 | 105.00000 | 105.37400 | 23/03/2018 15:49:40 | 105.16900 | (0.80) | 0.00 | 0.00 | 0.00 | 57.43 | |
| | 113504 | 37423387 | 23/03/2018 10:04:23 | Buy | 0.0700 | USDJPY | 104.88100 | 105.00000 | 105.40600 | 23/03/2018 15:56:25 | 105.08800 | (0.28) | 0.00 | 0.00 | 0.00 | 13.79 | from #3739 |
| | 113504 | 37392914 | 23/03/2018 10:21:30 | Sell | 0.2000 | XAUUSD | 1,342.58000 | 0.00000 | 1,335.00000 | 23/03/2018 16:13:02 | 1,348.39000 | (0.80) | 0.00 | 0.00 | 0.00 | (116.20) | |
| | 113504 | 37439271 | 23/03/2018 17:23:27 | Sell | 0.5000 | USOil | 64.99000 | 0.00000 | 64.78000 | 23/03/2018 17:32:47 | 65.43000 | (2.00) | 0.00 | 0.00 | 0.00 | (220.00) | |
| | 113504 | 37441371 | 23/03/2018 17:40:21 | Buy | 0.0500 | USDCAD | 1.28491 | 1.28300 | 1.29700 | 23/03/2018 18:59:28 | 1.28702 | (0.20) | 0.00 | 0.00 | 0.00 | 8.20 | |
| | 113504 | 37441602 | 23/03/2018 17:42:35 | Sell | 0.5000 | USOil | 65.25000 | 0.00000 | 64.75000 | 23/03/2018 19:01:04 | 65.60000 | (2.00) | 0.00 | 0.00 | 0.00 | (175.00) | |
| | 113504 | 37576867 | 26/03/2018 10:35:03 | Sell | 0.1000 | XAUUSD | 1,345.88000 | 1,351.00000 | 1,315.00000 | 26/03/2018 16:31:57 | 1,350.99000 | (0.40) | 0.00 | 0.00 | 0.00 | (51.10) | [sf] |
| | 113504 | 37750673 | 27/03/2018 09:41:37 | Sell | 0.2000 | EURUSD | 1.24651 | 1.24680 | 1.24000 | 27/03/2018 09:42:26 | 1.24681 | (0.80) | 0.00 | 0.00 | 0.00 | (6.00) | [sf] |
| | 113504 | 37752842 | 27/03/2018 09:51:12 | Sell | 0.0300 | EURUSD | 1.24743 | 1.24859 | 1.24000 | 27/03/2018 14:02:16 | 1.24000 | (0.12) | 0.00 | 0.00 | 0.00 | 22.29 | [tp] |
| | 113504 | 37750142 | 27/03/2018 09:37:19 | Sell | 0.1500 | EURUSD | 1.24620 | 1.24859 | 1.24000 | 27/03/2018 14:02:16 | 1.24000 | (0.60) | 0.00 | 0.00 | 0.00 | 93.00 | [tp] |
| | 113504 | 37749928 | 27/03/2018 09:36:18 | Sell | 0.1000 | EURUSD | 1.24593 | 1.24859 | 1.24000 | 27/03/2018 14:02:16 | 1.24000 | (0.40) | 0.00 | 0.00 | 0.00 | 59.30 | [tp] |
| | 113504 | 37752210 | 27/03/2018 09:46:02 | Sell | 0.0500 | EURUSD | 1.24708 | 1.24850 | 1.24000 | 27/03/2018 14:02:17 | 1.24000 | (0.20) | 0.00 | 0.00 | 0.00 | 35.40 | [tp] |
| | 113504 | 37751267 | 27/03/2018 09:42:57 | Sell | 0.2000 | EURUSD | 1.24668 | 1.24859 | 1.24000 | 27/03/2018 14:02:17 | 1.24000 | (0.80) | 0.00 | 0.00 | 0.00 | 133.80 | [tp] |
| | 113504 | 37750289 | 27/03/2018 09:38:20 | Sell | 0.1500 | EURUSD | 1.24805 | 1.24859 | 1.24000 | 27/03/2018 14:02:17 | 1.24000 | (0.60) | 0.00 | 0.00 | 0.00 | 90.75 | [tp] |
| | 113504 | 37751876 | 27/03/2018 09:44:10 | Sell | 0.0500 | XAUUSD | 1,356.24000 | 1,358.00000 | 1,305.00000 | 27/03/2018 14:43:36 | 1,346.99000 | (0.20) | 0.00 | 0.00 | 0.00 | 46.25 | |
| | 113504 | 37751836 | 27/03/2018 09:43:57 | Sell | 0.0200 | XAUUSD | 1,356.32000 | 1,358.00000 | 1,305.00000 | 27/03/2018 14:50:28 | 1,347.14000 | (0.08) | 0.00 | 0.00 | 0.00 | 18.36 | to #378041; |
| | 113504 | 37749566 | 27/03/2018 09:37:28 | Sell | 0.0500 | XAUUSD | 1,355.00000 | 1,358.00000 | 1,305.00000 | 27/03/2018 14:50:38 | 1,347.11000 | (0.20) | 0.00 | 0.00 | 0.00 | 39.45 | to #378041; |
| | 113504 | 37753313 | 27/03/2018 09:54:30 | Sell | 0.0300 | GBPUSD | 1.42414 | 1.42600 | 1.39250 | 27/03/2018 14:51:00 | 1.41109 | (0.12) | 0.00 | 0.00 | 0.00 | 39.15 | to #378042; |
| | 113504 | 37804181 | 27/03/2018 09:37:28 | Sell | 0.0500 | XAUUSD | 1,355.00000 | 1,358.00000 | 1,305.00000 | 27/03/2018 15:31:52 | 1,342.15000 | (0.20) | 0.00 | 0.00 | 0.00 | 64.25 | to #378125; |
| | 113504 | 37812530 | 27/03/2018 09:37:28 | Sell | 0.0500 | XAUUSD | 1,355.00000 | 1,358.00000 | 1,305.00000 | 27/03/2018 15:40:12 | 1,342.61000 | (0.20) | 0.00 | 0.00 | 0.00 | 61.95 | to #378137; |
| | 113504 | 37804170 | 27/03/2018 09:43:57 | Sell | 0.0100 | XAUUSD | 1,356.32000 | 1,358.00000 | 1,305.00000 | 27/03/2018 15:40:30 | 1,342.41000 | (0.04) | 0.00 | 0.00 | 0.00 | 13.91 | to #378137; |
| | 113504 | 37804206 | 27/03/2018 09:54:30 | Sell | 0.0100 | GBPUSD | 1.42414 | 1.42600 | 1.39250 | 27/03/2018 15:42:24 | 1.40952 | (0.04) | 0.00 | 0.00 | 0.00 | 14.62 | to #378140; |
| | 113504 | 37813706 | 27/03/2018 09:37:28 | Sell | 0.0900 | XAUUSD | 1,355.00000 | 1,358.00000 | 1,305.00000 | 27/03/2018 15:42:39 | 1,342.71000 | (0.36) | 0.00 | 0.00 | 0.00 | 110.61 | to #378141; |
| | 113504 | 37813767 | 27/03/2018 09:43:57 | Sell | 0.0100 | XAUUSD | 1,356.32000 | 1,358.00000 | 1,305.00000 | 27/03/2018 18:20:49 | 1,342.84000 | (0.04) | 0.00 | 0.00 | 0.00 | 13.48 | to #378454; |
| | 113504 | 37814097 | 27/03/2018 09:54:30 | Sell | 0.0100 | GBPUSD | 1.42414 | 1.42600 | 1.39250 | 27/03/2018 18:24:23 | 1.41451 | (0.04) | 0.00 | 0.00 | 0.00 | 9.63 | from #3780; |
| | 113504 | 37814129 | 27/03/2018 09:37:28 | Sell | 0.0100 | XAUUSD | 1,355.00000 | 1,358.00000 | 1,305.00000 | 27/03/2018 18:24:35 | 1,342.93000 | (0.04) | 0.00 | 0.00 | 0.00 | 12.07 | from #3781 |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113504 | | 37845429 | 27/03/2018 09:43:57 | Sell | 0.0100 | XAUUSD | 1,356.32000 | 1,358.00000 | 1,305.00000 | 27/03/2018 18:52:56 | 1,342.55000 | (0.04) | 0.00 | 0.00 | 0.00 | 13.77 | from #3781 |
| 113504 | | 37954348 | 28/03/2018 10:34:59 | Sell | 0.2400 | USDJPY | 105.53600 | 0.00000 | 105.00000 | 28/03/2018 10:37:52 | 105.52400 | (0.96) | 0.00 | 0.00 | 0.00 | 2.73 | to #378547 |
| 113504 | | 37953005 | 28/03/2018 10:31:31 | Buy | 0.0900 | XAUUSD | 1,340.23000 | 0.00000 | 0.00000 | 28/03/2018 10:38:40 | 1,340.42000 | (0.36) | 0.00 | 0.00 | 0.00 | 1.71 | to #379549 |
| 113504 | | 37954770 | 28/03/2018 10:34:59 | Sell | 0.0100 | USDJPY | 105.53600 | 0.00000 | 105.00000 | 28/03/2018 10:40:57 | 105.51400 | (0.04) | 0.00 | 0.00 | 0.00 | 0.21 | from #3795 |
| 113504 | | 37954949 | 28/03/2018 10:31:31 | Buy | 0.0100 | XAUUSD | 1,340.23000 | 0.00000 | 0.00000 | 28/03/2018 17:23:29 | 1,331.75000 | (0.04) | 0.00 | 0.00 | 0.00 | (8.48) | from #3795 |
| 113504 | | 38135855 | 29/03/2018 09:59:02 | Buy | 0.0500 | EURUSD | 1.23056 | 1.22900 | 1.24000 | 29/03/2018 10:35:06 | 1.23122 | (0.20) | 0.00 | 0.00 | 0.00 | 3.30 | |
| 113504 | | 38137571 | 29/03/2018 10:05:30 | Buy | 0.1000 | EURUSD | 1.23074 | 1.22900 | 1.23875 | 29/03/2018 10:35:11 | 1.23115 | (0.40) | 0.00 | 0.00 | 0.00 | 4.10 | |
| 113504 | | 38137715 | 29/03/2018 10:06:13 | Buy | 0.0500 | EURUSD | 1.23094 | 0.00000 | 0.00000 | 29/03/2018 10:35:16 | 1.23114 | (0.20) | 0.00 | 0.00 | 0.00 | 1.00 | |
| 113504 | | 38138154 | 29/03/2018 10:09:06 | Buy | 0.1000 | EURUSD | 1.23109 | 0.00000 | 0.00000 | 29/03/2018 10:35:22 | 1.23109 | (0.40) | 0.00 | 0.00 | 0.00 | 0.00 | |
| 113504 | | 38139531 | 29/03/2018 10:18:30 | Buy | 0.0500 | EURUSD | 1.23083 | 0.00000 | 0.00000 | 29/03/2018 10:35:27 | 1.23109 | (0.20) | 0.00 | 0.00 | 0.00 | 1.30 | |
| 113504 | | 38137439 | 29/03/2018 10:04:45 | Buy | 0.2000 | GBPUSD | 1.40585 | 0.00000 | 1.41538 | 29/03/2018 10:35:55 | 1.40648 | (0.80) | 0.00 | 0.00 | 0.00 | 12.60 | |
| 113504 | | 38136049 | 29/03/2018 10:08:18 | Buy | 0.0500 | GBPUSD | 1.40585 | 0.00000 | 0.00000 | 29/03/2018 10:36:00 | 1.40632 | (0.20) | 0.00 | 0.00 | 0.00 | 2.35 | |
| 113504 | | 38136050 | 29/03/2018 10:08:26 | Buy | 0.0500 | GBPUSD | 1.40572 | 0.00000 | 0.00000 | 29/03/2018 10:38:05 | 1.40637 | (0.20) | 0.00 | 0.00 | 0.00 | 3.25 | |
| 113504 | | 38139694 | 29/03/2018 10:20:17 | Buy | 0.0500 | GBPUSD | 1.40572 | 1.40400 | 1.41500 | 29/03/2018 10:38:11 | 1.40638 | (0.20) | 0.00 | 0.00 | 0.00 | 3.30 | |
| 113504 | | 38139432 | 29/03/2018 10:17:44 | Buy | 0.1000 | GBPUSD | 1.40566 | 0.00000 | 0.00000 | 29/03/2018 10:38:28 | 1.40617 | (0.40) | 0.00 | 0.00 | 0.00 | 5.10 | |
| 113504 | | 38136057 | 29/03/2018 10:00:28 | Buy | 0.0500 | XAUUSD | 1,323.53000 | 1,321.00000 | 0.00000 | 29/03/2018 10:36:35 | 1,324.90000 | (0.20) | 0.00 | 0.00 | 0.00 | 6.85 | |
| 113504 | | 38139143 | 29/03/2018 10:15:50 | Sell | 0.2500 | USDJPY | 106.58700 | 0.00000 | 102.00000 | 29/03/2018 10:38:42 | 106.56800 | (1.00) | 0.00 | 0.00 | 0.00 | 4.46 | |
| 113504 | | 38138196 | 29/03/2018 10:09:31 | Sell | 0.1000 | USDJPY | 106.63800 | 0.00000 | 106.70000 | 29/03/2018 10:38:46 | 106.56400 | (0.40) | 0.00 | 0.00 | 0.00 | 6.94 | |
| 113504 | | 38135728 | 29/03/2018 09:58:13 | Sell | 0.0500 | USDJPY | 106.68400 | 0.00000 | 0.00000 | 29/03/2018 10:38:51 | 106.55600 | (0.20) | 0.00 | 0.00 | 0.00 | 5.01 | |
| 113504 | | 38142515 | 29/03/2018 10:43:09 | Buy | 0.2000 | GBPUSD | 1.40487 | 0.00000 | 0.00000 | 29/03/2018 10:44:17 | 1.40495 | (0.80) | 0.00 | 0.00 | 0.00 | 1.60 | |
| 113504 | | 38142436 | 29/03/2018 10:42:36 | Buy | 0.0500 | GBPUSD | 1.40465 | 0.00000 | 0.00000 | 29/03/2018 10:44:23 | 1.40495 | (0.20) | 0.00 | 0.00 | 0.00 | 1.50 | |
| 113504 | | 38142539 | 29/03/2018 10:43:21 | Buy | 0.1000 | GBPUSD | 1.40505 | 0.00000 | 0.00000 | 29/03/2018 10:44:34 | 1.40510 | (0.40) | 0.00 | 0.00 | 0.00 | 0.50 | |
| 113504 | | 38142588 | 29/03/2018 10:43:45 | Buy | 0.1000 | EURUSD | 1.22993 | 0.00000 | 0.00000 | 29/03/2018 10:45:03 | 1.23006 | (0.40) | 0.00 | 0.00 | 0.00 | 1.30 | |
| 113504 | | 38140152 | 29/03/2018 10:24:56 | Buy | 0.0800 | GBPUSD | 1.40642 | 1.40400 | 1.41000 | 29/03/2018 11:21:35 | 1.40399 | (0.32) | 0.00 | 0.00 | 0.00 | (19.44) | [sl] |
| 113504 | | 38142871 | 29/03/2018 10:46:14 | Buy | 0.2000 | EURUSD | 1.23033 | 0.00000 | 0.00000 | 29/03/2018 14:02:14 | 1.23202 | (0.80) | 0.00 | 0.00 | 0.00 | 33.80 | |
| 113504 | | 38137263 | 29/03/2018 10:03:49 | Buy | 0.2000 | EURUSD | 1.23132 | 1.22900 | 1.23875 | 29/03/2018 14:02:19 | 1.23197 | (0.80) | 0.00 | 0.00 | 0.00 | 13.00 | |
| 113504 | | 38455486 | 03/04/2018 06:47:10 | Buy | 0.0100 | XRPUSD | 0.50098 | 0.00000 | 0.58000 | 03/04/2018 07:53:36 | 0.50942 | (0.04) | 0.00 | 0.00 | 0.00 | 8.44 | |
| 113504 | | 38562761 | 03/04/2018 22:12:45 | Balance | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (1,725.00) | With USD-C 0013865.95 |
| 113504 | | 38911176 | 06/04/2018 09:14:18 | Balance | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 10.00 | Dep USD-0 0013865.96 |
| 113504 | | 38915026 | 06/04/2018 10:12:56 | Sell | 0.0100 | XAUUSD | 1,324.75000 | 0.00000 | 0.00000 | 06/04/2018 10:13:15 | 1,324.92000 | (0.04) | 0.00 | 0.00 | 0.00 | (0.17) | |
| 113504 | | 38915008 | 06/04/2018 10:00:58 | | 0.0100 | USDJPY | 107.47000 | 0.00000 | 105.00000 | 06/04/2018 18:32:49 | 107.03700 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| 113504 | | 38915105 | 06/04/2018 10:01:54 | | 0.0100 | GBPUSD | 1.39738 | 0.00000 | 1.42000 | 06/04/2018 18:33:17 | 1.40900 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| 113504 | | 38914768 | 06/04/2018 10:29:14 | Buy | 0.0100 | XAUUSD | 1,319.97000 | 0.00000 | 1,340.00000 | 06/04/2018 18:33:28 | 1,332.33000 | (0.04) | 0.00 | 0.00 | 0.00 | 12.36 | |
| 113504 | | 38916568 | 06/04/2018 10:22:23 | Buy | 0.0100 | EURUSD | 1.22233 | 0.00000 | 0.00000 | 06/04/2018 18:33:33 | 1.22715 | (0.04) | 0.00 | 0.00 | 0.00 | 4.82 | |
| 113504 | | 38914846 | 06/04/2018 10:18:00 | Buy | 0.0100 | EURUSD | 1.22253 | 0.00000 | 1.24000 | 06/04/2018 18:33:38 | 1.22716 | (0.04) | 0.00 | 0.00 | 0.00 | 4.63 | |
| 113504 | | 39099956 | 11/04/2018 15:48:47 | Sell | 0.0100 | XAUUSD | 1,353.66000 | 0.00000 | 0.00000 | 11/04/2018 17:33:46 | 1,352.99000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.67 | |
| 113504 | | 39411504 | 11/04/2018 17:13:34 | Sell | 0.0100 | GBP/JPY | 151.72800 | 0.00000 | 151.00000 | 11/04/2018 18:13:16 | 151.63100 | (0.64) | 0.00 | 0.00 | 0.00 | 0.91 | |
| 113504 | | 39397382 | 11/04/2018 15:29:11 | Sell | 0.0100 | EURUSD | 1.23829 | 0.00000 | 1.23173 | 11/04/2018 23:21:46 | 1.23660 | (0.04) | 0.00 | 0.00 | 0.00 | 1.69 | |
| 113504 | | 39397472 | 11/04/2018 15:29:48 | Buy | 0.0100 | USDJPY | 108.80700 | 0.00000 | 107.70000 | 11/04/2018 23:21:56 | 108.84000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.31 | |
| 113504 | | 39397417 | 11/04/2018 15:29:22 | Sell | 0.0100 | XAUUSD | 1,351.67000 | 0.00000 | 1,331.08000 | 12/04/2018 05:57:20 | 1,350.74000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.93 | |
| 113504 | | 39681231 | 13/04/2018 16:08:40 | Buy | 0.0100 | USDCAD | 1.25751 | 1.25800 | 1.27000 | 13/04/2018 17:00:18 | 1.25800 | (0.04) | 0.00 | 0.00 | 0.00 | 0.39 | [sl] |
| 113504 | | 39641818 | 13/04/2018 11:19:09 | Sell | 0.0200 | USOil | 67.12000 | 0.00000 | 66.98000 | 13/04/2018 22:33:55 | 67.22000 | (0.08) | 0.00 | 0.00 | 0.00 | (2.00) | |
| 113504 | | 39643598 | 13/04/2018 09:06:00 | Sell | 0.0100 | USOil | 66.85000 | 0.00000 | 0.00000 | 13/04/2018 22:34:17 | 67.22000 | (0.04) | 0.00 | 0.00 | 0.00 | (3.70) | |
| 113504 | | 39844802 | 16/04/2018 17:24:21 | Sell | 0.0100 | GBP/JPY | 153.53800 | 0.00000 | 151.62800 | 17/04/2018 12:06:18 | 153.32600 | (0.04) | 0.00 | 0.00 | (0.06) | 1.98 | |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 113504 | 39904459 | 17/04/2018 09:30:14 | Sell | 0.0100 | GBPJPY | 153.55500 | 0.00000 | 151.63000 | 17/04/2018 12:06:19 | 153.32500 | (0.04) | 0.00 | 0.00 | 0.00 | 2.14 | |
| | 113504 | 39906031 | 17/04/2018 09:47:34 | Sell | 0.0100 | GBPJPY | 153.51700 | 0.00000 | 151.63000 | 17/04/2018 12:06:21 | 153.30300 | (0.04) | 0.00 | 0.00 | 0.00 | 2.00 | |
| | 113504 | 39906898 | 17/04/2018 09:56:44 | Sell | 0.0100 | GBPJPY | 153.52500 | 0.00000 | 151.63000 | 17/04/2018 12:06:24 | 153.30700 | (0.04) | 0.00 | 0.00 | 0.00 | 2.03 | |
| | 113504 | 39914346 | 17/04/2018 11:23:27 | Sell | 0.0100 | GBPJPY | 153.61500 | 0.00000 | 0.00000 | 17/04/2018 12:06:27 | 153.30400 | (0.04) | 0.00 | 0.00 | 0.00 | 2.92 | |
| | 113504 | 39908362 | 17/04/2018 10:10:05 | Sell | 0.0100 | GBPJPY | 153.83800 | 0.00000 | 151.63000 | 17/04/2018 16:00:27 | 153.43700 | (0.04) | 0.00 | 0.00 | 0.00 | 1.88 | |
| | 113504 | 39908480 | 17/04/2018 10:11:21 | Sell | 0.0100 | GBPJPY | 153.86000 | 0.00000 | 151.63000 | 17/04/2018 16:00:28 | 153.43400 | (0.04) | 0.00 | 0.00 | 0.00 | 2.11 | |
| | 113504 | 39908917 | 17/04/2018 10:14:40 | Sell | 0.0100 | GBPJPY | 153.70300 | 0.00000 | 0.00000 | 17/04/2018 16:00:31 | 153.42700 | (0.04) | 0.00 | 0.00 | 0.00 | 2.56 | |
| | 113504 | 39909020 | 17/04/2018 10:15:43 | Sell | 0.0100 | GBPJPY | 153.65900 | 0.00000 | 0.00000 | 17/04/2018 16:00:36 | 153.42600 | (0.04) | 0.00 | 0.00 | 0.00 | 2.18 | |
| | 113504 | 40191941 | 19/04/2018 15:52:16 | Sell | 0.0100 | EURCHF | 1.19784 | 0.00000 | 1.10000 | 19/04/2018 17:14:16 | 1.19763 | (0.04) | 0.00 | 0.00 | 0.00 | 0.21 | |
| | 113504 | 40204528 | 19/04/2018 17:54:52 | Balance | — | — | — | — | — | — | — | — | — | — | — | (5.00) | With USD-C 0013865:1C |
| | 113504 | 40275357 | 20/04/2018 08:53:03 | Buy | 0.0200 | GBPUSD | 1.40685 | 1.40400 | 141.80000 | 20/04/2018 10:31:42 | 1.40399 | (0.08) | 0.00 | 0.00 | 0.00 | (5.72) | [sl] |
| | 113504 | 40275392 | 20/04/2018 08:21:19 | Sell | 0.0200 | EURCHF | 1.20001 | 1.20100 | 1.19750 | 20/04/2018 10:52:11 | 1.19750 | (0.08) | 0.00 | 0.00 | 0.00 | 5.17 | [tp] |
| | 113504 | 40275462 | 20/04/2018 08:03:04 | Buy | 0.0100 | XAUUSD | 1,341.97000 | 1,340.00000 | 1,350.00000 | 20/04/2018 12:27:42 | 1,340.01000 | (0.04) | 0.00 | 0.00 | 0.00 | (1.96) | [sl] |
| | 113504 | 40275336 | 20/04/2018 09:34:40 | Buy | 0.0200 | GBPJPY | 151.08300 | 150.90000 | 152.00000 | 20/04/2018 15:49:09 | 151.10300 | (0.08) | 0.00 | 0.00 | 0.00 | 0.37 | |
| | 113504 | 40275498 | 20/04/2018 13:24:57 | Sell | 0.0200 | USDJPY | 107.70300 | 107.84500 | 107.30000 | 20/04/2018 17:42:37 | 107.84600 | (0.08) | 0.00 | 0.00 | 0.00 | (2.65) | [sl] |
| | 113504 | 40406090 | 23/04/2018 02:37:21 | Sell | 0.0400 | USDJPY | 107.64800 | 107.92700 | 107.23700 | 23/04/2018 05:32:29 | 107.80900 | (0.16) | 0.00 | 0.00 | 0.00 | 1.45 | |
| | 113504 | 40425681 | 23/04/2018 06:18:17 | Balance | — | — | — | — | — | — | — | — | — | — | — | (30.70) | With USD-C 0013865:1C |
| | 113504 | 40425956 | 23/04/2018 08:20:08 | Balance | — | — | — | — | — | — | — | — | — | — | — | 35.70 | Dep USD-0 0013865:1C |
| | 113504 | 40417082 | 23/04/2018 09:26:08 | Sell | 0.0400 | USDJPY | 107.85900 | 107.99000 | 107.20000 | 23/04/2018 11:58:06 | 107.99000 | (0.16) | 0.00 | 0.00 | 0.00 | (4.85) | [sl] |
| | 113504 | 40417082 | 23/04/2018 11:14:00 | Buy | 0.0400 | EURUSD | 1.22520 | 1.22300 | 1.23989 | 23/04/2018 12:25:19 | 1.22300 | (0.15) | 0.00 | 0.00 | 0.00 | (8.80) | [sl] |
| | 113504 | 40550405 | 24/04/2018 10:55:53 | Sell | 0.0100 | USDCHF | 0.97842 | 0.97910 | 0.97586 | 24/04/2018 11:50:52 | 0.97922 | (0.04) | 0.00 | 0.00 | 0.00 | (0.82) | [sl] |
| | 113504 | 40550420 | 24/04/2018 10:54:20 | Buy | 0.0400 | EURUSD | 1.21963 | 1.21780 | 1.22734 | 24/04/2018 15:12:53 | 1.22105 | (0.16) | 0.00 | 0.00 | 0.00 | 5.68 | |
| | 113504 | 40550435 | 24/04/2018 10:54:49 | Buy | 0.0200 | EURCHF | 1.19338 | 1.19244 | 1.19682 | 24/04/2018 15:13:08 | 1.19431 | (0.08) | 0.00 | 0.00 | 0.00 | 1.90 | |
| | 113504 | 40550366 | 24/04/2018 10:53:01 | Sell | 0.0400 | USDJPY | 108.88500 | 108.98200 | 108.18400 | 24/04/2018 15:44:58 | 108.98200 | (0.16) | 0.00 | 0.00 | 0.00 | (3.56) | [sl] |
| | 113504 | 40550406 | 24/04/2018 10:53:43 | Buy | 0.0200 | GBPUSD | 1.39240 | 1.39144 | 1.39944 | 24/04/2018 17:22:04 | 1.39684 | (0.08) | 0.00 | 0.00 | 0.00 | 8.88 | |
| | 113504 | 40573252 | 24/04/2018 18:11:22 | Sell | 0.0200 | USDJPY | 108.98700 | 0.00000 | 108.43800 | 24/04/2018 19:38:56 | 108.84900 | (0.08) | 0.00 | 0.00 | 0.00 | 2.54 | |
| | 113504 | 40588827 | 24/04/2018 17:22:15 | Sell | 0.0100 | USDJPY | 109.07100 | 0.00000 | 108.79900 | 24/04/2018 18:38:58 | 108.85200 | (0.04) | 0.00 | 0.00 | 0.00 | 2.01 | |
| | 113504 | 40712830 | 25/04/2018 16:35:09 | Sell | 0.0500 | USDJPY | 109.25900 | 109.33000 | 108.75700 | 25/04/2018 17:32:43 | 109.33000 | (0.20) | 0.00 | 0.00 | 0.00 | (3.25) | [sl] |
| | 113504 | 40720152 | 25/04/2018 17:34:46 | Buy | 0.0100 | XAUUSD | 1,319.83000 | 0.00000 | 1,328.87000 | 25/04/2018 18:47:26 | 1,320.67000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.74 | |
| | 113504 | 40715114 | 25/04/2018 16:54:24 | Buy | 0.0100 | XAUUSD | 1,321.55000 | 0.00000 | 1,331.00000 | 25/04/2018 21:05:29 | 1,321.80000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.25 | |
| | 113504 | 40715080 | 25/04/2018 16:53:54 | Buy | 0.0100 | XAUUSD | 1,321.80000 | 0.00000 | 1,328.50000 | 25/04/2018 21:52:12 | 1,322.16000 | (0.04) | 0.00 | 0.00 | 0.00 | 0.36 | |
| | 113504 | 40113936 | 25/04/2018 16:44:15 | Buy | 0.0200 | XAUUSD | 1,322.48000 | 0.00000 | 1,328.30000 | 25/04/2018 22:57:11 | 1,322.72000 | (0.08) | 0.00 | 0.00 | 0.00 | 0.48 | |
| | 113504 | 40715148 | 25/04/2018 16:54:51 | Sell | 0.0100 | USDJPY | 109.15700 | 0.00000 | 108.77900 | 26/04/2018 14:15:36 | 109.14300 | (0.04) | 0.00 | 0.00 | 0.00 | (0.19) | 0.13 |
| | 113504 | 40720060 | 25/04/2018 17:34:06 | Sell | 0.0200 | USDJPY | 109.28800 | 0.00000 | 108.73300 | 26/04/2018 14:39:37 | 109.12300 | (0.08) | 0.00 | 0.00 | (0.37) | 3.02 | to #407981 |
| | 113504 | 40796170 | 25/04/2018 17:34:06 | Sell | 0.0300 | USDJPY | 109.28800 | 0.00000 | 108.73300 | 26/04/2018 14:40:27 | 109.12900 | (0.12) | 0.00 | 0.00 | (0.56) | 4.37 | from #4072 |
| | 113504 | 40714681 | 25/04/2018 18:49:01 | Sell | 0.0100 | USDJPY | 109.12890 | 0.00000 | 108.82100 | 26/04/2018 14:40:33 | 109.13100 | (0.04) | 0.00 | 0.00 | (0.19) | (0.03) | |
| | 113504 | 40913794 | 27/04/2018 19:59:12 | Balance | — | — | — | — | — | — | — | — | — | — | — | 918.91 | Dep USD-0 0013865:1C |
| | 113504 | 40878016 | 30/04/2018 10:26:02 | Buy | 0.0500 | GBPUSD | 1.37534 | 0.00000 | 0.00000 | 30/04/2018 17:32:08 | 1.37677 | (0.20) | 0.00 | 0.00 | 0.00 | 7.15 | |
| | 113504 | 40978390 | 30/04/2018 10:31:26 | Buy | 0.0500 | GBPUSD | 1.37517 | 0.00000 | 0.00000 | 30/04/2018 17:30:14 | 1.37665 | (0.20) | 0.00 | 0.00 | 0.00 | 7.40 | |
| | 113504 | 40978426 | 30/04/2018 10:31:44 | Buy | 0.0500 | GBPUSD | 1.37514 | 0.00000 | 1.37807 | 30/04/2018 17:30:19 | 1.37695 | (0.20) | 0.00 | 0.00 | 0.00 | 9.06 | |
| | 113504 | 40978480 | 30/04/2018 10:32:08 | Buy | 0.0500 | GBPUSD | 1.37515 | 0.00000 | 0.00000 | 30/04/2018 17:30:23 | 1.37688 | (0.20) | 0.00 | 0.00 | 0.00 | 8.65 | |
| | 113504 | 40978670 | 30/04/2018 10:34:37 | Buy | 0.0500 | GBPUSD | 1.37507 | 0.00000 | 0.00000 | 30/04/2018 17:30:28 | 1.37673 | (0.20) | 0.00 | 0.00 | 0.00 | 8.30 | |
| | 113504 | 40978710 | 30/04/2018 10:35:13 | Buy | 0.0500 | GBPUSD | 1.37489 | 0.00000 | 0.00000 | 30/04/2018 17:30:34 | 1.37654 | (0.20) | 0.00 | 0.00 | 0.00 | 8.25 | |
| | 113504 | 40978730 | 30/04/2018 10:35:40 | Buy | 0.0500 | GBPUSD | 1.37526 | 0.00000 | 0.00000 | 30/04/2018 17:30:40 | 1.37689 | (0.20) | 0.00 | 0.00 | 0.00 | 7.15 | |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113504 | 40978753 | 30/04/2018 10:36:00 | Buy | 0.0500 | GBPUSD | 1.37538 | 0.00000 | 0.00000 | 30/04/2018 17:30:45 | 1.37651 | (0.20) | 0.00 | 0.00 | 0.00 | 5.55 | |
| 113504 | 40979359 | 30/04/2018 10:46:58 | Buy | 0.0500 | GBPUSD | 1.37529 | 0.00000 | 0.00000 | 30/04/2018 17:30:50 | 1.37651 | (0.20) | 0.00 | 0.00 | 0.00 | 6.15 | |
| 113504 | 40978766 | 30/04/2018 10:36:07 | Buy | 0.0500 | GBPUSD | 1.37551 | 0.00000 | 1.37807 | 30/04/2018 17:30:57 | 1.37665 | (0.20) | 0.00 | 0.00 | 0.00 | 5.70 | |
| 113504 | 40979165 | 30/04/2018 10:42:32 | Buy | 0.0500 | GBPUSD | 1.37508 | 0.00000 | 0.00000 | 30/04/2018 17:31:16 | 1.37644 | (0.20) | 0.00 | 0.00 | 0.00 | 6.80 | |
| 113504 | 40978787 | 30/04/2018 10:38:28 | Buy | 0.0500 | GBPUSD | 1.37546 | 0.00000 | 0.00000 | 30/04/2018 17:31:31 | 1.37640 | (0.20) | 0.00 | 0.00 | 0.00 | 4.70 | |
| 113504 | 40978849 | 30/04/2018 10:37:07 | Buy | 0.0500 | GBPUSD | 1.37519 | 0.00000 | 0.00000 | 30/04/2018 17:34:28 | 1.37656 | (0.20) | 0.00 | 0.00 | 0.00 | 6.85 | |
| 113504 | 40979153 | 30/04/2018 10:42:23 | Buy | 0.0500 | GBPUSD | 1.37507 | 0.00000 | 0.00000 | 30/04/2018 17:34:39 | 1.37646 | (0.20) | 0.00 | 0.00 | 0.00 | 6.95 | |
| 113504 | 40973296 | 30/04/2018 10:34:52 | Buy | 0.2500 | GBPUSD | 1.37488 | 0.00000 | 1.38159 | 30/04/2018 17:34:40 | 1.37646 | (1.00) | 0.00 | 0.00 | 0.00 | 39.50 | |
| 113504 | 41178893 | 02/05/2018 07:50:44 | | 0.2500 | EURUSD | 1.19680 | 0.00000 | 0.00000 | 02/05/2018 07:51:56 | 1.20038 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| 113504 | 41177035 | 02/05/2018 07:50:09 | Balance | – | | | | | | | – | – | – | – | (100.00) | With USD-C 0013865:1C |
| 113504 | 41182942 | 02/05/2018 16:36:14 | Sell | 0.1500 | USDCHF | 0.99699 | 0.99800 | 0.98707 | 02/05/2018 16:47:29 | 0.99800 | (0.60) | 0.00 | 0.00 | 0.00 | (15.18) | [sl] |
| 113504 | 41228736 | 02/05/2018 17:02:13 | Sell | 0.2500 | USDJPY | 109.91500 | 109.95000 | 109.64300 | 02/05/2018 17:35:15 | 109.94900 | (1.00) | 0.00 | 0.00 | 0.00 | (7.50) | [sl] |
| 113504 | 41229322 | 02/05/2018 17:05:09 | Buy | 0.1000 | EURUSD | 1.19711 | 1.19620 | 0.00000 | 02/05/2018 17:37:30 | 1.19621 | (0.40) | 0.00 | 0.00 | 0.00 | (9.00) | [sl] |
| 113504 | 41176960 | 02/05/2018 16:47:25 | Buy | 0.2500 | EURUSD | 1.19808 | 1.19800 | 1.20800 | 02/05/2018 17:39:08 | 1.19800 | (1.00) | 0.00 | 0.00 | 0.00 | (52.00) | [sl] |
| 113504 | 41227521 | 02/05/2018 16:56:12 | Buy | 0.2000 | EURUSD | 1.19745 | 1.19603 | 1.20640 | 02/05/2018 17:39:08 | 1.19600 | (0.80) | 0.00 | 0.00 | 0.00 | (29.00) | [sl] |
| 113504 | 41176996 | 02/05/2018 16:48:03 | Sell | 0.2500 | USDJPY | 109.89200 | 109.99200 | 109.19200 | 02/05/2018 17:39:50 | 109.99200 | (1.00) | 0.00 | 0.00 | 0.00 | (22.73) | [sl] |
| 113504 | 41229359 | 02/05/2018 17:05:24 | Buy | 0.1000 | XAUUSD | 1,304.87000 | 1,303.80000 | 1,312.40000 | 02/05/2018 17:55:44 | 1,305.26000 | (0.40) | 0.00 | 0.00 | 0.00 | 3.90 | |
| 113504 | 41227968 | 02/05/2018 18:58:55 | Buy | 0.1000 | XAUUSD | 1,305.26000 | 1,302.91000 | 1,314.42000 | 02/05/2018 17:59:02 | 1,305.68000 | (0.40) | 0.00 | 0.00 | 0.00 | 4.20 | |
| 113504 | 41227334 | 02/05/2018 16:55:11 | Buy | 0.2000 | XAUUSD | 1,305.79000 | 1,302.91000 | 1,306.18000 | 02/05/2018 18:00:15 | 1,306.20000 | (0.80) | 0.00 | 0.00 | 0.00 | 8.20 | [tp] |
| 113504 | 41242492 | 02/05/2018 18:58:06 | Sell | 0.0100 | EURUSD | 1.19653 | 0.00000 | 0.00000 | 02/05/2018 19:13:49 | 1.19639 | (0.04) | 0.00 | 0.00 | 0.00 | 0.14 | |
| 113504 | 41584714 | 07/05/2018 06:16:39 | | 1.0000 | USDJPY | 108.66100 | 108.58100 | 109.08100 | 07/05/2018 19:01:06 | 109.15400 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| 113504 | 41705302 | 08/05/2018 11:26:50 | Buy | 1.0000 | EURUSD | 1.18987 | 1.18889 | 1.19417 | 08/05/2018 11:31:43 | 1.18888 | (4.00) | 0.00 | 0.00 | 0.00 | (99.00) | [sl] |
| 113504 | 41806321 | 08/05/2018 20:10:08 | Balance | – | | | | | | | – | – | – | – | (700.00) | With USD-C 0013865:11 |
| 113504 | 41871685 | 09/05/2018 09:17:38 | Buy | 0.0500 | EURUSD | 1.18453 | 0.00000 | 0.00000 | 09/05/2018 09:33:45 | 1.18328 | (0.20) | 0.00 | 0.00 | 0.00 | (6.25) | so: 69.9%/48.9... |
| 113504 | 41871639 | 09/05/2018 09:17:03 | Buy | 0.0500 | EURUSD | 1.18441 | 0.00000 | 0.00000 | 09/05/2018 09:45:52 | 1.18303 | (0.20) | 0.00 | 0.00 | 0.00 | (6.90) | so: 69.9%/40.6... |
| 113504 | 41871781 | 09/05/2018 09:18:34 | Sell | 0.0500 | USDJPY | 109.54400 | 0.00000 | 109.19300 | 09/05/2018 10:12:12 | 109.72400 | (0.20) | 0.00 | 0.00 | 0.00 | (8.20) | so: 69.9%/32.3... |
| 113504 | 41871801 | 09/05/2018 09:18:53 | Sell | 0.0500 | USDJPY | 109.54700 | 0.00000 | 0.00000 | 09/05/2018 10:18:45 | 109.77100 | (0.20) | 0.00 | 0.00 | 0.00 | (10.20) | so: 69.9%/25.3... |
| 113504 | 41872184 | 09/05/2018 09:23:37 | Sell | 0.0100 | USDJPY | 109.57800 | 0.00000 | 0.00000 | 10/05/2018 15:50:47 | 109.48300 | (0.04) | 0.00 | 0.00 | (0.18) | 0.87 | |
| 113504 | 41871996 | 09/05/2018 09:21:54 | Buy | 0.0300 | EURUSD | 1.18432 | 0.00000 | 0.00000 | 10/05/2018 15:51:06 | 1.19119 | (0.12) | 0.00 | 0.00 | (0.56) | 20.61 | |
| 113504 | 41872142 | 09/05/2018 09:23:10 | Buy | 0.0300 | EURUSD | 1.18416 | 0.00000 | 0.00000 | 10/05/2018 15:51:14 | 1.19130 | (0.12) | 0.00 | 0.00 | (0.56) | 21.42 | |
| 113504 | 41871965 | 09/05/2018 09:21:31 | Sell | 0.0500 | USDJPY | 109.56900 | 0.00000 | 0.00000 | 10/05/2018 15:51:19 | 109.49000 | (0.20) | 0.00 | 0.00 | (0.92) | 3.61 | |
| 113504 | 42704950 | 16/05/2018 19:53:38 | Balance | – | | | | | | | – | – | – | – | 1,000.00 | Dep USD-0 0013865:11 |
| 113504 | 43492387 | 24/06/2018 08:15:18 | Balance | – | | | | | | | – | – | – | – | 1,000.00 | Dep USD-0 0013865:11 |
| 113504 | 43710985 | 26/05/2018 04:59:24 | | 0.2000 | BTCUSD | 7,226.00000 | 7,150.00000 | 8,000.00000 | 26/05/2018 05:00:25 | 7,447.89000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| 113504 | 43859296 | 29/05/2018 09:25:39 | Buy | 0.5000 | GBPUSD | 1.32955 | 1.32917 | 1.33290 | 29/05/2018 09:25:48 | 1.32911 | (2.00) | 0.00 | 0.00 | 0.00 | (22.00) | [sl] |
| 113504 | 43859217 | 29/05/2018 09:25:48 | Buy | 0.5000 | EURUSD | 1.16085 | 1.15969 | 1.17500 | 29/05/2018 09:39:39 | 1.15968 | (2.00) | 0.00 | 0.00 | 0.00 | 158.50 | [sl] |
| 113504 | 43957554 | 29/05/2018 15:57:52 | Balance | – | | | | | | | – | – | – | – | 15,000.00 | Dep USD-0 0013865:11 |
| 113504 | 44332241 | 31/05/2018 17:42:39 | Balance | – | | | | | | | – | – | – | – | 13,000.00 | Dep USD-0 0013865:12 |
| 113504 | 44530109 | 04/06/2018 02:09:15 | Balance | – | | | | | | | – | – | – | – | (30,005.71) | With USD-C 0013865:12 |

## Open Trades

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Working Orders

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Market Price | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|

9/5/2018                                    Account Statement Report

**Account Summary**

| Current Balance | Equity | Floating PnL | Closed PnL |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | (5,674.75) |



## Account Statement Report

USD-002-0013865

December 31, 2014 17:00:00 EST - August 1, 2018 17:00:00 EST

### Closed Transactions

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 100008920 | 42043008 | 10/05/2018 17:28:51 | Buy | 0.1496 | GBPJPY | 147.53000 | 0.00000 | 0.00000 | 10/05/2018 18:18:56 | 147.75700 | (0.60) | 0.00 | 0.00 | 0.00 | 30.98 | |
| | 100008920 | 42042951 | 10/05/2018 17:09:29 | Buy | 0.1496 | GBPJPY | 147.72000 | 0.00000 | 0.00000 | 10/05/2018 18:19:00 | 147.74900 | (0.60) | 0.00 | 0.00 | 0.00 | 3.96 | |
| | 100008920 | 42042961 | 10/05/2018 17:13:48 | Buy | 0.1496 | GBPJPY | 147.65000 | 0.00000 | 0.00000 | 10/05/2018 18:19:00 | 147.74900 | (0.60) | 0.00 | 0.00 | 0.00 | 13.51 | |
| | 100008920 | 42055080 | 10/05/2018 17:02:25 | Buy | 0.0499 | GBPJPY | 147.91000 | 0.00000 | 0.00000 | 10/05/2018 18:19:00 | 147.74900 | (0.20) | 0.00 | 0.00 | 0.00 | (7.33) | |
| | 100008920 | 42304855 | 14/05/2018 21:06:07 | Buy | 1.4995 | XAUUSD | 1,314.10000 | 0.00000 | 0.00000 | 15/05/2018 14:12:35 | 1,307.68000 | (6.00) | 0.00 | 0.00 | (1.35) | (962.67) | |
| | 100008920 | 42304870 | 14/05/2018 21:00:11 | Buy | 0.9997 | XAUUSD | 1,315.40000 | 0.00000 | 0.00000 | 15/05/2018 14:12:38 | 1,307.84000 | (4.00) | 0.00 | 0.00 | (0.90) | (775.74) | |
| | 100008920 | 42304886 | 14/05/2018 20:58:06 | Buy | 0.7497 | XAUUSD | 1,316.10000 | 0.00000 | 0.00000 | 15/05/2018 14:12:42 | 1,307.62000 | (3.00) | 0.00 | 0.00 | (0.68) | (635.78) | |
| | 100008920 | 42304913 | 14/05/2018 20:48:47 | Buy | 0.4998 | XAUUSD | 1,316.72000 | 0.00000 | 0.00000 | 15/05/2018 14:12:45 | 1,307.58000 | (2.00) | 0.00 | 0.00 | (0.45) | (456.85) | |
| | 100008920 | 43200484 | 22/05/2018 15:45:45 | Buy | 0.9999 | EURUSD | 1.17860 | 0.00000 | 0.00000 | 23/05/2018 10:06:22 | 1.17338 | (4.00) | 0.00 | 0.00 | (6.25) | (521.94) | |
| | 100008920 | 43200616 | 22/05/2018 17:50:05 | Buy | 2.4997 | EURUSD | 1.17730 | 0.00000 | 0.00000 | 23/05/2018 10:06:22 | 1.17338 | (10.00) | 0.00 | 0.00 | (15.63) | (979.68) | |
| | 100008920 | 43200971 | 22/05/2018 15:55:16 | Buy | 0.4999 | EURUSD | 1.17760 | 0.00000 | 0.00000 | 23/05/2018 10:06:22 | 1.17338 | (2.00) | 0.00 | 0.00 | (3.13) | (210.97) | |
| | 100008920 | 43201002 | 23/05/2018 04:40:12 | Buy | 0.4999 | EURUSD | 1.17690 | 0.00000 | 0.00000 | 23/05/2018 10:06:22 | 1.17338 | (2.00) | 0.00 | 0.00 | 0.00 | (175.98) | |
| | 100008920 | 43308018 | 23/05/2018 10:01:48 | Buy | 0.4999 | EURUSD | 1.17500 | 0.00000 | 0.00000 | 23/05/2018 10:06:22 | 1.17338 | (2.00) | 0.00 | 0.00 | 0.00 | (80.99) | |
| | 100008920 | 43200563 | 22/05/2018 15:53:59 | Buy | 1.9998 | EURUSD | 1.17800 | 0.00000 | 0.00000 | 23/05/2018 10:06:23 | 1.17338 | (8.00) | 0.00 | 0.00 | (12.50) | (923.89) | |
| | 100008920 | 43639782 | 25/05/2018 11:26:47 | Sell | 0.1000 | XAUUSD | 1,304.50000 | 0.00000 | 0.00000 | 25/05/2018 11:51:11 | 1,305.55000 | (0.40) | 0.00 | 0.00 | 0.00 | (10.50) | |
| | 100008920 | 43639763 | 25/05/2018 11:34:10 | Sell | 0.1000 | XAUUSD | 1,304.85000 | 0.00000 | 0.00000 | 25/05/2018 11:51:14 | 1,305.55000 | (0.40) | 0.00 | 0.00 | 0.00 | (7.00) | |
| | 100008920 | 43930375 | 29/05/2018 15:23:02 | Buy | 0.9999 | XAUUSD | 1,300.00000 | 0.00000 | 0.00000 | 29/05/2018 15:42:14 | 1,297.01000 | (4.00) | 0.00 | 0.00 | 0.00 | (298.96) | |
| | 100008920 | 43930442 | 29/05/2018 15:23:56 | Buy | 1.4998 | XAUUSD | 1,299.50000 | 0.00000 | 0.00000 | 29/05/2018 15:42:16 | 1,297.01000 | (6.00) | 0.00 | 0.00 | 0.00 | (373.45) | |
| | 100008920 | 43930476 | 29/05/2018 15:23:57 | Buy | 1.4998 | XAUUSD | 1,299.10000 | 0.00000 | 0.00000 | 29/05/2018 15:42:19 | 1,297.10000 | (6.00) | 0.00 | 0.00 | 0.00 | (299.96) | |
| | 100008920 | 43930529 | 29/05/2018 15:23:57 | Buy | 1.9998 | XAUUSD | 1,298.20000 | 0.00000 | 0.00000 | 29/05/2018 15:42:22 | 1,297.09000 | (8.00) | 0.00 | 0.00 | 0.00 | (221.97) | |

### Open Trades

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Working Orders

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Market Price | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Account Summary

| Current Balance | Equity | Floating PnL | Closed PnL |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | (7,006.07) |



**Account Statement Report**

USD-003-0013865

December 31, 2014 17:00:00 EST - August 1, 2018 17:00:00 EST

**Closed Transactions**

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 149903 | 44530110 | 04/06/2018 02:09:17 | Balance | – | – | – | – | – | – | – | – | – | – | – | 30,005.71 | Dep:USD-003-0013865:121987 |
| | 149903 | 44589553 | 04/06/2018 11:15:26 | Sell | 2.0000 | USDJPY | 109.47000 | 109.53100 | 109.21000 | 04/06/2018 11:21:16 | 109.53100 | (8.00) | 0.00 | 0.00 | 0.00 | (111.38) | [sl] |
| | 149903 | 44564259 | 04/09/2018 08:01:48 | Sell | 2.0000 | USDJPY | 109.83200 | 109.90000 | 109.15000 | 04/06/2018 16:03:13 | 109.50100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44564139 | 04/09/2018 08:00:05 | Sell | 1.5000 | USDJPY | 109.80000 | 109.89000 | 109.15000 | 04/06/2018 16:03:17 | 109.49700 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44777874 | 05/06/2018 16:08:24 | Sell | 0.2000 | USDJPY | 109.60100 | 109.34500 | 0.00000 | 06/06/2018 16:59:31 | 109.79200 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44778020 | 05/06/2018 16:09:51 | Sell | 0.3000 | USDJPY | 109.54900 | 109.34500 | 0.00000 | 05/06/2018 16:59:34 | 109.79000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44778061 | 05/06/2018 16:10:29 | Sell | 0.5000 | USDJPY | 109.49800 | 109.34500 | 0.00000 | 05/06/2018 16:59:37 | 109.79100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44783044 | 05/06/2018 16:49:56 | Sell | 0.2000 | USOil | 64.24000 | 64.18000 | 65.05000 | 05/06/2018 17:32:28 | 64.78000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44906303 | 06/06/2018 10:48:31 | Buy | 5.0000 | USDCHF | 0.98491 | 0.98401 | 0.98575 | 06/06/2018 11:45:37 | 0.98575 | (20.00) | 0.00 | 0.00 | 0.00 | 426.07 | [tp] |
| | 149903 | 44918689 | 06/06/2018 11:52:06 | Buy | 20.0000 | USDCHF | 0.98571 | 0.98499 | 0.98610 | 06/06/2018 12:00:40 | 0.98610 | (80.00) | 0.00 | 0.00 | 0.00 | 790.99 | [tp] |
| | 149903 | 44907963 | 06/06/2018 10:42:08 | Buy | 2.0000 | USDCHF | 0.98426 | 0.98356 | 0.98624 | 06/06/2018 12:01:12 | 0.98624 | (8.00) | 0.00 | 0.00 | 0.00 | 401.52 | [tp] |
| | 149903 | 44908772 | 06/06/2018 10:46:15 | Buy | 5.0000 | USDCHF | 0.98476 | 0.98655 | 0.98712 | 06/06/2018 12:54:25 | 0.98712 | (20.00) | 0.00 | 0.00 | 0.00 | 1,195.40 | [tp] |
| | 149903 | 44905222 | 06/06/2018 10:30:48 | Buy | 2.0000 | USDCHF | 0.98433 | 0.98700 | 0.98772 | 06/06/2018 12:58:19 | 0.98699 | (8.00) | 0.00 | 0.00 | 0.00 | 539.01 | [sl] |
| | 149903 | 44904531 | 06/06/2018 10:28:20 | Buy | 2.0000 | USDCHF | 0.98456 | 0.98700 | 0.98741 | 06/06/2018 12:58:19 | 0.98699 | (8.00) | 0.00 | 0.00 | 0.00 | 492.41 | [sl] |
| | 149903 | 44908999 | 06/06/2018 10:47:26 | Buy | 5.0000 | USDCHF | 0.98478 | 0.98700 | 0.00000 | 06/06/2018 12:58:19 | 0.98699 | (20.00) | 0.00 | 0.00 | 0.00 | 1,119.57 | [sl] |
| | 149903 | 44908481 | 06/06/2018 10:45:28 | Buy | 5.0000 | USDCHF | 0.98459 | 0.98700 | 0.00000 | 06/06/2018 12:58:19 | 0.98699 | (20.00) | 0.00 | 0.00 | 0.00 | 1,215.87 | [sl] |
| | 149903 | 44900949 | 06/06/2018 10:51:53 | Buy | 10.0000 | USDCHF | 0.98485 | 0.98700 | 0.00000 | 06/06/2018 12:58:19 | 0.98699 | (40.00) | 0.00 | 0.00 | 0.00 | 2,168.21 | [sl] |
| | 149903 | 44909633 | 06/06/2018 10:50:10 | Buy | 10.0000 | USDCHF | 0.98497 | 0.98700 | 0.98838 | 06/06/2018 12:58:19 | 0.98699 | (40.00) | 0.00 | 0.00 | 0.00 | 2,046.63 | [sl] |
| | 149903 | 44909307 | 06/06/2018 10:48:34 | Buy | 5.0000 | USDCHF | 0.98489 | 0.98700 | 0.00000 | 06/06/2018 12:58:19 | 0.98699 | (20.00) | 0.00 | 0.00 | 0.00 | 1,063.84 | [sl] |
| | 149903 | 44915329 | 06/06/2018 11:26:00 | Buy | 10.0000 | USDCHF | 0.98488 | 0.98695 | 0.00000 | 06/06/2018 12:58:22 | 0.98699 | (40.00) | 0.00 | 0.00 | 0.00 | 2,137.81 | [sl] |
| | 149903 | 44925484 | 06/06/2018 13:06:54 | Sell | 0.2500 | GBPJPY | 147.99000 | 147.95000 | 143.00000 | 06/06/2018 14:15:19 | 147.95100 | (1.00) | 0.00 | 0.00 | 0.00 | 8.85 | [sl] |
| | 149903 | 45006706 | 07/06/2018 00:20:46 | Sell | 1.0000 | GBPJPY | 148.56000 | 148.75000 | 143.00000 | 07/06/2018 00:27:17 | 147.73200 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45006659 | 07/06/2018 00:19:21 | Sell | 3.5000 | EURUSD | 1.18530 | 0.00000 | 1.15000 | 07/06/2018 00:27:17 | 1.17747 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45006679 | 07/06/2018 00:19:53 | Sell | 5.0000 | EURUSD | 1.18940 | 0.00000 | 1.15000 | 07/06/2018 00:27:37 | 1.17747 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45019919 | 07/06/2018 03:49:20 | Sell | 1.5000 | GBPJPY | 148.00000 | 148.10000 | 146.90000 | 07/06/2018 03:50:56 | 147.90000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45019982 | 07/06/2018 03:50:05 | Sell | 1.5000 | GBPJPY | 148.05000 | 148.10000 | 146.92000 | 07/06/2018 03:51:07 | 147.88500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44993562 | 06/06/2018 20:51:47 | Sell | 2.5000 | EURUSD | 1.17310 | 1.17210 | 1.18520 | 07/06/2018 04:23:47 | 1.17990 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44993598 | 06/06/2018 20:52:10 | Sell | 2.5000 | EURUSD | 1.17380 | 1.17210 | 1.18520 | 07/06/2018 04:23:49 | 1.17988 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44993625 | 06/06/2018 20:52:23 | Sell | 2.5000 | EURUSD | 1.17450 | 1.17210 | 1.18520 | 07/06/2018 04:23:52 | 1.17985 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45054634 | 07/06/2018 08:20:44 | Sell | 15.0000 | EURCHF | 1.16423 | 0.00000 | 0.00000 | 07/06/2018 08:21:48 | 1.16153 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45054253 | 07/06/2018 08:13:56 | Sell | 10.0000 | EURCHF | 1.16349 | 1.16468 | 1.15895 | 07/06/2018 08:21:53 | 1.16153 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45054701 | 07/06/2018 08:22:22 | Sell | 15.0000 | EURCHF | 1.16381 | 1.16433 | 1.16075 | 07/06/2018 10:06:34 | 1.16329 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45072709 | 07/06/2018 10:28:32 | Sell | 10.0000 | EURCHF | 1.16136 | 1.16252 | 1.15963 | 07/06/2018 10:49:52 | 1.16254 | (40.00) | 0.00 | 0.00 | 0.00 | (1,201.41) | [sl] |
| | 149903 | 45082746 | 07/06/2018 11:23:30 | Sell | 10.0000 | EURCHF | 1.16094 | 1.16193 | 1.15941 | 07/06/2018 11:39:45 | 1.16090 | (40.00) | 0.00 | 0.00 | 0.00 | 40.72 | |
| | 149903 | 45078370 | 07/06/2018 10:57:45 | Sell | 5.0000 | GBPJPY | 147.95600 | 148.03800 | 147.50000 | 07/06/2018 11:58:39 | 148.03900 | (20.00) | 0.00 | 0.00 | 0.00 | (322.85) | [sl] |
| | 149903 | 45077928 | 07/06/2018 10:55:21 | Sell | 8.0000 | GBPJPY | 147.95300 | 0.00000 | 147.08000 | 07/06/2018 12:07:30 | 148.06700 | (32.00) | 0.00 | 0.00 | 0.00 | (829.58) | |
| | 149903 | 45077882 | 07/06/2018 10:55:03 | Sell | 8.0000 | GBPJPY | 147.94100 | 0.00000 | 147.32100 | 07/06/2018 12:07:37 | 148.06100 | (32.00) | 0.00 | 0.00 | 0.00 | (873.22) | |
| | 149903 | 45070796 | 07/06/2018 10:23:12 | Sell | 15.0000 | EURCHF | 1.16246 | 1.16339 | 1.15738 | 07/06/2018 12:09:59 | 1.16125 | (60.00) | 0.00 | 0.00 | 0.00 | 1,848.23 | |
| | 149903 | 45106898 | 07/06/2018 14:57:58 | Sell | 15.0000 | GBPJPY | 147.85000 | 147.90000 | 146.72000 | 07/06/2018 15:20:53 | 147.73300 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 149903 | 45086995 | 07/06/2018 12:11:38 | | 4.0000 | GBPJPY | 148.56000 | 148.75000 | 142.00000 | 07/06/2018 15:27:16 | 147.82800 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45038790 | 07/06/2018 05:34:36 | | 0.7500 | GBPJPY | 148.58000 | 148.75000 | 142.00000 | 07/06/2018 15:27:16 | 147.84100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45038755 | 07/06/2018 05:34:12 | | 0.5000 | GBPJPY | 148.54000 | 148.75000 | 142.00000 | 07/06/2018 15:27:26 | 147.85000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 44839549 | 05/06/2018 23:10:06 | | 0.5000 | GBPJPY | 148.56000 | 148.75000 | 143.00000 | 07/06/2018 15:27:28 | 147.84700 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45111181 | 07/06/2018 15:20:49 | | 5.0000 | GBPJPY | 147.91000 | 147.96500 | 146.72000 | 07/06/2018 15:55:21 | 147.51500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45120643 | 07/06/2018 16:29:25 | Balance | – | – | – | – | – | | – | – | – | – | – | 5,000.00 | Dep USD-003-0013865:123772 |
| | 149903 | 45106826 | 07/06/2018 15:13:44 | Sell | 2.0000 | GBPJPY | 147.71100 | 147.80000 | 0.00000 | 07/06/2018 17:44:58 | 147.36500 | (8.00) | 0.00 | 0.00 | 0.00 | 629.39 | |
| | 149903 | 45113399 | 07/06/2018 15:36:59 | Sell | 3.0100 | GBPJPY | 147.74900 | 147.80000 | 0.00000 | 07/06/2018 17:45:30 | 147.36800 | (12.04) | 0.00 | 0.00 | 0.00 | 1,048.59 | |
| | 149903 | 45136641 | 07/06/2018 17:58:24 | Sell | 1.0000 | GBPJPY | 147.55400 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (4.00) | 0.00 | 0.00 | 0.00 | (296.45) | [sl] |
| | 149903 | 45135753 | 07/06/2018 18:00:52 | Sell | 2.0000 | GBPJPY | 147.62900 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (8.00) | 0.00 | 0.00 | 0.00 | (456.48) | [sl] |
| | 149903 | 45135582 | 07/06/2018 18:02:00 | Sell | 2.0000 | GBPJPY | 147.67300 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (8.00) | 0.00 | 0.00 | 0.00 | (376.46) | [sl] |
| | 149903 | 45135491 | 07/06/2018 18:01:28 | Sell | 2.0000 | GBPJPY | 147.64500 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (8.00) | 0.00 | 0.00 | 0.00 | (427.38) | [sl] |
| | 149903 | 45135471 | 07/06/2018 17:57:35 | Sell | 2.0000 | GBPJPY | 147.56300 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (8.00) | 0.00 | 0.00 | 0.00 | (576.52) | [sl] |
| | 149903 | 45106863 | 07/06/2018 15:14:57 | Sell | 5.0000 | GBPJPY | 147.78000 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (20.00) | 0.00 | 0.00 | 0.00 | (454.67) | [sl] |
| | 149903 | 45129922 | 07/06/2018 18:00:22 | Sell | 2.0000 | GBPJPY | 147.60200 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (8.00) | 0.00 | 0.00 | 0.00 | (505.59) | [sl] |
| | 149903 | 45129912 | 07/06/2018 17:56:42 | Sell | 2.0000 | GBPJPY | 147.53500 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (8.00) | 0.00 | 0.00 | 0.00 | (627.44) | [sl] |
| | 149903 | 45138307 | 07/06/2018 18:32:51 | Sell | 0.5000 | GBPJPY | 147.80000 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (2.00) | 0.00 | 0.00 | 0.00 | (36.38) | [sl] |
| | 149903 | 45136719 | 07/06/2018 18:00:39 | Sell | 1.0000 | GBPJPY | 147.61700 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (4.00) | 0.00 | 0.00 | 0.00 | (239.16) | [sl] |
| | 149903 | 45136615 | 07/06/2018 17:59:33 | Sell | 1.0000 | GBPJPY | 147.58000 | 147.88000 | 0.00000 | 07/06/2018 18:34:04 | 147.88000 | (4.00) | 0.00 | 0.00 | 0.00 | (272.80) | [sl] |
| | 149903 | 45038822 | 07/06/2018 05:34:57 | | 1.5000 | EURUSD | 1.18530 | 0.00000 | 1.16450 | 08/06/2018 06:44:19 | 1.17988 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45038845 | 07/06/2018 05:35:14 | | 5.0000 | EURUSD | 1.18940 | 0.00000 | 1.16450 | 08/06/2018 06:44:20 | 1.17988 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45148546 | 07/06/2018 19:06:10 | | 0.5000 | GBPJPY | 148.54000 | 148.75000 | 0.00000 | 08/06/2018 06:44:21 | 147.16000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45148557 | 07/06/2018 19:06:17 | | 0.5000 | GBPJPY | 148.56000 | 148.75000 | 0.00000 | 08/06/2018 06:44:22 | 147.16100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45148593 | 07/06/2018 19:06:31 | | 1.0000 | GBPJPY | 148.58000 | 148.75000 | 0.00000 | 08/06/2018 06:44:23 | 147.16100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45296170 | 06/06/2018 16:23:49 | | 2.0000 | GBPJPY | 147.34000 | 0.00000 | 143.00000 | 08/06/2018 16:11:04 | 146.72900 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45298229 | 08/06/2018 16:24:15 | | 2.5000 | GBPJPY | 147.51000 | 0.00000 | 143.00000 | 08/06/2018 18:11:39 | 146.72100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45298273 | 08/06/2018 16:24:39 | | 20.0000 | GBPJPY | 147.68000 | 0.00000 | 143.00000 | 08/06/2018 18:11:42 | 146.73000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45298535 | 08/06/2018 16:26:15 | | 2.5000 | GBPJPY | 147.60000 | 0.00000 | 143.00000 | 08/06/2018 18:11:44 | 146.73000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45579281 | 12/06/2018 10:54:55 | Sell | 8.0000 | EURJPY | 130.05000 | 130.15500 | 129.76500 | 12/06/2018 11:00:12 | 130.15500 | (32.00) | 0.00 | 0.00 | 0.00 | (781.36) | [sl] |
| | 149903 | 45578157 | 12/06/2018 10:48:02 | Sell | 10.0000 | EURJPY | 130.07000 | 130.18000 | 129.52000 | 12/06/2018 11:02:59 | 130.18500 | (40.00) | 0.00 | 0.00 | 0.00 | (987.89) | [sl] |
| | 149903 | 45591502 | 12/06/2018 12:00:36 | Sell | 10.0000 | EURJPY | 129.91300 | 0.00000 | 0.00000 | 12/06/2018 12:40:50 | 129.88100 | (40.00) | 0.00 | 0.00 | 0.00 | 290.60 | |
| | 149903 | 45590720 | 12/06/2018 11:53:39 | Sell | 10.0000 | EURJPY | 129.91000 | 130.13000 | 129.43500 | 12/06/2018 12:40:57 | 129.88300 | (40.00) | 0.00 | 0.00 | 0.00 | 245.19 | |
| | 149903 | 45591887 | 12/06/2018 12:04:16 | Sell | 10.0000 | EURJPY | 129.92300 | 130.10000 | 129.64500 | 12/06/2018 12:41:07 | 129.89700 | (40.00) | 0.00 | 0.00 | 0.00 | 236.11 | |
| | 149903 | 45592587 | 12/06/2018 12:10:04 | Sell | 10.0000 | EURJPY | 129.92100 | 0.00000 | 0.00000 | 12/06/2018 12:41:18 | 129.90900 | (40.00) | 0.00 | 0.00 | 0.00 | 108.97 | |
| | 149903 | 45592371 | 12/06/2018 12:06:54 | Sell | 10.0000 | EURJPY | 129.97000 | 0.00000 | 129.56500 | 12/06/2018 12:42:17 | 129.92100 | (40.00) | 0.00 | 0.00 | 0.00 | 444.91 | |
| | 149903 | 45627342 | 12/06/2018 17:57:56 | | 100.0000 | GBPUSD | 1.33400 | 0.00000 | 1.34000 | 12/06/2018 17:58:10 | 1.33579 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 45703027 | 13/06/2018 08:17:43 | Buy | 5.0000 | XAUUSD | 1,295.29000 | 0.00000 | 0.00000 | 13/06/2018 08:32:17 | 1,295.34000 | (20.00) | 0.00 | 0.00 | 0.00 | 25.00 | |
| | 149903 | 45702423 | 13/06/2018 08:06:57 | Buy | 5.0000 | XAUUSD | 1,294.88000 | 1,294.27000 | 1,297.10000 | 13/06/2018 08:32:19 | 1,295.35000 | (20.00) | 0.00 | 0.00 | 0.00 | 235.00 | |
| | 149903 | 45702729 | 13/06/2018 08:13:31 | Buy | 5.0000 | XAUUSD | 1,295.17000 | 0.00000 | 0.00000 | 13/06/2018 08:32:20 | 1,295.35000 | (20.00) | 0.00 | 0.00 | 0.00 | 90.00 | |
| | 149903 | 45702728 | 13/06/2018 08:13:29 | Buy | 5.0000 | XAUUSD | 1,295.17000 | 1,294.48000 | 1,296.41000 | 13/06/2018 08:32:22 | 1,295.35000 | (20.00) | 0.00 | 0.00 | 0.00 | 90.00 | |
| | 149903 | 45702788 | 13/06/2018 08:14:09 | Buy | 5.0000 | XAUUSD | 1,295.33000 | 0.00000 | 1,296.78000 | 13/06/2018 08:32:34 | 1,295.34000 | (20.00) | 0.00 | 0.00 | 0.00 | 5.00 | |
| | 149903 | 45702790 | 13/06/2018 08:14:10 | Buy | 5.0000 | XAUUSD | 1,295.28000 | 0.00000 | 1,296.67000 | 13/06/2018 08:32:37 | 1,295.34000 | (20.00) | 0.00 | 0.00 | 0.00 | 30.00 | |
| | 149903 | 45702789 | 13/06/2018 08:14:09 | Buy | 5.0000 | XAUUSD | 1,295.33000 | 0.00000 | 0.00000 | 13/06/2018 08:32:38 | 1,295.34000 | (20.00) | 0.00 | 0.00 | 0.00 | 5.00 | |
| | 149903 | 45703025 | 13/06/2018 08:17:43 | Buy | 5.0000 | XAUUSD | 1,295.28000 | 0.00000 | 0.00000 | 13/06/2018 08:32:39 | 1,295.34000 | (20.00) | 0.00 | 0.00 | 0.00 | 30.00 | |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 149903 | 45703024 | 13/06/2018 08:17:42 | Buy | 5.0000 | XAUUSD | 1,295.29000 | 0.00000 | 1,296.58000 | 13/06/2018 08:32:41 | 1,295.34000 | (20.00) | 0.00 | 0.00 | 0.00 | 25.00 | |
| | 149903 | 45703181 | 13/06/2018 08:20:47 | Buy | 5.0000 | XAUUSD | 1,295.44000 | 0.00000 | 0.00000 | 13/06/2018 08:34:37 | 1,295.49000 | (20.00) | 0.00 | 0.00 | 0.00 | 25.00 | |
| | 149903 | 45703178 | 13/06/2018 08:20:47 | Buy | 5.0000 | XAUUSD | 1,295.44000 | 1,294.83000 | 1,295.74000 | 13/06/2018 08:34:39 | 1,295.49000 | (20.00) | 0.00 | 0.00 | 0.00 | 25.00 | |
| | 149903 | 45703186 | 13/06/2018 08:20:48 | Buy | 5.0000 | XAUUSD | 1,295.44000 | 0.00000 | 0.00000 | 13/06/2018 08:34:40 | 1,295.49000 | (20.00) | 0.00 | 0.00 | 0.00 | 25.00 | |
| | 149903 | 45703183 | 13/06/2018 08:20:48 | Buy | 5.0000 | XAUUSD | 1,295.44000 | 0.00000 | 0.00000 | 13/06/2018 08:34:41 | 1,295.48000 | (20.00) | 0.00 | 0.00 | 0.00 | 20.00 | |
| | 149903 | 45709768 | 13/06/2018 09:47:25 | Buy | 5.0000 | EURUSD | 1.17365 | 0.00000 | 0.00000 | 13/06/2018 10:02:25 | 1.17473 | (20.00) | 0.00 | 0.00 | 0.00 | 440.00 | |
| | 149903 | 45709661 | 13/06/2018 09:46:07 | Buy | 5.0000 | EURUSD | 1.17363 | 0.00000 | 0.00000 | 13/06/2018 10:09:54 | 1.17495 | (20.00) | 0.00 | 0.00 | 0.00 | 660.00 | |
| | 149903 | 45709464 | 13/06/2018 09:43:27 | Buy | 5.0000 | EURUSD | 1.17359 | 0.00000 | 1.17714 | 13/06/2018 10:09:56 | 1.17494 | (20.00) | 0.00 | 0.00 | 0.00 | 675.00 | |
| | 149903 | 45764229 | 13/06/2018 16:47:06 | Buy | 10.0000 | USOil | 65.97000 | 65.84000 | 66.35000 | 13/06/2018 17:29:36 | 66.02000 | (40.00) | 0.00 | 0.00 | 0.00 | 500.00 | |
| | 149903 | 45814463 | 13/06/2018 21:32:07 | Buy | 0.5000 | XAUUSD | 1,293.86000 | 0.00000 | 1,298.45000 | 13/06/2018 21:57:46 | 1,298.45000 | (2.00) | 0.00 | 0.00 | 0.00 | 229.50 | [tp] |
| | 149903 | 45808389 | 13/06/2018 21:15:56 | Buy | 0.5000 | XAUUSD | 1,294.34000 | 0.00000 | 1,299.78000 | 13/06/2018 21:57:51 | 1,299.78000 | (2.00) | 0.00 | 0.00 | 0.00 | 272.00 | [tp] |
| | 149903 | 45818081 | 13/06/2018 21:36:45 | Buy | 0.2000 | XAUUSD | 1,293.24000 | 0.00000 | 0.00000 | 13/06/2018 22:00:12 | 1,299.49000 | (0.80) | 0.00 | 0.00 | 0.00 | 125.00 | |
| | 149903 | 45807927 | 13/06/2018 21:14:35 | Buy | 1.0000 | XAUUSD | 1,295.41000 | 0.00000 | 1,303.78000 | 13/06/2018 22:00:15 | 1,299.49000 | (4.00) | 0.00 | 0.00 | 0.00 | 408.00 | |
| | 149903 | 45807966 | 13/06/2018 21:14:44 | Buy | 0.5000 | XAUUSD | 1,295.31000 | 0.00000 | 1,301.63000 | 13/06/2018 22:00:19 | 1,299.60000 | (2.00) | 0.00 | 0.00 | 0.00 | 214.50 | |
| | 149903 | 45811145 | 13/06/2018 21:25:02 | Sell | 1.0000 | USDJPY | 110.71300 | 0.00000 | 0.00000 | 13/06/2018 22:09:53 | 110.55900 | (4.00) | 0.00 | 0.00 | 0.00 | 139.29 | |
| | 149903 | 45816850 | 13/06/2018 21:33:26 | Sell | 0.2500 | USDJPY | 110.79500 | 0.00000 | 0.00000 | 13/06/2018 22:09:53 | 110.56000 | (1.00) | 0.00 | 0.00 | 0.00 | 53.14 | |
| | 149903 | 45809655 | 13/06/2018 21:20:33 | Buy | 0.5000 | EURUSD | 1.17485 | 0.00000 | 1.18048 | 13/06/2018 22:09:54 | 1.17806 | (2.00) | 0.00 | 0.00 | 0.00 | 161.50 | |
| | 149903 | 45809427 | 13/06/2018 21:19:41 | Buy | 1.5000 | EURUSD | 1.17532 | 0.00000 | 1.18081 | 13/06/2018 22:09:58 | 1.17806 | (6.00) | 0.00 | 0.00 | 0.00 | 414.00 | |
| | 149903 | 45809226 | 13/06/2018 21:19:01 | Sell | 0.5000 | USDJPY | 110.71700 | 0.00000 | 110.35400 | 13/06/2018 22:10:00 | 110.56000 | (2.00) | 0.00 | 0.00 | 0.00 | 71.00 | |
| | 149903 | 45809008 | 13/06/2018 21:18:23 | Buy | 0.5000 | GBPUSD | 1.33386 | 0.00000 | 1.33930 | 13/06/2018 22:10:01 | 1.33635 | (2.00) | 0.00 | 0.00 | 0.00 | 124.50 | |
| | 149903 | 45807788 | 13/06/2018 21:14:03 | Buy | 1.0000 | GBPUSD | 1.33434 | 0.00000 | 1.33982 | 13/06/2018 22:10:02 | 1.33624 | (4.00) | 0.00 | 0.00 | 0.00 | 190.00 | |
| | 149903 | 45807497 | 13/06/2018 21:13:18 | Sell | 2.0000 | USDJPY | 110.65900 | 0.00000 | 110.33600 | 13/06/2018 22:10:06 | 110.55100 | (8.00) | 0.00 | 0.00 | 0.00 | 195.38 | |
| | 149903 | 45817164 | 13/06/2018 21:34:27 | Buy | 0.2500 | EURUSD | 1.17355 | 0.00000 | 0.00000 | 13/06/2018 22:10:07 | 1.17812 | (1.00) | 0.00 | 0.00 | 0.00 | 114.25 | |
| | 149903 | 45818772 | 13/06/2018 21:39:06 | Buy | 0.2500 | GBPUSD | 1.33269 | 0.00000 | 1.33962 | 13/06/2018 22:10:09 | 1.33827 | (1.00) | 0.00 | 0.00 | 0.00 | 89.50 | |
| | 149903 | 46169640 | 16/06/2018 17:22:33 | Balance | – | – | – | – | – | – | – | – | – | – | – | (10,000.00) | Wtn:USD-003-0013865:127543 |
| | 149903 | 46169699 | 16/06/2018 17:24:03 | Balance | – | – | – | – | – | – | – | – | – | – | – | (8,000.00) | Wtn:USD-003-0013865:127543 |
| | 149903 | 46229662 | 18/06/2018 10:28:29 | Sell | 5.0000 | USDCHF | 0.99803 | 0.00000 | 0.00000 | 18/06/2018 10:32:13 | 0.99797 | (20.00) | 0.00 | 0.00 | 0.00 | 30.06 | |
| | 149903 | 46229659 | 18/06/2018 10:28:27 | Sell | 5.0000 | USDCHF | 0.99791 | 0.00000 | 0.00000 | 18/06/2018 10:32:58 | 0.99791 | (20.00) | 0.00 | 0.00 | 0.00 | 30.06 | |
| | 149903 | 46229655 | 18/06/2018 10:28:27 | Sell | 5.0000 | USDCHF | 0.99791 | 0.00000 | 0.00000 | 18/06/2018 10:33:02 | 0.99796 | (20.00) | 0.00 | 0.00 | 0.00 | 5.01 | |
| | 149903 | 46229423 | 18/06/2018 10:26:19 | Sell | 5.0000 | USDCHF | 0.99826 | 0.00000 | 0.00000 | 18/06/2018 10:34:18 | 0.99810 | (20.00) | 0.00 | 0.00 | 0.00 | 80.15 | |
| | 149903 | 46229420 | 18/06/2018 10:26:18 | Sell | 5.0000 | USDCHF | 0.99826 | 0.00000 | 0.99498 | 18/06/2018 10:34:26 | 0.99806 | (20.00) | 0.00 | 0.00 | 0.00 | 100.19 | |
| | 149903 | 46226089 | 18/06/2018 10:02:00 | Buy | 2.0000 | XAUUSD | 1,279.44000 | 0.00000 | 1,289.15000 | 18/06/2018 10:38:39 | 1,279.65000 | (8.00) | 0.00 | 0.00 | 0.00 | 42.00 | |
| | 149903 | 46229078 | 18/06/2018 10:22:26 | Sell | 5.0000 | USDCHF | 0.99842 | 0.00000 | 0.00000 | 18/06/2018 10:38:12 | 0.99829 | (20.00) | 0.00 | 0.00 | 0.00 | 65.11 | |
| | 149903 | 46229077 | 18/06/2018 10:22:25 | Sell | 5.0000 | USDCHF | 0.99842 | 0.00000 | 0.99361 | 18/06/2018 10:38:17 | 0.99825 | (20.00) | 0.00 | 0.00 | 0.00 | 85.15 | |
| | 149903 | 46225906 | 18/06/2018 10:00:26 | Sell | 2.0000 | USDCHF | 0.99760 | 0.00000 | 0.99449 | 18/06/2018 10:51:14 | 0.99754 | (8.00) | 0.00 | 0.00 | 0.00 | 12.03 | |
| | 149903 | 46224401 | 18/06/2018 09:45:02 | Sell | 5.0000 | USDCHF | 0.99782 | 0.00000 | 0.99185 | 18/06/2018 10:59:53 | 0.99768 | (20.00) | 0.00 | 0.00 | 0.00 | 70.16 | |
| | 149903 | 46229650 | 18/06/2018 10:28:26 | Sell | 5.0000 | USDCHF | 0.99797 | 0.00000 | 0.00000 | 18/06/2018 11:06:24 | 0.99786 | (20.00) | 0.00 | 0.00 | 0.00 | 55.12 | |
| | 149903 | 46229645 | 18/06/2018 10:28:25 | Sell | 5.0000 | USDCHF | 0.99796 | 0.00000 | 0.00000 | 18/06/2018 11:06:29 | 0.99786 | (20.00) | 0.00 | 0.00 | 0.00 | 50.11 | |
| | 149903 | 46229570 | 18/06/2018 10:27:43 | Sell | 5.0000 | USDCHF | 0.99799 | 0.00000 | 0.00000 | 18/06/2018 11:06:35 | 0.99781 | (20.00) | 0.00 | 0.00 | 0.00 | 90.20 | |
| | 149903 | 46229568 | 18/06/2018 10:27:41 | Sell | 3.0000 | USDCHF | 0.99799 | 0.00000 | 0.99436 | 18/06/2018 11:40:59 | 0.99703 | (12.00) | 0.00 | 0.00 | 0.00 | 288.86 | to #46241115 |
| | 149903 | 46225740 | 18/06/2018 09:59:26 | Buy | 2.0000 | GBPUSD | 1.32478 | 0.00000 | 0.00000 | 18/06/2018 12:23:49 | 1.32485 | (8.00) | 0.00 | 0.00 | 0.00 | 14.00 | |
| | 149903 | 46224645 | 18/06/2018 09:47:53 | Buy | 5.0000 | GBPUSD | 1.32498 | 0.00000 | 1.32972 | 18/06/2018 13:43:41 | 1.32548 | (20.00) | 0.00 | 0.00 | 0.00 | 250.00 | |
| | 149903 | 46241115 | 18/06/2018 10:27:41 | Sell | 2.0000 | USDCHF | 0.99799 | 0.00000 | 0.99291 | 18/06/2018 14:30:16 | 0.99546 | (8.00) | 0.00 | 0.00 | 0.00 | 508.31 | from #46229568 |
| | 149903 | 46224325 | 18/06/2018 09:45:15 | Buy | 5.0000 | GBPUSD | 1.32587 | 0.00000 | 0.00000 | 18/06/2018 14:30:19 | 1.32497 | (20.00) | 0.00 | 0.00 | 0.00 | (450.00) | |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 149903 | 48224104 | 18/06/2018 09:41:26 | Buy | 5.0000 | GBPUSD | 1.32564 | 0.00000 | 1.33400 | 18/06/2018 14:30:20 | 1.32497 | (20.00) | 0.00 | 0.00 | 0.00 | (435.00) | |
| 149903 | 48228191 | 18/06/2018 10:15:39 | Sell | 5.0000 | USDCHF | 0.99870 | 0.00000 | 0.99920 | 18/06/2018 14:30:22 | 0.99548 | (20.00) | 0.00 | 0.00 | 0.00 | 1,817.31 | |
| 149903 | 46392712 | 19/06/2018 10:33:12 | Sell | 5.0000 | USDCAD | 1.32293 | 0.00000 | 1.32019 | 19/06/2018 11:04:34 | 1.32287 | (20.00) | 0.00 | 0.00 | 0.00 | 22.58 | |
| 149903 | 46559767 | 20/06/2018 10:59:28 | Buy | 5.0000 | GBPJPY | 145.03600 | 144.93500 | 0.00000 | 20/06/2018 11:03:22 | 144.92900 | (20.00) | 0.00 | 0.00 | 0.00 | (485.51) | [sl] |
| 149903 | 46577839 | 20/06/2018 13:33:54 | Sell | 0.1200 | USDJPY | 110.10900 | 110.30000 | 109.60000 | 20/06/2018 16:06:22 | 110.06300 | (0.48) | 0.00 | 0.00 | 0.00 | 5.02 | to #46595598 |
| 149903 | 46578926 | 20/06/2018 13:28:26 | Buy | 0.4000 | EURUSD | 1.15668 | 1.15250 | 1.17400 | 20/06/2018 16:09:55 | 1.15902 | (1.60) | 0.00 | 0.00 | 0.00 | 93.80 | to #46596022 |
| 149903 | 46577593 | 20/06/2018 13:30:24 | Buy | 0.4000 | GBPUSD | 1.31592 | 1.31300 | 1.34800 | 20/06/2018 16:10:04 | 1.31884 | (1.60) | 0.00 | 0.00 | 0.00 | 116.80 | to #46596040 |
| 149903 | 46578059 | 20/06/2018 13:36:57 | Buy | 0.1500 | XAUUSD | 1,272.25000 | 1,269.00000 | 1,308.00000 | 20/06/2018 16:10:09 | 1,274.42000 | (0.80) | 0.00 | 0.00 | 0.00 | 32.55 | |
| 149903 | 46577919 | 20/06/2018 13:35:08 | Buy | 0.1500 | XAUUSD | 1,272.55000 | 1,269.00000 | 1,308.00000 | 20/06/2018 16:10:22 | 1,274.61000 | (0.60) | 0.00 | 0.00 | 0.00 | 30.90 | to #46596080 |
| 149903 | 46595598 | 20/06/2018 13:33:54 | Sell | 0.0300 | USDJPY | 110.10900 | 110.30000 | 109.60000 | 20/06/2018 16:10:35 | 110.05600 | (0.12) | 0.00 | 0.00 | 0.00 | 1.47 | to #46596108 |
| 149903 | 46596080 | 20/06/2018 13:36:08 | Buy | 0.1000 | XAUUSD | 1,272.55000 | 1,269.00000 | 1,308.00000 | 20/06/2018 16:31:52 | 1,274.43000 | (0.40) | 0.00 | 0.00 | 0.00 | 18.80 | from #46577919 |
| 149903 | 46596108 | 20/06/2018 13:33:54 | Sell | 0.1000 | USDJPY | 110.10900 | 110.30000 | 109.60000 | 20/06/2018 16:31:56 | 110.07000 | (0.40) | 0.00 | 0.00 | 0.00 | 3.54 | from #46595598 |
| 149903 | 46596040 | 20/06/2018 13:30:24 | Buy | 0.1000 | GBPUSD | 1.31592 | 1.31300 | 1.34800 | 20/06/2018 16:32:01 | 1.31890 | (0.40) | 0.00 | 0.00 | 0.00 | 29.80 | from #46577593 |
| 149903 | 46596022 | 20/06/2018 13:28:26 | Buy | 0.1000 | EURUSD | 1.15668 | 1.15250 | 1.17400 | 20/06/2018 16:32:06 | 1.15848 | (0.40) | 0.00 | 0.00 | 0.00 | 18.00 | from #46578926 |
| 149903 | 46579943 | 20/06/2018 14:05:44 | Buy | 0.1000 | EURUSD | 1.15590 | 1.15300 | 1.17400 | 20/06/2018 16:32:11 | 1.15835 | (0.40) | 0.00 | 0.00 | 0.00 | 24.50 | |
| 149903 | 46612031 | 20/06/2018 17:29:18 | Sell | 0.1500 | USOil | 65.68000 | 0.00000 | 65.03000 | 20/06/2018 18:46:30 | 66.03000 | (0.60) | 0.00 | 0.00 | 0.00 | (52.50) | |
| 149903 | 46612168 | 20/06/2018 17:29:56 | Sell | 2.0000 | USOil | 65.55000 | 0.00000 | 65.03000 | 20/06/2018 18:47:17 | 66.07000 | (8.00) | 0.00 | 0.00 | 0.00 | (1,040.00) | |
| 149903 | 46629874 | 20/06/2018 20:11:30 | Balance | – | | – | | | | – | – | – | – | – | – | (1,400.00) | With USD-003-0013865 1/9354- |
| 149903 | 46960960 | 24/06/2018 18:06:13 | Buy | 0.5000 | LTCUSD | 75.78000 | 0.00000 | 340.00000 | 24/06/2018 19:53:18 | 78.53000 | (2.00) | 0.00 | 0.00 | 0.00 | 137.50 | |
| 149903 | 46963902 | 24/06/2018 19:07:02 | Buy | 0.0700 | ETHUSD | 426.28000 | 0.00000 | 0.00000 | 24/06/2018 19:53:36 | 448.80000 | (0.28) | 0.00 | 0.00 | 0.00 | 157.64 | to #46966946 |
| 149903 | 46962395 | 24/06/2018 18:37:10 | Buy | 0.2000 | LTCUSD | 75.03000 | 0.00000 | 95.00000 | 24/06/2018 19:53:56 | 78.54000 | (0.80) | 0.00 | 0.00 | 0.00 | 70.20 | |
| 149903 | 46964169 | 24/06/2018 19:18:15 | Buy | 0.0500 | LTCUSD | 74.95000 | 0.00000 | 0.00000 | 24/06/2018 19:54:09 | 78.54000 | (0.20) | 0.00 | 0.00 | 0.00 | 17.95 | |
| 149903 | 46962679 | 24/06/2018 18:45:04 | Buy | 0.0500 | BTCUSD | 5,843.63000 | 0.00000 | 11,735.31000 | 24/06/2018 20:07:14 | 9,135.64000 | (0.20) | 0.00 | 0.00 | 0.00 | 146.01 | |
| 149903 | 46963867 | 24/06/2018 19:10:40 | Buy | 0.0500 | BTCUSD | 5,829.41000 | 0.00000 | 18,000.00000 | 24/06/2018 20:07:23 | 9,135.64000 | (0.20) | 0.00 | 0.00 | 0.00 | 153.12 | |
| 149903 | 46963643 | 24/06/2018 19:01:17 | Buy | 0.0100 | BTCUSD | 5,799.18000 | 0.00000 | 0.00000 | 24/06/2018 20:07:35 | 9,135.64000 | (0.04) | 0.00 | 0.00 | 0.00 | 33.65 | |
| 149903 | 46960975 | 24/06/2018 18:06:41 | Buy | 0.0500 | XRPUSD | 0.45199 | 0.00000 | 2.50000 | 24/06/2018 20:07:52 | 0.46628 | (0.20) | 0.00 | 0.00 | 0.00 | 71.45 | |
| 149903 | 47208494 | 26/06/2018 16:42:44 | Buy | 0.0500 | BTCUSD | 6,179.29000 | 0.00000 | 0.00000 | 26/06/2018 19:11:36 | 6,179.19000 | (0.20) | 0.00 | 0.00 | 0.00 | (0.05) | |
| 149903 | 47208907 | 26/06/2018 16:44:48 | Buy | 0.0500 | BTCUSD | 6,164.88000 | 0.00000 | 0.00000 | 26/06/2018 19:18:05 | 6,171.40000 | (0.20) | 0.00 | 0.00 | 0.00 | 3.26 | |
| 149903 | 47208969 | 26/06/2018 16:45:04 | Buy | 0.0500 | BTCUSD | 6,160.07000 | 0.00000 | 0.00000 | 26/06/2018 20:15:02 | 6,168.20000 | (0.20) | 0.00 | 0.00 | 0.00 | 4.07 | |
| 149903 | 47208780 | 26/06/2018 16:44:18 | Buy | 0.0200 | BTCUSD | 6,173.89000 | 0.00000 | 0.00000 | 26/06/2018 21:34:25 | 6,188.66000 | (0.08) | 0.00 | 0.00 | 0.00 | 2.96 | |
| 149903 | 47208468 | 26/06/2018 16:42:32 | Buy | 0.0400 | BTCUSD | 5,184.00000 | 0.00000 | 0.00000 | 26/06/2018 21:34:37 | 6,187.18000 | (0.16) | 0.00 | 0.00 | 0.00 | 1.27 | to #47245051 |
| 149903 | 47208734 | 26/06/2018 16:44:02 | Buy | 0.0200 | BTCUSD | 5,182.80000 | 0.00000 | 0.00000 | 25/06/2018 21:34:50 | 6,187.18000 | (0.08) | 0.00 | 0.00 | 0.00 | 0.88 | to #47245063 |
| 149903 | 46964012 | 24/06/2018 19:12:04 | Buy | 0.0100 | LTCUSD | 74.40000 | 0.00000 | 250.00000 | 26/06/2018 22:17:27 | 78.34000 | (0.04) | 0.00 | 0.00 | (0.06) | 3.94 | to #47248885 |
| 149903 | 46962750 | 24/06/2018 18:46:56 | Buy | 0.0400 | LTCUSD | 74.35000 | 0.00000 | 0.00000 | 26/06/2018 22:17:34 | 78.33000 | (0.16) | 0.00 | 0.00 | (0.22) | 15.92 | to #47248891 |
| 149903 | 47248885 | 24/06/2018 19:12:04 | Buy | 0.0300 | LTCUSD | 74.40000 | 0.00000 | 250.00000 | 26/06/2018 22:17:45 | 78.41000 | (0.12) | 0.00 | 0.00 | (0.17) | 12.03 | to #47248904 |
| 149903 | 46962544 | 24/06/2018 18:42:11 | Buy | 0.0100 | XRPUSD | 0.44656 | 0.00000 | 0.85000 | 26/06/2018 22:17:53 | 0.46739 | (0.04) | 0.00 | 0.00 | (0.31) | 20.83 | to #47248916 |
| 149903 | 46966946 | 24/06/2018 19:07:02 | Buy | 0.0200 | ETHUSD | 426.28000 | 0.00000 | 0.00000 | 26/06/2018 22:18:05 | 439.79000 | (0.08) | 0.00 | 0.00 | (0.59) | 27.02 | to #47248949 |
| 149903 | 46963541 | 24/06/2018 18:58:59 | Buy | 0.0100 | BTCUSD | 5,783.46000 | 0.00000 | 0.00000 | 26/06/2018 22:18:23 | 6,165.01000 | (0.04) | 0.00 | 0.00 | (0.40) | 38.16 | to #47248965 |
| 149903 | 46960990 | 24/06/2018 18:58:33 | Buy | 0.0200 | BTCUSD | 5,816.40000 | 0.00000 | 18,000.00000 | 26/06/2018 22:18:49 | 6,165.01000 | (0.08) | 0.00 | 0.00 | (0.81) | 69.72 | to #47248989 |
| 149903 | 47245063 | 26/06/2018 16:44:02 | Buy | 0.0100 | BTCUSD | 6,182.80000 | 0.00000 | 6,250.00000 | 27/06/2018 00:54:45 | 6,250.01000 | (0.04) | 0.00 | 0.00 | (0.43) | 6.72 | from #47208734[p] |
| 149903 | 47245051 | 26/06/2018 16:42:32 | Buy | 0.0100 | BTCUSD | 6,184.00000 | 0.00000 | 6,250.00000 | 27/06/2018 00:54:45 | 6,250.01000 | (0.04) | 0.00 | 0.00 | (0.43) | 6.60 | from #47208468[p] |
| 149903 | 47248965 | 24/06/2018 18:59:59 | Buy | 0.0100 | BTCUSD | 5,783.46000 | 0.00000 | 0.00000 | 27/06/2018 03:00:22 | 6,059.42000 | (0.04) | 0.00 | 0.00 | (0.80) | 27.60 | from #46963541 |
| 149903 | 47248904 | 24/06/2018 19:12:04 | Buy | 0.0100 | LTCUSD | 74.40000 | 0.00000 | 250.00000 | 27/06/2018 03:09:29 | 75.62000 | (0.04) | 0.00 | 0.00 | (0.10) | 1.22 | from #47248885 |
| 149903 | 47248891 | 24/06/2018 18:46:58 | Buy | 0.0100 | LTCUSD | 74.35000 | 0.00000 | 0.00000 | 27/06/2018 03:00:35 | 75.59000 | (0.04) | 0.00 | 0.00 | (0.11) | 1.24 | from #46962750 |

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 149903 | 47248916 | 24/06/2018 18:42:11 | Buy | 0.0100 | XRPUSD | 0.44656 | 0.00000 | 0.85000 | 27/06/2018 03:00:55 | 0.45126 | (0.04) | 0.00 | 0.00 | (0.62) | 4.70 | from #46962544 |
| | 149903 | 47248949 | 24/06/2018 19:07:02 | Buy | 0.0100 | ETHUSD | 426.28000 | 0.00000 | 0.00000 | 27/06/2018 03:01:08 | 428.71000 | (0.04) | 0.00 | 0.00 | (0.80) | 2.43 | from #46966948 |
| | 149903 | 47248989 | 24/06/2018 19:56:33 | Buy | 0.0800 | BTCUSD | 5,816.40000 | 0.00000 | 18,000.00000 | 27/06/2018 03:01:11 | 6,057.22000 | (0.32) | 0.00 | 0.00 | (6.46) | 192.66 | from #46960990 |
| | 149903 | 47266571 | 27/06/2018 03:27:50 | Buy | 0.0300 | ETHUSD | 431.66000 | 0.00000 | 0.00000 | 27/06/2018 08:46:18 | 433.09000 | (0.12) | 0.00 | 0.00 | 0.00 | 4.29 | |
| | 149903 | 47303658 | 27/06/2018 09:44:22 | | 1.5000 | EURUSD | 1.16420 | 1.16390 | 1.16850 | 27/06/2018 10:12:30 | 1.16648 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 47305308 | 27/06/2018 10:01:21 | Sell | 0.5000 | USOil | 70.34000 | 70.55000 | 69.20000 | 27/06/2018 12:30:20 | 70.60000 | (2.00) | 0.00 | 0.00 | 0.00 | (130.00) | [sl] |
| | 149903 | 47305227 | 27/06/2018 10:00:46 | Sell | 1.0000 | USOil | 70.35000 | 70.55000 | 69.20000 | 27/06/2018 12:30:20 | 70.58000 | (4.00) | 0.00 | 0.00 | 0.00 | (230.00) | [sl] |
| | 149903 | 47303916 | 27/06/2018 09:47:45 | Sell | 1.5000 | USOil | 70.30000 | 70.55000 | 69.23000 | 27/06/2018 12:30:20 | 70.58000 | (6.00) | 0.00 | 0.00 | 0.00 | (420.00) | [sl] |
| | 149903 | 47340651 | 27/06/2018 14:15:29 | Buy | 5.0000 | GBPUSD | 1.31940 | 1.31884 | 1.32126 | 27/06/2018 14:18:45 | 1.31882 | (20.00) | 0.00 | 0.00 | 0.00 | (290.00) | [sl] |
| | 149903 | 47303690 | 27/06/2018 11:06:14 | Buy | 1.5000 | GBPUSD | 1.32000 | 0.00000 | 1.32650 | 27/06/2018 14:19:28 | 1.31809 | (6.00) | 0.00 | 0.00 | 0.00 | (286.50) | |
| | 149903 | 47209328 | 26/06/2018 16:47:19 | Buy | 0.2500 | LTCUSD | 79.74000 | 0.00000 | 80.40000 | 27/06/2018 15:28:20 | 78.09000 | (1.00) | 0.00 | 0.00 | (1.37) | (41.25) | |
| | 149903 | 47209391 | 26/06/2018 16:47:56 | Buy | 0.0500 | ETHUSD | 445.16000 | 0.00000 | 449.20000 | 27/06/2018 15:28:26 | 431.86000 | (0.20) | 0.00 | 0.00 | (1.55) | (66.50) | |
| | 149903 | 47515810 | 28/06/2018 16:30:07 | Sell | 0.5000 | USOil | 72.07000 | 72.80000 | 71.40000 | 28/06/2018 17:11:16 | 72.80000 | (2.00) | 0.00 | 0.00 | 0.00 | (365.00) | [sl] |
| | 149903 | 47522323 | 28/06/2018 17:08:06 | Sell | 0.5000 | USOil | 72.51000 | 72.80000 | 71.45000 | 28/06/2018 17:11:16 | 72.80000 | (2.00) | 0.00 | 0.00 | 0.00 | (145.00) | [sl] |
| | 149903 | 47524003 | 28/06/2018 17:13:23 | Sell | 0.5000 | USDJPY | 110.26300 | 0.00000 | 0.00000 | 28/06/2018 17:15:46 | 110.25600 | (2.00) | 0.00 | 0.00 | 0.00 | 3.17 | |
| | 149903 | 47523820 | 28/06/2018 17:12:10 | Sell | 0.5000 | USDJPY | 110.27800 | 0.00000 | 0.00000 | 28/06/2018 17:15:51 | 110.25800 | (2.00) | 0.00 | 0.00 | 0.00 | 9.07 | |
| | 149903 | 47524549 | 28/06/2018 17:16:45 | Sell | 0.5000 | USOil | 72.72000 | 0.00000 | 72.09000 | 28/06/2018 17:56:18 | 73.21000 | (2.00) | 0.00 | 0.00 | 0.00 | (245.00) | |
| | 149903 | 47526671 | 28/06/2018 17:30:22 | Sell | 0.5000 | USOil | 72.86000 | 0.00000 | 72.09000 | 28/06/2018 17:56:27 | 73.22000 | (2.00) | 0.00 | 0.00 | 0.00 | (180.00) | |
| | 149903 | 47524629 | 28/06/2018 17:17:14 | Sell | 0.5000 | USOil | 72.75000 | 0.00000 | 72.09000 | 28/06/2018 17:56:32 | 73.22000 | (2.00) | 0.00 | 0.00 | 0.00 | (235.00) | |
| | 149903 | 47537674 | 28/06/2018 18:59:38 | Sell | 2.0000 | USDJPY | 110.37500 | 110.42400 | 110.19400 | 28/06/2018 20:37:10 | 110.42700 | (8.00) | 0.00 | 0.00 | 0.00 | (94.18) | [sl] |
| | 149903 | 47532111 | 28/06/2018 18:07:41 | Sell | 2.0000 | USDJPY | 110.31500 | 0.00000 | 110.07100 | 28/06/2018 20:37:12 | 110.42200 | (8.00) | 0.00 | 0.00 | 0.00 | (193.80) | |
| | 149903 | 47532541 | 28/06/2018 18:13:00 | Sell | 5.0000 | USDJPY | 110.30100 | 0.00000 | 110.00000 | 28/06/2018 20:37:13 | 110.42200 | (20.00) | 0.00 | 0.00 | 0.00 | (547.90) | |
| | 149903 | 47538526 | 28/06/2018 19:09:49 | Sell | 2.0000 | USDJPY | 110.33200 | 0.00000 | 110.14000 | 28/06/2018 20:37:14 | 110.42200 | (8.00) | 0.00 | 0.00 | 0.00 | (163.01) | |
| | 149903 | 47808007 | 29/06/2018 16:37:36 | Sell | 2.0000 | USDJPY | 110.76000 | 110.90000 | 110.00000 | 29/06/2018 19:02:33 | 110.72800 | (8.00) | 0.00 | 0.00 | 0.00 | 57.80 | |
| | 149903 | 47751893 | 02/07/2018 10:56:35 | Sell | 2.0000 | GBPJPY | 145.64000 | 145.72600 | 144.99800 | 02/07/2018 11:17:20 | 145.72900 | (8.00) | 0.00 | 0.00 | 0.00 | (160.71) | [sl] |
| | 149903 | 47748093 | 02/07/2018 10:19:40 | Sell | 2.0000 | GBPUSD | 1.31630 | 0.00000 | 1.31300 | 02/07/2018 11:18:54 | 1.31599 | (8.00) | 0.00 | 0.00 | 0.00 | 62.00 | |
| | 149903 | 47755120 | 02/07/2018 11:24:47 | Buy | 2.0000 | EURUSD | 1.16420 | 0.00000 | 1.16500 | 02/07/2018 11:41:44 | 1.16431 | (8.00) | 0.00 | 0.00 | 0.00 | 22.00 | |
| | 149903 | 47759607 | 02/07/2018 12:25:26 | Buy | 1.0000 | XAUUSD | 1,248.53000 | 1,246.96000 | 1,255.27000 | 02/07/2018 15:31:20 | 1,249.27000 | (4.00) | 0.00 | 0.00 | 0.00 | 74.00 | |
| | 149903 | 47755035 | 02/07/2018 11:23:35 | Buy | 1.0000 | XAUUSD | 1,249.37000 | 1,247.00000 | 1,263.00000 | 02/07/2018 15:31:25 | 1,249.16000 | (4.00) | 0.00 | 0.00 | 0.00 | (21.00) | |
| | 149903 | 47776144 | 02/07/2018 16:00:26 | Balance | – | – | – | – | – | – | – | – | – | – | – | 2,500.00 | Dep:USD-003-0013885:134429 |
| | 149903 | 47778845 | 02/07/2018 16:16:42 | Buy | 1.0000 | GBPJPY | 145.34600 | 145.22100 | 0.00000 | 02/07/2018 16:31:39 | 145.22100 | (4.00) | 0.00 | 0.00 | 0.00 | (112.77) | [sl] |
| | 149903 | 47781918 | 02/07/2018 16:33:38 | Sell | 1.0000 | GBPJPY | 145.19100 | 0.00000 | 145.00000 | 02/07/2018 17:19:40 | 145.28700 | (4.00) | 0.00 | 0.00 | 0.00 | (86.64) | to #47789494 |
| | 149903 | 47808086 | 02/07/2018 19:33:59 | Sell | 1.5000 | GBPJPY | 145.47800 | 0.00000 | 144.87900 | 03/07/2018 04:49:15 | 145.41300 | (6.00) | 0.00 | 0.00 | (8.86) | 87.98 | to #47846510 |
| | 149903 | 47836061 | 03/07/2018 03:11:05 | Sell | 1.0000 | GBPJPY | 145.75400 | 0.00000 | 0.00000 | 03/07/2018 04:49:25 | 145.41200 | (4.00) | 0.00 | 0.00 | 0.00 | 308.81 | |
| | 149903 | 47846510 | 02/07/2018 19:33:59 | Sell | 0.5000 | GBPJPY | 145.47800 | 0.00000 | 144.87900 | 03/07/2018 04:50:04 | 145.41800 | (2.00) | 0.00 | 0.00 | (2.88) | 27.07 | from #47808086 |
| | 149903 | 47872218 | 03/07/2018 10:15:44 | Sell | 2.0000 | GBPJPY | 146.18900 | 146.28400 | 145.72500 | 03/07/2018 10:44:44 | 146.17700 | (8.00) | 0.00 | 0.00 | 0.00 | 21.63 | |
| | 149903 | 47882409 | 03/07/2018 11:18:12 | Sell | 1.0000 | GBPJPY | 146.32500 | 0.00000 | 141.00000 | 03/07/2018 13:26:03 | 146.29600 | (4.00) | 0.00 | 0.00 | 0.00 | 26.15 | |
| | 149903 | 47840425 | 03/07/2018 04:16:15 | Sell | 1.0000 | GBPJPY | 145.81800 | 0.00000 | 141.00000 | 03/07/2018 16:33:47 | 145.79500 | (4.00) | 0.00 | 0.00 | 0.00 | 20.78 | to #47915170 |
| | 149903 | 47915170 | 03/07/2018 04:16:15 | Sell | 1.0000 | GBPJPY | 145.81800 | 0.00000 | 141.00000 | 03/07/2018 16:40:43 | 145.80400 | (4.00) | 0.00 | 0.00 | 0.00 | 12.65 | from #47840425 |
| | 149903 | 47912526 | 03/07/2018 16:09:27 | Sell | 1.0000 | GBPJPY | 145.93600 | 0.00000 | 0.00000 | 03/07/2018 17:32:34 | 145.71800 | (4.00) | 0.00 | 0.00 | 0.00 | 200.65 | |
| | 149903 | 47912404 | 03/07/2018 16:08:47 | Sell | 1.0000 | GBPJPY | 145.90900 | 0.00000 | 0.00000 | 03/07/2018 17:32:41 | 145.70400 | (4.00) | 0.00 | 0.00 | 0.00 | 185.29 | |
| | 149903 | 47912394 | 03/07/2018 16:08:43 | Sell | 1.0000 | GBPJPY | 145.92300 | 0.00000 | 0.00000 | 03/07/2018 17:32:43 | 145.70200 | (4.00) | 0.00 | 0.00 | 0.00 | 199.75 | |
| | 149903 | 47911778 | 03/07/2018 16:03:33 | Sell | 1.0000 | GBPJPY | 145.96000 | 0.00000 | 0.00000 | 03/07/2018 17:32:46 | 145.69100 | (4.00) | 0.00 | 0.00 | 0.00 | 243.94 | |
| | 149903 | 47911689 | 03/07/2018 16:02:29 | Sell | 1.0000 | GBPJPY | 145.98300 | 0.00000 | 0.00000 | 03/07/2018 17:32:51 | 145.69400 | (4.00) | 0.00 | 0.00 | 0.00 | 261.22 | |

Account Statement Report

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3- | 149903 | 47881673 | 03/07/2018 11:14:24 | Sell | 1.0000 | GBPJPY | 148.15700 | 0.00000 | 142.81200 | 03/07/2018 17:48:33 | 145.57300 | (4.00) | 0.00 | 0.00 | 0.00 | 528.03 | |
| 3- | 149903 | 47883079 | 03/07/2018 11:21:25 | Sell | 0.5000 | GBPJPY | 148.22100 | 0.00000 | 141.78700 | 03/07/2018 17:49:02 | 145.55800 | (2.00) | 0.00 | 0.00 | 0.00 | 299.73 | |
| 1- | 149903 | 47773931 | 02/07/2018 15:36:29 | | 0.2500 | XAUUSD | 1,237.86000 | 1,235.00000 | 1,300.00000 | 03/07/2018 1,254.62000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| 0- | 149903 | 47881263 | 03/07/2018 11:12:18 | Sell | 1.5000 | GBPJPY | 146.13900 | 0.00000 | 142.29900 | 03/07/2018 18:13:08 | 145.82700 | (6.00) | 0.00 | 0.00 | 0.00 | 422.99 | |
| 5- | 149903 | 47789494 | 02/07/2018 16:33:38 | Sell | 1.0000 | GBPJPY | 145.19100 | 0.00000 | 144.45000 | 03/07/2018 20:00:16 | 145.50400 | (4.00) | 0.00 | 0.00 | (5.77) | (328.36) | from #47781918 |
| 5- | 149903 | 47885171 | 03/07/2018 11:47:13 | Sell | 0.5000 | GBPJPY | 146.37100 | 0.00000 | 0.00000 | 03/07/2018 20:00:24 | 145.56300 | (2.00) | 0.00 | 0.00 | 0.00 | 365.44 | |
| | 149903 | 48077207 | 05/07/2018 08:47:47 | | 1.0000 | USDCAD | 1.31331 | 1.31000 | 1.32000 | 05/07/2018 09:29:40 | 1.31404 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 48078541 | 05/07/2018 09:38:23 | Sell | 1.0000 | GBPUSD | 1.32466 | 0.00000 | 0.00000 | 05/07/2018 09:51:39 | 1.32455 | (4.00) | 0.00 | 0.00 | 0.00 | 11.00 | |
| | 149903 | 48085699 | 05/07/2018 10:03:51 | Sell | 1.0000 | GBPJPY | 146.47500 | 0.00000 | 0.00000 | 05/07/2018 11:30:24 | 146.44400 | (4.00) | 0.00 | 0.00 | 0.00 | 28.02 | |
| | 149903 | 48080595 | 05/07/2018 09:10:23 | Sell | 1.0000 | GBPJPY | 148.38300 | 146.71700 | 145.31400 | 05/07/2018 12:45:37 | 146.71900 | (4.00) | 0.00 | 0.00 | 0.00 | (303.54) | [sl] |
| | 149903 | 48087035 | 05/07/2018 10:17:42 | Sell | 1.0000 | GBPJPY | 146.55900 | 0.00000 | 145.89600 | 05/07/2018 16:16:24 | 146.46000 | (4.00) | 0.00 | 0.00 | 0.00 | 89.50 | |
| | 149903 | 48083899 | 05/07/2018 09:42:32 | Sell | 1.0000 | GBPJPY | 146.42400 | 0.00000 | 145.56300 | 05/07/2018 16:16:55 | 146.40500 | (4.00) | 0.00 | 0.00 | 0.00 | 17.17 | |
| | 149903 | 48079891 | 05/07/2018 09:02:57 | Sell | 0.9500 | GBPJPY | 146.36200 | 0.00000 | 145.29300 | 05/07/2018 16:25:57 | 146.34000 | (3.80) | 0.00 | 0.00 | 0.00 | 18.90 | to #48116161 |
| | 149903 | 48079845 | 05/07/2018 09:02:41 | Sell | 1.6500 | GBPJPY | 146.33200 | 0.00000 | 145.27200 | 05/07/2018 16:26:29 | 146.30900 | (6.60) | 0.00 | 0.00 | 0.00 | 34.31 | to #48116530 |
| | 149903 | 48118530 | 05/07/2018 09:02:41 | Sell | 0.3500 | GBPJPY | 146.33200 | 0.00000 | 145.27200 | 05/07/2018 16:26:50 | 146.31500 | (1.40) | 0.00 | 0.00 | 0.00 | 5.38 | from #48079845 |
| | 149903 | 48116161 | 05/07/2018 09:02:57 | Sell | 0.0500 | GBPJPY | 146.36200 | 0.00000 | 145.29300 | 05/07/2018 16:26:56 | 146.31000 | (0.20) | 0.00 | 0.00 | 0.00 | 2.36 | from #48079891 |
| | 149903 | 48077465 | 05/07/2018 15:22:21 | Buy | 2.0000 | USDCAD | 1.31210 | 1.31000 | 1.32000 | 06/07/2018 16:36:05 | 1.31306 | (8.00) | 0.00 | 0.00 | 0.00 | 150.79 | |
| | 149903 | 48077515 | 05/07/2018 08:49:46 | | 5.0000 | USDCAD | 1.31150 | 1.31000 | 1.32000 | 05/07/2018 16:36:32 | 1.31320 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 48109290 | 05/07/2018 15:03:54 | Sell | 2.0000 | GBPJPY | 146.76700 | 0.00000 | 146.07800 | 05/07/2018 16:37:49 | 146.07600 | (8.00) | 0.00 | 0.00 | 0.00 | 1,249.83 | [tp] |
| | 149903 | 48108223 | 05/07/2018 14:57:23 | Sell | 2.0000 | GBPJPY | 146.72000 | 0.00000 | 145.96900 | 05/07/2018 16:39:37 | 146.13900 | (8.00) | 0.00 | 0.00 | 0.00 | 1,050.86 | to #48121267 |
| | 149903 | 48121267 | 05/07/2018 14:57:23 | Sell | 1.0000 | GBPJPY | 146.72000 | 0.00000 | 0.00000 | 05/07/2018 16:58:18 | 146.31900 | (4.00) | 0.00 | 0.00 | 0.00 | 362.48 | from #48108223 |
| | 149903 | 48077908 | 05/07/2018 08:52:34 | | 1.5000 | USOil | 71.40000 | 71.00000 | 72.75000 | 05/07/2018 18:01:24 | 72.03000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 48131838 | 05/07/2018 18:17:21 | Buy | 3.0000 | USOil | 71.96000 | 71.83000 | 73.30000 | 06/07/2018 18:28:42 | 72.01000 | (12.00) | 0.00 | 0.00 | 0.00 | 150.00 | |
| | 149903 | 48133094 | 05/07/2018 18:29:23 | Buy | 2.0000 | USOil | 72.15000 | 0.00000 | 72.97000 | 05/07/2018 18:31:42 | 72.17000 | (8.00) | 0.00 | 0.00 | 0.00 | 40.00 | |
| | 149903 | 48133130 | 05/07/2018 18:29:48 | Buy | 2.0000 | USOil | 72.22000 | 72.11000 | 72.25000 | 05/07/2018 18:53:38 | 72.22000 | (8.00) | 0.00 | 0.00 | 0.00 | 0.00 | |
| | 149903 | 48166874 | 06/07/2018 03:55:16 | | 2.0000 | GBPUSD | 1.32036 | 0.00000 | 0.00000 | 06/07/2018 04:34:03 | 1.32111 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 48270857 | 08/07/2018 19:42:20 | Balance | – | – | – | – | – | – | – | – | – | – | – | 4,467.32 | Dep:USD-003-0013865:136921 |
| | 149903 | 48271004 | 08/07/2018 20:26:56 | Balance | – | – | – | – | – | – | – | – | – | – | – | 89.00 | Dep:USD-003-0013865:136933 |
| | 149903 | 48287794 | 09/07/2018 03:51:33 | | 3.0000 | EURUSD | 1.16500 | 0.00000 | 0.00000 | 09/07/2018 03:52:01 | 1.17561 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 48310341 | 09/07/2018 08:50:09 | | 2.0000 | GBPUSD | 1.33880 | 0.00000 | 0.00000 | 09/07/2018 08:50:31 | 1.33077 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 48287349 | 09/07/2018 09:07:22 | Buy | 1.5000 | USDCAD | 1.30765 | 0.00000 | 1.31145 | 09/07/2018 10:10:49 | 1.30829 | (6.00) | 0.00 | 0.00 | 0.00 | 73.58 | to #48318058 |
| | 149903 | 48318058 | 09/07/2018 09:07:22 | Buy | 0.5000 | USDCAD | 1.30765 | 0.00000 | 1.31145 | 09/07/2018 10:20:19 | 1.30827 | (2.00) | 0.00 | 0.00 | 0.00 | 23.70 | from #48287349 |
| | 149903 | 48287740 | 09/07/2018 04:34:50 | Sell | 0.8000 | EURUSD | 1.17580 | 0.00000 | 0.00000 | 09/07/2018 10:30:21 | 1.17547 | (3.20) | 0.00 | 0.00 | 0.00 | 26.40 | to #48320965 |
| | 149903 | 48308738 | 09/07/2018 08:19:36 | Buy | 1.0000 | USDJPY | 110.47300 | 0.00000 | 110.78200 | 09/07/2018 10:44:46 | 110.48400 | (4.00) | 0.00 | 0.00 | 0.00 | 9.96 | |
| | 149903 | 48289978 | 09/07/2018 05:02:37 | Sell | 1.0000 | EURJPY | 129.95000 | 0.00000 | 128.86700 | 09/07/2018 10:47:06 | 129.93000 | (4.00) | 0.00 | 0.00 | 0.00 | 18.10 | to #48322614 |
| | 149903 | 48317430 | 09/07/2018 10:01:19 | Sell | 1.0000 | EURJPY | 129.96700 | 0.00000 | 0.00000 | 09/07/2018 11:00:43 | 129.93900 | (4.00) | 0.00 | 0.00 | 0.00 | 25.36 | to #48324245 |
| | 149903 | 48309321 | 09/07/2018 10:59:12 | Buy | 1.0000 | USDJPY | 110.40000 | 0.00000 | 110.90000 | 09/07/2018 11:01:56 | 110.41200 | (4.00) | 0.00 | 0.00 | 0.00 | 10.87 | |
| | 149903 | 48313338 | 09/07/2018 09:13:41 | Buy | 0.5000 | XAUUSD | 1,261.41000 | 0.00000 | 1,255.79000 | 09/07/2018 11:30:28 | 1,260.97000 | (2.00) | 0.00 | 0.00 | 0.00 | 22.00 | |
| | 149903 | 48316517 | 09/07/2018 09:53:37 | Buy | 2.0000 | USDCHF | 0.98742 | 0.00000 | 0.99050 | 09/07/2018 12:13:30 | 0.98775 | (8.00) | 0.00 | 0.00 | 0.00 | 66.82 | to #48333484 |
| | 149903 | 48304341 | 09/07/2018 06:34:07 | Buy | 2.0000 | USDCHF | 0.98805 | 0.00000 | 0.99101 | 09/07/2018 15:49:03 | 0.98829 | (8.00) | 0.00 | 0.00 | 0.00 | 48.57 | |
| | 149903 | 48295757 | 09/07/2018 04:50:51 | Buy | 2.0000 | USDCHF | 0.98841 | 0.00000 | 0.98962 | 09/07/2018 16:04:44 | 0.98852 | (8.00) | 0.00 | 0.00 | 0.00 | 22.26 | |
| | 149903 | 48300237 | 09/07/2018 08:48:03 | Buy | 3.0000 | USDCHF | 0.98796 | 0.00000 | 0.99212 | 09/07/2018 16:13:44 | 0.98896 | (12.00) | 0.00 | 0.00 | 0.00 | 303.35 | to #48355033 |
| | 149903 | 48355033 | 09/07/2018 08:48:03 | Buy | 1.7500 | USDCHF | 0.98796 | 0.00000 | 0.99212 | 09/07/2018 16:28:13 | 0.98896 | (7.00) | 0.00 | 0.00 | 0.00 | 176.95 | to #48356325 |
| | 149903 | 48333484 | 09/07/2018 09:53:37 | Buy | 2.5000 | USDCHF | 0.98742 | 0.00000 | 0.99050 | 09/07/2018 16:28:25 | 0.98895 | (10.00) | 0.00 | 0.00 | 0.00 | 386.77 | to #48356139 |

Account Statement Report

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 149903 | 48331665 | 09/07/2018 11:52:02 | Buy | 0.5000 | USDCHF | 0.98622 | 0.00000 | 0.99151 | 09/07/2018 16:28:41 | 0.98887 | (2.00) | 0.00 | 0.00 | 0.00 | 133.99 | to #48336356 |
| | 149903 | 48313768 | 09/07/2018 09:15:21 | Sell | 4.0000 | EURUSD | 1.17753 | 0.00000 | 1.16925 | 09/07/2018 16:34:20 | 1.17735 | (16.00) | 0.00 | 0.00 | 0.00 | 72.00 | to #48356951 |
| | 149903 | 48360829 | 09/07/2018 16:44:38 | Sell | 3.0000 | GBPUSD | 1.33189 | 0.00000 | 0.00000 | 09/07/2018 17:02:03 | 1.33099 | (12.00) | 0.00 | 0.00 | 0.00 | 270.00 | |
| | 149903 | 48356500 | 09/07/2018 16:30:20 | Buy | 1.0000 | USDCAD | 1.30731 | 0.00000 | 0.00000 | 09/07/2018 17:02:59 | 1.30770 | (4.00) | 0.00 | 0.00 | 0.00 | 29.82 | |
| | 149903 | 48287918 | 09/07/2018 04:56:34 | Sell | 3.0000 | EURUSD | 1.17650 | 0.00000 | 1.16794 | 09/07/2018 17:04:36 | 1.17639 | (12.00) | 0.00 | 0.00 | 0.00 | 33.00 | |
| | 149903 | 48310404 | 09/07/2018 09:07:28 | Sell | 1.7500 | GBPUSD | 1.33137 | 0.00000 | 0.00000 | 09/07/2018 17:05:03 | 1.33099 | (7.00) | 0.00 | 0.00 | 0.00 | 66.50 | to #48365164 |
| | 149903 | 48320965 | 09/07/2018 04:34:50 | Sell | 0.2000 | EURUSD | 1.17580 | 0.00000 | 0.00000 | 09/07/2018 17:07:49 | 1.17574 | (0.80) | 0.00 | 0.00 | 0.00 | 1.20 | from #48287740 |
| | 149903 | 48364557 | 09/07/2018 17:01:29 | Sell | 1.5000 | EURJPY | 130.12100 | 0.00000 | 0.00000 | 09/07/2018 17:08:17 | 130.09300 | (6.00) | 0.00 | 0.00 | 0.00 | 37.95 | to #48366483 |
| | 149903 | 48288094 | 09/07/2018 08:58:40 | Sell | 4.0000 | EURUSD | 1.17689 | 0.00000 | 1.16970 | 09/07/2018 17:09:29 | 1.17550 | (16.00) | 0.00 | 0.00 | 0.00 | 556.00 | to #48366975 |
| | 149903 | 48306732 | 09/07/2018 07:29:43 | Buy | 0.5000 | USDCAD | 1.30825 | 0.00000 | 1.31132 | 09/07/2018 17:10:05 | 1.30846 | (2.00) | 0.00 | 0.00 | 0.00 | 8.02 | |
| | 149903 | 48356326 | 09/07/2018 06:48:03 | Buy | 0.2500 | USDCHF | 0.98796 | 0.00000 | 0.99212 | 09/07/2018 17:10:21 | 0.99032 | (1.00) | 0.00 | 0.00 | 0.00 | 59.58 | from #48355033 |
| | 149903 | 48366483 | 09/07/2018 17:01:29 | Sell | 1.5000 | EURJPY | 130.12100 | 0.00000 | 0.00000 | 09/07/2018 17:11:46 | 130.09300 | (6.00) | 0.00 | 0.00 | 0.00 | 37.96 | from #48364557 |
| | 149903 | 48356339 | 09/07/2018 09:53:37 | Buy | 1.5000 | USDCHF | 0.98742 | 0.00000 | 0.99050 | 09/07/2018 12:12:57 | 0.99050 | (6.00) | 0.00 | 0.00 | 0.00 | 486.43 | from #48333484[b] |
| | 149903 | 48358425 | 09/07/2018 16:29:51 | | 0.5000 | XAUUSD | 1,264.45000 | 0.00000 | 1,252.00000 | 09/07/2018 17:13:41 | 1,262.48000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 48366875 | 09/07/2018 08:58:40 | Sell | 1.0000 | EURUSD | 1.17689 | 0.00000 | 1.16970 | 09/07/2018 17:15:09 | 1.17555 | (4.00) | 0.00 | 0.00 | 0.00 | 134.00 | from #48288094 |
| | 149903 | 48356618 | 09/07/2018 16:31:16 | Sell | 0.5000 | EURJPY | 130.17300 | 0.00000 | 0.00000 | 09/07/2018 17:16:02 | 130.10300 | (2.00) | 0.00 | 0.00 | 0.00 | 31.62 | |
| | 149903 | 48356951 | 09/07/2018 09:15:21 | Sell | 4.0000 | EURUSD | 1.17753 | 0.00000 | 1.16925 | 09/07/2018 17:18:31 | 1.17588 | (16.00) | 0.00 | 0.00 | 0.00 | 660.00 | from #48313768 |
| | 149903 | 48356355 | 09/07/2018 11:52:02 | Buy | 1.4000 | USDCHF | 0.98622 | 0.00000 | 0.99151 | 09/07/2018 17:27:29 | 0.99018 | (5.60) | 0.00 | 0.00 | 0.00 | 559.90 | to #48370525 |
| | 149903 | 48365164 | 09/07/2018 09:07:28 | Sell | 0.2000 | GBPUSD | 1.33137 | 0.00000 | 0.00000 | 09/07/2018 17:28:23 | 1.32618 | (0.80) | 0.00 | 0.00 | 0.00 | 103.80 | to #48370704 |
| | 149903 | 48369420 | 09/07/2018 17:20:42 | Sell | 0.5000 | EURJPY | 130.13400 | 0.00000 | 0.00000 | 09/07/2018 17:28:41 | 130.10600 | (2.00) | 0.00 | 0.00 | 0.00 | 12.64 | to #48370782 |
| | 149903 | 48370525 | 09/07/2018 11:52:02 | Buy | 0.0900 | USDCHF | 0.98622 | 0.00000 | 0.99151 | 09/07/2018 17:40:54 | 0.99012 | (0.36) | 0.00 | 0.00 | 0.00 | 35.45 | to #48373443 |
| | 149903 | 48370704 | 09/07/2018 09:07:28 | Sell | 0.0400 | GBPUSD | 1.33137 | 0.00000 | 0.00000 | 09/07/2018 17:41:10 | 1.32579 | (0.16) | 0.00 | 0.00 | 0.00 | 22.32 | to #48373469 |
| | 149903 | 48373443 | 09/07/2018 11:52:02 | Buy | 0.0100 | USDCHF | 0.98622 | 0.00000 | 0.99151 | 06/07/2018 17:50:00 | 0.99022 | (0.04) | 0.00 | 0.00 | 0.00 | 4.04 | from #48370525 |
| | 149903 | 48373469 | 09/07/2018 09:07:28 | Sell | 0.0100 | GBPUSD | 1.33137 | 0.00000 | 0.00000 | 09/07/2018 17:50:06 | 1.32648 | (0.04) | 0.00 | 0.00 | 0.00 | 4.89 | from #48370704 |
| | 149903 | 48303000 | 09/07/2018 06:08:06 | Buy | 0.2500 | USDCAD | 1.30660 | 0.00000 | 1.31053 | 09/07/2018 17:58:02 | 1.30871 | (1.00) | 0.00 | 0.00 | 0.00 | 2.10 | |
| | 149903 | 48370782 | 09/07/2018 17:20:42 | Sell | 0.5000 | EURJPY | 130.13400 | 0.00000 | 129.16700 | 09/07/2018 18:31:00 | 130.08200 | (2.00) | 0.00 | 0.00 | 0.00 | 23.47 | from #48369420 |
| | 149903 | 48377191 | 09/07/2018 18:06:19 | Sell | 0.5000 | EURJPY | 130.18400 | 0.00000 | 0.00000 | 09/07/2018 18:34:16 | 130.11900 | (2.00) | 0.00 | 0.00 | 0.00 | 29.35 | |
| | 149903 | 48307983 | 09/07/2018 08:15:02 | Sell | 0.5000 | XAUUSD | 1,259.55000 | 0.00000 | 1,259.00000 | 09/07/2018 19:45:04 | 1,259.50000 | (2.00) | 0.00 | 0.00 | 0.00 | 2.50 | |
| | 149903 | 48502292 | 10/07/2018 14:55:36 | Buy | 0.2000 | BTCUSD | 8,364.40000 | 8,323.56000 | 6,586.03000 | 10/07/2018 15:14:37 | 8,319.74000 | (0.80) | 0.00 | 0.00 | 0.00 | (89.32) | [sl] |
| | 149903 | 48597908 | 11/07/2018 08:16:31 | | 1.0000 | GBPUSD | 1.32225 | 0.00000 | 0.00000 | 11/07/2018 08:16:49 | 1.32604 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 48632637 | 11/07/2018 13:58:04 | Buy | 2.0000 | GBPUSD | 1.32460 | 0.00000 | 0.00000 | 11/07/2018 14:43:13 | 1.32491 | (8.00) | 0.00 | 0.00 | 0.00 | 62.00 | |
| | 149903 | 48597874 | 11/07/2018 18:24:21 | Buy | 1.0000 | GBPUSD | 1.32307 | 0.00000 | 1.32960 | 11/07/2018 18:56:59 | 1.32356 | (4.00) | 0.00 | 0.00 | 0.00 | 49.00 | |
| | 149903 | 48683939 | 11/07/2018 19:20:15 | Sell | 0.5000 | EURJPY | 130.78100 | 0.00000 | 129.87600 | 11/07/2018 20:09:11 | 130.72000 | (2.00) | 0.00 | 0.00 | 0.00 | 18.32 | |
| | 149903 | 48684436 | 11/07/2018 19:26:13 | Sell | 0.5000 | EURJPY | 130.75600 | 0.00000 | 129.86100 | 11/07/2018 20:09:16 | 130.70500 | (2.00) | 0.00 | 0.00 | 0.00 | 22.79 | |
| | 149903 | 48679772 | 11/07/2018 18:38:14 | Sell | 1.0000 | EURJPY | 130.71900 | 0.00000 | 129.84500 | 11/07/2018 20:09:35 | 130.70700 | (4.00) | 0.00 | 0.00 | 0.00 | 10.72 | |
| | 149903 | 48685615 | 11/07/2018 19:31:15 | Sell | 0.5000 | EURJPY | 130.79200 | 0.00000 | 129.91600 | 11/07/2018 20:09:44 | 130.70100 | (2.00) | 0.00 | 0.00 | 0.00 | 40.66 | |
| | 149903 | 48684577 | 11/07/2018 19:27:56 | Sell | 0.5000 | EURJPY | 130.77100 | 0.00000 | 0.00000 | 11/07/2018 20:09:50 | 130.70700 | (2.00) | 0.00 | 0.00 | 0.00 | 28.60 | |
| | 149903 | 48889442 | 11/07/2018 19:53:16 | Sell | 1.0000 | EURJPY | 130.90800 | 0.00000 | 129.95800 | 11/07/2018 20:18:18 | 130.83100 | (4.00) | 0.00 | 0.00 | 0.00 | 66.76 | to #48695001 |
| | 149903 | 48686058 | 11/07/2018 19:32:26 | Sell | 0.5000 | EURJPY | 130.88900 | 0.00000 | 129.93100 | 11/07/2018 21:09:55 | 130.86400 | (2.00) | 0.00 | 0.00 | 0.00 | 11.15 | |
| | 149903 | 48695001 | 11/07/2018 19:53:16 | Sell | 1.0000 | EURJPY | 130.90800 | 0.00000 | 129.95600 | 11/07/2018 21:10:04 | 130.86300 | (4.00) | 0.00 | 0.00 | 0.00 | 40.13 | from #48689442 |
| | 149903 | 48692037 | 11/07/2018 20:06:02 | Buy | 2.0000 | GBPUSD | 1.32149 | 0.00000 | 1.32523 | 11/07/2018 21:43:13 | 1.32190 | (8.00) | 0.00 | 0.00 | 0.00 | 82.00 | |
| | 149903 | 48604384 | 11/07/2018 20:08:29 | Buy | 5.0000 | GBPUSD | 1.32076 | 0.00000 | 1.32547 | 11/07/2018 21:55:48 | 1.32101 | (20.00) | 0.00 | 0.00 | 0.00 | 125.00 | |
| | 149903 | 48597958 | 11/07/2018 19:53:01 | Buy | 3.0000 | GBPUSD | 1.32199 | 0.00000 | 1.32510 | 12/07/2018 10:29:46 | 1.32214 | (12.00) | 0.00 | 0.00 | (18.90) | 45.00 | |
| | 149903 | 48964982 | 16/07/2018 08:09:43 | Sell | 2.0000 | USDJPY | 112.49000 | 0.00000 | 110.33400 | 18/07/2018 09:26:47 | 112.43700 | (8.00) | 0.00 | 0.00 | 0.00 | 94.28 | to #48977329 |

Account Statement Report

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 149903 | 48862263 | 16/07/2018 04:38:14 | Sell | 1.0000 | EURJPY | 131.52300 | 0.00000 | 129.02600 | 16/07/2018 09:49:24 | 131.50900 | (4.00) | 0.00 | 0.00 | 0.00 | 12.46 | |
| | 149903 | 48975106 | 16/07/2018 08:52:14 | Sell | 0.2500 | EURJPY | 131.52800 | 0.00000 | 0.00000 | 16/07/2018 11:15:59 | 131.50400 | (1.00) | 0.00 | 0.00 | 0.00 | 5.33 | to #48964885 |
| | 149903 | 48877329 | 18/07/2018 05:09:43 | Sell | 0.7500 | USDJPY | 112.49000 | 0.00000 | 110.33400 | 16/07/2018 11:16:26 | 112.45300 | (3.00) | 0.00 | 0.00 | 0.00 | 24.68 | to #48964885 |
| | 149903 | 48962460 | 16/07/2018 04:41:11 | Sell | 1.0000 | GBPJPY | 148.92000 | 149.12000 | 0.00000 | 16/07/2018 11:54:05 | 149.12000 | (4.00) | 0.00 | 0.00 | 0.00 | (177.83) | [sl] |
| | 149903 | 48984885 | 16/07/2018 05:09:43 | Sell | 0.2500 | USDJPY | 112.49000 | 0.00000 | 110.33400 | 16/07/2018 15:41:21 | 112.40700 | (1.00) | 0.00 | 0.00 | 0.00 | 18.46 | from #48977329 |
| | 149903 | 49017124 | 16/07/2018 17:24:10 | Balance | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (10,100.00) | With USD-003-0013865-140147 |
| | 149903 | 49010706 | 16/07/2018 16:20:12 | Sell | 1.0000 | EURJPY | 131.50800 | 0.00000 | 0.00000 | 16/07/2018 17:25:41 | 131.57900 | (4.00) | 0.00 | 0.00 | 0.00 | 25.83 | |
| | 149903 | 48984865 | 16/07/2018 08:52:14 | Sell | 0.7500 | EURJPY | 131.52800 | 0.00000 | 0.00000 | 16/07/2018 19:52:54 | 131.47100 | (3.00) | 0.00 | 0.00 | 0.00 | 38.05 | from #48975106 |
| | 149903 | 49018227 | 16/07/2018 17:35:18 | Sell | 1.0000 | EURJPY | 131.53800 | 0.00000 | 0.00000 | 16/07/2018 19:55:26 | 131.49500 | (4.00) | 0.00 | 0.00 | 0.00 | 38.28 | |
| | 149903 | 49018258 | 16/07/2018 17:35:47 | Sell | 1.0000 | EURJPY | 131.54400 | 0.00000 | 0.00000 | 16/07/2018 19:55:28 | 131.49500 | (4.00) | 0.00 | 0.00 | 0.00 | 43.62 | |
| | 149903 | 49068418 | 17/07/2018 06:06:30 | Sell | 2.0000 | EURJPY | 131.58900 | 0.00000 | 129.50000 | 17/07/2018 19:00:47 | 131.57500 | (8.00) | 0.00 | 0.00 | 0.00 | 24.82 | |
| | 149903 | 49211894 | 18/07/2018 03:27:40 | Sell | 0.5000 | EURJPY | 131.74800 | 0.00000 | 0.00000 | 18/07/2018 04:36:18 | 131.71000 | (2.00) | 0.00 | 0.00 | 0.00 | 16.82 | to #49216186 |
| | 149903 | 49216186 | 18/07/2018 03:27:40 | Sell | 0.5000 | EURJPY | 131.74800 | 0.00000 | 0.00000 | 18/07/2018 04:49:48 | 131.70300 | (2.00) | 0.00 | 0.00 | 0.00 | 19.93 | from #49211894 |
| | 149903 | 49060517 | 17/07/2018 03:42:50 | Sell | 1.0000 | EURJPY | 131.62800 | 0.00000 | 129.50000 | 18/07/2018 07:01:15 | 131.58200 | (4.00) | 0.00 | 0.00 | (1.42) | 40.71 | to #49224238 |
| | 149903 | 48964534 | 16/07/2018 05:07:11 | Sell | 2.0000 | EURJPY | 131.39300 | 0.00000 | 128.95300 | 18/07/2018 15:42:46 | 131.06200 | (8.00) | 0.00 | 0.00 | (5.69) | 587.09 | |
| | 149903 | 48972477 | 16/07/2018 08:16:11 | Sell | 1.0000 | EURJPY | 131.46900 | 0.00000 | 128.46700 | 18/07/2018 15:43:17 | 131.07000 | (4.00) | 0.00 | 0.00 | (2.85) | 353.87 | |
| | 149903 | 49029310 | 16/07/2018 19:06:03 | Sell | 1.0000 | EURJPY | 131.44700 | 0.00000 | 129.11500 | 18/07/2018 15:43:25 | 131.07200 | (4.00) | 0.00 | 0.00 | (2.85) | 332.58 | |
| | 149903 | 49032242 | 16/07/2018 19:35:56 | Sell | 1.0000 | EURJPY | 131.41400 | 0.00000 | 129.50000 | 18/07/2018 15:43:39 | 131.07400 | (4.00) | 0.00 | 0.00 | (2.85) | 301.52 | |
| | 149903 | 49029915 | 18/07/2018 19:13:43 | Sell | 0.5000 | EURJPY | 131.43000 | 0.00000 | 129.27700 | 18/07/2018 15:46:29 | 131.07400 | (2.00) | 0.00 | 0.00 | (1.43) | 157.86 | to #49281279 |
| | 149903 | 49281279 | 16/07/2018 19:13:43 | Sell | 0.5000 | EURJPY | 131.43000 | 0.00000 | 129.27700 | 18/07/2018 18:22:32 | 131.21500 | (2.00) | 0.00 | 0.00 | (1.42) | 95.29 | from #49029915 |
| | 149903 | 49224238 | 17/07/2018 03:42:50 | Sell | 1.0000 | EURJPY | 131.62800 | 0.00000 | 129.50000 | 18/07/2018 16:22:39 | 131.21200 | (4.00) | 0.00 | 0.00 | (1.42) | 368.75 | from #49060517 |
| | 149903 | 49034518 | 16/07/2018 20:10:21 | Sell | 2.0000 | EURJPY | 131.51000 | 0.00000 | 0.00000 | 16/07/2018 16:47:59 | 131.27100 | (8.00) | 0.00 | 0.00 | (5.89) | 423.18 | |
| | 149903 | 49009774 | 16/07/2018 16:11:41 | Sell | 2.0000 | EURJPY | 131.55800 | 0.00000 | 128.17600 | 18/07/2018 17:27:17 | 131.36200 | (8.00) | 0.00 | 0.00 | (5.89) | 347.30 | |
| | 149903 | 49293640 | 18/07/2018 17:24:19 | | 1.0000 | USOil | 66.40000 | 66.25000 | 67.20000 | 18/07/2018 17:30:33 | 66.47000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 49294225 | 18/07/2018 17:29:17 | Buy | 1.0000 | USOil | 66.73000 | 0.00000 | 67.64000 | 18/07/2018 17:35:07 | 66.63000 | (4.00) | 0.00 | 0.00 | 0.00 | 100.00 | |
| | 149903 | 49294539 | 18/07/2018 17:30:56 | Buy | 5.0000 | USOil | 66.48000 | 66.41000 | 67.09000 | 18/07/2018 17:35:42 | 66.79000 | (20.00) | 0.00 | 0.00 | 0.00 | 1,550.00 | |
| | 149903 | 49211189 | 18/07/2018 03:27:39 | Sell | 2.0000 | EURJPY | 131.75100 | 0.00000 | 0.00000 | 18/07/2018 19:28:10 | 131.48500 | (8.00) | 0.00 | 0.00 | 0.00 | 471.84 | |
| | 149903 | 49299774 | 18/07/2018 18:01:17 | Sell | 1.0000 | EURJPY | 131.30600 | 0.00000 | 0.00000 | 19/07/2018 05:06:06 | 131.20500 | (4.00) | 0.00 | 0.00 | (4.25) | 91.42 | |
| | 149903 | 49361219 | 19/07/2018 10:10:05 | Buy | 5.0000 | XAUUSD | 1,221.63000 | 1,220.00000 | 1,224.00000 | 19/07/2018 10:37:25 | 1,219.80000 | (20.00) | 0.00 | 0.00 | 0.00 | (915.00) | [sl] |
| | 149903 | 49388725 | 19/07/2018 11:33:56 | Buy | 1.0000 | XAUUSD | 1,216.21000 | 1,216.00000 | 1,227.00000 | 19/07/2018 13:14:04 | 1,215.98000 | (4.00) | 0.00 | 0.00 | 0.00 | (223.00) | [sl] |
| | 149903 | 49389203 | 19/07/2018 11:36:43 | Sell | 1.0000 | USDJPY | 112.95400 | 113.10000 | 112.20000 | 19/07/2018 15:30:35 | 113.10600 | (4.00) | 0.00 | 0.00 | 0.00 | (136.15) | [sl] |
| | 149903 | 49388855 | 19/07/2018 11:34:47 | Sell | 5.0000 | USDJPY | 112.97300 | 113.10000 | 112.20000 | 19/07/2018 15:30:35 | 113.10800 | (20.00) | 0.00 | 0.00 | 0.00 | (596.77) | [sl] |
| | 149903 | 49406821 | 19/07/2018 14:21:29 | Sell | 1.0000 | USDJPY | 113.00500 | 0.00000 | 112.77400 | 19/07/2018 16:55:51 | 112.95800 | (4.00) | 0.00 | 0.00 | 0.00 | 41.81 | to #49425943 |
| | 149903 | 49411912 | 19/07/2018 15:19:31 | Sell | 2.0000 | USDJPY | 113.02700 | 0.00000 | 112.83300 | 19/07/2018 17:09:56 | 112.83300 | (8.00) | 0.00 | 0.00 | 0.00 | 343.87 | [tp] |
| | 149903 | 49425943 | 19/07/2018 14:21:29 | Sell | 1.0000 | USDJPY | 113.00500 | 0.00000 | 112.77400 | 19/07/2018 17:19:54 | 112.90700 | (4.00) | 0.00 | 0.00 | 0.00 | 86.80 | from #49406821 |
| | 149903 | 49418178 | 19/07/2018 13:41:15 | Sell | 4.0000 | USDJPY | 113.12000 | 113.18700 | 112.56700 | 19/07/2018 19:03:16 | 112.96900 | (16.00) | 0.00 | 0.00 | 0.00 | 534.86 | |
| | 149903 | 48322614 | 09/07/2018 05:02:37 | Sell | 1.0000 | EURJPY | 129.95000 | 0.00000 | 129.85900 | 23/07/2018 03:29:54 | 130.26300 | (4.00) | 0.00 | 0.00 | (19.97) | (282.03) | from #48289978 |
| | 149903 | 48324245 | 09/07/2018 10:01:19 | Sell | 2.0000 | EURJPY | 129.96700 | 0.00000 | 129.86600 | 23/07/2018 03:12:10 | 130.29800 | (8.00) | 0.00 | 0.00 | (39.95) | (596.23) | from #48317430 |
| | 149903 | 49703188 | 23/07/2018 10:58:29 | Sell | 4.0000 | GBPUSD | 1.31499 | 1.31520 | 1.30848 | 23/07/2018 12:58:48 | 1.31221 | (16.00) | 0.00 | 0.00 | 0.00 | 1,112.00 | |
| | 149903 | 49902537 | 24/07/2018 09:52:24 | Sell | 4.0000 | EURUSD | 1.16610 | 1.16719 | 1.16344 | 24/07/2018 16:07:09 | 1.16723 | (16.00) | 0.00 | 0.00 | 0.00 | (452.00) | [sl] |
| | 149903 | 49911357 | 24/07/2018 10:21:57 | Buy | 2.0000 | USDJPY | 111.23000 | 111.17000 | 111.66400 | 24/07/2018 11:59:29 | 111.23900 | (8.00) | 0.00 | 0.00 | 0.00 | 16.18 | [sl] |
| | 149903 | 49919260 | 24/07/2018 10:41:17 | Buy | 2.0000 | USDJPY | 111.24900 | 111.18700 | 111.44100 | 24/07/2018 12:09:07 | 111.18400 | (8.00) | 0.00 | 0.00 | 0.00 | (118.92) | [sl] |
| | 149903 | 49909919 | 24/07/2018 10:16:03 | Buy | 4.0000 | USDJPY | 111.22600 | 111.18200 | 111.45800 | 24/07/2018 12:09:38 | 111.18100 | (16.00) | 0.00 | 0.00 | 0.00 | (161.90) | [sl] |
| | 149903 | 49978517 | 24/07/2018 16:26:12 | | 1.0000 | GBPUSD | 1.31410 | 1.31600 | 1.30000 | 24/07/2018 16:35:18 | 1.31222 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |

Account Statement Report

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 149903 | 49985456 | 24/07/2018 16:47:00 | Sell | 1.0000 | GBPUSD | 1.31413 | 0.00000 | 1.30360 | 24/07/2018 17:32:23 | 1.31398 | (4.00) | 0.00 | 0.00 | 0.00 | 15.00 | |
| | 149903 | 49988040 | 24/07/2018 16:49:06 | Sell | 2.0000 | GBPUSD | 1.31456 | 0.00000 | 1.30360 | 24/07/2018 17:33:43 | 1.31433 | (8.00) | 0.00 | 0.00 | 0.00 | 46.00 | to #50000235 |
| | 149903 | 49985553 | 24/07/2018 16:47:24 | Sell | 1.0000 | GBPUSD | 1.31422 | 0.00000 | 1.30360 | 24/07/2018 17:40:31 | 1.31411 | (4.00) | 0.00 | 0.00 | 0.00 | 11.00 | |
| | 149903 | 50000235 | 24/07/2018 16:48:06 | Sell | 1.0000 | GBPUSD | 1.31456 | 0.00000 | 1.30360 | 24/07/2018 17:43:08 | 1.31452 | (4.00) | 0.00 | 0.00 | 0.00 | 4.00 | from #49986040 |
| | 149903 | 49989774 | 24/07/2018 16:57:21 | Sell | 4.0000 | GBPUSD | 1.31533 | 1.31603 | 1.30360 | 24/07/2018 17:43:21 | 1.31469 | (16.00) | 0.00 | 0.00 | 0.00 | 256.00 | |
| | 149903 | 49993506 | 24/07/2018 17:05:28 | Sell | 2.0000 | GBPUSD | 1.31483 | 0.00000 | 0.00000 | 24/07/2018 17:43:26 | 1.31470 | (8.00) | 0.00 | 0.00 | 0.00 | 26.00 | |
| | 149903 | 50004503 | 24/07/2018 17:50:53 | Sell | 8.0000 | GBPUSD | 1.31391 | 1.31511 | 1.30908 | 24/07/2018 17:56:45 | 1.31511 | (32.00) | 0.00 | 0.00 | 0.00 | (960.00) | [sf] |
| | 149903 | 50010030 | 24/07/2018 18:12:53 | Balance | – | – | – | – | – | – | – | – | – | – | – | – | (7,000.00) | With USD-003-0013865-143621 |
| | 149903 | 50005019 | 24/07/2018 17:52:43 | Sell | 2.0000 | GBPUSD | 1.31431 | 1.31476 | 1.30761 | 24/07/2018 18:21:58 | 1.31461 | (8.00) | 0.00 | 0.00 | 0.00 | (60.00) | |
| | 149903 | 50006706 | 24/07/2018 18:05:44 | Sell | 3.0000 | GBPUSD | 1.31517 | 1.31471 | 1.30728 | 24/07/2018 18:22:00 | 1.31455 | (12.00) | 0.00 | 0.00 | 0.00 | 186.00 | |
| | 149903 | 50113801 | 25/07/2018 08:36:36 | Sell | 5.0000 | GBPUSD | 1.31534 | 1.31515 | 1.30400 | 25/07/2018 17:34:16 | 1.31516 | (20.00) | 0.00 | 0.00 | 0.00 | 90.00 | [sl] |
| | 149903 | 50203865 | 25/07/2018 16:35:44 | Sell | 2.0000 | GBPUSD | 1.31728 | 1.31521 | 1.30700 | 25/07/2018 17:42:40 | 1.31537 | (8.00) | 0.00 | 0.00 | 0.00 | 382.00 | [sf] |
| | 149903 | 50137763 | 25/07/2018 10:17:37 | Sell | 1.0000 | GBPUSD | 1.31628 | 1.31900 | 1.30512 | 25/07/2018 17:42:46 | 1.31540 | (4.00) | 0.00 | 0.00 | 0.00 | 88.00 | |
| | 149903 | 50132291 | 25/07/2018 09:50:19 | Sell | 1.0000 | GBPUSD | 1.31599 | 0.00000 | 0.00000 | 25/07/2018 17:42:48 | 1.31548 | (4.00) | 0.00 | 0.00 | 0.00 | 51.00 | |
| | 149903 | 50134352 | 25/07/2018 10:01:19 | Sell | 2.0000 | GBPUSD | 1.31699 | 1.31800 | 1.30461 | 25/07/2018 17:42:49 | 1.31552 | (8.00) | 0.00 | 0.00 | 0.00 | 294.00 | |
| | 149903 | 50115930 | 25/07/2018 09:30:03 | Sell | 6.0000 | GBPUSD | 1.31575 | 1.31800 | 1.30361 | 25/07/2018 17:42:50 | 1.31549 | (24.00) | 0.00 | 0.00 | 0.00 | 156.00 | |
| | 149903 | 50228625 | 25/07/2018 17:52:10 | Sell | 3.0000 | GBPUSD | 1.31471 | 1.31595 | 1.30292 | 25/07/2018 18:34:31 | 1.31406 | (12.00) | 0.00 | 0.00 | 0.00 | 195.00 | |
| | 149903 | 50229519 | 25/07/2018 17:58:21 | Sell | 3.0000 | GBPUSD | 1.31501 | 0.00000 | 0.00000 | 25/07/2018 18:42:07 | 1.31472 | (12.00) | 0.00 | 0.00 | 0.00 | 84.00 | |
| | 149903 | 50252574 | 25/07/2018 19:25:31 | Balance | – | – | – | – | – | – | – | – | – | – | – | (2,000.00) | With USD-003-0013865:144113 |
| | 149903 | 50282858 | 25/07/2018 21:42:46 | Balance | – | – | – | – | – | – | – | – | – | – | – | (30,000.00) | With USD-003-0013865:144163 |
| | 149903 | 50281129 | 25/07/2018 22:30:52 | Balance | – | – | – | – | – | – | – | – | – | – | – | 30,000.00 | Dep USD-003-0013865:144182 |
| | 149903 | 50347665 | 26/07/2018 06:13:06 | | 5.0000 | EURUSD | 1.17457 | 1.17561 | 0.00000 | 26/07/2018 08:42:28 | 1.17367 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | cancelled |
| | 149903 | 50534507 | 27/07/2018 02:59:23 | Balance | – | – | – | – | – | – | – | – | – | – | – | 495.87 | Dep USD-003-0013865:144714 |
| | 149903 | 50740416 | 30/07/2018 03:15:58 | Balance | – | – | – | – | – | – | – | – | – | – | – | 4,000.00 | Dep USD-003-0013865:145460 |
| | 149903 | 50766057 | 30/07/2018 08:23:35 | Buy | 2.0000 | GBPUSD | 1.31101 | 1.31018 | 1.31312 | 30/07/2018 08:40:28 | 1.31132 | (8.00) | 0.00 | 0.00 | 0.00 | 52.00 | |
| | 149903 | 50766800 | 30/07/2018 08:30:23 | Buy | 2.0000 | GBPUSD | 1.31112 | 0.00000 | 0.00000 | 30/07/2018 08:40:33 | 1.31132 | (8.00) | 0.00 | 0.00 | 0.00 | 40.00 | |
| | 149903 | 50768807 | 30/07/2018 08:33:38 | Buy | 2.0000 | GBPUSD | 1.31114 | 0.00000 | 0.00000 | 30/07/2018 08:40:39 | 1.31131 | (8.00) | 0.00 | 0.00 | 0.00 | 34.00 | |
| | 149903 | 50768693 | 30/07/2018 08:31:00 | Buy | 2.0000 | GBPUSD | 1.31120 | 0.00000 | 0.00000 | 30/07/2018 08:40:46 | 1.31131 | (8.00) | 0.00 | 0.00 | 0.00 | 22.00 | |
| | 149903 | 50775546 | 30/07/2018 10:15:24 | Buy | 3.0000 | GBPUSD | 1.31121 | 0.00000 | 0.00000 | 30/07/2018 11:27:44 | 1.31210 | (12.00) | 0.00 | 0.00 | 0.00 | 267.00 | |
| | 149903 | 50776051 | 30/07/2018 10:21:32 | Buy | 3.0000 | GBPUSD | 1.31142 | 1.31175 | 0.00000 | 30/07/2018 11:29:41 | 1.31175 | (12.00) | 0.00 | 0.00 | 0.00 | 99.00 | [sf] |
| | 149903 | 50775700 | 30/07/2018 10:17:21 | Buy | 3.0000 | GBPUSD | 1.31144 | 1.31175 | 0.00000 | 30/07/2018 11:29:41 | 1.31175 | (12.00) | 0.00 | 0.00 | 0.00 | 63.00 | [sf] |
| | 149903 | 50829661 | 30/07/2018 17:14:32 | Buy | 6.0000 | GBPUSD | 1.31382 | 0.00000 | 1.31990 | 30/07/2018 18:07:42 | 1.31399 | (24.00) | 0.00 | 0.00 | 0.00 | 222.00 | |
| | 149903 | 50832629 | 30/07/2018 17:26:29 | Sell | 3.0000 | USDJPY | 110.97600 | 0.00000 | 110.70900 | 31/07/2018 03:43:58 | 110.99900 | (12.00) | 0.00 | 0.00 | (18.27) | 45.96 | |
| | 149903 | 50845305 | 30/07/2018 19:27:46 | Sell | 3.0000 | USDJPY | 110.98500 | 0.00000 | 110.80400 | 31/07/2018 03:44:03 | 110.95800 | (12.00) | 0.00 | 0.00 | (18.27) | 73.00 | |
| | 149903 | 50845192 | 30/07/2018 18:26:49 | Buy | 2.0000 | GBPUSD | 1.31473 | 0.00000 | 1.31981 | 31/07/2018 11:31:21 | 1.31571 | (8.00) | 0.00 | 0.00 | (4.20) | 198.00 | |
| | 149903 | 50842804 | 30/07/2018 18:10:58 | Buy | 4.0000 | GBPUSD | 1.31437 | 0.00000 | 1.31822 | 31/07/2018 14:39:28 | 1.31570 | (16.00) | 0.00 | 0.00 | (8.40) | 532.00 | to #51026845 |
| | 149903 | 51026845 | 30/07/2018 18:10:58 | Buy | 2.0000 | GBPUSD | 1.31437 | 0.00000 | 1.31822 | 31/07/2018 14:40:10 | 1.31579 | (8.00) | 0.00 | 0.00 | (4.20) | 284.00 | from #50842804 |
| | 149903 | 50857187 | 30/07/2018 19:38:29 | Buy | 6.0000 | GBPUSD | 1.31356 | 0.00000 | 1.31895 | 31/07/2018 14:40:23 | 1.31579 | (24.00) | 0.00 | 0.00 | (12.60) | 1,338.00 | |
| | 149903 | 50844542 | 30/07/2018 18:23:15 | Buy | 3.0000 | GBPUSD | 1.31486 | 0.00000 | 1.32041 | 31/07/2018 14:40:28 | 1.31580 | (12.00) | 0.00 | 0.00 | (6.30) | 282.00 | |
| | 149903 | 51276152 | 01/08/2018 17:01:58 | Balance | – | – | – | – | – | – | – | – | – | – | – | (7,800.00) | With USD-003-0013865:145692 |

**Open Trades**

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Close Time | Price | Commission | Taxes | Dividends | Swap | Profit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Working Orders**

| Account Number | Platform Login | Ticket | Open Time | Type | Volume | Item | Price | S/L | T/P | Market Price | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Account Summary

| Current Balance | Equity | Floating PnL | | Closed PnL |
|---|---|---|---|---|
| 0.00 | 0 00 | 0.00 | 29,862.31 | |

K. SAMUEL DECLARATION


Attachment I



VCI pool participant May 25, 2018 account statement



*INVESTING WITH NO LIMITS*

# INVESTMENT STATEMENT

VENTURE CAPITAL INVESTMENTS LTD.
DENVER CO 80222 USA
720-277-1674
support@ventureci.com

MAY 25, 2018
STATEMENT # 2

TO  Angela  Preston
aototally@comcast.net

COMMENTS  Monthly Statement

| DATE | DESCRIPTION | BALANCE | PROFIT |
|------|-------------|---------|--------|
| 5/8/18 | INITIAL DEPOSIT | $20,000 | 0% |
| 5/25/18 | MAY PROFIT RETURN | $5,214 | 26% |
| 5/25/18 | COMMISSION PAYOUT | $630 | 3% |

Total Account Balance: $25,844

**REMITTANCE**

| | |
|---|---|
| Statement # | 2 |
| Date | n/a |
| Amount Due | $0 |

VENTURE CAPITAL INVESTMENTS LTD.

**Thank you for your business!**

K. SAMUEL DECLARATION


Attachment J


VCI pool participant November 1, 2018 account statement



**Wendell Evans**
**Principle:  $215k**

**INSTRUCTIONS:**
**Acct will allocate 10k/ mo begin 11/1**

11/1/18 Acct beginning balance
reflects withdraw and 30%
performance fee.

**Trading Weeks**
**Week 1**

Thursday, August 9, 2018
Friday, August 10, 2018
Saturday, August 11, 2018

**Week 2**

Sunday, August 12, 2018
Monday, August 13, 2018
Tuesday, August 14, 2018
Wednesday, August 15, 2018
Thursday, August 16, 2018
Friday, August 17, 2018
Saturday, August 18, 2018

**Week 3**

Sunday, August 19, 2018
Monday, August 20, 2018
Tuesday, August 21, 2018
Wednesday, August 22, 2018
Thursday, August 23, 2018
Friday, August 24, 2018
Saturday, August 25, 2018

**Week 4**

Sunday, August 26, 2018
Monday, August 27, 2018
Tuesday, August 28, 2018
Wednesday, August 29, 2018
Thursday, August 30, 2018
Friday, August 31, 2018
Saturday, September 1, 2018

**Week 5**

Sunday, September 2, 2018
Monday, September 3, 2018
Tuesday, September 4, 2018
Wednesday, September 5, 2018
Thursday, September 6, 2018
Friday, September 7, 2018
Saturday, September 8, 2018

**Week 6**

Sunday, September 9, 2018
Monday, September 10, 2018
Tuesday, September 11, 2018
Wednesday, September 12, 2018

Thursday, September 13, 2018
Friday, September 14, 2018
Saturday, September 15, 2018

**Week 7**

Sunday, September 16, 2018
Monday, September 17, 2018
Tuesday, September 18, 2018
Wednesday, September 19, 2018
Thursday, September 20, 2018
Friday, September 21, 2018
Saturday, September 22, 2018

**Week 8**

Sunday, September 23, 2018
Monday, September 24, 2018
Tuesday, September 25, 2018
Wednesday, September 26, 2018
Thursday, September 27, 2018
Friday, September 28, 2018
Saturday, September 29, 2018

**Week 9**

Sunday, September 30, 2018
Monday, October 1, 2018
Tuesday, October 2, 2018
Wednesday, October 3, 2018
Thursday, October 4, 2018
Friday, October 5, 2018
Saturday, October 6, 2018

**Week 10**

Sunday, October 7, 2018
Monday, October 8, 2018
Tuesday, October 9, 2018
Wednesday, October 10, 2018
Thursday, October 11, 2018
Friday, October 12, 2018
Saturday, October 13, 2018

**Week 11**

Sunday, October 14, 2018
Monday, October 15, 2018
Tuesday, October 16, 2018
Wednesday, October 17, 2018
Thursday, October 18, 2018
Friday, October 19, 2018

Saturday, October 20, 2018

**Week 12**

Sunday, October 21, 2018
Monday, October 22, 2018
Tuesday, October 23, 2018
Wednesday, October 24, 2018
Thursday, October 25, 2018
Friday, October 26, 2018
Saturday, October 27, 2018

Week 13

Sunday, October 28, 2018
Monday, October 29, 2018
Tuesday, October 30, 2018
Wednesday, October 31, 2018
Thursday, November 1, 2018
Friday, November 2, 2018
Saturday, November 3, 2018

Week 14

Sunday, November 4, 2018
Monday, November 5, 2018
Tuesday, November 6, 2018
Wednesday, November 7, 2018
Thursday, November 8, 2018
Friday, November 9, 2018
Saturday, November 10, 2018

| Start Balance: | Trades Taken: | |
|---|---|---|
| $46,000.00 | 0.00 | |
| $46,000.00 | 3.00 | |
| $47,242.00 | 0.00 | |
| | | |
| $47,242.00 | 0.00 | |
| $47,242.00 | 2.00 | |
| $49,409.00 | 0.00 | |
| $49,409.00 | 1.00 | |
| $50,940.00 | 0.00 | |
| $50,940.00 | 1.00 | |
| $51,856.00 | 0.00 | |
| | | |
| $51,856.00 | 0.00 | |
| $51,856.00 | 5.00 | |
| $54,967.00 | 0.00 | |
| $54,967.00 | 0.00 | |
| $54,967.00 | 2.00 | |
| $56,176.00 | 0.00 | |
| $56,176.00 | 0.00 | |
| | | |
| $56,176.00 | 0.00 | |
| $56,176.00 | 1.00 | |
| $55,606.00 | 3.00 | |
| $57,268.00 | 2.00 | |
| $58,012.00 | 6.00 | |
| $59,926.00 | 0.00 | |
| $59,926.00 | 0.00 | |
| | | |
| $59,926.00 | 1.00 | |
| TRADING HOLIDAY | NO TRADES | TAKEN |
| $61,064.00 | 4.00 | |
| $62,712.00 | 0.00 | |
| $62,712.00 | 2.00 | |
| $64,668.00 | 0.00 | |
| $64,668.00 | 0.00 | |
| | | |
| $64,668.00 | 2.00 | |
| $66,220.00 | 0.00 | |
| $66,220.00 | 1.00 | |
| $67,339.00 | 0.00 | |

| | |
|---|---|
| $67,339.00 | 0.00 |
| $67,339.00 | 2.00 |
| $68,611.00 | 0.00 |
| | |
| $68,611.00 | 4.00 |
| $70,943.00 | 2.00 |
| $69,879.00 | 0.00 |
| $69,879.00 | 0.00 |
| $69,879.00 | 2.00 |
| $70,787.00 | 0.00 |
| $70,787.00 | 0.00 |
| | |
| $70,787.00 | 0.00 |
| $70,787.00 | 0.00 |
| $239,187.00 | 0.00 |
| $239,187.00 | 2.00 |
| $244,449.00 | 4.00 |
| $254,715.00 | 0.00 |
| $254,715.00 | 0.00 |
| | |
| $254,715.00 | 0.00 |
| $254,715.00 | 2.00 |
| $250,895.00 | 3.00 |
| $247,132.00 | 0.00 |
| $247,132.00 | 2.00 |
| $243,426.00 | 0.00 |
| $243,426.00 | 0.00 |
| | |
| $243,426.00 | 0.00 |
| $243,426.00 | 4.00 |
| $239,775.00 | 0.00 |
| $239,775.00 | 3.00 |
| $246,009.00 | 0.00 |
| $246,009.00 | 1.00 |
| $248,961.00 | 0.00 |
| | |
| $248,961.00 | 0.00 |
| $248,961.00 | 5.00 |
| $260,911.00 | 2.00 |
| $256,998.00 | 0.00 |
| $256,998.00 | 6.00 |
| $272,417.00 | 0.00 |

| | |
|---|---|
| $272,417.00 | 0.00 |
| | |
| $272,417.00 | 0.00 |
| $272,417.00 | 1.00 |
| $275,413.00 | 0.00 |
| $275,413.00 | 3.00 |
| $281,114.00 | 0.00 |
| $281,114.00 | 2.00 |
| $285,049.00 | 0.00 |
| | |
| $285,049.00 | 3.00 |
| $288,526.00 | 0.00 |
| $288,526.00 | 0.00 |
| $288,526.00 | 1.00 |
| $277,661.00 | 2.00 |

| Realized Gain: | Account Balance: | Profit: |
|---|---|---|
| 0.00% | $46,000.00 | $0.00 |
| 2.70% | $47,242.00 | $1,242.00 |
| 0.00% | $47,242.00 | $0.00 |
| | | |
| 0.00% | $47,242.00 | $1,242.00 |
| 4.80% | $49,409.00 | $2,267.00 |
| 0.00% | $49,409.00 | $0.00 |
| 3.10% | $50,940.00 | $1,531.00 |
| 0.00% | $50,940.00 | $0.00 |
| 1.80% | $51,856.00 | $916.00 |
| 0.00% | $51,856.00 | $0.00 |
| | | |
| 0.00% | $51,856.00 | $0.00 |
| 6.00% | $54,967.00 | $3,111.00 |
| 0.00% | $54,967.00 | $0.00 |
| 0.00% | $54,967.00 | $0.00 |
| 2.20% | $56,167.00 | $1,209.00 |
| 0.00% | $56,167.00 | $0.00 |
| 0.00% | $56,167.00 | $0.00 |
| | | |
| 0.00% | $56,167.00 | $0.00 |
| -1.00% | $55,606.00 | -$561.00 |
| 2.99% | $57,268.00 | $1,662.00 |
| 1.30% | $58,012.00 | $744.00 |
| 3.30% | $59,926.00 | $1,914.00 |
| 0.00% | $59,926.00 | $0.00 |
| 0.00% | $59,926.00 | $0.00 |
| | | |
| 1.90% | $61,064.00 | $1,138.00 |
| HOLIDAY          TRADING HOLIDAY | NO TRADES | TAKEN          ON |
| 2.70% | $62,712.00 | $1,648.00 |
| 0.00% | $62,712.00 | $0.00 |
| 3.12% | $64,668.00 | $1,956.00 |
| 0.00% | $64,668.00 | $0.00 |
| 0.00% | $64,668.00 | $0.00 |
| | | |
| 2.40% | $66,220.00 | $1,552.00 |
| 0.00% | $66,220.00 | $0.00 |
| 1.69% | $67,339.00 | $1,119.00 |
| 0.00% | $67,339.00 | $0.00 |

| | | |
|---|---|---|
| 0.00% | $67,339.00 | $0.00 |
| 1.89% | $68,611.00 | $1,272.00 |
| 0.00% | $68,611.00 | $0.00 |
| | | |
| 3.40% | $70,943.00 | $2,332.00 |
| -1.50% | $69,879.00 | -$1,064.00 |
| 0.00% | $69,879.00 | $0.00 |
| 0.00% | $69,879.00 | $0.00 |
| 1.30% | $70,787.00 | $908.00 |
| 0.00% | $70,787.00 | $0.00 |
| 0.00% | $70,787.00 | $0.00 |
| | | |
| 0.00% | $70,787.00 | $0.00 |
| 0.00% | $70,787.00 | $0.00 |
| 0.00% | $239,187.00 | $0.00 |
| 2.20% | $244,449.00 | $5,262.00 |
| 4.20% | $254,715.00 | $10,266.00 |
| 0.00% | $254,715.00 | $0.00 |
| 0.00% | $254,715.00 | $0.00 |
| | | |
| 0.00% | $254,715.00 | $0.00 |
| -1.50% | $250,895.00 | -$3,820.00 |
| -1.50% | $247,132.00 | -$3,763.00 |
| 0.00% | $247,132.00 | $0.00 |
| -1.50% | $243,426.00 | -$3,706.00 |
| 0.00% | $243,426.00 | $0.00 |
| 0.00% | $243,426.00 | $0.00 |
| | | |
| 0.00% | $243,426.00 | $0.00 |
| -1.50% | $239,775.00 | -$3,651.00 |
| 0.00% | $239,775.00 | $0.00 |
| 2.60% | $246,009.00 | $6,234.00 |
| 0.00% | $246,009.00 | $0.00 |
| 1.20% | $248,961.00 | $2,952.00 |
| 0.00% | $248,961.00 | $0.00 |
| | | |
| 0.00% | $248,961.00 | $0.00 |
| 4.80% | $260,911.00 | $11,950.00 |
| -1.50% | $256,998.00 | -$3,913.00 |
| 0.00% | $256,998.00 | $0.00 |
| 6.00% | $272,417.00 | $15,419.00 |
| 0.00% | $272,417.00 | $0.00 |

| | | |
|---|---|---|
| 0.00% | $272,417.00 | $0.00 |
| | | |
| 0.00% | $272,417.00 | $0.00 |
| 1.10% | $275,413.00 | $2,996.00 |
| 0.00% | $275,413.00 | $0.00 |
| 2.07% | $281,114.00 | $5,701.00 |
| 0.00% | $281,114.00 | $0.00 |
| 1.04% | $285,049.00 | $3,935.00 |
| 0.00% | $285,049.00 | $0.00 |
| | | |
| 1.22% | $288,526.00 | $3,477.00 |
| 0.00% | $288,526.00 | $0.00 |
| 0.00% | $288,526.00 | $0.00 |
| 0.74% | $290,661.00 | $2,135.00 |
| 4.00% | $288,767.00 | $11,106.00 |

**Total Profit:**

| | |
|---|---|
| 0.00% | $0.00 |
| 2.70% | $1,242.00 |
| 2.70% | $1,242.00 |
| | |
| 2.70% | $1,242.00 |
| 7.50% | $3,509.00 |
| 7.50% | $3,509.00 |
| 10.60% | $5,040.00 |
| 10.60% | $5,040.00 |
| 12.40% | $5,956.00 |
| 12.40% | $5,956.00 |
| | |
| 12.40% | $5,956.00 |
| 18.40% | $9,067.00 |
| 18.40% | $9,067.00 |
| 18.40% | $9,067.00 |
| 20.60% | $10,276.00 |
| 20.60% | $10,276.00 |
| 20.60% | $10,276.00 |
| | |
| $20.60 | $10,276.00 |
| 19.60% | $9,715.00 |
| 22.59% | $11,377.00 |
| 23.89% | $12,121.00 |
| 27.19% | $14,035.00 |
| 27.19% | $14,035.00 |
| 27.19% | $14,035.00 |
| | |
| 29.09% | $15,173.00 |
| | HOLIDAY |
| 31.79% | $16,821.00 |
| 31.79% | $16,821.00 |
| 34.91% | $18,777.00 |
| 34.91% | $18,777.00 |
| 34.91% | $18,777.00 |
| | |
| 37.31% | $20,329.00 |
| 37.10% | $20,329.00 |
| 38.79% | $21,448.00 |
| 38.79% | $21,448.00 |

| | |
|---|---|
| 38.79% | $21,448.00 |
| 40.63% | $22,720.00 |
| 40.63% | $22,720.00 |
| | |
| 44.03% | $25,052.00 |
| 42.53% | $23,988.00 |
| 42.53% | $23,988.00 |
| 42.53% | $23,988.00 |
| 43.83% | $24,896.00 |
| 43.83% | $24,896.00 |
| 43.83% | $24,896.00 |
| | |
| 43.83% | $24,896.00 |
| 43.83% | $24,896.00 |
| 43.83% | $24,896.00 |
| 46.03% | $30,158.00 |
| 50.23% | $40,424.00 |
| 50.23% | $40,424.00 |
| 50.23% | $40,424.00 |
| | |
| 50.23% | $40,424.00 |
| 48.73% | $36,604.00 |
| 47.23% | $32,841.00 |
| 47.23% | $32,841.00 |
| 45.73% | $29,135.00 |
| 45.73% | $29,135.00 |
| 45.73% | $29,135.00 |
| | |
| 45.73% | $29,135.00 |
| 44.23% | $25,484.00 |
| 44.23% | $25,484.00 |
| 46.83% | $31,718.00 |
| 46.83% | $31,718.00 |
| 48.03% | $34,670.00 |
| 48.03% | $34,670.00 |
| | |
| 48.03% | $34,670.00 |
| 52.83% | $46,620.00 |
| 51.33% | $42,707.00 |
| 51.33% | $42,707.00 |
| 57.33% | $58,126.00 |
| 57.33% | $58,126.00 |

| | |
|---|---|
| 57.33% | $58,126.00 |
| | |
| 57.33% | $58,126.00 |
| 58.43% | $61,122.00 |
| 58.43% | $61,122.00 |
| 60.50% | $66,823.00 |
| 60.50% | $66,823.00 |
| 61.54% | $70,758.00 |
| 61.54% | $70,758.00 |
| | |
| 62.76% | $74,235.00 |
| 62.76% | $74,235.00 |
| 62.76% | $74,235.00 |
| 63.50% | $76,370.00 |
| 67.50% | $87,476.00 |

K. SAMUEL DECLARATION


Attachment K



# Status report of Clark's Military Service

## DECLARATION OF KEVIN SAMUEL PURSUANT TO 28 U.S.C. § 1746

I, Kevin Samuel, hereby make the following declaration based upon my personal knowledge:

1. I am a Commodity Futures Trading Commission ("Commission") Futures Trading Investigator. I am over 21 years of age and competent to testify as to the matters included in this Declaration.

2. I am employed as a Futures Trading Investigator in the Division of Enforcement ("Division"), of the Commission's headquarters, located at 1155 21st Street NW, Washington, DC 20581. I have been a Futures Trading Investigator with the Division since October of 2016.

3. To the best of my knowledge, Defendant Breonna S. Clark, a/k/a Eliot Clark a/k/a Alexander Pak ("Defendant") is neither an infant nor incompetent.

4. I hereby certify that, per the provision of Section 521 of the Servicemembers Civil Relief Act of 1940, as amended,[1] that :

  a. To the best of my knowledge, information and belief, Defendant is not currently a member of any branch of the military service of the United States as defined in the Servicemembers Civil Relief Act;

  b. This belief is based upon a search of the Defendant's name and aliases on the Official Department of Defense Servicemembers Civil Relief Act (SCRA) website, https://scra.dmdc.osd.mil/scra/#/single-record (Accessed on March 12, 2020), a copy of the information is attached as Exhibit 1 to this Declaration; and

  c. I am authorized to make this declaration on behalf of the plaintiff.

---

[1] 50 App. U.S.C.A. § 521 (West).

2

I hereby declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 12th day of March, 2020

_Kevin Samuel_
Kevin Samuel

Case No. 1:20-cv-00382-DDD-MEH   Document 20-2   filed 05/22/20   USDC Colorado   pg 117
Case 1:20-cv-00382-MEH   Document 11   Filed 03/13/20   USDC Colorado   Page 4 of 16
of 154

EXHBIT 1


TO DECLARATION OF KEVIN SAMUEL
IN SUPPORT OF APPLICATION FOR DEFAULT BY
THE CLERK OF THE COURT


COMMODITY FUTURES TRADING COMMISSION,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot

Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,


Civil Action No. 1:20-CV-0382-MEH



## Department of Defense Manpower Data Center

Results as of : Mar-12-2020 07:19:30 AM

SCRA 5.4

### Status Report
### Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date:     Redacted 1989
Last Name:      CLARK
First Name:     BREONNA
Middle Name:
Status As Of:   Mar-12-2020
Certificate ID: K2283BCLZZYNQ1W

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.



Department of Defense Manpower Data Center

Results as of : Mar-12-2020 07:09:30 AM

SCRA 5.4

**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date: Redacted 1989
Last Name: CLARK
First Name: ELIOT
Middle Name:
Status As Of: Mar-12-2020
Certificate ID: T5QC914NFJ7LW3V

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

Michael V. Sorrento

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Mar-12-2020 07:10:59 AM

SCRA 5.4



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date:     Redacted 1989
Last Name:      PAK
First Name:     ALEXANDER
Middle Name:
Status As Of:   Mar-12-2020
Certificate ID: RP5CDX8T8WJC2LR

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

Michael V. Sorrento

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

K. SAMUEL DECLARATION


Attachment L



Status report of VCI's Military Service

## <u>DECLARATION OF KEVIN SAMUEL PURSUANT TO 28 U.S.C. § 1746</u>

I, Kevin Samuel, hereby make the following declaration based upon my personal knowledge:

1.     I am a Commodity Futures Trading Commission ("Commission") Futures Trading Investigator. I am over 21 years of age and competent to testify as to the matters included in this Declaration.

2.     I am employed as a Futures Trading Investigator in the Division of Enforcement ("Division"), of the Commission's headquarters, located at 1155 21st Street NW, Washington, DC 20581. I have been a Futures Trading Investigator with the Division since October of 2016.

3.     To the best of my knowledge, Defendant Venture Capital Investments Ltd. ("Defendant") is neither an infant nor incompetent.

4.     To the best of my knowledge, Defendant has not filed a responsive pleading in this matter nor has an attorney entered an appearance in this matter on behalf of Defendant .

5.     I hereby certify that, per the provision of Section 521 of the Servicemembers Civil Relief Act of 1940, as amended, [1] that :

    a.  To the best of my knowledge, information and belief, Defendant is not currently a member of any branch of the military service of the United States as defined in the Servicemembers Civil Relief Act;

    b.  This belief is based upon a search of the Defendant's name and aliases on the Official Department of Defense Servicemembers Civil Relief

---

[1] 50 App. U.S.C.A. § 521 (West).

Act (SCRA)

website, https://scra.dmdc.osd.mil/scra/#/single-record (Accessed on

March 23, 2020), a copy of the information is attached as Exhibit 1 to

this Declaration; and

c.  I am authorized to make this declaration on behalf of the plaintiff.

I hereby declare under penalty of perjury, that the foregoing is true and correct to

the best of my knowledge, information and belief.

Executed on this   23rd day of March, 2020

_____ *Kevin Samuel* _____

Kevin Samuel

EXHBIT 1


TO DECLARATION OF KEVIN SAMUEL
IN SUPPORT OF APPLICATION FOR DEFAULT BY THE
CLERK OF THE COURT


COMMODITY FUTURES TRADING COMMISSION,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot

Clark a/k/a Alexander Pak cl/b/a Venture Capital Investments and The Life Group,


Civil Action No. 1:20-CV-0382-MEH

Department of Defense Manpower Data Center

Results as of : Mar-23-2020 11:23:50 AM

SCRA 5.4



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date:         Apr-XX-2018
Last Name:          INVESTMENTS LTD
First Name:         VENTURE
Middle Name:        CAPITAL
Status As Of:       Mar-23-2020
Certificate ID:     ZGZ3Z0Y5RTFG7M8

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

K. SAMUEL DECLARATION


Attachment M


# Cryptopia trading account records

| Trade Pair | Type | Amount | Time of Trade |
|---|---|---:|---:|
| ETN/LTC | Buy | 60 | 1/2/2018 2:53 |
| ETH/LTC | Sell | 0.006 | 1/2/2018 1:54 |
| ETH/LTC | Buy | 0.006 | 1/2/2018 0:13 |
| DGB/LTC | Sell | 50 | 12/31/2017 3:36 |
| MINT/LTC | Buy | 12000 | 12/27/2017 18:22 |
| DGB/LTC | Buy | 50 | 12/27/2017 12:22 |
| DOGE/LTC | Sell | 1000 | 12/27/2017 11:47 |
| DOGE/LTC | Buy | 1000 | 12/16/2017 5:33 |
| ETH/LTC | Sell | 0.007 | 12/16/2017 4:59 |
| ETN/LTC | Buy | 55 | 12/16/2017 4:57 |
| ETN/LTC | Buy | 50 | 12/14/2017 5:44 |

Please note: As these trades were

Just a quick data rundown: If the 'T
If the 'Type' is 'Sell' then '/' repres

done on Cryptopia (which is not a DEX), they are not on the blockchain and useful for criminals to try an

Type' is 'Buy' then '/' represents 'With'. E.g. ETN/LTC would be purchased x amount of ETN with LTC.
ents 'For'. E.g. ETH/LTC would be sold x amount of ETH for LTC.

nd hide their tracks by changing stolen coins into other coin types. There is a lot of info in here which wh

en combined with the deposits coming in, the time of trade, and then the withdrawal, should provide so

ome useful information to anyone investigating where these funds have ended up.

| IP address | Date | Activity |
|---|---|---|
| 67.164.255.210 | 10/2/2018 15:51 | Successful Login |
| 67.164.255.210 | 7/23/2018 17:14 | Successful Login |
| 67.164.255.210 | 7/23/2018 17:13 | Two Factor Upgraded - Login |
| 96.69.190.209 | 1/25/2018 0:09 | Successful Login |
| 96.69.190.209 | 1/23/2018 16:04 | Successful Login |
| 71.205.189.173 | 1/22/2018 15:22 | Successful Login |
| 71.205.189.173 | 1/21/2018 23:56 | Successful Login |
| 71.205.189.173 | 1/20/2018 19:17 | Successful Login |
| 96.69.163.125 | 1/19/2018 23:38 | Successful Login |
| 71.205.189.173 | 1/17/2018 0:28 | Successful Login |
| 71.205.189.173 | 1/15/2018 23:05 | Successful Login |
| 174.209.0.238 | 1/11/2018 20:56 | Successful Login |
| 71.205.189.173 | 1/9/2018 23:16 | Successful Login |
| 174.209.5.78 | 1/9/2018 20:47 | Successful Login |
| 71.205.189.173 | 1/8/2018 22:37 | Successful Login |
| 174.209.2.210 | 1/8/2018 14:43 | Successful Login |
| 71.205.189.173 | 1/8/2018 2:06 | Successful Login |
| 71.205.189.173 | 1/7/2018 14:42 | Successful Login |
| 71.205.189.173 | 1/6/2018 19:45 | Successful Login |
| 71.205.189.173 | 1/6/2018 14:26 | Successful Login |
| 71.205.189.173 | 1/6/2018 3:01 | Successful Login |
| 174.208.24.187 | 1/5/2018 21:23 | Successful Login |
| 71.205.189.173 | 1/5/2018 5:39 | Successful Login |
| 71.205.189.173 | 1/4/2018 15:48 | Successful Login |
| 71.205.189.173 | 1/3/2018 22:48 | Successful Login |
| 71.205.189.173 | 1/3/2018 12:32 | Successful Login |
| 71.205.189.173 | 1/3/2018 2:17 | Successful Login |
| 71.205.189.173 | 1/2/2018 12:11 | Successful Login |
| 71.205.189.173 | 1/1/2018 23:24 | Successful Login |
| 71.205.189.173 | 12/30/2017 18:58 | Successful Login |
| 71.205.189.173 | 12/30/2017 8:46 | Successful Login |
| 71.205.189.173 | 12/29/2017 16:15 | Successful Login |
| 71.205.189.173 | 12/28/2017 18:57 | Successful Login |
| 71.205.189.173 | 12/27/2017 11:54 | Successful Login |
| 71.205.189.173 | 12/27/2017 11:18 | Successful Login |
| 71.205.189.173 | 12/25/2017 9:49 | Successful Login |
| 71.205.189.173 | 12/23/2017 17:28 | Successful Login |
| 71.205.189.173 | 12/23/2017 1:44 | Successful Login |
| 71.205.189.173 | 12/22/2017 4:56 | Successful Login |
| 71.205.189.173 | 12/22/2017 4:56 | Successful Login |
| 174.209.19.5 | 12/21/2017 18:26 | Successful Login |
| 71.205.189.173 | 12/21/2017 4:56 | Successful Login |
| 71.205.189.173 | 12/20/2017 10:27 | Successful Login |
| 71.205.189.173 | 12/20/2017 3:02 | Successful Login |
| 174.209.1.104 | 12/19/2017 13:47 | Successful Login |
| 174.209.1.104 | 12/19/2017 13:45 | Successful Login |

| | | |
|---|---|---|
| 71.205.189.173 | 12/19/2017 1:14 | Successful Login |
| 174.209.6.82 | 12/18/2017 20:51 | Successful Login |
| 71.205.189.173 | 12/17/2017 16:47 | Successful Login |
| 71.205.189.173 | 12/17/2017 3:39 | Successful Login |
| 205.169.104.245 | 12/16/2017 14:02 | Successful Login |
| 71.205.189.173 | 12/16/2017 1:25 | Successful Login |
| 174.209.69.60 | 12/15/2017 21:23 | Successful Login |
| 71.205.189.173 | 12/15/2017 3:17 | Successful Login |
| 71.205.189.173 | 12/15/2017 1:31 | Successful Login |
| 71.205.189.173 | 12/14/2017 5:10 | Successful Login |
| 71.205.189.173 | 12/14/2017 4:27 | Successful Login |
| 174.209.14.114 | 12/13/2017 18:30 | Successful Login |
| 174.209.14.114 | 12/13/2017 18:28 | Successful Login |

| Coin | Amount | TXID | Date |
|------|--------|------|------|
| CLM | 0.01861843 | This 0.01861843 Cryptopia Loss Marker(CLM) represents the $NZD value of the LTC that was lost in the January 2019 event | 3/18/2019 2:04 |
| CLM | 0.09973778 | This 0.09973778 Cryptopia Loss Marker(CLM) represents the $NZD value of the ETH that was lost in the January 2019 event | 3/18/2019 2:04 |
| ETH | 0.02758773 | 0xbde02c6967d338414fd442772540791d0663a8e9ad7f30848b97b81c6b94f19d | 12/14/2017 5:34 |
| LTC | 0.12718601 | 7a144462847caaa7610902ef806f11d79f500b714e23a85eac382dce5d6d8c6d | 12/14/2017 5:26 |

Please note

: CLM was the token we gave people after the hack in January, this isn't a coin he actually sent himself

| Coin | Amount | Date Confirmed |
|------|--------|----------------|
| LTC | 0.00042257 | 3/18/2019 2:03 |
| ETH | 0.00058773 | 3/18/2019 2:02 |
| LTC | 0.1 | 12/16/2017 2:37 |
| ETH | 0.02 | 12/15/2017 1:43 |

| Transaction ID |
|---|
| 43.1986% LTC was lost in the January 2019 event. 0.00042257 of your LTC was affected. |
| 100% ETH was lost in the January 2019 event. 0.00058773 of your ETH was affected. |
| 4c5eef56bea9b66eaae9bdce0d51fceebcd1d0e4a87d37ff80578c6ef14c9f8c |
| 0xf4e0e79ecdff9ab3cc072afa3ae43d6cc7cadc908c0384289c16331849b7b5c9 |

| Address Sent To |
| --- |
| Internal Withdraw |
| Internal Withdraw |
| LZUvu2a7UuXx84UsH4YFjVM8CDscuTFQ62 |
| 0x3fed46cddd8ae7bf4472bc33c7f4a615186404e3 |

This is the transaction in question

No transfers found

| Coin | Amount |
|------|--------|
| CLM | 0.11835621 |
| ETN | 165 |
| LTC | 0.00055562 |
| MINT | 12000 |

K. SAMUEL DECLARATION


Attachment N




Excerpt of Testimony Transcript of Angela Preston





Transcript of **Angela Preston**

Wednesday, July 17, 2019

*Venture Capital*

Alderson Court Reporting
1-800-FOR-DEPO (367-3376)
Info@AldersonReporting.com
www.AldersonReporting.com

Alderson Reference Number: 87272

```
 1              UNITED STATES OF AMERICA
                    BEFORE THE
 2          COMMODITY FUTURES TRADING COMMISSION

 3      _____

        In the Matter of:
 4
            Certain Persons Engaged in Fraud With Respect to
 5          Pooled Investments And/Or Managed Accounts

 6      _____

          EXAMINATION UNDER OATH OF:  ANGELA PRESTON
 7                      July 17, 2019

 8      _____

 9              PURSUANT TO SUBPOENA, the Examination
        Under Oath of ANGELA PRESTON was taken on behalf of
10      the Commodity Futures Trading Commission at 1801
        California Street, Suite 1600, Denver, Colorado
11      80202, on July 17, 2019, at 8:54 a.m., before
        Deborah A. VanDemark, Registered Professional
12      Reporter, Colorado Realtime Certified Reporter, and
        Notary Public within Colorado.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2
      For the Commodity Futures Trading Commission:
 3
                MICHAEL SOLINSKY, Chief Trial Attorney
 4              KEVIN SAMUEL, Futures Trading Investigator
                KIM BRUNO, Senior Trial Attorney
 5              Commodity Futures Trading Commission
                1155 21st Street, N.W.
 6              Washington, D.C.  20581
                Phone: 202-418-5384
 7
      **  Mr. Bruno appeared via videoconference
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       I N D E X

 2    EXAMINATION OF ANGELA PRESTON:                    PAGE

 3         By Mr. Solinsky                                 5

 4                                                   INITIAL
      EXHIBITS:                                    REFERENCE
 5
      Exhibit No. 1      Letter to Ms. Preston dated        8
 6                       7/2/19

 7    Exhibit No. 2      Letter to Ms. Preston dated       19
                         5/29/19
 8
      Exhibit No. 3      Letter to Mr. Bruno from         144
 9                       Ms. Preston dated 6/11/19

10    Exhibit No. 4      Email to Portia Johnson dated    151
                         1/8/19
11
      Exhibit No. 5      Email to Wesley Pegues dated     158
12                       2/4/19

13    Exhibit No. 6      Email to Ms. Preston with        167
                         attached Statements dated 1/7/19
14
      Exhibit No. 7      Email to Ms. Preston with        173
15                       attached May Monthly Statement
                         dated 5/28/18
16
      Exhibit No. 8      Email to Calvin Harris dated     176
17                       5/10/19

18    Exhibit No. 9      Bank Wire Instructions           179

19    Exhibit No. 10     Venture Capital Investments      182
                         PowerPoint Presentation
20
      Exhibit No. 11     Email to Ms. Preston "Investment 208
21                       Follow up" dated 4/23/18

22    Exhibit No. 12     Email to Ms. Preston "Deposit    216
                         Confirmation" dated 4/25/18
23
      Exhibit No. 13     Email to Ms. Preston "Venture    219
24                       Life email login" dated 6/19/18

25    Exhibit No. 14     Email to Mr. Clark "Re: Venture  223
```

```
 1                                              INITIAL
     DEPOSITION EXHIBITS (CONTINUED):           REFERENCE
 2
     Exhibit No. 15    Email to Mr. Clark "Re: Venture    225
 3                     Life Facebook" dated 7/2/18

 4   Exhibit No. 16    Email to Ms. Preston "Logo"        227
                       dated 7/5/18
 5
     Exhibit No. 17    Email to Ms. Preston "Venture      231
 6                     Capital Investments Ltd." dated
                       7/10/18
 7
     Exhibit No. 18    Email Chain dated 7/27/18 "Re:     239
 8                     Venture Group"

 9   Exhibit No. 19    Email from Mr. Clark dated         245
                       8/3/18 "Deposit Confirmation"
10
     Exhibit No. 20    Email from Mr. Clark dated         247
11                     7/30/18 "Monthly Profit
                       Statement"
12
     Exhibit No. 21    Email from Mr. Clark dated         249
13                     8/10/18 "Canon Attach to Webmail"

14   Exhibit No. 22    Email from Mr. Clark dated         255
                       8/29/18 "Client Profile Forms"
15
     Exhibit No. 23    Email from Mr. Clark dated         281
16                     9/25/18 "Clarity"

17   Exhibit No. 24    Email from Mr. Clark dated         285
                       10/25/18 "Re: Vision Financial
18                     Marketing"

19   Exhibit No. 25    Email from Mr. Clark dated         296
                       1/2/18 "Monthly Statement"
20
     Exhibit No. 26    Client Profile Sheets for Dante    300
21                     Gilliam and Akaisha Brooks

22   Exhibit No. 27    Blank Client Profile Sheet and     303
                       Wiring Instructions
23
     Exhibit No. 28    Email from Calvin Harris with      305
24                     attached Flyer

25
```

```
 1                  P R O C E E D I N G S

 2                     ANGELA PRESTON,

 3    having been first duly sworn to state the whole

 4    truth, testified as follows:

 5                       EXAMINATION

 6    BY MR. SOLINSKY:

 7            Q.   Will the witness state and spell her

 8    full name?

 9            A.   My name is Angela Preston.  It's

10    A-n-g-e-l-a.  Preston is P-r-e-s-t-o-n.

11            Q.   And, Ms. Preston, do you have a

12    middle name?

13            A.   Charlene.

14            Q.   Could you spell that, please.

15            A.   C-h-a-r-l-e-n-e.

16            Q.   And, Ms. Preston, we had this

17    discussion before we went on the record, but I'll

18    ask it again.  Are you represented by counsel today?

19            A.   No, I am not.

20            Q.   I'd like to identify the staff here.

21    My name is Michael Solinsky.  To my immediate right

22    in the room is Kevin Samuel, and appearing by video

23    conference is Kim Bruno in Washington, D.C.

24            A.   Hi.

25            Q.   And first, this is an investigation
```

 1    independent contractors, whatever, for a time.  As

 2    far as you know, who was the manager of Venture

 3    Capital?

 4              A.    Elliot Clark.

 5              Q.    And who had the power to hire and

 6    fire individuals for Venture Capital?

 7              A.    Elliot Clark.

 8              Q.    And who controlled the bank accounts

 9    of Venture Capital?

10              A.    Elliot Clark.

11              Q.    And as far as you know, who are the

12    signatories on the bank account for Venture Capital?

13              A.    Elliot.

14              Q.    Okay.  How do you know Elliot Clark

15    was the signatory of a Venture Capital bank account?

16              A.    He told me that these were his bank

17    accounts.  So I'm assuming that he -- if he set them

18    up, that he would be the one who could sign on them.

19              Q.    And who controlled and controls the

20    company records for Venture Capital?

21              A.    Elliot Clark.

22              Q.    And who determines when to pay

23    customers for complaints or withdrawals?

24              A.    Elliot Clark.

25              Q.    And who acted as the president of

```
 1   Venture Capital?

 2             A.    Elliot Clark.

 3             Q.    And who controlled the trading

 4   accounts of Venture Capital?

 5             A.    Elliot Clark.

 6             Q.    Okay.  Do you know anything of the

 7   bank accounts of Venture Capital?

 8             A.    I do not.  The only information he

 9   told me is the bank accounts got seized or closed

10   down as a part of this audit.

11             Q.    Did Venture Capital ever have any

12   formal office space?

13             A.    Not that I'm aware of.

14             Q.    And where was Venture Capital, as far

15   as you were concerned, located?

16             A.    At Elliot's home.

17             Q.    And where --

18             A.    He was working in the capacity of his

19   home.

20             Q.    So he worked out of his home.  So

21   what was the address that you were aware of?

22             A.    I cannot recall what the address was.

23             Q.    Okay.  Now, during the time period

24   you mentioned the establishment of The Life Group,

25   does -- was The Life Group ever organized or
```

```
 1                REPORTER'S CERTIFICATE

 2  STATE OF COLORADO            )
                                 )ss
 3  COUNTY OF JEFFERSON          )

 4           I, Deborah A. VanDemark, a Registered

 5  Professional Reporter and Notary Public within and

 6  for the State of Colorado, do hereby certify that

 7  previous to the commencement of the examination, the

 8  witness was duly sworn by me to testify to the truth

 9  in relation to the matters in controversy between

10  the parties hereto; that the said examination was

11  taken in machine shorthand by me at the time and

12  place aforesaid and was thereafter reduced to

13  typewritten form; that the foregoing is a true

14  transcript of the questions asked, testimony given,

15  and proceedings had.  I further certify that I am

16  not employed by, related to, nor of counsel for any

17  of the parties herein, nor otherwise interested in

18  the outcome of this litigation.

19           IN WITNESS WHEREOF, I have affixed my

20  signature this 29th day of July, 2019.

21           My commission expires:  March 4, 2021.

22                   _____

23                   DEBORAH A. VANDEMARK
                     Registered Professional Reporter
24                   Colorado Realtime Certified Reporter
                     Notary Public, State of Colorado

25
```