IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00382-DDD-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD, and BREONNA S. CLARK,

    Defendants.

## DEFAULT JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Default Judgment is hereby entered.

Pursuant to the Order Granting Motion for Default Judgment by Judge Daniel D. Domenico (**Doc. #30**) filed on November 2, 2020 it is

**ORDERED** that default judgment is entered against Venture Capital Investments Ltd. and Breonna S. Clark in the principal sum of $900,604.00 in accordance with Doc.#30.

ORDERED that costs are awarded to the plaintiff and against the defendants upon the filing of a bill of costs within 14 days of entry of default judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

. Further, the case shall be closed.

DATED this 3rd day of November, 2020.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
    Deputy Clerk