IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-0382-DDD-MEH

COMMODITY FUTURES TRADING COMMISSION,

      Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

      Defendants.

## PLAINTIFF'S [PROPOSED] BILL OF COSTS

Plaintiff, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO. LCivR. 54.1, submits its Bill of Costs and states as follows:

1. On November 2, 2020, the Court issued Final Judgment in this case. DE 31. In its Final Judgment, the Court also awarded Plaintiff its costs. See DE 31 at 1.

2. Attached as Exhibit 1 is the Plaintiff's Bill of Costs setting forth the costs it seeks to recover in this case.

3. Attached as Exhibit 2 is documentation substantiating the costs set forth in Exhibit 1.

4. As required by D.C.COLO. LCivR. 54.1, counsel for Plaintiff attempted to confer with Defendants regarding these costs. As described in the Declaration of Kim G. Bruno attached as Exhibit 3, Defendants did not respond to Plaintiff's attempts to communicate with them.

November 10, 2020                           Respectfully Submitted,

*/s/ Kim G. Bruno*
Kim G. Bruno
D.C. Bar No. 389899
Senior Trial Attorney

Michael Solinsky
D.C. Bar No. 433754
Chief Trial Attorney

Commodity Futures Trading Commission
Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5538
Email:kbruno@cftc.gov;
msolinsky@cftc.gov

Attorneys for the Commodity Futures
Trading Commission

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of November, 2020, I caused a true and correct copy of the foregoing **PLAINTIFF'S [PROPOSED] BILL OF COSTS** was filed electronically and served electronically on the following parties via CM/ECF and by overnight mail:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone: 303-817-3552
E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com; info@ventureci.com; E.clark12311@gmail.com; elliotclark@ventureci.com; eclark.12311@gmail.com

*s/s Kim G. Bruno*
Kim G. Bruno
Sr. Trial Attorney
