EXHBIT 2

PLAINTIFF'S DOCUMENTATION SUPPORTING BILL OF COSTS

Itemization of Bill of Costs

1. Fees for service of summons and complaint
    a. Service upon Venture Capital Investments -         $55.10
    b. Service upon Breonna Clark   -                     $115.00
                                                          $170.10
2. Fees and disbursements for printing
    a. Certified Copies filed with Motion for Default Judgment
        - Credit One Bank                                 $74.70
        - JP Morgan Chase Bank                            $40.61
                                                          $115.31
3. Other costs
    a. Deposition filed with Motion for Default Judgment
        - Angela Preston                                  $2146.00

**CREDIT ONE BANK, N.A.**
**INVOICE FOR**
**SUBPOENA/CVEA DOCUMENTATION**

April 19, 2019

U.S. Commodity Futures Trading Commission
Attn: Kim G. Bruno
1155 21st St., NW, Suite 7000
Washington, DC  20581

**RE: SUBPOENA – BREONNA (BREON) CLARK**

| | | |
|---|---|---|
| Certified Mail | 1 package @ $ 6.70 per package | $ 6.70 |
| Research: | 2 hours @ $22.00 per hour | $44.00 |
| Photocopies: | 96 pages @ $0.25 per page | $24.00 |
| Total Due: | | $74.70 |

Please send payment to:

   Credit One Bank, N.A.
   Litigation Support
   P. O. Box 98876/**TE-04151915**
   Las Vegas, NV 89193-8876

**\*NOTE: Please ensure that Invoice number is referenced on payment.**

The Bank's Tax Identification Number is **94-2841595**

Thank you.

Terri Jones
Litigation Support Analyst
(800) 796-7973

04/19/19
TE-04151915/TJ

# JPMorganChase

202-418-5538

National Subpoena Processing
Mail Code IN1-4054
7610 West Washington Street
Indianapolis, Indiana 46231

12/7/2018

KIM G BRUNO
U.S. COMMODITY FUTURES TRADING COMMISSION
1155 21st Street, NW SUITE 7000
WASHINGTON DC 20581

Case Name: Venture Capital Investments Ltd; Eliot Clark; Breonna Clark
Case No.: N/A
JPMorgan Chase File No.: SB985126-I1

Dear Sir/Madam:

Please see the invoice below:
1. Research: includes subpoena review, customer/account searching, locating/ordering documents (if applicable), redaction (if applicable), quality review, case assembly and closure.

| | | |
|---|---|---|
| No. of Hours: 0.75 | $ 22 /hr | $ 16.50 |
| 2. Directly incurred offsite paper retrieval: | | $ 0.00 |
| 3. Directly incurred offsite film retrieval: | | $ 0.00 |
| 4. Copies of subpoenaed documents: | | |
| No. of pages/scans: 80 | $ 0.25 /pg/scan | $ 20.00 |
| 5. Witness appearance fee: | | $ 0.00 |
| 6. Transportation costs (postage or overnight): | | $ 4.11 |
| Electronic fulfillment: | | $ 0.00 |
| | TOTAL: | $ 40.61 |
| | Less Amount Paid: | $ 0 |
| | TOTAL AMOUNT DUE: | $ 40.61 |

Rates used are based on federal, IRS or state specific fee schedules. For states without a published fee schedule, federal rates are applied.

Federal Tax# 13-4994650

Please send your payment to the address above and return a copy of this Invoice with your payment. Make your check payable to JPMorgan Chase Bank, N.A. and include the Case ID on your payment to ensure it is applied correctly.

If you have questions or would like to make a payment by credit card, please call our Customer Service Center at 1-844-751-7728. We're available to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time.

Sincerely,

Leah Lucas
Operations Manager, VP
Chase Customer Service

JPMorgan Chase Bank, N.A. Member FDIC
SUBP24

3/5/2020 · LawPay



---

# Payment Receipt                                                                $115.00

---

**Denver Attorney Services**  | **Account Holder**
1660 S Albion Street, Suite 204 | Erica Bodin
Denver, Colorado 80222 | 1155 21st Street, NW
(800) 778-1183 | Washington , District Of Columbia 20581

---

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $115.00 |
| **Reference / Case #:** | 2020000704 | **Payment Method:** | MasterCard |
| | | **Card Number:** | ************1708 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 013455 |
| | | **Payment Date:** | March 05, 2020 09:49 am |
| | | **Transaction Id:** | 29320000 |

---


POWERED BY LAWPAY

Bullet Legal Services  
1930 Village Center Circle, #3-965  
Las Vegas, NV 89134  
Phone: (702) 823-1000  
Fax: (702) 476-5810  
26-1863283  

**INVOICE**

Invoice #BRT-2020000591  
2/28/2020  



Commodity Futures Trading Commission  
1155 21st Street, NW  
Washington, DC 20581  

Your Contact: Erica Bodin  
**Case Number:  1:20-CV-00382-MEH**

Plaintiff:  
**COMMODITY FUTURES TRADING COMMISSION**

Defendants:  
**VENTURE CAPITAL INVESTMENTS, LTD., a Colorado limited liability company, et al.**

Received: 2/20/2020    Served: 2/27/2020 12:42 pm   CORPORATE - AUTH ACCEPT  
To be served on: VENTURE CAPITAL INVESTMENTS LTD.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Routine: | 1.00 | 55.00 | 55.00 |
| Photocopies:  Greater than 20 pages | 1.00 | 0.10 | 0.10 |
| TOTAL CHARGED: | | | $55.10 |

**BALANCE DUE:**  $55.10

Please enclose a copy of this invoice with your payment, or write the last four digits of the invoice number on your payment.  We accept Visa and Mastercard.  If payment has been made, please disregard this invoice.  
It was a pleasure working with you!  TAX ID #26-1863283  

Page 1 / 1

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1e

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114137 | 7/30/2019 | 87272 |
| **Job Date** | **Case No.** | |
| 7/17/2019 | | |

| Case Name |
|---|
| Venture Capital |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Erica Bodin  
Commodity Futures Trading Commission - CFTC  
Three Lafayette Centre  
1155 21st Street, NW  
Washington, DC 20581  

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Angela Preston | 321.00 | Pages | @ | 6.00 | 1,926.00 |
| Appearance Fee | 1.00 | Day | @ | 100.00 | 100.00 |
| Exhibits | 128.00 | Pages | @ | 0.35 | 44.80 |
| Color Exhibits | 14.00 | Pages | @ | 1.50 | 21.00 |
| Processing Fee | 1.00 | | @ | 55.00 | 55.00 |
| **TOTAL DUE   >>>** | | | | | **$2,146.80** |
| | | | AFTER 8/29/2019  PAY | | $2,361.48 |

We appreciate your business.

800.367.3376  
www.aldersonreporting.com  
Accounts Receivable Department  
678.496.2602 or 855.669.1205 ext. 602  

**Tax ID:** 35-2640986

*Please detach bottom portion and return with payment.*

Erica Bodin  
Commodity Futures Trading Commission - CFTC  
Three Lafayette Centre  
1155 21st Street, NW  
Washington, DC 20581  

Invoice No.  : 114137  
Invoice Date : 7/30/2019  
**Total Due**   : **$2,146.80**  

AFTER 8/29/2019  PAY  $2,361.48

Remit To: **Alderson Court Reporting, a TrustPoint Company**  
**PO Box 101920**  
**Atlanta, GA 30392-1920**

Job No.    : 87272  
BU ID      : National  
Case No.   :  
Case Name  : Venture Capital