

**U.S. COMMODITY FUTURES TRADING COMMISSION**

Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5320
Facsimile: (202) 418-5523
*www.cftc.gov*

Kim G. Bruno
Senior Trial Attorney
(202) 418-5368
(202) 818-3111(fax)
*kbruno@cftc.gov*

Division of Enforcement

November 12, 2020

Clerk of the Court
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

Re:   *CFTC v. Venture Capital Investments Ltd., Breonna Clark, et al.*, Case No. 1:20cv0382 MEH – Bill of Costs Hearing Date

Dear Clerk of the Court:

Judge Daniel D. Domenico issued an order granting the Commission's Motion For Default Judgment on November 2, 2020 (DE 30) and also granted, in its Final Judgment, the Commission's request for costs (DE 31). As required by D.C. Colo. LCivR 54.1, the Commission filed its Bill of Costs on November 10, 2020 (DE 32).

The Clerk of the Court has set a telephonic hearing for the Commission's Bill of Costs on December 8, 2020 at 9:30AM. The Commission will be represented at the hearing by:

Kim G. Bruno
Senior Trial Attorney
kbruno@cftc.gov
202.418.5368

Michael Solinsky
Chief Trial Attorney
msolinsky@cftc.gov
202.418.5384

Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581
Telephone: (202) 418-5000

        Sincerely,

        *<u>Kim G. Bruno</u>*
        Kim G. Bruno

Cc:    Kelsey Montalban, Kelsey_Montalban@cod.uscourts.gov

Enclosures: Certificate of Service - Breonna Clark

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of November, 2020, I caused a true and correct copy of the foregoing **BILL OF COSTS HEARING** was filed electronically and served electronically on the following parties via electronic mail and by overnight mail:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone: 720-277-1674
E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com;
info@ventureci.com; E.clark12311@gmail.com; elliotclark@ventureci.com;
eclark.12311@gmail.com

                *s/s Kim G. Bruno*
                Kim G. Bruno
                Sr. Trial Attorney