

**U.S. COMMODITY FUTURES TRADING COMMISSION**

Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5320
Facsimile: (202) 418-5523
*www.cftc.gov*

Kim G. Bruno
Senior Trial Attorney
(202) 418-5368
(202) 818-3111(fax)
*kbruno@cftc.gov*

Division of Enforcement

December 7, 2020

Clerk of the Court
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

Re:   *CFTC v. Venture Capital Investments Ltd., Breonna Clark, et al.*, Case No. 1:20cv0382 MEH – Statement of Conferral per Clerk's Guide to Bills of Cost Hearings and LCivR 54.1

Dear Clerk of the Court:

Judge Daniel D. Domenico issued an order granting the Commission's Motion For Default Judgment on November 2, 2020 (DE 30) and also granted, in its Final Judgment, the Commission's request for costs (DE 31). As required by D.C. Colo. LCivR 54.1, the Commission filed its Bill of Costs on November 10, 2020 (DE 32). The Commission's certificate of service demonstrated that the Bill of Costs was served on Defendants by overnight mail and to their email addresses.

Previous to the filing of its Bill of Costs, on November 4, 2020, the Commission, as required by D.C. Colo. LCivR 54.1, attempted to confer with Defendants regarding the award of costs. Defendants did not respond. Then, on November 12, 2020, the Commission identified its representatives, as required by Clerk's Guide to Bills of Cost Hearings (DE 33) in a court filing. The Commission's accompanying certificate of service again demonstrated that the November 12, 2020 letter was sent by overnight mail and by email.

The Commission's counsel has attempted to confer with Defendants regarding the Commission's Bill of Costs as required by LCivR 54. Despite providing notice to the Defendants, they continue to be unresponsive. Indeed, Defendants' unresponsiveness precipitated the Commission seeking a default judgment.

The Commission will be represented at the December 8, 2020 at 9:30AM hearing by:

Kim G. Bruno
Senior Trial Attorney
kbruno@cftc.gov
202.418.5368

2

Michael Solinsky
Chief Trial Attorney
msolinsky@cftc.gov
202.418.5384

Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

      Commission counsel have read and complied with the Clerk's Guide to Bills of Cost Hearings.

                  Sincerely,

                  *Kim G. Bruno*
                  Kim G. Bruno


Cc:        Kelsey Montalban, Kelsey_Montalban@cod.uscourts.gov

Enclosures:    Certificate of Service - Breonna Clark

Case No. 1:20-cv-00382-DDD-MEH   Document 35   filed 12/07/20   USDC Colorado   pg 2 of 3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of December, 2020, I caused a true and correct copy of the foregoing to be filed electronically and served on the following parties via electronic mail and by overnight mail:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone: 720-277-1674
E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com; info@ventureci.com; E.clark12311@gmail.com; elliotclark@ventureci.com; eclark.12311@gmail.com

                                            *s/s Kim G. Bruno*
                                            Kim G. Bruno
                                            Sr. Trial Attorney