# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-0382-MEH

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

    Defendants.

## PLAINTIFF'S MOTION TO REOPEN AND RENEWED MOTION TO APPOINT NATIONAL FUTURES ASSOCIATION AS POST-JUDGMENT MONITOR

Plaintiff Commodity Futures Trading Commission ("Plaintiff," or "CFTC"), pursuant to Fed. R. Civ. P. 60(b)(6) and D.C. COLO. LCivR 7.1,[1] respectfully moves the Court to reopen this matter and appoint the National Futures Association ("NFA") as post-judgment Monitor. By Order dated November 2, 2020, the Court denied without prejudice the Commission's previous request that the Court appoint NFA as post-judgment Monitor. [DE #30]. On November 2, 2012, the Court's issued a *Default Judgment* [DE #31] adopting the Court's November 2, 2020 Order. The court then administratively closed the proceeding. The memorandum that accompanies this motion sets forth the factual and legal basis for reopening this matter and appointing the NFA as post-judgment Monitor.

Accordingly, for the reasons stated in the accompanying memorandum and because good

---

[1] Counsel for the Commission has contacted defendants by email and by letter delivered by UPS Courier to meet and confer regarding this motion, but defendants have not responded.

1

cause exists, the Commission respectfully requests that the Court reopen this matter and appoint the NFA as post-judgment Monitor. A proposed Order is submitted herewith. [2]

Respectfully submitted this 7th day of December, 2020.

/s/ Kim G. Bruno
Kim G. Bruno, Senior Trial Attorney
Michael Solinsky, Chief Trial Attorney
1155 21st Street, NW,
Washington, D.C., 20581
Telephone:   (202) 418-5368 (Mr. Bruno)
and 202-418-5384 (Mr. Solinsky)
Facsimile:    (202) 818-3111
E-mail:  kbruno@cftc.gov,
msolinsky@cftc.gov

Plaintiff
Commodity Futures Trading Commission

---

[2]   The Default Order also lacked directions regarding how the defendants may pay the civil monetary penalty. Accordingly, the Proposed Order included such directions so that defendants may be properly credited with any payments they make towards their civil monetary penalty.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2020, I caused a true and correct copy of the *Plaintiff's Motion To Reopen And Renewed Motion To Appoint National Futures Association As Post-Judgment Monitor, Plaintiff's Memorandum In Support Of Its Motion To Reopen And Renewed Motion To Appoint The National Futures Association As Post-Judgment Monitor* and *[Proposed] Order Reopening Case And Appointing NFA As Monitor* to be filed electronically and served by UPS Overnight Courier on the address below and by email as set forth below:

Breonna S. Clark (*pro se*)
2538 South Anaheim Street, #302
Aurora, CO 80014-1474
Telephone:
E-mail:  bdansimon89@gmail.com; clarkbre@aol.com, thetattedinvestor@gmail.com; info@ventureci.com; E.clark12311@gmail.com;  elliotclark@ventureci.com; eclark.12311@gmail.com

 

            */s Kim G. Bruno*
            Kim G. Bruno
            Sr. Trial Attorney