*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09)  Bill of Costs

USDC Colo. Version – (Further Rev. (12/01/2013)

## BILL OF COSTS

| United States District Court | DISTRICT | **DISTRICT OF COLORADO** |
|---|---|---|

**COMMODITY FUTURES TRADING COMMISSION**

v.

VENTURE CAPITAL INVESTMENTS LTD. and BREONNA S. CLARK, a/k/a Eliot Clark a/k/a Alexander Pak d/b/a Venture Capital Investments and The Life Group,

| DOCKET NO. | 1:20-CV-0382-MEH |
|---|---|
| MAGISTRATE CASE NO | |

Judgment having been entered in the above entitled action on **November 2. 2020**

against **VENTURE CAPITAL and BREONNA S. CLARK**  the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | | |
|---|---|---|
| Fees of the clerk | $ | 0.00 |
| Fees for service of summons and complaint | $ | 170.10 ✓ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | 0.00 |
| Fees and disbursements for printing | $ | 115.31 ✓ |
| Fees for witnesses (itemized on reverse side) | $ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ | 0.00 |
| Docket fees under 28 U.S.C. § 1923 | $ | 0.00 |
| Costs incident to taking of depositions | $ | |
| Costs as shown on Mandate of Court of Appeals | $ | 0.00 |
| Other costs (Please itemize) | $ | **1,392.45** ~~2,146.80~~ |
| | | |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

| | TOTAL | $ | **$1,677.86** ~~2,432.21~~ |
|---|---|---|---|

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney    *Kim G. Bruno*

| Print Name | **Kim G. Bruno** | Phone Number | 202.418.5368 |
|---|---|---|---|
| For: | **Plaintiff** | Date | **November 10, 2020** |
| | Name of Claiming Party | | |

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time | **Dec. 8, 2020, 9:30 a.m. MST** |
|---|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ | **1,677.86** |
| **CLERK OF COURT**<br>**JEFFREY P. COLWELL** | (BY) DEPUTY CLERK | **s/ Edward Butler** |
| | DATE: | **Dec. 8, 2020** |

Clerk's note: costs hearing held Dec. 8, 2020 at 9:30 a.m., by telephone conference in light of U.S District Court General Order 2020-19. Counsel for Plaintiff appeared.  The Clerk did not attempt to contact Defendants, as the plaintiff's attempts to notify and confer with Defendants are well-documented in the record (see Docket Nos. 33 and 35).  The Clerk's decision as to each cost item is marked in this red text.  The parties are reminded that the clerk's decision is subject to judicial review under Fed. R. Civ. P. 54(d)(1) - "On motion served within the next seven days, the court may review the clerk's action."

(stamp) UNITED STATES DISTRICT COURT, DENVER, COLORADO, FILED Dec. 8, 2020, JEFFREY P. COLWELL, CLERK

USDC Colo. Version - (Further Rev. 12/01/2013)

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

# NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924, Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of title 28 which reads in part as follows:
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54(d)(1)
    "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs**
    "Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court (HERE) within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.

| Print | Save As... | Reset |

EXHBIT 2

PLAINTIFF'S DOCUMENTATION SUPPORTING BILL OF COSTS

Itemization of Bill of Costs

1. Fees for service of summons and complaint
   a. Service upon Venture Capital Investments -          $55.10
   b. Service upon Breonna Clark  -          $115.00
   $170.10   ✓
2. Fees and disbursements for printing
   a. Certified Copies filed with Motion for Default Judgment
      - Credit One Bank          $74.70
      - JP Morgan Chase Bank          $40.61
   $115.31   ✓
3. Other costs
   a. Deposition filed with Motion for Default Judgment          **$1,392.45**
      - Angela Preston          ~~$2146.00~~


**Clerk:  the fees for service of summons and complaint, and fees and disbursement for the dispositive of this case, the Motion for Default Judgment, are standard costs "necessarily obtained" and awardable under the Taxation of Costs statute, 28 U.S.C. § 1920 (1) and (4).  Similarly, a copy of the deposition transcript of witness Preston was necessarily obtained under § 1920 (2), as it appears the deposition was necessary for investigative purposes and it was used and cited in support of the motion for default judgment.  See _Motion_, Docket No. 29-2, Attachment N. See also In re Williams Sec. Litig.-WCG Subclass, 558 F.3d 1144, 1148-1149 (10th Cir. 2009).  The deposition is awarded generally, therefore, including the miscellaneous fees charged by the court reporting service, etc.**

**The Clerk further notes, however, that the per-page rate charged by the court reporting services is excessive - $6.00 per page.  In comparison, the U.S. District Court's established rate permitted to be charged for court-generated transcripts is $3.65 per page for an _original_ transcript, not a copy as was purchased here.  See In The Matter of Court Reporter and Electronic Court Recorder Deputy Clerk Fees, available on the U.S. District Court website, http://www.cod.uscourts.gov/Portals/0/Documents/Orders/Max_Transcript_Rates_2019.pdf; see also Hearing Officer Guide to Taxation of Costs, pp. 26, 33 (http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/BillsofCosts-GuideandFAQs.aspx). The $3.65 rate is commonly charged in the District of Colorado for private depositions, observed from this deputy clerk's experience.  Accordingly, the Clerk reduces the amount charged for the transcript itself from $1,926 to $1,171.65.**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114137 | 7/30/2019 | 87272 |

| Job Date | Case No. | |
|---|---|---|
| 7/17/2019 | | |

| Case Name | | |
|---|---|---|
| Venture Capital | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt (1.5%/mo & collection) | | |

Erica Bodin
Commodity Futures Trading Commission - CFTC
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | **$3.65** | **1,171.65** |
| Angela Preston | 321.00 | Pages | @ | 6.00 | | 1,926.00 |
| Appearance Fee | 1.00 | Day | @ | 100.00 | | 100.00 |
| Exhibits | 128.00 | Pages | @ | 0.35 | | 44.80 |
| Color Exhibits | 14.00 | Pages | @ | 1.50 | | 21.00 |
| Processing Fee | 1.00 | | @ | 55.00 | | 55.00 |
| | | **TOTAL DUE >>>** | | | | **$2,146.80** |
| | | | | | | **$1,392.45** |
| | | AFTER 8/29/2019 PAY | | | | $2,361.48 |

We appreciate your business.

800.367.3376
www.aldersonreporting.com
Accounts Receivable Department
678.496.2602 or 855.669.1205 ext. 602

**Tax ID:** 35-2640986

*Please detach bottom portion and return with payment.*

Erica Bodin
Commodity Futures Trading Commission - CFTC
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Invoice No.   : 114137
Invoice Date : 7/30/2019
**Total Due**   : **$2,146.80**
AFTER 8/29/2019 PAY  $2,361.48

Remit To: **Alderson Court Reporting, a TrustPoint Company**
**PO Box 101920**
**Atlanta, GA 30392-1920**

Job No.   : 87272
BU ID     : National
Case No.  :
Case Name : Venture Capital