# ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section 3201, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has power over all other liens or encumbrances which are perfected later in time.  The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to present the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgment have been obtained | Names of parties in whose favor judgments have been obtained |
| --- | --- |
| Breonna S. Clark<br>2538 South Anaheim Street, #302<br>Aurora, CO 80014 | **Commodity Futures Trading Commission** |

| Amount of Judgment | Name of Creditor's Attorney | When Docketed |
| --- | --- | --- |
| **Civil Restitution in the amount of $450,302.**<br><br>**Civil Monetary Penalty in the amount of $450,302, plus costs in the amount of $1677.86.** | Kim G. Bruno, Esq.<br>Michael Solinsky, Esq.<br>U.S. Commodity Futures Trading Commission<br>1155 21st Street, NW<br>Three Lafayette Centre<br>Washington, DC 20581<br><br>FOR RESTITUTION:<br>Office of Administration, National Futures Administration<br>300 South Riverside Plaza, Suite 1800<br>Chicago, IL 60606<br><br>FOR CIVIL MONETARY PENALTY and COSTS:<br>MMAC/ESC/AMK326<br>**Commodity Futures Trading Commission**<br>**Division of Enforcement**<br>**6500 S. MacArthur Blvd.**<br>**Oklahoma City, Oklahoma  73169**<br>**Office: (405) 954-6569**<br>**Fax: (405) 954-1620** | Docket No. 20-cv-00382<br><br>Entered November 2, 2020, in the U.S. District Court for the District of Colorado (Dkt. No. 30)<br><br>Entered December 7, 2020 "Order Reopening Case and Appointing NFA As Monitor" in the U.S. District Court for the District of Colorado (Dkt. No. 37) |

UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO
I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.
                    CITY (Date) <u>Denver;  January 4, 2021</u>
                          _____<u>Jeffrey P. Colwell, Clerk</u>_____
                    By _____<u>s/J. Salzman</u>____, Deputy Clerk.